# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Thomas M. Barba
Tel 202.429.8127
Fax 202.261.9838
tbarba@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

November 18, 2008

**Filed Using the Electronic Case Filing System**

The Honorable Peter J. Messitte
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Beyond Systems, Inc. v. Kraft Foods, Inc. et al.*, 08-cv-0409

Dear Judge Messitte:

In anticipation of the December 19, 2008 discovery deadline in the above case (see Docket Entry #27), Plaintiff and Defendants write this letter to update the Court regarding developments in another matter that will likely impact proceedings in this case and to request that the Court hold the current discovery schedule in abeyance pending resolution of the impact of these developments.

At least two Defendants in another case filed by Plaintiff in the Central District of California alleging similar causes of action are likely to become Defendants in this Action, either through consolidation or amendment of the Complaint, if this Court permits. The Parties to both Actions believe that consolidating the two matters will lead to a more efficient resolution of both cases because it will avoid duplicative litigation of similar facts. Given the factual overlap between the two cases, the Parties to this Action do not believe that it makes sense to proceed with discovery until the Parties to both Actions are properly before this Court and can agree to an amended case schedule that will permit the prompt and efficient completion of discovery. Therefore, the Parties to this Action respectfully ask this Court to enter an order holding the current discovery schedule in abeyance pending consolidation of the two Actions. A more detailed explanation regarding the likely consolidation follows.

Plaintiff simultaneously filed this action and *Beyond Systems, Inc. v. Connexus Corp., et al.* 08-cv-1039 (RGK)(PLAx) (C.D. Cal.)) (the "California Matter"). At that time very little factual overlap

between the two cases was known to Plaintiff. In the California Matter, on October 3, 2008, Defendants Connexus Corp. and Hydra LLC filed a Motion to Transfer that case to this District. Defendants MailCompanyX and Sebastian Barale (the other defendants in the California Matter) consented to the Motion, and Defendants Connexus Corp. and Hydra LLC acknowledged that they are subject to personal jurisdiction in this Court. The parties also contemplated that, once the California Matter was transferred, the California Matter would be consolidated with this Action. On October 28, 2008, Plaintiff Beyond Systems, Inc. filed a Notice of Non-Opposition to Defendants' Motion to Transfer in the California Matter, which was set for hearing on November 3, 2008. The following day, Judge R. Gary Klausner took the Motion to Transfer under submission and off of the calendar.

Though Beyond Systems, Inc. has agreed to the transfer and to the consolidation of that case with this Action (subject to approval of this Court), Judge Klausner has yet to make a decision on the Motion to Transfer. The parties to the California Matter have discussed other possibilities should Judge Klausner not act promptly on the transfer, including dismissing Defendants Connexus Corp. and Hydra LLC from the California Matter and adding them as Defendants to this Action. There are certain possible complications to such a course of action, however, including that the Clerk of Court in the California Matter has re-entered default against Sebastian Barale and MailCompanyX.[1] Judge Klausner has not acted on Plaintiff's Application for Default Judgment, which was filed on November 17, 2008.

Defendants in this Action do not oppose the consolidation of the California Matter with this Action, and have left the method of consolidation up to the parties to the California Action. Counsel are in the process of working out a proposed plan for submission to the Court for approval, but as of this writing, the precise timing of the proposed consolidation remains uncertain.

Although discovery is underway in this Action, the Parties believe that after consolidation they will need approximately 90 additional days to complete discovery. Plaintiff's deposition is currently scheduled for early December, and a second round of the depositions of witnesses designated by Defendants is scheduled for the week of December 8. Moreover, Defendants have noticed four third-party depositions for the first week of December. Some of these depositions may be postponed, depending in part on the timing of the consolidation. In addition, the Parties may wish to propound further written discovery based on information learned through depositions.

Given the circumstances described above and the additional time required by the current parties to this case to complete discovery, Plaintiff and Defendants respectfully ask the Court to hold the Schedule in this case in abeyance until the consolidation is effected, so that all Parties can agree to a

---

[1] The Clerk of Court initially entered default against Barale and MCX in March of 2008; however Judge Klausner relieved them of default in August after they appeared with counsel. The Clerk re-entered default after Judge Klausner permitted the attorneys for Barale and MCX to withdraw because Barale and MCX had not paid their bills.

STEPTOE & JOHNSON LLP

proposed amended case schedule in this Action that will permit the prompt and efficient resolution of the case. A proposed order has been filed concurrently with this letter.

Sincerely,

*TMBarba*

Thomas M. Barba

cc: John M. Devaney, Esq.
John K. Roche, Esq.
Darrell J. Graham, Esq.
Stephen H. Ring, Esq.
Mike Rothman, Esq.
Anthony A. Onorato, Esq.
Jennie L. Kneedler, Esq.
Ari N. Rothman, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2008, the foregoing Joint Letter to the Honorable Peter J. Messitte requesting the case schedule be held in abeyance pending the submission of a joint amended proposed schedule was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named counsel via the Court's electronic notification system:

> John M. Devaney
> John K. Roche
> Barry J. Reingold
> PERKINS COIE LLP
> 607 14th Street NW, Suite 800
> Washington DC 20005-2003
> jroche@perkinscoie.com
> breingold@perkinscoie.com
> jdevaney@perkinscoie.com
>
> Darrell J. Graham
> LAW OFFICES OF DARRELL J. GRAHAM LLC
> 53 W. Jackson Boulevard
> Suite 1334
> Chicago IL 60604
>
> *Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

/s/   Thomas M. Barba
Thomas M. Barba