# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Case No. 8:08-cv-00409 (PJM) | |
| ) | | |
| KRAFT FOODS, INC., *et al*. ) | | |
| ) | | |
| Defendants. ) | | |

## STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P 15(a) and the parties' letter to this Court of November 18, 2008, the parties hereby respectfully request that this Court grant leave for Plaintiff to file its Second Amended Complaint.

On April 8, 2008, this Court entered a scheduling order governing this case.

On May 22, 2008, the parties filed a joint motion requesting an extension of this Court's deadline for joinder of additional parties and to amend pleadings until July 7, 2008. The Court granted that motion on May 22, 2008.

On July 2, 2008, the parties filed a joint motion requesting an extension of the deadlines established in the Court's Scheduling Order, including a request to extend the deadline to move for joinder of additional parties and amendment of pleadings to August 18, 2008. The Court granted that motion on July 3, 2008.

In its First Amended Complaint, filed on August 18, 2008, Plaintiff added Kraft Foods Global, Inc. as a Defendant based on a representation made by counsel for Defendants that Kraft Foods Global, Inc., rather than Kraft Foods, Inc., is a proper party to this litigation. The First

Amended Complaint also clarified factual allegations in the Complaint and updated the number of emails at issue in this matter to include emails received since the original Complaint was filed. Defendants consented to the filing of the First Amended Complaint.

In its Second Amended Complaint, Plaintiff seeks to add Connexus Corporation (f/k/a Vendare Media and NetBlue, Inc.) ("Connexus") and Hydra LLC ("Hydra") as defendants to this Action. As the parties explained to this Court in their letter of November 18, 2008, Plaintiff simultaneously filed this Action and *Beyond Systems, Inc. v. Connexus Corp., et al.* 08-cv-1039 (RGK)(PLAx) (C.D. Cal.) (the "California Action") on February 14, 2008. The parties to both this Action and the California Action now believe that adding Connexus and Hydra as defendants to this Action will lead to a more efficient resolution of both cases because it will avoid duplicative litigation of similar facts. The Judge in the California Action has not yet acted on the motion by Connexus and Hydra to transfer the California Action to this District. Moreover, the December 2, 2008 court-ordered deadline for parties to file summary judgment motions in the California Action is approaching. Therefore, though the parties to this Action recognize that the deadline set by this Court to amend the Complaint in this Action has passed, in order to promote the efficient resolution of this Action and the California Action, the parties hereby request that this Court grant this Stipulated Motion to File Second Amended Complaint. Defendants, as well as Connexus and Hydra, consent to the filing of the Second Amended Complaint only for purposes of efficient resolution of both cases as explained herein. Defendants, as well as Connexus and Hydra, expressly deny any wrongdoing or liability as alleged in the Complaint in the California Action and/or the proposed Second Amended Complaint in this action.

Respectfully submitted,

_____/s/ Thomas M. Barba
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Jennie L. Kneedler (US DC-MD Bar No. 28617)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
(202) 429-3000 (Telephone)
(202) 429-3902 (Facsimile)
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
(212) 506-3900 (Telephone)
(212) 506-3950 (Facsimile)
tonorato@steptoe.com

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, Maryland 20876
301-540-8180 (Telephone)
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
(301) 251-9660 (Telephone)
(301) 251-9610 (Facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

       /s/ Barry J. Reingold
Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*


       /s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Prospective Defendants Connexus Corp. and Hydra LLC*

Dated: November 24, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2008, the foregoing *Stipulated Motion for Leave to File Second Amended Complaint* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below named counsel in the manners indicated:

| VIA CM/ECF NOTIFICATION | VIA E-MAIL & U.S. MAIL |
|---|---|
| Barry J. Reingold (USDC-MD Bar No. 06490)<br>John M. Devaney (*Pro Hac Vice*)<br>John K. Roche (*Pro Hac Vice*)<br>PERKINS COIE LLP<br>607 14th Street NW, Suite 800<br>Washington DC 20005-2003<br>202-434-1613 (Telephone)<br>202-434-1690 (Facsimile)<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com<br><br>Darrell J. Graham<br>Law Offices of Darrell J. Graham, LLC<br>53 W. Jackson Boulevard<br>Suite 1334<br>Chicago, IL 60604<br><br>*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.* | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>VENABLE LLP<br>575 7th Street NW<br>Washington, DC 20004<br>(202) 344-4000 (Telephone)<br>(202) 344-8300 (Facsimile)<br>jbaldridge@venable.com<br>ljfales@venable.com<br>anrothman@venable.com<br><br>*Counsel for Prospective Defendants Connexus Corp. and Hydra LLC* |

                                                  /s/ Thomas M. Barba
                                                    Thomas M. Barba