# **Exhibit 2**

```
                                   Wagner.txt
                                                              0001
 1   M A R Y L A N D
 2   IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY
 3
 4   ----------------------------------X
 5   BEYOND SYSTEMS, INC.,              :
 6                         Plaintiff    :
 7             v.                       :  Case No. 248501-V
 8   DYNAMIC LIFE PRODUCTS, INC.,       :
 9   ET AL,                             :
10                         Defendants   :
11   ----------------------------------X
12
13
14                Deposition of PAUL WAGNER
15                    Bethesda, Maryland
16              Wednesday, September 22, 2004
17                        9:45 a.m.
18
19
20   Job No.:  1-42690
21   Pages 1 - 143
22   Reported by:  Nancy Bond Rowland

                                                              0002
 1            Deposition of PAUL WAGNER, held at the
 2   offices of:
 3
 4            Brown & Gould
 5            7700 Old Georgetown Road
 6            Suite 500
 7            Bethesda, Maryland
 8
 9            Pursuant to agreement, before Nancy Bond
10   Rowland, Registered Professional Reporter and Notary
11   Public in and for the State of Maryland.
12
13
14
15
16
17
18
19
20
21
22
                                                              0003
 1                  A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF:
 3      STEPHEN H. RING, ESQUIRE
 4      LAW OFFICES OF STEPHEN H. RING, P.C.
 5      316 East Diamond Avenue, Suite 102
 6      Gaithersburg, MD  20877
 7      (301) 990-4840
 8
 9   ON BEHALF OF DEFENDANTS:
10      STEVEN E. TILLER, ESQUIRE
11      WHITEFORD, TAYLOR & PRESTON
12      Seven Saint Paul Street, Suite 1400
13      Baltimore, MD  21202
14      (410) 347-9420
                              Page 1
```

BSI0008011

```
                              Wagner.txt
 21   with these cases?
 22        A    How much time do I spend?

                                                                0072
  1        Q    Yes.
  2        A    A good 40 hours a week at least.
  3        Q    And for how long have you been spending 40
  4   hours a week on these cases?
  5        A    It has varied, so some weeks I only spend a
  6   few hours or not at all if I'm on vacation.  Other
  7   weeks --
  8        Q    How long --
  9             MR. RING:  Can he finish the answer.
 10   Objection.
 11        A    Other weeks, yes, I spend well over 40.  So
 12   leading up to the suits, preparing for these suits I
 13   spend more time.  So probably in November of last year.
 14        Q    When was the first suit filed?
 15        A    I believe they were all -- Let's see.  I
 16   don't remember exactly.  Wolpmann was the first suit.
 17             MR. RING:  I can tell you.  It's a matter of
 18   public record.  December 31st and December 29th are the
 19   two filing dates, ten on each of those dates.
 20             THE WITNESS:  And Wolpmann I believe was
 21   earlier.
 22             MR. RING:  Wolpmann was earlier, yes.

                                                                0073
  1   BY MR. TILLER:
  2        Q    What did you do to prepare for the filing of
  3   the suits other than talking to counsel?
  4        A    Well, the main thing is just to find tons of
  5   evidence tying in the defendant with the deceptive
  6   spam.  So finding that evidence and then laying it out
  7   in a form that's easy for people to see took up the
  8   bulk of my time.
  9        Q    And prior to the filing of the suit was more
 10   than 40 hours a week?
 11        A    I mean, leading up to it and preparing, yes.
 12   At times, yes.
 13        Q    What led you to file these suits?
 14        A    Just the wish to do something valuable for
 15   people, to do something beneficial for society overall.
 16   That's probably the biggest thing.  The outrage of
 17   hearing elderly and other neophytes who are frustrated
 18   with using the Internet because there's so much
 19   deceptive spam that they can't find anything good or
 20   they find it offensive.  And just when I create domain
 21   names, the frustration of finding that they're rendered
 22   useless, and colleagues finding out they're rendered

                                                                0074
  1   useless because of the flood of spams, and it goes on
  2   and on.  There's a lot of motivations.  Certainly the
  3   financial component also makes it worthwhile.  Without
  4   that, I wouldn't be spending the time to track down
  5   these folks.
  6        Q    Has Beyond Systems ever received any
  7   complaints from people for whom it provides Internet
  8   access or hosting services for --
  9        A    Yes.
 10        Q    -- with regard to spam?
 11        A    Yes, it has.
                                Page 28
```