IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| | : Case No. 8:08-CV-00409-PJM |
| Plaintiff, | : |
| | : |
| v. | : Judge Peter J. Messitte |
| | : |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| | : |
| Defendants. | : |

**NOTICE OF FILING OF INITIAL RESPONSE OF CONNEXUS AND HYDRA TO PLAINTIFF'S APPLICATION FOR ISSUANCE OF LETTER OF REQUEST**

Defendants and Third-Party Plaintiffs Connexus Corp. and Hydra, LLC file this initial response to Plaintiff's Application for Issuance of Letter of Request (DE #115) to alert the Court that Connexus and Hydra are not requesting that letters rogatory issue to Sebastian Barale, and thus Plaintiff's statement that "parties request that the Court approve and sign the attached letter of request…" in the application are erroneous. The undersigned advised Plaintiff's counsel of the foregoing error (and that Connexus and Hydra will likely oppose the request), and Plaintiff's counsel advised that it would take measures to correct the error. Connexus and Hydra will respond to Plaintiff's motion in accordance with applicable rules and orders.

\* \* \*

|  |  |
|---|---|
| Dated:  May 11, 2009 | /s/<br>J. Douglas Baldridge, US DC-MD Bar No. 11023<br>Lisa Jose Fales, US DC-MD Bar No. 08141<br>Ari N. Rothman, US DC-MD Bar No. 17560<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC  20004-1601<br>(202) 344-4000 (phone)<br>(202) 344-8300 (fax)<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>anrothman@venable.com<br>*Attorneys for Connexus Corp. and Hydra LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2009, a copy of the foregoing *Notice of Filing of Initial Response of Connexus and Hydra to Plaintiff's Application for Issuance of Letter of Request* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

/s/
Ari N. Rothman