UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM) |
| | ) | |
| | ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, | ) | Magistrate Judge Charles B. Day |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CONNEXUS CORP., *et al.*, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Third-Party Defendants James Joseph Wagner ("Joe Wagner") and Hypertouch, Inc. ("Hypertouch"), by and through their undersigned counsel, hereby move pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for the entry of a protective order barring Defendants/Third-Party Plaintiffs Connexus Corp. ("Connexus") and Hydra LLC ("Hydra") from seeking discovery from Joe Wagner and Hypertouch until appropriate under the applicable rules. *See*, *e.g.*, D. Md. Loc. R. 104.4. Further, although there is a scheduling order in the underlying action, Joe Wagner and Hypertouch are not parties to the underlying litigation and were not parties at all when the scheduling order was entered. In support of their motion, Joe

Wagner and Hypertouch respectfully refer the Court to the attached Memorandum of Points and Authorities in Support of their Motion for Protective Order.

WHEREFORE, Joe Wagner and Hypertouch respectfully request the Court enter a protective order barring discovery between the Third-Party Plaintiffs and the Third-Party Defendants until appropriate under the applicable rules and until further order of this Court.

Date: May 15, 2009

          Respectfully submitted,

          _____/s/_____
          Thomas M. Barba (US DC-MD Bar No. 28487)
          John J. Duffy (US DC-MD Bar No. 28613)
          Jennie L. Kneedler (US DC-MD Bar No. 28617)
          STEPTOE & JOHNSON LLP
          1330 Connecticut Ave NW
          Washington DC 20036
          T: 202-429-3000
          F: 202-429-3902
          tbarba@steptoe.com
          jduffy@steptoe.com
          jkneedler@steptoe.com

          Anthony A. Onorato (US DC-MD Bar No. 28622)
          STEPTOE & JOHNSON LLP
          750 Seventh Ave., Ste. 1800
          New York, NY 10019
          T: 212-506-3900
          F: 212-506-3950
          tonorato@steptoe.com

          *Counsel for Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Third-Party Defendants' Motion for Protective Order and the attached Memorandum of Points and Authorities in Support of Third-Party Defendants' Motion for Protective Order, Certificate of Conference, proposed Order, and Declaration of Jennie L. Kneedler and exhibits thereto, was served via the Court's electronic filing notification system this 15th day of May, 2009, upon:

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendants/Third-Party Plaintiffs Connexus Corp. and Hydra LLC*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*

                            /s/
                      Thomas M. Barba