IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC.<br><br>                      Plaintiff,<br><br>v.<br><br>KRAFT FOODS, INC., et al.,<br><br>                      Defendants. | Case No. 8:08-CV-00409-PJM<br><br>The Honorable Peter J. Messitte |

## MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Defendants and Connexus Corp. ("Connexus") and Hydra LLC ("Hydra") seek an order pursuant to FRCP 37 and Local Rule 104 requiring Plaintiff Beyond Systems, Inc. ("BSI") and Third-Party Defendants Joe Wagner and Hypertouch, Inc. to produce discovery that goes to the heart of central issues in this action and issues germane at trial. Under the circumstances described herein, Connexus and Hydra respectfully request that this Court order BSI and Joe Wagner/Hypertouch to produce the requested discovery within five (5) business days upon the entry of an appropriate order.

In an abundance of caution, Defendants Connexus and Hydra also request that the Court hear this motion even though it seeks to compel requests for which responses were received more than thirty days ago. *See* LR 104(8)(a). As more fully explained in the accompanying Memorandum of Law, Connexus and Hydra were fully prepared to file a motion to compel in the litigation that BSI initiated against them in the Central District of California, but events associated with transfer and consolidation of the California Action to this Court, including a stay of discovery during the pendency of the transfer, rendered filing the motion in the California Action infeasible. Further, Connexus and Hydra promptly conferred with counsel for BSI and

Joe Wagner/Hypertouch after answering the Second Amended Complaint, and the parties substantially narrowed the disputed issues prior to transfer. Moreover, the discovery Connexus and Hydra seek is directly relevant to BSI's allegations that Connexus and Hydra sent to BSI thousands of emails that allegedly have false and deceptive header information and subject lines, and Connexus and Hydra will be prejudiced without it. Finally, BSI served Connexus and Hydra with a motion to compel that seeks discovery for which responses were received more than thirty days ago. Therefore, BSI cannot object to this Court hearing this motion on the ground of timeliness.

For these reasons, and as more fully explained in the accompanying memorandum of law, Connexus and Hydra respectfully request that the Court grant the relief they seek. The Certificate of Conference required by Local 104(8) is filed herewith.

Date: April 8, 2009

                                Respectfully Submitted,

                                _____/s/_____
                                J. Douglas Baldridge, US DC-MD Bar No. 11023
                                Lisa Jose Fales, US DC-MD Bar No. 08141
                                Ari N. Rothman, US DC-MD Bar No. 17560
                                VENABLE LLP
                                575 7th Street, N.W.
                                Washington, DC  20004-1601
                                (202) 344-4000 (phone)
                                (202) 344-8300 (fax)
                                jdbaldridge@venable.com
                                ljfales@venable.com
                                anrothman@venable.com

                                *Attorneys for Connexus Corp. and Hydra LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2009, a copy of the foregoing *Motion to Compel Discovery and for Sanctions*, the memorandum of law and exhibits in support thereof, and Certificate of Conference, was served upon the below-named counsel via email and mail, and by hand where indicated:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, DC  20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com
(by hand)

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, MD  20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, DC  20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL  60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

 

                                                      /s/
                                              Ari N. Rothman