**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM) |
| | ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, | ) | Magistrate Judge Charles B. Day |
| Defendants. | ) | |

**DECLARATION OF JENNIE L. KNEEDLER PURSUANT TO 28 U.S.C. § 1746**

I, Jennie L. Kneedler, do hereby declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of New York and the District of Columbia, as well as the United States District Court for the District of Maryland and the United States Supreme Court. I am an associate of Steptoe & Johnson LLP, attorneys for Plaintiff Beyond Systems, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and would competently testify to those facts if called upon to do so.

2. On Wednesday, June 10, 2009, I sent an e-mail to Ari Rothman, counsel for Defendants Connexus and Hydra, advising him that Plaintiff intended to file a motion to strike and asking if Defendants Connexus and Hydra would consent to the relief requested. Opposing counsel responded by e-mail on Thursday, June 11, 2009, that Defendants would not consent to such relief. The parties were unable to schedule a telephonic conference prior to the filing of

- 2 -

Plaintiff's Motion to Strike.  A true and correct copy of the e-mails exchanged between counsel is attached hereto as Exhibit 1.

    I declare under penalty of perjury under the laws of the District of Columbia and the United States of America that the foregoing is true and correct.

    Executed this 11th day of June, 2009 in the District of Columbia.

                                                      ____/s/_____
                                                        Jennie L. Kneedler