IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | : | |
| Plaintiff, | : | |
| | : | Case No. 8:08-CV-00409-PJM |
| v. | : | |
| KRAFT FOODS, INC., et al., | : | The Honorable Peter J. Messitte |
| Defendants. | : | Magistrate Judge Charles B. Day |

**INTERIM SEALING MOTION REGARDING MOTION FOR LEAVE TO FILE SUR-REPLY CONCERNING PLAINTIFF'S APPLICATION FOR ISSUANCE OF LETTER OF REQUEST TO
<u>THE MINISTRY OF FOREIGN RELATIONS AND CULTURE OF ARGENTINA</u>**

Defendants and Third-Party Plaintiffs Connexus Corp. and Hydra LLC file this Interim Sealing Motion to temporarily seal Exhibits 4 and corresponding information cited in the Sur-Reply Concerning Plaintiff Beyond Systems, Inc.'s ("BSI") Application for Issuance of a Letter of Request to the Ministry of Foreign Relations and Culture of Argentina that Connexus and Hydra sought leave to file today. The information subject to this motion includes the text underlined and bolded in the version of the Sur-Reply filed today under seal, and consists of deposition excerpts from BSI's June 5, 2009, FRCP 30(b)(6) deposition. BSI has not yet provided confidentiality designations for its June 5 deposition. However, the information subject to this interim sealing motion, which consists of how BSI's principal Paul Wagner helped his brother Joe Wagner investigate emails, and how Paul Wagner/BSI attributes emails to Connexus, does not warrant permanent sealing and therefore the Court should order that the exhibits and the entire Sur-Reply to be filed publicly. A proposed order is filed herewith.

Dated: June 15, 2009

            /s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp. and Hydra LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2009, a copy of the foregoing *Interim Sealing Motion Regarding Motion for Leave to File Sur-Reply Concerning Plaintiff's Application for Issuance of a Letter of Request to the Ministry of Foreign Relations and Culture of Argentina* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

                                                                /s/
                                                  Ari N. Rothman