# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil No. PJM 08-409 |
| **KRAFT FOODS, INC., et al.** | * | |
| | * | |
| Defendants | * | |

## ORDER

Upon consideration of Plaintiff Beyond Systems, Inc.'s ("BSI") Motion for Issuance of Letters Rogatory [Paper No. 118]; Plaintiff BSI's Motion to Strike Response in Opposition to Motion for Issuance of Letters Rogatory [Paper No. 161]; and Defendants Connexus Corp. And Hydra LLC's Motion for Leave to File Sur-Reply [Paper No. 163], it is this 21st day of July, 2009,

**ORDERED**:

1. Plaintiff BSI's Motion to Strike Response in Opposition to Motion for Issuance of Letters Rogatory [Paper No. 161] is **GRANTED;**

    a. Defendants Connexus and Hydra's Opposition [Paper No. 140] shall be **REMOVED** from the docket;

2. Defendants Connexus and Hydra's Motion for Leave to File Sur-Reply [Paper No. 163] is **GRANTED**; and

3. Plaintiff BSI's Motion for Issuance of Letters Rogatory [Paper No. 118] is **DENIED**.

                                                /s/
                            **PETER J. MESSITTE**
                      **UNITED STATES DISTRICT JUDGE**