CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0393
FAX (301) 344-0394

October 6, 2009

**<u>VIA ELECTRONIC FILING</u>**

Anthony F. Cavanaugh, Esq.
Jennie L. Kneedler, Esq.
John J. Duffy, Esq.
Thomas M. Barba, Esq.
Steptoe and Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Anthony Adrian Onorato, Esq.
Steptoe and Johnson, LLP
750 Seventh Avenue
New York, NY 10019

Michael S. Rothman, Esq.
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, MD 20850

Stephen H. Ring, Esq.
Stephen H. Ring, PC
506 Main Street, Suite 215
Gaithersburg, MD 20878

Barry J. Reingold, Esq.
John M. Devaney, Esq.
John K. Roche, Esq.
Perkins Coie, LLP
607 14th Street, NW, Suite 800
Washington, DC 20005

Darrell J. Graham, Esq.
Law Office of Darrell J. Graham, LLC
53 West Jackson Boulevard, Suite 1334
Chicago, IL 60604

Ari N. Rothman, Esq.
J. Douglas Baldridge, Esq.
Lisa J. Fales, Esq.
Venable, LLP
575 Seventh Street, NW
Washington, DC 20004

Sanford M. Saunders, Jr., Esq.
Nicoleta Burlacu, Esq.
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037


Re: <u>Beyond Systems, Inc. v. Kraft Foods, Inc., et al.</u>
    Civil Action No. PJM-08-409

Dear Counsel:

The Court has not received unredacted copies of the following filings:
- Plaintiff's Motion to Seal Documents Containing Confidential Information and Opposition to Motion to Challenge Confidentiality (Docket No. 112);

- Defendant's Response to Motion re: 112 Motion to Seal Documents Containing Confidential Information and Opposition to Motion to Challenge Confidentiality (Docket No. 138);
- Defendant's Motion for Relief Pursuant to FRCP 37(c) (Docket No. 153);
- Plaintiff's Response in Opposition re: 153 Motion Relief Pursuant to FRCP 37(c) (Docket No. 170);
- Defendant's Reply to Response to Motion re: 153 Motion Relief Pursuant to FRCP 37(c) (Docket No. 178); and
- Defendant's Motion to Compel Interrogatory Responses (Docket No. 181) and all related briefings.

Please rectify this situation by filing unredacted versions of these documents with the Court and also directly with this Chambers no later than Friday, October 9, 2009 by noon. The Court regrets if you have already filed these documents and appreciates your compliance with this request.

Very truly yours,

_____/s/_____
Charles B. Day
United States Magistrate Judge

CBD/ec