IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | : | |
| Plaintiff, | : | Case No. 8:08-CV-00409-PJM |
| v. | : | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : | Magistrate Judge Charles B. Day |
| Defendants. | : | |

**REPLY AND NOTICE CONCERNING RESOLUTION OF MOTION TO
PRECLUDE EXPERT TESTIMONY FROM PAUL WAGNER (PAPER NO. 204)**

Defendants and Third-Party Plaintiffs Connexus Corp. and Hydra LLC file this short reply and notice to advise the Court that the parties resolved the Motion to Preclude Expert Testimony from Paul Wagner (Paper No. 204).  Specifically, Connexus and Hydra agreed to withdraw the motion in exchange for an additional day of deposition with Plaintiff Beyond Systems, Inc.'s ("BSI") principal, Paul Wagner.  Counsel for the parties advised chambers via telephone on September 15, 2009 and October 7, 2009 that the parties had resolved the motion, and Connexus and Hydra file this reply and notice to formalize the resolution of the motion.  Connexus and Hydra reserve all rights to seek exclusion of Paul Wagner's testimony on any and all other grounds available to them under applicable law and rules.

                                          Respectfully Submitted,

Dated: October 12, 2009                         /s/
                                          J. Douglas Baldridge, US DC-MD Bar No. 11023
                                          Lisa Jose Fales, US DC-MD Bar No. 08141
                                          Ari N. Rothman, US DC-MD Bar No. 17560
                                          VENABLE LLP
                                          575 7th Street, N.W.
                                          Washington, DC  20004-1601
                                          (202) 344-4000 (phone)
                                          (202) 344-8300 (fax)
                                          jdbaldridge@venable.com
                                          ljfales@venable.com
                                          anrothman@venable.com

                                          *Attorneys for Connexus Corp. and Hydra LLC*

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of October 2009, a copy of the foregoing *Motion to Preclude Expert Testimony from Paul Wagner (Paper No. 204)* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

                                           /s/
                                      Ari N. Rothman