**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 08-409** |
| | * | |
| **KRAFT FOODS, INC., et al.** | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * | * | |
| | * | |
| **CONNEXUS CORP., et al.** | * | |
| | * | |
| Third-Party Plaintiffs, | * | |
| v. | * | |
| | * | |
| **JAMES WAGNER, et al.** | * | |
| | * | |
| Third-Party Defendants. | * | |

**<u>O R D E R</u>**

Upon consideration of pending motions filed by Defendants and Third-Party Plaintiffs Connexus Corp. ("Connexus") and Hydra, LLC ("Hydra"),  and Third-Party Defendants James Wagner and Hypertouch, Inc. ("Hypertouch"), and the parties' corresponding oppositions thereto, oral argument having been held thereon, it is for the reasons stated on the record, this 19th day of October, 2009

**ORDERED**

1.    Joseph Wagner and Hypertouch's Motion to Dismiss or in the Alternative, Partial Motion to Dismiss [Paper No. 82] is **DENIED**;

2.      Connexus and Hydra's Motion for Leave to File Supplemental

Authority in Support of Opposition to Motion to Dismiss Third-

Party Complaint [Paper No. 203] is **GRANTED**;

3.      Connexus and Hydra's Motion for Leave to Supplement Motion

for Partial Summary Judgment [Paper No. 220] is **GRANTED**;

4.      Connexus and Hydra shall have 20 days leave to brief the

applicability of *Master Financial, Inc., et al. v. Crowder*, *et al.*,

972 A.2d 864 (Md. 2009) to the present case; and

5.      Joseph Wagner and Hypertouch shall have 10 days to respond to

same.


_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**