IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BEYOND SYSTEMS, INC.,
   Plaintiff,
v.
KRAFT FOODS, INC., et al.,
   Defendants.

\*

\*   Case No. 8:08-cv-00409 (PJM)

CONNEXUS CORP., et al.,
   Third-Party Plaintiffs,
v.
JAMES JOSEPH WAGNER, et al.,
   Third-Party Defendants.

\*
\*\*\*\*\*\*

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

10/21/2009
Date

*Signature of Counsel*

Robert A. Friedman   28864
*Print Name*   *Bar Number*

Venable LLP
*Firm Name*

575 7th Street, NW
*Address*

Washington, DC 20004
*City/State/Zip*

(202) 344-4332
*Phone No.*

(202) 344-8300
*Fax No.*

rafriedman@venable.com
*Email Address*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2009, a copy of the foregoing *Entry of Appearance of Robert A. Friedman* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J.
GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

 

                                              /s/
                                    Robert A. Friedman