UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

October 21, 2009

**VIA ELECTRONIC FILING**
Anthony F. Cavanaugh, Esquire
Anthony A. Onorato, Esquire
John J. Duffy Esquire
Thomas M. Barba, Esquire
Steptoe and Johnson
1330 Connecticut Avenue, NW
Washington, DC 20036

Michael S. Rothman, Esquire
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, Maryland 20850

Stephen Howard Ring, Esquire
Stephen H. Ring, P.C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, Maryland 20876

Barry J. Reingold, Esquire
John M. Devaney, Esquire
John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW - Suite 800
Washington, DC 20005

Darrell J. Graham, Esquire
Law Office of Darrel J. Graham, LLC
53 W. Jackson Boulevard - Suite 1334
Chicago, Illinois 60604

Ari Nicholas Rothman, Esquire
J. Douglas Baldridge, Esquire
Lisa Jose Fales, Esquire
Venable LLP
575 Seventh Street, NW
Washington, DC 20004

Re: Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
Civil Action No. PJM-08-409

Dear Counsel:

Pursuant to the referral of this case to me for resolution of discovery disputes, the Court has received Defendants' Motion to Compel Interrogatory Responses and Memorandum in Support ("Defendants' Motion")(Docket Item No. 181). The Court has reviewed Defendants' Motion and the opposition, and reply thereto. No hearing is deemed necessary. Local Rule 105.6 (D. Md.). The Court hereby GRANTS Defendants' Motion.

**Interrogatories 12 and 14:**

The information sought by these interrogatories is "reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The discovery is relevant to the claims and defenses of the present action. Additionally, Defendants have provided sufficient "good cause" to justify discovery that is relevant to the "subject matter involved in the action."

The Court finds that that the information sought may inform the Court in its assessment of statutory damages. The motivations of Plaintiff, as well as those of the named Defendants, may be of value to the Court. Equally true, discovery of impeachment evidence is appropriate. Newsome v. Penske Truck Leasing Corp., 427 F. Supp. 2d 431 (D. Md. 2006). The quantification of income derived from litigation endeavors, juxtaposed with those from the legitimate operation of an internet service provider, may influence the Court as to the motives of Plaintiff in light of any legislative intent. See Gordon v. Virtumundo, Inc., 575 F.3d 1040, 1056 (9th Cir. 2009) (plaintiff's company generates no revenue and is financed strictly through lawsuits against e-mail marketers). While the statute in Gordon is not controlling here, the Court's reasoning may be helpful in discerning the true harm inflicted upon Beyond Systems, Inc.

Defendants are correct to note that confidentiality is a non-issue, as Defendants only seek aggregate amounts, not amounts for any particular settlement. Defendants also are not seeking the disclosure of the identity of any participant to any confidentiality agreement. Nonetheless, any concerns about confidentiality that may appear in any agreement that forms the basis for a recovery, are pierced by the issuance of the Order of this Court, and the protective order currently in place. Plaintiff's objections suggesting that these interrogatories are "overly broad and unduly burdensome," are unfounded and unsupported on this record.

Plaintiff shall provide complete responses within 10 days of the date of this Order. Plaintiff's responses shall specify the gross revenues received by Beyond Systems, Inc. due to settlements and/or judgments obtained as a result of claims related to commercial electronic mail, for each calendar year from 2004 to present

Despite the informal nature of this letter, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Charles B. Day
United States Magistrate Judge

CBD/bab