UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) |
| ) | |
| KRAFT FOODS, INC., *et al*. ) | |
| ) | Judge Peter J. Messitte |
| Defendants. ) | Magistrate Judge Charles B. Day |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED SCHEDULE**

On October 16, 2009 the parties filed a joint motion with this Court requesting that this Court extend the expert deposition deadline by three weeks, until November 6, 2009, and hold the rest of the case schedule in abeyance until October 23, 2009, when the parties would file a joint motion with the Court proposing a deadline for dispositive motions, and other deadlines (if any).  The Court granted that Motion.  The parties have met and conferred in an effort to reach an agreement regarding future case deadlines and have made substantial progress, but have been unable to resolve all pending issues as of this filing.  The parties believe, however, that if they are permitted to meet and confer for a few more days they will be able to reach an agreement.  Therefore, the parties respectfully request that this Court enter an Order permitting the parties to file a proposal regarding future case deadlines by October 27, 2009.  A proposed order is filed concurrently herewith.

Wherefore Plaintiff and Defendants respectfully request that the Court grant this Motion and enter the attached Proposed Order.

| _____/s/_____ | _____/s/_____ |
|---|---|
| Thomas M. Barba (US DC-MD Bar No. 28487) | Barry J. Reingold (USDC-MD Bar No. 06490) |
| John J. Duffy (US DC-MD Bar No. 28613) | John M. Devaney *(Pro Hac Vice)* |
| Jennie L. Kneedler (US DC-MD Bar No. 28617) | John K. Roche *(Pro Hac Vice)* |
| STEPTOE & JOHNSON LLP | PERKINS COIE LLP |
| 1330 Connecticut Ave NW | 607 14th Street NW, Suite 800 |
| Washington DC 20036 | Washington DC 20005-2003 |
| T: 202-429-3000 | T: 202-434-1613 |
| F: 202-429-3902 | F: 202-434-1690 |
| tbarba@steptoe.com | jroche@perkinscoie.com |
| jduffy@steptoe.com | breingold@perkinscoie.com |
| jkneedler@steptoe.com | jdevaney@perkinscoie.com |

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
Phone: (312)922-4533
Fax: (312)922-4757
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*

_____/s/_____
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 Seventh Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (Facsimile)

*Counsel for Defendants Connexus Corp. and Hydra, LLC*

Dated:  October 23, 2009