# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) |
| ) | |
| ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al*., ) | Magistrate Judge Charles B. Day |
| ) | |
| Defendants. ) | |
| ) | |
| CONNEXUS CORP., *et al*., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al*., ) | |
| ) | |
| Third-Party Defendants. ) | |

## **DISCLOSURE OF CORPORATE INTEREST**

I certify as counsel in this case that Third-Party Defendant Hypertouch Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

Respectfully submitted,

/s/   Thomas M. Barba
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)

        Jennie L. Kneedler (US DC-MD Bar No. 28617)
        STEPTOE & JOHNSON LLP
        1330 Connecticut Ave NW
        Washington DC 20036
        T: 202-429-3000
        F: 202-429-3902
        tbarba@steptoe.com
        jduffy@steptoe.com
        jkneedler@steptoe.com

        Anthony A. Onorato (USDC-MD Bar No. 28622)
        STEPTOE & JOHNSON LLP
        750 Seventh Ave., Ste. 1800
        New York, NY  10019
        (212) 506-3900
        Fax:  (212) 506-3950
        tonorato@steptoe.com

        *Attorneys for Third-Party Defendants Hypertouch,*
        *Inc. and James Joseph Wagner*

Dated:  November 16, 2009

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2009, the foregoing *Disclosure of Corporate Interest* as to Third-Party Defendant Hypertouch Inc. was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendants Connexus Corp. and Hydra LLC*

_____/s/ Thomas M. Barba_____

Thomas M. Barba