**UNITED STATES DISTRICT COURT**
**FOR THE District of Maryland**

Beyond Systems, Inc.

        Plaintiff,

v.               Case No.: 8:08−cv−00409−PJM
                Judge Deborah K. Chasanow

Kraft Foods, Inc., et al.

         Defendant.

TYPE OF CASE:    Civil

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

  NOTICE of Hearing: Motion Hearing regarding Defendant Connexus Corp. and Hydra LLC's Motion for Relief Pursuant to Federal Rule of Civil Procedure 37(c)(Docket Item No. 153)set for 12/7/2009 10:00 AM in Courtroom 2A, 6500 Cherrywood Lane, Greenb elt, Maryland 20770, before Magistrate Judge Charles B. Day. (bab, Chambers)

**PLACE**

November 24, 2009

                      s/ Felicia Cannon − Clerk, Clerk
                  s/ Chambers Barbara Barry bab, Deputy Clerk