# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 8:09-cv-00080 (PJM) |
| CONNEXUS CORP., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## JOINT REQUEST OF PLAINTIFF, DEFENDANT CONNEXUS CORP., AND DEFENDANT HYDRA LLC TO DISMISS CONNEXUS CORP. AND HYDRA LLC

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Beyond Systems, Inc., Defendant Connexus Corp. ("Connexus"), and Defendant Hydra LLC ("Hydra") hereby file this joint request to dismiss Connexus and Hydra as Defendants in this Action without prejudice. Plaintiff filed a second amended complaint in 8:08-cv-00409 on November 26, 2008 that added Connexus and Hydra as Defendants in that action. On January 15, 2009, the above case, 8:09-cv-00080, was transferred to this Court from the United States District Court for the Central District of California. Therefore, Defendants Connexus and Hydra are currently Defendants in both actions. For the sole purpose of ensuring that Connexus and Hydra are Defendants in only one action before this Court, Plaintiff, Connexus, and Hydra have agreed that Connexus and Hydra should be dismissed as Defendants from 8:09-cv-00080 and proceed as Defendants in 8:08-cv-00409 only. Plaintiff, Connexus, and Hydra have entered into a separate agreement, the terms of which ensure that this dismissal will not affect any of the substantive rights of the parties with

regard to claims and defenses which could have been asserted in 8:09-cv00080 and which still might be asserted.

The only other Defendants in 8:09-cv-00080 are Sebastian Barale ("Barale") and MailCompanyX ("MCX"). The Central District of California entered default against Barale and MCX for the second time in November of 2008, and a motion for default judgment against those defendants was pending at the time that the case was ordered transferred to this Court. While Connexus and Hydra agree to entry of a default against MailCompanyX, they do not agree to the accuracy of any statements made in BSI's motion, and their position concerning BSI's request for entry of default is set forth on page five of BSI's November 17, 2008 Application in the California Action (DE #109 at 5). Further, Connexus and Hydra preserve all defenses, rights and claims of whatever nature in any action based on the subject emails and any other fact or circumstance at issue in any dispute with BSI or any other person or entity. Plaintiff contends that Barale and MCX should remain as Defendants in the 09-cv-00080 action, and Connexus and Hydra state no position on this matter. Plaintiff, Connexus, and Hydra, as well as the original defendants to the 08-cv-00409 action, will jointly move to consolidate the 09-cv-00080 action with the 08-cv-00409 action pursuant to Fed. R. Civ. P. Rule 42(a) should this Court enter the dismissal of Connexus and Hydra from the 09-cv-00080 action.

Therefore, for the foregoing reasons, Plaintiff, Connexus, and Hydra request that this Court dismiss Connexus and Hydra from this Action without prejudice. A proposed order is attached.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Thomas M. Barba (US DC-MD Bar No. 28487) | J. Douglas Baldridge, (US DC-MD Bar No. 11023) |
| John J. Duffy (US DC-MD Bar No. 28613) | Lisa Jose Fales, Esq. (US DC-MD Bar No. 08141) |
| Anthony A. Onorato (US DC-MD Bar No. 28622) | Ari N. Rothman, Esq. (US DC-MD Bar No. 17560) |
| Jennie L. Kneedler (US DC-MD Bar No. 28617) | VENABLE LLP |
| STEPTOE & JOHNSON LLP | 575 Seventh Street, N.W. |
| 1330 Connecticut Ave NW | Washington, D.C. 20004 |
| Washington DC 20036 | (202) 344-4000 |
| T: 202-429-3000 | (202) 344-8300 (Facsimile) |
| F: 202-429-3902 | |
| tbarba@steptoe.com | |
| jduffy@steptoe.com | |
| tonorato@steptoe.com | |
| jkneedler@steptoe.com | |

*Counsel for Defendants Connexus Corp. and Hydra, LLC*

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ ) | |
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 8:09-cv-00080 (PJM) |
| ) | |
| CONNEXUS CORP., *et al*. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Upon consideration of the Joint Request of Plaintiff, Defendant Connexus Corp., and Defendant Hydra LLC to Dismiss Connexus Corp. and Hydra LLC as Defendants in this Action, this Court hereby dismisses Connexus Corp. and Hydra LLC from this Action without prejudice.
.

IT IS SO ORDERED.

_____

Peter J. Messitte

United States District Judge

Date: _____