IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

**MOTION FOR LEAVE TO FILE LIMITED RESPONSE TO
BSI'S OPPOSITION REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT**

Connexus Corp. and Hydra LLC move for leave to file the attached response to correct BSI's material misstatement of the record in its Opposition.

In their Supplemental Memorandum (Paper No. 239), Connexus and Hydra argue that this case is subject to the Supreme Court's doctrine in *Van Dusen*, which governs cases that are transferred for convenience. In support of BSI's opposition (Paper No. 244), BSI states that "Defendants were actually *dismissed* from the original California suit and added to an existing Maryland suit via Plaintiff's Second Amended Complaint" and therefore "*Van Dusen* is not applicable to such a set of facts." (Paper No. 244 at 2 (emphasis in original).) This is an incomplete and misleading statement of the record. In fact, the United States District Court for the Central District of California ordered the transfer of the case pursuant to 28 U.S.C. § 1404, and the case was in fact transferred to this judicial district. This Court dismissed the transferee case (as to Connexus and Hydra) solely for the purpose of facilitating consolidation of the claims in the transferee case with the prior-filed case against Kraft, for judicial economy. Thus, the parties agreed to "dismissal" solely to consolidate BSI's claims against Connexus and Hydra

with BSI's claims against Kraft and without "affect [on] any of the substantive rights of the parties with regard to claims and defenses which could have been asserted in [the transferred action] and which still might be asserted." (Paper No. 244-2.)  For this reason, the facts of this case are unlike *Aircrash*.

The terms and conditions on which the case was transferred, and then dismissed for the purpose of consolidation, are more fully explained in the Response to Opposition attached to this motion as Exhibit 1.  Connexus and Hydra submit that the Court should have a full and accurate statement of the record before deciding the applicability of *Van Dusen*.

WHEREFORE Connexus and Hydra respectfully request an order granting leave to file the Response to Opposition attached to this motion as Exhibit 1 and deeming the Response to Opposition as filed.

Respectfully submitted,

Dated:  November 30, 2009                             /s/
J. Douglas Baldridge, US DC-MD Bar No. 11023
Lisa Jose Fales, US DC-MD Bar No. 08141
Ari N. Rothman, US DC-MD Bar No. 17560
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Connexus Corp. and Hydra LLC*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 30th Day of November, 2009, a copy of the foregoing *Motion for Leave to File Limited Response to BSI's Opposition Regarding Motion for Partial Summary Judgment* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

                                                /s/
                                         Ari N. Rothman