IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC.<br><br>                  Plaintiff,<br><br>v.<br><br>KRAFT FOODS, INC., et al.,<br><br>                  Defendants. | Case No. 8:08-CV-00409-PJM<br><br>The Honorable Peter J. Messitte<br><br>Magistrate Judge Charles B. Day |

### CONNEXUS CORP.'S ANSWER TO
### JOE WAGNER AND HYPERTOUCH COUNTERCLAIM

Connexus Corp. ("Connexus") hereby answers the Counterclaim filed by Third-Party Defendants James Joseph Wagner and Hypertouch, Inc. against Connexus in this action as follows:

1. Connexus admits that Plaintiff Beyond Systems, Inc. ("BSI") sued Connexus in this action, and that BSI alleges violations of California Business & Professions Code § 17529.5 and Maryland Commercial Law Code § 14-3002 with respect to certain emails. Connexus cannot admit or deny the allegation as to "business relations" because that phrase is vague and ambiguous. Connexus denies all allegations set forth in Paragraph 1 of the Counterclaim to the extent they allege any wrongdoing by Connexus.

2. Admitted to the extent that the allegations set forth in Paragraph 2 of the Counterclaim are consistent with the operative Third-Party Complaint; otherwise, denied.

3. The allegations in Paragraph 3 purport to characterize actions of Third-Party Defendants and therefore no response is required.

4. Denied.

**<u>AFFIRMATIVE DEFENSES</u>**

1. The Counterclaim, or portions thereof, fails to state a claim upon which relief can be granted.

2. Third-Party Defendants' Counterclaim is barred in whole or in part by Third-Party Defendants' own fault and the doctrines of unclean hands and bad faith.

3. Third-Party Defendants are estopped from maintaining their Counterclaim.

4. Third-Party Defendants' Counterclaim is barred because Third-Party Defendants are active tortfeasors.

5. Connexus did not cause BSI to receive any of the emails that Third-Party Defendants sent to BSI. Connexus cannot be held liable for the unilateral acts or omissions of independent third parties, including Third-Party Defendants.

6. Third-Party Defendants failed to mitigate its damages, if any.

7. Connexus was not responsible for any deceptive or misleading information in the alleged emails to the extent such deceptive or misleading information exists in the alleged emails. Connexus cannot be held liable for the unilateral acts or omissions of independent third parties, including Third-Party Defendants.

8. Connexus is immune from suit under the federal Communications Decency Act, 42 U.S.C.§ 230.

9. Connexus reserves the right to offer additional defenses as discovery progresses.


## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Connexus prays as follows:

1. That judgment be rendered in favor of Connexus;

2. That Joe Wagner and Hypertouch take nothing by reason of their Counterclaim against Connexus;

3. That Connexus be awarded its costs of suit incurred in defense of this action, and its attorneys' fees to the extent permitted by law; and

4. For such other relief as the Court deems proper.

Respectfully Submitted,

Dated:  December 7, 2009                      /s/
J. Douglas Baldridge
(US DC-MD Bar No. 11023)
Lisa Jose Fales
(US DC-MD Bar No. 08141)
Ari N. Rothman
(US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Connexus Corp.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2009, a copy of the foregoing *Connexus Corp.'s Answer to Joe Wagner and Hypertouch Counterclaim* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

                                    /s/
                              Ari N. Rothman