IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**APPENDIX OF CASES NOT GENERALLY REPORTED CONCERNING MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

*ASIS Internet Services v. Optin Global, Inc.,* Nos. 17779 & 15979, (9th Cir. Dec. 2, 2009)
Attached to Memorandum as Exhibit 30
*Hypertouch v. Valueclick*, No. LC081000, (Cal. Sup. Court. Jun. 16, 2009)
Attached to Memorandum as Exhibit 35

*Hypertouch, Inc. v. Stamps.com, Inc.*, AAA No. 7411700943 04 SUBR (Am. Arb. Assoc'n. Jan. 6, 2006)
Attached to Memorandum as Exhibit 11

Respectfully submitted,

Dated:  December 18, 2009          /s/
J. Douglas Baldridge, US DC-MD Bar No. 11023
Lisa Jose Fales, US DC-MD Bar No. 08141
Ari N. Rothman, US DC-MD Bar No. 17560
Robert A. Friedman, US DC-MD Bar No. 28864
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
rafriedman@venable.com
*Attorneys for Connexus Corp. and Hydra LLC*