IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**APPENDIX OF EXHIBITS CITED IN
MEMORANDUM OF LAW IN SUPPORT OF
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

| Exhibit Number | Description |
|---|---|
| 1 | Plaintiff's Second Amended and Supplemental Response to Defendant Hydra Media Group, Inc.'s First Set of Interrogatories (No. 6), dated September 19, 2008 |
| 2 | Excerpts from the deposition of Paul A. Wagner, dated October 28, 2008, May 1, 2009, June 5, 2009, June 16, 2009 and September 18, 2009 |
| 3 | Excerpts from the deposition of Paul A. Wagner, dated September 10, 2007, September 11, 2007 and September 18, 2007 |
| 4 | Excerpts from the deposition of Paul A. Wagner, dated September 22, 2004 |
| 5 | Excerpts from the deposition of Paul A. Wagner, dated September 23, 2008 |
| 6 | Plaintiff's Amended Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 12-14), dated November 4, 2009 |
| 7 | Exhibit A to Plaintiff's Third Supplemental Response to Defendant Connexus Corp.'s First Set of Interrogatories to Beyond Systems Inc. |
| 8 | Excerpts from the deposition of James Joseph Wagner, dated October 7, 2008 and October 16, 2008 |
| 9 | Excerpts from the deposition of James Joseph Wagner, dated September 11, 2008 |
| 10 | Excerpts from the deposition of James Joseph Wagner, dated April 28, 2009 |

| Exhibit Number | Description |
|---|---|
| 11 | Excerpt from *Hypertouch, Inc. v. Stamps.com, Inc.*, AAA No. 7411700943 04 SUBR (Am. Arb. Assoc'n. Jan. 6, 2006) |
| 12 | Excerpts from the deposition of Paul A. Wagner, dated May 11, 2009 and June 15, 2009 |
| 13 | Excerpt from the Expert Report of John H. Evans, dated July 17, 2009 |
| 14 | Document bates labeled and produced as BSI-K0002950 |
| 15 | Excerpts from the deposition of James Joseph Wagner, dated February 24, 2009 |
| 16 | Document bates labeled and produced as H017207 |
| 17 | Document bates labeled and produced as C005535 |
| 18 | Excerpt from a Transcript of Motion Proceedings Before the Honorable Peter J. Messitte, dated October 19, 2009 |
| 19 | Excerpts from the deposition of Dr. John C. Klensin, dated September 24, 2009 |
| 20 | Excerpts from the deposition of Frederick B. Cohen, Ph.D., dated October 9, 2009, November 4, 2009 and November 6, 2009 |
| 21 | Excerpts from the deposition of Peter W. Resnick, dated October 14, 2009, October 15, 2009, October 26, 2009 and October 27, 2009 |
| 22 | Document bates labeled and produced as KLENSIN002209 |
| 23 | Plaintiff's Second Amended and Supplemental Response to Defendant Connexus Corp.'s First Set of Interrogatories to Beyond Systems, Inc., dated September 19, 2008 |
| 24 | Excerpts from the deposition of John R. Levine, Ph.D., dated October 1, 2009 and October 2, 2009 |
| 25 | Plaintiff's Second Amended and Supplemental Response to Defendant Hydra Media Group, Inc.'s First Set of Interrogatories to Beyond Systems, Inc., dated September 19, 2008 |
| 26 | Legend for Master Spreadsheets |
| 27 | Supplement to Legend for Master Spreadsheet of Additional Violations in 28,137 Connexus Spam (Column V) |
| 28 | Beyond Systems' Spam-Related Costs, February 2005 - July 2008 |
| 29 | Excerpt from the deposition of David Shin, dated October 5, 2009 |

| Exhibit Number | Description |
|---|---|
| 30 | Appeal from the United States District Court for the Northern District of California, dated December 2, 2009 |
| 31 | E-mail exchange, dated March 25, 2009 |
| 32 | Excerpt from a Statement from Senator Leonard H. Teitelbaum regarding SB 538 – Commercial Law, Electronic Mail – Prohibitions |
| 33 | Excerpt from, The Internet For Dummies by John R. Levine, Carol Baroudi and Margaret Levine Young |
| 34 | Excerpts of the Complaint in re: *Hypertouch v. Valueclick*, No. LC081000 (Cal. Sup. Court June 16, 2009) |
| 35 | Order re: *Hypertouch v. Valueclick*, No. LC081000 (Cal. Sup. Court June 16, 2009) |
| 36 | FTC Policy Statement on Deception, dated October 14, 1983 |
| 37 | Excerpt from the first Expert Report of John C. Klensin, Ph.D |
| 38 | Legend for Spreadsheet of Violations and Attributions in 18,497 2008-2009 AccelerateBiz-Hydra Emails |
| 39 | Declaration of Paul A. Wagner Pursuant to 28 U.S.C. §1746, dated June 19, 2009 |
| 40 | Excerpt from the Expert Report of Dr. John R. Levine, dated June 1, 2009 |
| 41 | 73 Fed. Reg. 29654 |
| 42 | BSI Deposition Chart |

\* \* \*

                Respectfully submitted,

Dated:  December 18, 2009                       /s/
                J. Douglas Baldridge, US DC-MD Bar No. 11023
                Lisa Jose Fales, US DC-MD Bar No. 08141
                Ari N. Rothman, US DC-MD Bar No. 17560
                Robert A. Friedman, US DC-MD Bar No. 28864
                VENABLE LLP
                575 7th Street, N.W.
                Washington, DC  20004-1601
                (202) 344-4000 (phone)
                (202) 344-8300 (fax)
                jdbaldridge@venable.com
                ljfales@venable.com
                anrothman@venable.com
                rafriedman@venable.com
                *Attorneys for Connexus Corp. and Hydra LLC*