IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
|                   Plaintiff, | :   Case No. 8:08-CV-00409-PJM |
| v. | :   The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | :   Magistrate Judge Charles B. Day |
|                   Defendants. | : |

## DECLARATION OF ROBERT FRIEDMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Robert Friedman, declare:

1. I have personal knowledge of the facts stated herein, and, if called as a witness, could competently testify to those facts.

2. I am an attorney at the law firm of Venable LLP. I am counsel of record for Connexus Corp. and Hydra LLC and a member in good standing of this Court.

3. Attached to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Memorandum") as Exhibit 1 is a true and correct copy of Plaintiff's Second Amended and Supplemental Response to Defendant Hydra Media Group, Inc.'s First Set of Interrogatories (No. 6), dated September 19, 2008.

4. Attached to the Memorandum as Exhibit 2 is a true and correct copy of excerpts from the deposition of Paul A. Wagner, dated October 28, 2008, May 1, 2009, June 5, 2009, June 16, 2009 and September 18, 2009.

5. Attached to the Memorandum as Exhibit 3 is a true and correct copy of excerpts from the deposition of Paul A. Wagner, dated September 10, 2007, September 11, 2007 and September 18, 2007.

6. Attached to the Memorandum Exhibit 4 is a true and correct copy of excerpts from the deposition of Paul A. Wagner, dated September 22, 2004.

7. Attached to the Memorandum as Exhibit 5 is a true and correct copy of excerpts from the deposition of Paul A. Wagner, dated September 23, 2008.

8. Attached to the Memorandum as Exhibit 6 is a true and correct copy of Plaintiff's Amended Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 12-14), dated November 4, 2009.

9. Attached to the Memorandum as Exhibit 7 is a true and correct copy of Exhibit A to Plaintiff's Third Supplemental Response to Defendant Connexus Corp.'s First Set of Interrogatories to Beyond Systems Inc.

10. Attached to the Memorandum as Exhibit 8 is a true and correct copy of excerpts from the deposition of James Joseph Wagner, dated October 7, 2008 and October 16, 2008.

11. Attached to the Memorandum as Exhibit 9 is a true and correct copy of excerpts from the deposition of James Joseph Wagner, dated September 11, 2008.

12. Attached to the Memorandum as Exhibit 10 is a true and correct copy of excerpts from the deposition of James Joseph Wagner, dated April 28, 2009.

13. Attached to the Memorandum as Exhibit 11 is a true and correct copy of an excerpt from *Hypertouch, Inc. v. Stamps.com, Inc.*, AAA No. 7411700943 04 SUBR (Am. Arb. Assoc'n. Jan. 6, 2006).

14. Attached to the Memorandum as Exhibit 12 is a true and correct copy of excerpts from the deposition of Paul A. Wagner, dated May 11, 2009 and June 15, 2009.

15. Attached to the Memorandum as Exhibit 13 is a true and correct copy of an excerpt from the Expert Report of John H. Evans, dated July 17, 2009.

16. Attached to the Memorandum as Exhibit 14 is a true and correct copy of a document bates labeled and produced as BSI-K0002950.

17. Attached to the Memorandum as Exhibit 15 is a true and correct copy of excerpts from the deposition of James Joseph Wagner, dated February 24, 2009.

18. Attached to the Memorandum as Exhibit 16 is a true and correct copy of a document bates labeled and produced as H017207.

19. Attached to the Memorandum as Exhibit 17 is a true and correct copy of a document bates labeled and produced as C005535.

20. Attached to the Memorandum as Exhibit 18 is a true and correct copy of an excerpt from a Transcript of Motion Proceedings Before the Honorable Peter J. Messitte, dated October 19, 2009.

21. Attached to the Memorandum as Exhibit 19 is a true and correct copy of excerpts from the deposition of Dr. John C. Klensin, dated September 24, 2009.

22. Attached to the Memorandum as Exhibit 20 is a true and correct copy of excerpts from the deposition of Frederick B. Cohen, Ph.D., dated October 9, 2009, November 4, 2009 and November 6, 2009.

23. Attached to the Memorandum as Exhibit 21 is a true and correct copy of excerpts from the deposition of Peter W. Resnick, dated October 14, 2009, October 15, 2009, October 26, 2009 and October 27, 2009.

24. Attached to the Memorandum as Exhibit 22 is a true and correct copy of a document bates labeled and produced as KLENSIN002209.

25. Attached to the Memorandum as Exhibit 23 is a true and correct copy of Plaintiff's Second Amended and Supplemental Response to Defendant Connexus Corp.'s First Set of Interrogatories to Beyond Systems, Inc., dated September 19, 2008.

26. Attached to the Memorandum as Exhibit 24 is a true and correct copy of excerpts from the deposition of John R. Levine, Ph.D., dated October 1, 2009 and October 2, 2009.

27. Attached to the Memorandum as Exhibit 25 is a true and correct copy of Plaintiff's Second Amended and Supplemental Response to Defendant Hydra Media Group, Inc.'s First Set of Interrogatories to Beyond Systems, Inc., dated September 19, 2008.

28. Attached to the Memorandum as Exhibit 26 is a true and correct copy of Legend for Master Spreadsheets.

29. Attached to the Memorandum as Exhibit 27 is a true and correct copy of Supplement to Legend for Master Spreadsheet of Additional Violations in 28,137 Connexus Spam (Column V).

30. Attached to the Memorandum as Exhibit 28 is a true and correct copy of Beyond Systems' Spam-Related Costs, February 2005 - July 2008.

31. Attached to the Memorandum as Exhibit 29 is a true and correct copy of excerpts from the deposition of David Shin, dated October 5, 2009.

32. Attached to the Memorandum as Exhibit 30 is a true and correct copy of Appeal from the United States District Court for the Northern District of California, dated December 2, 2009.

33. Attached to the Memorandum as Exhibit 31 is a true and correct copy of an E-mail exchange, dated March 25, 2009.

34. Attached to the Memorandum as Exhibit 32 is a true and correct copy of an excerpt from a Statement from Senator Leonard H. Teitelbaum regarding SB 538 – Commercial Law, Electronic Mail – Prohibitions.

35. Attached to the Memorandum as Exhibit 33 is a true and correct copy of an excerpt from, The Internet For Dummies by John R. Levine, Carol Baroudi and Margaret Levine Young.

36. Attached to the Memorandum as Exhibit 34 is a true and correct copy of excerpts of the Complaint in re: *Hypertouch v. Valueclick*, No. LC081000 (Cal. Sup. Court June 16, 2009).

37. Attached to the Memorandum as Exhibit 35 is a true and correct copy of an Order re: *Hypertouch v. Valueclick*, No. LC081000 (Cal. Sup. Court June 16, 2009)

38. Attached to the Memorandum as Exhibit 36 is a true and correct copy of FTC Policy Statement on Deception, dated October 14, 1983.

39. Attached to the Memorandum as Exhibit 37 is a true and correct copy of an excerpt from the first Expert Report of John C. Klensin, Ph.D.

40. Attached to the Memorandum as Exhibit 38 is a true and correct copy of Legend for Spreadsheet of Violations and Attributions in 18,497 2008-2009 AccelerateBiz-Hydra Emails.

41.     Attached to the Memorandum as Exhibit 39 is a true and correct copy of the Declaration of Paul A. Wagner Pursuant to 28 U.S.C. §1746, dated June 19, 2009.

42.     Attached to the Memorandum as Exhibit 40 is a true and correct copy of the Expert Report of Dr. John R. Levine, dated June 1, 2009.

43.     Attached to the Memorandum as Exhibit 41 is a true and correct copy of 73 Fed. Reg. 29654.

44.     Attached to the Memorandum as Exhibit 42 is a true and correct copy of BSI Deposition Chart.

45.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of December, 2009, in Washington, District of Columbia.

_____
Robert A. Friedman, US DC-MD Bar No. 28864