# EXHIBIT 16

```
From ???@??? Tue Sep 27 11:00:43 2005
BatesNumber:SPAM-H017207_____CONFIDENTIAL
Return-Path: <bounce-tvxhluvhjbuzee@zsbwtvswn.optninmailrus.com>
Received: from [69.33.227.202] (HELO mail.reasonabledoubt.com)
  by beyondsystems.net (CommuniGate Pro SMTP 4.2.9)
  with ESMTP id 34072870 for support@beyondsystems.net; Fri, 23 Sep 2005
06:56:11 -0400
Received: from <joepublic3@flunky.hypertouch.com>
  by mail.reasonabledoubt.com (CommuniGate Pro RULES 4.3.6)
  with RULES id 55861310; Fri, 23 Sep 2005 03:54:08 -0700
X-Autogenerated: Mirror
Resent-From: <joepublic3@flunky.hypertouch.com>
Resent-Date: Fri, 23 Sep 2005 03:54:08 -0700
Received: from [69.33.227.203] (HELO mail.hasit.com)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.3.6)
  with SMTP id 55861307 for joepublic@flunky.hypertouch.com; Fri, 23 Sep
2005 03:54:08 -0700
Received: from serv010.optninmailrus.com ([63.236.215.18] verified)
  by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with SMTP id S.0015022907 for <gotcha@hypertouch.com>; Fri, 23 Sep
2005 03:54:05 -0700
Message-ID: <13661117.1127472844054.JavaMail.root@optninmailrus.com>
Date: Fri, 23 Sep 2005 06:54:04 -0400 (EDT)
From: Rockstar Survey <krmlbvrlkoviss@wfgqprfqe.optninmailrus.com>
Reply-To: Rockstar Survey <krmlbvrlkoviss@wfgqprfqe.optninmailrus.com>
To: "gotcha@hypertouch.com" <gotcha@hypertouch.com>
Subject: Which Show is Better Rockstar or American Idol? Tell us and get
a
 $500 Gift Car
Mime-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_Part_7819159_3177306.1127472844037"
X-AB2: oimnptnivigvavgmxuxxaunu mmgiutovitxgvpmm votoppiioi
<x-html>
<html>
<body><table width="600" border="0" align="center" cellpadding="0"
cellspacing="0">
  <tr>
    <td><a href="http://www.optninmailrus.com/vtgvmc_wfgqprfqe.html">
<img src="http://www.imglt.com/i/lt/1013/idol-vs-rockstar_01a.gif"
width="600" height="400" border="0" alt=""></a></td>
  </tr>
  <tr>
    <td><a href="http://www.optninmailrus.com/vtgvmt_wfgqprfqe.html">
<img src="http://www.imglt.com/i/lt/1013/mp-600x183.gif" width="600"
height="183" border="0" alt=""></a></td>
  </tr>
</table>
<img src="http://www.optninmailrus.com/lowtgk_wfgqprfqe.gif&o=1"
width="0" height="0"> </body>
</html>
<div align="center">
  <table width="515" border="0" cellspacing="0" cellpadding="0">
    <tr>
      <td><div align="center"><font color="#eeeeee" size="1"
face="verdana, sans-serif"><strong><font color="#000000">Remove yourself
from this recurring list by:</font></strong> <font color="#000000"> <br>
      </font></font> <font color="#000000" size="1" face="verdana, sans-
serif">Sending a blank email to <a href="mailto:unsub-
krmlbvrlkoviss@wfgqprfqe.optninmailrus.com"><strong>unsub-
krmlbvrlkoviss@wfgqprfqe.optninmailrus.com</strong></a><br>
```

```
OR<br>
Writng to: Kobias Inc 9858 Clintmore Road Box 244 Boca Raton, Fl 33496
</font><font color="#eeeeee" size="1" face="verdana, sans-serif"></font>
</div></td>
    </tr>
  </table>
</div>
</x-html>
```