# EXHIBIT 17

```
From ???@??? Fri Feb 18 03:59:08 2005
BatesNumber:SPAM-C005535_____CONFIDENTIAL
Return-Path: <bounce-ovvavauvpgoux@snndndyns.certa6.com>
Received: from [69.33.227.202] (HELO mail.reasonabledoubt.com)
  by beyondsystems.net (CommuniGate Pro SMTP 4.1.8)
  with ESMTP id 18613144 for support@beyondsystems.net; Fri, 18 Feb 2005
03:01:06 -0500
Received: from <joepublic4@flunky.hypertouch.com>
  by mail.reasonabledoubt.com (CommuniGate Pro RULES 4.2)
  with RULES id 22322118; Fri, 18 Feb 2005 00:01:05 -0800
X-Autogenerated: Mirror
Resent-From: <joepublic4@flunky.hypertouch.com>
Resent-Date: Fri, 18 Feb 2005 00:01:05 -0800
Received: from [69.33.227.203] (HELO mail.hasit.com)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.2)
  with SMTP id 22322117 for joepublic@flunky.hypertouch.com; Fri, 18 Feb
2005 00:01:05 -0800
Received: from mail10.certa6.com ([207.182.156.27] verified)
  by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with ESMTP id S.0026281553 for <gotcha@hypertouch.com>; Fri, 18 Feb
2005 00:01:07 -0800
Message-ID: <22326248.1108713596736.JavaMail.root@v.certa6.com>
Date: Fri, 18 Feb 2005 02:59:56 -0500 (EST)
From: New Espresso Machine <uqqjqjaqwzpag@cbbnbnibe.certa6.com>
Reply-To: New Espresso Machine <uqqjqjaqwzpag@cbbnbnibe.certa6.com>
To: "gotcha@hypertouch.com" <gotcha@hypertouch.com>
Subject: ATTN:Coffee Lovers! $1999.99 Value For Free- product testers
needed
Mime-Version: 1.0
Content-Type: text/html; charset=ISO-8859-1
X-AB6: hpebyykjeatesetswpewkpab ebteeseswebtkwd asekydydy
<x-html>
*This message was transferred with a trial version of CommuniGate(tm)
Pro*
<html>
<head>
<title>RewardsVenue</title>
<meta http-equiv="Content-Type" content="text/html;">
<style type="text/css">
<!--
.cantseetext {
 font-family: Arial, Helvetica, sans-serif;
 font-size: 10px;
 font-weight: normal;
 color: #999999;
}
-->
</style>
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0"
marginheight="0" alink="#0000FF" vlink="#0000FF" link="#0000FF"><img
width=1 height=1 border=0
src='http://clicks.emarketmakers.com/redir.aspx?id=482972'><img
src="http://imptrk.metareward.com/imptrk/pg/?p=non_ci-30045_cv-7349_pr-
null_cv&ci=32198" width="1" height="1" style="position: absolute; top: -
1000px; left: -1000px; z-index: -999;" border="0" alt="">
<center class="cantseetext">
  If you can't read or see this email, <a
href="http://www.certa6.com/qzalz_cbbnbnibe.html" target="_blank"><font
color="000000">click here</font></a>.
</center>
```

```
<table width="600" border="0" align="center" cellpadding="0"
cellspacing="0">
  <tr>
    <td align="center"><a
href="http://www.certa6.com/calno_cbbnbnibe.html" target="_blank"><img
src="http://site.images.metareward.com/www.metareward.com/mailimg/cafe/r
v_expressos_cafe_email_nb.gif" width="600" height="356" border="0"></a>
</td>
  </tr>
  <tr>
   <td><a href="http://www.certa6.com/hkdsb_cbbnbnibe.html"
target="_blank"><img
src="http://site.images.metareward.com/www.metareward.com/mailimg/discla
imer/rv_email_footer_disclaimer.gif" width="604" height="97" border="0"
alt=""></a></td>
   </tr>
</table>
<img src="http://www.certa6.com/ehtwe_cbbnbnibe.gif&o=1" width="0"
height="0"> </body>
</html>
 <div align="center">
  <table width="515" border="0" cellspacing="0" cellpadding="0">
    <tr>
      <td><div align="center"><font color="#eeeeee" size="1"
face="verdana, sans-serif"><strong><font color="#000000">Remove yourself
from this recurring list by:</font></strong> <font color="#000000"> <br>
      </font></font> <font color="#000000" size="1" face="verdana, sans-
serif">Sending a blank email to <a href="mailto:unsub-
uqqjqjaqwzpag@cbbnbnibe.certa6.com"><strong>unsub-
uqqjqjaqwzpag@cbbnbnibe.certa6.com</strong></a><br>
OR<br>
Writng to: Way Beyond Comm LLC 2901 Clintmoore Road Box 127 Boca Raton,
Fl 33496 </font><font color="#eeeeee" size="1" face="verdana, sans-
serif"></font></div></td>
    </tr>
  </table>
</div>
</x-html>
```