# EXHIBIT 42

# BSI DEPOSITIONS

|    | Date | Deponent | Location (City, State) | Paul Wagner Attendance Cite |
|---|---|---|---|---|
| 1. | 10/08/09 | Frederick Cohen | Livermore, CA | 4:13-14 |
| 2. | 10/09/09 | Frederick Cohen | Livermore, CA | 580:3 |
| 3. | 11/04/09 | Frederick Cohen | Livermore, CA | 588:8 |
| 4. | 11/06/09 | Frederick Cohen | Livermore, CA | 868:18-20[1] |
| 5. | 09/30/09 | John E. Evans | Washington, DC | 3:18-19 |
| 6. | 12/09/09 | John E. Evans | Washington, DC | 230:18-19 |
| 7. | 12/10/09 | John E. Evans | Washington, DC | 434:18-19 |
| 8. | 07/22/08 | Luanne Fragapane | Newark, NJ | 5:11-12 |
| 9. | 11/14/08 | Maya Gadde | Sunnyvale, CA | 30:13-14 |
| 10. | 10/22/08 | Ross Goldenberg | Tarrytown, NY | 2:20-21 |
| 11. | 11/19/09 | Kenneth Hirschman | Washington, DC | 3:11-12 |
| 12. | 11/20/09 | Kenneth Hirschman | Washington, DC | 273:11-12 |
| 13. | 10/13/09 | Keith Jones | Washington, DC | 147:1 |
| 14. | 09/24/09 | John Klensin | Washington, DC | 4:20 |
| 15. | 09/09/08 | Chris James Krell | Los Angeles, CA | 3:20-22 |
| 16. | 10/01/09 | John Levine | Washington, DC | 4:24-25 |
| 17. | 10/02/09 | John Levine | Washington, DC | 274:24-25 |
| 18. | 07/23/08 | Fred Miller | Newark, NJ | 4:19-20 |
| 19. | 06/03/08 | Ilan Mishan | Los Angeles, CA | 4:7-8 |

---

[1]   The cited pages mistakenly list Joe Wagner instead of Paul Wagner.

DC2/#1076670

|   | **Date** | **Deponent** | **Location (City, State)** | **Paul Wagner Attendance Cite** |
|---|---|---|---|---|
| 20. | 06/12/09 | Karen Nugent | Los Angeles, CA | Via Telephone 2:22-24 |
| 21. | 10/14/09 | Peter W. Resnick | Washington, DC | 4:20 |
| 22. | 10/15/09 | Peter W. Resnick | Washington, DC | 242:12 |
| 23. | 10/27/09 | Peter W. Resnick | Washington, DC | 677:18-19 |
| 24. | 11/05/09 | Peter W. Resnick | Telephonic Washington, DC | 897:18-19 |
| 25. | 10/05/09 | David Shin | Los Angeles, CA | 3:10 |
| 26. | 11/13/08 | Connie Sim | Los Angeles, CA | 5:11-12 |
| 27. | 09/12/08 | Jerrold Son | Los Angeles, CA | 3:20-21 |
| 28. | 09/10/08 | John Richard Stafford, II | Los Angeles, CA | 3:20-21 |
| 29. | 11/13/08 | Lily Stevenson | Los Angeles, CA | 6:5-6 |