IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

## JOINT MOTION FOR BRIEFING SCHEDULE
## CONCERNING SUMMARY JUDGMENT MOTIONS

Plaintiff Beyond Systems, Inc. ("BSI"), and Defendants Connexus Corp. ("Connexus"), Hydra LLC ("Hydra") and Kraft Foods, Inc. ("Kraft") (collectively "the Parties"), jointly request that the Court enter an order setting the following deadlines concerning summary judgment motions that Connexus/Hydra and Kraft will file:

| | |
|---|---|
| Connexus/Hydra Opening Motion: | December 18, 2009 |
| Kraft Opening Motion: | January 8, 2010 |
| BSI Opposition(s): | February 12, 2010 |
| Reply(ies) to BSI Opposition(s): | March 12, 2010 |

The Parties further agree that if any Defendant files its opening motion after the dates set forth above then (1) BSI shall be permitted extra time to respond to such opening motion measured by the amount of time past the date above that the motion was filed, and (2) Defendants shall be permitted to reply within thirty (30) days after BSI files its opposition(s).

Good cause exists to enter the requested briefing schedule. Connexus and Hydra anticipate filing a summary judgment motion on at least the grounds that BSI lacks standing and that BSI's claims are preempted by CAN-SPAM, the federal analogue to the state statutes at issue here. Connexus and Hydra intend to file their motion by no later than December 18, 2009.

Kraft intends to file a summary judgment motion also. However, Connexus/Hydra and Kraft have conferred, and the issues associated with their anticipated motions and planned completion dates are sufficiently different such that filing a single combined brief would not be convenient for the Court or feasible for the parties. Thus, Kraft intends to file its motion for summary judgment by no later than January 8, 2010.

Because of the complex nature of the legal issues presented, the dense factual record in the case, extensive expert discovery and the intervening holidays, and to allow BSI the option to file one consolidated opposition to both motions or two separate opposition briefs, the parties agree that BSI may file its responsive brief(s) by no later than February 12, 2010. BSI may cross-move for summary judgment, and Defendants may need additional time to file their replies if BSI does so. Thus, the Parties agree to cooperate in good faith to extend the deadlines set forth herein if necessary, and will promptly inform the Court of any such proposed changes.

For reasons similar to those set forth in the preceding paragraph, and to enable Connexus/Hydra and Kraft to confer with each other to determine whether to file a joint reply in support of their summary judgment motions and allow enough time to coordinate such a filing if circumstances warrant doing so, the Parties agree that the reply brief(s) may be submitted by no later than March 12, 2010.

Finally, the Parties submit that the deadlines requested herein will ensure orderly briefing, and conserve judicial resources by eliminating multiple motions for extensions of time.

For all of these reasons, the parties respectfully request that this Court enter the briefing schedule requested herein.

Dated: December 18, 2009

Respectfully submitted,

| | |
|---|---|
|        /s/        |        /s/        |
| Thomas M. Barba (US DC-MD Bar No. 28487) | Barry J. Reingold (USDC-MD Bar No. 06490) |
| John J. Duffy (US DC-MD Bar No. 28613) | John M. Devaney *(Pro Hac Vice)* |
| Jennie L. Kneedler (US DC-MD Bar No. 28617) | John K. Roche (USDC-MD Bar No. 17531) |
| STEPTOE & JOHNSON LLP | PERKINS COIE LLP |
| 1330 Connecticut Ave NW | 607 14th Street NW, Suite 800 |
| Washington DC 20036 | Washington DC 20005-2003 |
| T: 202-429-3000 | T: 202-434-1613 |
| F: 202-429-3902 | F: 202-434-1690 |
| tbarba@steptoe.com | jroche@perkinscoie.com |
| jduffy@steptoe.com | breingold@perkinscoie.com |
| jkneedler@steptoe.com | jdevaney@perkinscoie.com |

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc.*

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
Phone: (312)922-4533
Fax: (312)922-4757
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*

       /s/       
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
(202) 344-4000
(202) 344-8300 (Facsimile)

*Counsel for Defendants and Third-Party Plaintiffs Connexus Corp. and Hydra, LLC*