# Appendix of Exhibits Cited in Opposition to Motion to Compel the Deposition of Dr. Frederick B. Cohen, Materials Relied On, and for Sanctions

| Exhibit Number | Description |
|---|---|
| 1 | Email Exchange, dated September 15, 2009 |
| 2 | Email Exchange, dated October 9, 2009 |
| 3 | Email Exchange, dated November 11, 2009 |
| 4 | Excerpts from the deposition of Dr. Frederick B. Cohen |
| 5 | Excerpts from the deposition of Keith Jones, dated October 13, 2009 |
| 6 | Declaration of Dr. Frederick B. Cohen |
| 7 | Excerpts from the deposition of Paul A. Wagner, dated November 13, 2009 |
| 8 | Excerpts from the deposition of David Shin, dated November 2, 2009 |
| 9 | Excerpts from the Disclosure of Dr. Frederick B. Cohen regarding Item C, dated July 14, 2009 |