# EXHIBIT 6

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC., a Maryland corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CV08-01039 RGK PLAx |
| CONNEXUS CORP. (f/k/a Vendare Media and NetBlue, Inc.), a Delaware corporation; HYDRA MEDIA GROUP, INC., a California corporation; MAILCOMPANYX (dba Internet Endeavors, Inc.), a Nevada corporation, including SEBASTIAN BARALE, in his individual capacity; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

VIDEOTAPED DEPOSITION OF JOHN RICHARD STAFFORD, II

Los Angeles, California

Wednesday, September 10, 2008

Reported by:
MARIALENA SALA
CSR No. 10972

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

4b46adc6-784b-40d8-b33e-54cd405ea1a2

CONFIDENTIAL

Page 2

```
 1                 UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5    BEYOND SYSTEMS, INC., a          )
      Maryland corporation,            )
 6                                     )
                Plaintiff,             )
 7                                     )
           vs.                         )  No. CV08-01039
 8                                     )      RGK PLAx
      CONNEXUS CORP. (f/k/a Vendare    )
 9    Media and NetBlue, Inc.), a      )
      Delaware corporation; HYDRA      )
10    MEDIA GROUP, INC., a California  )
      corporation; MAILCOMPANYX (dba   )
11    Internet Endeavors, Inc.), a     )
      Nevada corporation, including    )
12    SEBASTIAN BARALE, in his         )
      individual capacity; and DOES 1  )
13    through 10, inclusive,           )
                                       )
14              Defendants.            )
      _____)
15
16
17
18         Videotaped deposition of JOHN RICHARD
19     STAFFORD, II, taken on behalf of Plaintiff, at
20     633 West Fifth Street, Suite 700, Los Angeles,
21     California 90071, beginning at 10:12 a.m. and
22     ending at 5:24 p.m., on Wednesday, September 10,
23     2008, before MARIALENA SALA, Certified Shorthand
24     Reporter, No. 10972.
25
```

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

4b46adc6-784b-40d8-b33e-54cd405ea1a2

| | | |
|---|---|---|
| 10:56:27 | 1 | "Question: You say you receive these |
| 10:39:20 | 2 | reports every day. I'm simply asking you |
| 10:39:22 | 3 | to approximate for me how often you receive |
| 10:39:26 | 4 | a report that says there's been a violation |
| 10:39:27 | 5 | of CAN-SPAM. |
| 10:39:28 | 6 | "Answer: On estimate, one to two times |
| 10:39:33 | 7 | a week, sometimes more. |
| 10:39:36 | 8 | "Question: How often do you get a |
| 10:39:37 | 9 | report that indicates a violation of Hydra's |
| 10:39:40 | 10 | terms and services -- terms and conditions? |
| 10:39:43 | 11 | Excuse me. |
| 10:39:43 | 12 | "Answer: I would say about the same |
| 10:39:46 | 13 | amount; one, two, three times a week. |
| 10:39:47 | 14 | "Question: So on average -- on average |
| 10:39:51 | 15 | you're saying you get at least two to three |
| 10:39:53 | 16 | times a week an indication that there's been |
| 10:39:56 | 17 | a violation of CAN-SPAM or Hydra's terms and |
| 10:39:59 | 18 | conditions? |
| 10:39:59 | 19 | "Answer: Correct.") |
| 10:56:27 | 20 | BY MR. ONORATO: |
| 10:56:27 | 21 | Q   Now, when you receive these reports |
| 10:56:29 | 22 | indicating CAN-SPAM violations, what is it that you |
| 10:56:32 | 23 | do next? |
| 10:56:35 | 24 | A   The report is reviewed. It is investigated |
| 10:56:38 | 25 | for accuracy. And if found accurate, my supervisor |

| | | |
|---|---|---|
| 10:56:44 | 1 | is notified of it and the affiliate manager is |
| 10:56:48 | 2 | notified and we take corrective action. |
| 10:56:50 | 3 | Q   Okay.  Explain to me the investigation you |
| 10:56:52 | 4 | do. |
| 10:56:52 | 5 | A   The -- varying on the violation, we will |
| 10:56:55 | 6 | investigate the entire report.  We will investigate |
| 10:57:00 | 7 | all the details of the violation to ensure that it is |
| 10:57:06 | 8 | accurate.  If there is any information that is |
| 10:57:09 | 9 | required, we will request additional information for |
| 10:57:12 | 10 | our review. |
| 10:57:14 | 11 | Q   What information is included on the report |
| 10:57:15 | 12 | that you receive that indicates there's been a |
| 10:57:21 | 13 | violation of CAN-SPAM? |
| 10:57:22 | 14 | A   It would -- it would vary on the type of |
| 10:57:27 | 15 | violation. |
| 10:57:30 | 16 | Q   Okay.  Tell me some examples of the report |
| 10:57:33 | 17 | you receive and what it says. |
| 10:57:34 | 18 | A   If it were a failure to honor an |
| 10:57:40 | 19 | unsubscribe, we would receive a report that included |
| 10:57:45 | 20 | the date of the original unsubscribe or record.  We |
| 10:57:52 | 21 | would receive a report of the mailing that was sent |
| 10:57:54 | 22 | to it -- to that e-mail address after the record was |
| 10:58:00 | 23 | entered for the unsubscribe.  From there we would |
| 10:58:05 | 24 | investigate to ensure that the unsubscribe was |
| 10:58:07 | 25 | actually unsubscribed to either the affiliate or the |

| | | |
|---|---|---|
| 10:58:12 | 1 | advertiser and make the determination on whether -- |
| 10:58:17 | 2 | based on the information that was given back to us |
| 10:58:21 | 3 | and based on that investigation. |
| 10:58:23 | 4 | Q   When you say "failure to honor," explain to |
| 10:58:26 | 5 | me what that means. |
| 10:58:27 | 6 | A   That would be when someone removed |
| 10:58:29 | 7 | themselves from a mailing list and received an e-mail |
| 10:58:33 | 8 | after the fact, after the allotted time frame. |
| 10:58:36 | 9 | Q   Okay.  What other kinds of violations do you |
| 10:58:40 | 10 | receive reports about? |
| 10:58:42 | 11 | A   Suppression list abuse. |
| 10:58:44 | 12 | Q   Tell me what that means. |
| 10:58:46 | 13 | A   Suppression list abuse is usually recorded |
| 10:58:49 | 14 | if a seed e-mail on a suppression list receives a |
| 10:58:53 | 15 | mailing. |
| 10:58:53 | 16 | Q   Okay.  Why would it be the case that a seed |
| 10:58:59 | 17 | e-mail would receive a mailing? |
| 10:59:00 | 18 | A   Human error could be potential or it could |
| 10:59:05 | 19 | be a true violation of the suppression list. |
| 10:59:08 | 20 | Q   What do you mean by "a true violation of the |
| 10:59:10 | 21 | suppression list"? |
| 10:59:11 | 22 | A   This would mean that someone e-mailed to the |
| 10:59:15 | 23 | suppression list. |
| 10:59:16 | 24 | Q   And tell me what the report you receive says |
| 10:59:19 | 25 | then. |

| | | |
|---|---|---|
| 10:59:19 | 1 | A   It would include the seed e-mail information |
| 10:59:23 | 2 | and the e-mail that was sent to the seed, including |
| 10:59:28 | 3 | the date. |
| 10:59:29 | 4 | Q   Would it indicate who the affiliate was that |
| 10:59:32 | 5 | sent the e-mail? |
| 10:59:33 | 6 | A   That would be included in the |
| 10:59:35 | 7 | investigation -- |
| 10:59:36 | 8 | Q   Okay. |
| 10:59:36 | 9 | A   -- that I would have to do. |
| 10:59:38 | 10 | Q   Would it also indicate who the advertiser |
| 10:59:39 | 11 | was for that e-mail campaign? |
| 10:59:42 | 12 | A   Yes. |
| 10:59:42 | 13 | Q   In the case with failure to honor, it would |
| 10:59:45 | 14 | indicate who the affiliate was that sent that e-mail? |
| 10:59:48 | 15 | A   Yes. |
| 10:59:48 | 16 | Q   And the advertiser for that ad e-mail |
| 10:59:51 | 17 | campaign? |
| 10:59:51 | 18 | A   Yes. |
| 10:59:51 | 19 | Q   What other kinds of violations do you |
| 10:59:54 | 20 | receive reports about? |
| 10:59:55 | 21 | A   Subject lines and bad or nonoperational |
| 11:00:05 | 22 | opt-out mechanisms and forged e-mail headers. |
| 11:00:09 | 23 | Q   Tell me what you mean by "subject lines." |
| 11:00:12 | 24 | A   We would receive a report if subject line |
| 11:00:15 | 25 | did not meet federal and state compliance with |

| | | |
|---|---|---|
| 11:07:11 | 1 | THE WITNESS:  Hydra does not have offers. |
| 11:07:14 | 2 | BY MR. ONORATO: |
| 11:07:14 | 3 | Q   Okay.  The affiliates send out e-mails |
| 11:07:17 | 4 | advertising products and services that they get -- |
| 11:07:26 | 5 | advertisement campaigns that they get from Hydra; is |
| 11:07:30 | 6 | that correct? |
| 11:07:32 | 7 | A   They receive advertising campaigns from |
| 11:07:35 | 8 | advertisers through Hydra. |
| 11:07:37 | 9 | Q   Okay.  So what does Hydra provide to the |
| 11:07:42 | 10 | affiliate? |
| 11:07:45 | 11 | A   Access to the advertisements. |
| 11:07:50 | 12 | Q   Okay.  Does Hydra provide creatives for the |
| 11:07:53 | 13 | affiliate's use? |
| 11:07:56 | 14 | A   We store creatives for the affiliate to use. |
| 11:07:59 | 15 | Q   Does Hydra create creatives? |
| 11:08:01 | 16 | A   We do not create advertisements. |
| 11:08:06 | 17 | Q   Okay.  You have a creatives department; is |
| 11:08:09 | 18 | that correct? |
| 11:08:09 | 19 | A   Correct. |
| 11:08:09 | 20 | Q   What does the creatives department do? |
| 11:08:12 | 21 | A   They work with our advertisers. |
| 11:08:14 | 22 | Q   What do they do in working with the |
| 11:08:16 | 23 | advertisers? |
| 11:08:16 | 24 | A   I do not watch their day-to-day functions. |
| 11:08:22 | 25 | I know they work with the advertisers.  I do not know |

| | | |
|---|---|---|
| 11:08:25 | 1 | their exact daily function. |
| 11:08:27 | 2 | Q   Okay.  But generally do you know what it is |
| 11:08:30 | 3 | they do in working with the advertisers? |
| 11:08:32 | 4 | A   Work with them and assist -- I honestly do |
| 11:08:38 | 5 | not know their actual daily function.  I'm sorry. |
| 11:08:40 | 6 | Q   Do you know if they make graphics? |
| 11:08:44 | 7 | A   I do not interact with that department. |
| 11:08:52 | 8 | Again, I do not monitor their activity. |
| 11:08:54 | 9 | Q   Do you know whether anyone at Hydra makes |
| 11:08:57 | 10 | graphics for use in e-mail advertising campaigns? |
| 11:09:07 | 11 | A   You're asking me about the activities of |
| 11:09:11 | 12 | this.  I don't know.  I specifically -- I am a |
| 11:09:15 | 13 | specific department in the company that is charged |
| 11:09:18 | 14 | with doing a specific job.  I do not have daily |
| 11:09:21 | 15 | interaction or knowledge with most of the other |
| 11:09:24 | 16 | departments within Hydra. |
| 11:09:26 | 17 | Q   Now, Mr. Krelle testified yesterday that |
| 11:09:31 | 18 | Hydra does create creatives.  Does that help you to |
| 11:09:34 | 19 | recall whether or not Hydra creates creatives? |
| 11:09:39 | 20 | A   If we do create them, it would be in |
| 11:09:41 | 21 | conjunction with the advertisers. |
| 11:09:42 | 22 | Q   Okay.  So does Hydra do that? |
| 11:09:48 | 23 | A   We work with the advertisers. |
| 11:09:50 | 24 | Q   Okay. |
| 11:09:51 | 25 | A   That's the best answer I can give you on |

| | | |
|---|---|---|
| 11:11:06 | 1 | Q   So you know how servers function; is that |
| 11:11:08 | 2 | correct? |
| 11:11:09 | 3 | A   Yes, I do. |
| 11:11:10 | 4 | Q   And you don't know whether or not the |
| 11:11:12 | 5 | e-mail -- the creatives used by Hydra's affiliates |
| 11:11:16 | 6 | are stored on Hydra's servers? |
| 11:11:18 | 7 | A   To answer that question, technically a |
| 11:11:20 | 8 | network can connect to multiple networks or use |
| 11:11:23 | 9 | multiple servers in or outside of its own network. |
| 11:11:28 | 10 | Without being the architect and the manager of that |
| 11:11:30 | 11 | network, I could not adequately answer the question. |
| 11:11:32 | 12 | Q   I'm not asking hypothetically.  I'm just |
| 11:11:35 | 13 | asking whether or not you know whether these |
| 11:11:37 | 14 | creatives are stored on Hydra's servers. |
| 11:11:40 | 15 | A   Again, I do not interact with the actual |
| 11:11:42 | 16 | network itself and I cannot answer that question |
| 11:11:45 | 17 | adequately.  I do not know how the servers are |
| 11:11:48 | 18 | configured. |
| 11:11:49 | 19 | Q   Again, I'm not asking about configuration. |
| 11:11:52 | 20 | You're just -- correct, you don't know where the |
| 11:11:55 | 21 | creatives that Hydra's affiliates use come from? |
| 11:12:00 | 22 | A   That would be correct.  The physical |
| 11:12:01 | 23 | location, I do not know. |
| 11:12:02 | 24 | Q   Okay.  Do you know what else is provided to |
| 11:12:06 | 25 | Hydra's affiliates in order to allow them to conduct |

Page 57

| | | |
|---|---|---|
| 11:12:09 | 1 | an e-mail advertising campaign? |
| 11:12:12 | 2 | A    Subject lines, friendly from lines, and the |
| 11:12:15 | 3 | terms and conditions of the advertising itself that |
| 11:12:18 | 4 | is set by the advertiser. |
| 11:12:20 | 5 | Q    So Hydra provides the subject lines; is that |
| 11:12:23 | 6 | correct? |
| 11:12:24 | 7 | MR. ROTHMAN:  Objection to form. |
| 11:12:26 | 8 | THE WITNESS:  No.  The advertiser is |
| 11:12:28 | 9 | responsible for their subject lines. |
| 11:12:30 | 10 | BY MR. ONORATO: |
| 11:12:31 | 11 | Q    Okay.  Does Hydra work with the advertiser |
| 11:12:33 | 12 | to draft the subject lines? |
| 11:12:38 | 13 | A    To my knowledge, no.  The advertiser |
| 11:12:41 | 14 | provides us the subject lines. |
| 11:12:42 | 15 | Q    Okay.  Who -- earlier you said "approved |
| 11:12:45 | 16 | subject lines."  Who approves the subject lines? |
| 11:12:48 | 17 | A    That would be the advertiser. |
| 11:12:50 | 18 | Q    Okay.  Then Hydra provides those approved |
| 11:12:52 | 19 | subject lines to their affiliate? |
| 11:12:54 | 20 | A    We provide access to them. |
| 11:12:56 | 21 | Q    Okay.  So if I'm an affiliate and I go in to |
| 11:13:01 | 22 | the Hydra website into the affiliate section -- are |
| 11:13:05 | 23 | you aware that there is an affiliate section? |
| 11:13:07 | 24 | A    I am aware of it, yes. |
| 11:13:10 | 25 | Q    I put in -- are you aware that you use a |