# EXHIBIT 7

CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEYOND SYSTEMS, INC., a )
Maryland corporation, )
 )
         Plaintiff, )
 )
    vs. ) Case No.
 ) CV08-01039 RGK PLAX
CONNEXUS CORP. (f/k/a VENDARE )
MEDIA and NetBlue, Inc.), a )
Delaware corporation; HYDRA )
MEDIA GROUP, INC., a California )
corporation; MAILCOMPANYX (d/b/a)
Internet Endeavors, Inc.), a )
Nevada corporation, including )
SEBASTIAN BARALE, in his )
individual capacity; and Does 1 )
through 10, inclusive, )
 )
        Defendants. )
_____)

VIDEOTAPED DEPOSITION OF

SCOTT LAWRENCE STEELE

SEPTEMBER 18, 2008

File No. 080918CCA2

CARYN CARRUTHERS
CSR NO. 4389, RPR, CP, CLR

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

9f16fbe9-eeeb-4afa-ab0b-67bdbe59368a

CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 2

1        VIDEOTAPED DEPOSITION of SCOTT LAWRENCE STEELE,
2    taken on behalf of the Plaintiff, at 633 West Fifth
3    Street, Suite 700, Los Angeles, California 90071,
4    commencing at 2:23 P.M. on Thursday, September 18, 2008,
5    before Caryn Carruthers, CSR No. 4389, RPR, CP, CLR,
6    pursuant to Notice.
7
8    APPEARANCES OF COUNSEL:
9    For the Plaintiff:
10           STEPTOE & JOHNSON LLP
             BY:  ANTHONY A. ONORATO, ESQ.
11           750 Seventh Avenue
             New York, New York 10019
12           (212) 506-3933
13   For Defendants Connexus Corp. and Hydra Media Group,
14   Inc.:
15           VENABLE, LLP
             BY:  ARI N. ROTHMAN, ESQ.
16           575 7th Street, NW
             Washington, DC  20004
17           (202) 344-4220
18   The Videographer:
19           Spencer Benveniste
20   Also Present:
21           Jared Gordon, Esq.
22
23
24
25

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 24

```
02:47   1    in?
02:47   2         MR. ROTHMAN:  Objection to form.
02:47   3         THE WITNESS:  They wouldn't.  I mean, they create
02:47   4    the sub -- the "from," and the "from" then is a
02:47   5    combination of their "from" and then whatever the list
02:47   6    name is.
02:47   7    BY MR. ONORATO:
02:47   8         Q.   Okay.  But so Hydra has to put in the list
02:47   9    name -- correct? -- because the advertiser wouldn't know
02:47  10    the list name; right?
02:47  11         A.   Yes.  We do that.
02:47  12         Q.   So the advertiser gives a part of the "from,"
02:48  13    and then Hydra fills in the -- the rest, the blanks;
02:48  14    correct?
02:48  15         A.   Hm-hmm.
02:48  16         Q.   And what about subject lines?  Who creates the
02:48  17    subject lines?
02:48  18         A.   The advertiser.
02:48  19         Q.   Okay.  And does Hydra collaborate with the
02:48  20    advertiser in creating the subject lines?
02:48  21         MR. ROTHMAN:  Objection to form.
02:48  22         THE WITNESS:  Could you clarify that?
02:48  23    BY MR. ONORATO:
02:48  24         Q.   Sure.
02:48  25              Does someone at Hydra work with the advertiser
```

9f16fbe9-eeeb-4afa-ab0b-67bdbe59368a

CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 25

| | | |
|---|---|---|
| 02:48 | 1 | to suggest an idea for the subject lines, or the |
| 02:48 | 2 | advertiser sends the subject line, and someone might say |
| 02:48 | 3 | this is not a good idea for this campaign? |
| 02:48 | 4 | MR. ROTHMAN: Objection to form. |
| 02:48 | 5 | THE WITNESS: Yes. |
| 02:48 | 6 | BY MR. ONORATO: |
| 02:48 | 7 | Q.  Okay.  And would that be someone -- Would that |
| 02:48 | 8 | be you, or someone in your department? |
| 02:48 | 9 | A.  Yes. |
| 02:48 | 10 | Q.  And would that be you? |
| 02:48 | 11 | A.  Yes. |
| 02:48 | 12 | Q.  Okay.  All right. |
| 02:49 | 13 | Now, when you're collaborating on subject |
| 02:49 | 14 | lines, are you aware of any words that are not to be used |
| 02:49 | 15 | in subject lines? |
| 02:49 | 16 | A.  I mean, mainly it's things like -- if it's like |
| 02:49 | 17 | pornographic or casino related, that. |
| 02:49 | 18 | And as far as specific words, it would be the |
| 02:49 | 19 | word "free," which, if it is ever used, we make sure it's |
| 02:49 | 20 | used with a qualifier. |
| 02:49 | 21 | Q.  Okay.  Why would you not want to use "free" in |
| 02:49 | 22 | a subject line? |
| 02:49 | 23 | A.  There was a law passed this past summer about |
| 02:49 | 24 | the way it has been to be used, in particular. |
| 02:49 | 25 | Q.  Okay.  In the past -- |