# EXHIBIT 8

**From:** Megan Parzych [megan@alchemydms.com]
**Sent:** Tuesday, March 01, 2005 8:21 PM
**To:** Dave Sullivan
**Subject:** Fw: LT UPDATE: 4 Seasons-6 Free Bottles of Wine +$140 Opener!

----- Original Message -----
**From:** LynxTrack Offers
**To:** megan@alchemydms.com
**Sent:** Tuesday, March 01, 2005 3:20 PM
**Subject:** LT UPDATE: 4 Seasons-6 Free Bottles of Wine +$140 Opener!



### 4 Seasons - 6 Free Bottles of Wine + $140 Opener
#### Open your six Free Bottles of Wine with a Free Elite Wine Opener!

**OFFER NAME:** **4 Seasons - 6 Free Bottles of Wine + $140 Opener**

**DETAILS:** Get *6* Free Bottles of Wine and an Estate Wine Opener valued at $140! Now featuring a pop-on-exit (tracked to you) with an *additional* Modular Wine Rack. This offer has been converting very strong and has a high CPA--a lethal combination. Try it today before inventory is gone!

**PAYOUT:** **$30.00 CPA!**



Act now to receive your free gift...

**The *Vintner's* Reserve Wine Opener!**

A normal retail value of $139.95

The preferred opener for professionals and beginners alike

Unique design and antique look - makes a

**Your Special 4 Seasons Introductory Offer**

**Get 6 bottles free with the purchase of 6 bottles!**

That is 12 Bottles of Premium Wine For Only $4.99 per Bottle
(normal retail average of $16/bottle)

With your first order you will receive our *Vintner's Reserve* Opener with Table Stand... a $139.95 value ... Absolutely Free!

Every wine in our "4 Seasons" selections has been carefully chosen for its quality and value by a team of experienced buyers. Your introductory case will include delicious wines from around the world, chosen for their unique character and depth of flavor. The full retail value of this case and the *Vintner's* Reserve Wine Opener is over $200.00 ... yours for just $59.99*.

*If you love wine, you'll love this offer!*

**Click Here to Order**

and find out more about your special Wines

**Find out more about this and pull creatives and links directly at [www.lynxtrack.com](http://www.lynxtrack.com)!**

**CURRENT HIGH PERFORMANCE OFFERS**


**Thompson Cigar Gift Sampler**
**$15.00 CPA!**


**PamperHer.net ($300 Gift Card!)**
**$1.30 CPA!**


**50 Hollywood Legends DVD MoviePack**
**$9.00 CPA!**


**Cigar Affair - 50% off 5 Cigars + Free Cigar Caddy**
**$18.50 CPA!**


**Free 2-Night/3-Day Vacation -**



|  | **Girls** <br> **$1.45 CPA!** | **Smart Bargains: Cameras, Linens and more!** <br> **17.00% Rev Share!** |
|---|---|---|

If you need any assistance, require creative variations, or have any questions, feel free to contact your Account Manager or any of us below.

| **Paul Harper** | **Abby Whitridge** | **Doug Walker** |
|---|---|---|
| paul@hydragroup.com | abby@hydragroup.com | doug@hydragroup.com |
| AIM: hydragrouppaul | AIM: abbywhitridge | AIM: camden110 |

**HYDRA | MEDIA GROUP**

email: sales@hydragroup.com
tel: (310) 861-8788
fax: (310) 388-5284

Hydra Media Group, Inc.
8581 Santa Monica Blvd #707
Los Angeles, CA 90069