# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
-----------------------------------X
BEYOND SYSTEMS, INC., a Maryland    :
corporation,                        :
         Plaintiff,                 :
     v                              : Case No.
CONNEXUS CORP. (f/k/a VENDARE MEDIA : CV08-01039
and NETBLUE, INC.)a Delaware        : 4GK PLAX
corporation; HYDRA MEDIA GROUP,     :
INC., a California corporation;     :
MAILCOMPANYX (d/b/a Internet        :
Endeavors, Inc.), a Nevada          :
corporation, including SEBASTIAN    :
BARALE, in his individual capacity; :
and Does 1 through 10, inclusive,   :
         Defendants.                :
-----------------------------------X
```

Sunnyvale, California
Friday, November 14, 2008

Videotaped deposition of CONNEXUS CORPORATION/MAYA GADDE, called for examination pursuant to Federal Rule of Civil Procedure 30(b)(6) by counsel for Plaintiff in the above-entitled matter, pursuant to notice, the witness being duly sworn by KATHERINE E. LAUSTER, Certified Shorthand Reporter and officer of the court for the State of California, taken at 865 W. El Camino Real, Sunnyvale, California, at 7:13 a.m., Friday, November 14, 2008, and the proceedings being taken down by Stenotype by KATHERINE E. LAUSTER, RPR, CRR, CSR 1894, and transcribed under her direction.

Page 43

1   Q.  All right.  And from there, redirected
2   to the advertisers, say?
3   A.  Correct.
4   Q.  All right.  So, now, Connexus'
5   servers -- and I guess -- I'm saying "Connexus,"
6   but at this time it was still -- well, I guess it
7   was NetBlue/Connexus.  I guess it was Ven- -- it
8   was Vendare/NetBlue at that time?
9   MR. ROTHMAN:  What time are you talking
10  about?
11  THE WITNESS:  What time --
12  BY MR. ONORATO:
13  Q.  I'm talking about the Ad Portal, the
14  rollout time.  So this is about April of 2006?
15  A.  It was still NetBlue.
16  Q.  It was still NetBlue.  Okay.  Perfect.
17  Thank you.  I just want to make sure we're talking
18  about the right entity.
19      Okay.  So -- so, now, the tracking
20  pixel, is that a -- that -- is that a -- a
21  variable placed in -- in a URL, or how does --
22  what does the tracking pixel look like, is what
23  I'm asking?
24  A.  A tracking pixel looks like
25  dubdubdub.somethingsomethingsomething/something.

Page 44

1    Q.   Okay.  So say it again.  I apologize.
2    A.   It looks like HTTP:://dubdubdub.rdomain/
3  a hash code --
4    Q.   Okay.
5    A.   -- which is a jumbled up --
6    Q.   Okay.
7    A.   -- MAB2 --
8    Q.   Okay.
9    A.   -- something.
10   Q.   So it's www, followed by a domain name,
11 followed by a number -- an alphanumeric string --
12   A.   Yes.
13   Q.   -- essentially?  All right.
14        Now, what domain name did NetBlue use
15 when it tracked pixels?
16   A.   Pixel.yfdirect.com.
17   Q.   Pixel.yfdirect.com.  Did it use any
18 other domain names when it tracked pixels?
19   A.   No.
20   Q.   Okay.  So, now -- and -- and that
21 alphanumeric strain that was appended to the
22 domain, what was the purpose of that?
23   A.   It is for us to identify the publisher
24 and the campaign.
25   Q.   Okay.  So it's essentially a code.  And

Page 45

1  how could you resolve that code to figure out
2  which identity -- which publisher it's referring
3  to?
4       A.   We look it up in the database.
5       Q.   Okay.  So -- but all this happens
6  automatically; correct?  When -- when the -- the
7  click hits NetBlue's/Connexus' server, the server
8  says:  All right.  That's affiliate or Publisher
9  Number 1234, and that equals ABC Corp.; correct?
10      A.   Correct.
11      Q.   Okay.
12      A.   It doesn't say "ABC Corp."  It just
13 knows it's Publisher 1234.
14      Q.   All right.  And then I can easily enough
15 determine, by virtue of the fact that it's 1234,
16 that equates to ABC Corp.?
17      A.   Correct.
18      Q.   All right.  So, now, in -- is it the
19 case that in each of the e-mails that a publisher
20 of NetBlue's was sending out, they would put this
21 yfdirect.com tracking pixel in their e-mail?
22           MR. ROTHMAN:  Objection to form.
23 BY MR. ONORATO:
24      Q.   You can answer.
25      A.   I cannot talk to what they would do.

Page 46

1    Q.   Uh-huh.  But if they didn't put it in,
2  then it wouldn't report back to NetBlue; right?
3    A.   Correct.
4    Q.   So the publisher would have no incentive
5  not to do that, because they wouldn't get paid if
6  it didn't report back to NetBlue; right?
7    A.   Correct.
8    Q.   All right.  So, now, the tracking pixel
9  put on the advertiser's site, was that similar in
10 that it was www.yfpixel.yfdirect.com, and then an
11 alphanumeric string?
12   A.   Correct.
13   Q.   All right.  And so how did that
14 alphanumeric string differ from the one used by a
15 publisher?
16   A.   There is -- it is pixel.yfdirect.com/r/
17 alphanumeric string, or /i/ alphanumeric string.
18 And that's how we identify whether it's a tracking
19 pixel, a click tracking pixel, or a conversion
20 tracking pixel.
21   Q.   Okay. So going back just one second to
22 the publisher's tracking pixel, you said it
23 contained the publisher's ID number, as well as
24 the author ID number, right, or the campaign ID
25 number?

Page 47

1    A.    The publisher ID number and the campaign
2  ID number are not part of the tracking URL.  It's
3  an alphanumeric string that's coded.
4    Q.    Okay.
5    A.    It's a one-way hash that you cannot
6  decode.
7    Q.    Okay.  Explain to me what you mean by
8  that.  Sorry.
9    A.    Sure.  It's an encryption mechanism that
10 we use to encrypt and code a string, so which is
11 very unique.  So the publisher cannot change
12 something in that code.  It does not resolve.
13   Q.    I see.  All right.
14         So, now, when the publisher puts the
15 tracking pixel into the e-mail, and I click on
16 the -- on the -- the link, that link says
17 www.pixel.yfdirect.com/ alphanumeric string?
18   A.    /r/ alphanumeric string.
19   Q.    Okay.  And then the -- like you said,
20 the alphanumeric string contains a code, which
21 resolves to the publisher's ID, and -- and
22 actually, let me ask it differently.
23         The publisher's ID -- say they're 1234,
24 Publisher 1234.  Does it say "1234" in the numeric
25 string?

1   quick question, and then I want to go back to the
2   advertiser's tracking pixel.
3            Did NetBlue host, on its image servers,
4   the creatives that the publishers used in their
5   e-mail campaigns?
6        A.   Yes.
7        Q.   Okay.  And does Connexus host, on its
8   image servers, the curatives that Connexus'
9   publishers use?
10       A.   Yes.
11       Q.   Okay.  And do you know whether Vendare
12  did or did not host, on their image servers, the
13  creatives?
14       A.   I don't know.
15       Q.   Okay.  So going back to the publisher's
16  tracking pixel, you said that there would be the
17  domain, followed by the hash, followed by r or i,
18  or there was another variable I think you said?
19       A.   It's r and i.
20       Q.   r and i.  r/i/ alphanumeric string?
21       A.   No, it's pixel.yfdirect.com/r --
22       Q.   Okay.
23       A.   -- / alphanumeric string.
24       Q.   All right.  Sorry.  I wasn't clear.
25  I -- I was shortcutting it and I shouldn't have

b2b14b05-368e-4ebd-ab7d-d99091b6fea8

Page 50

1   been, but thank you.
2           So the alphanumeric string in the
3   advertising tracking pixel, what data is contained
4   in that?
5       A.   It gives us -- it tells us which
6   campaign.
7       Q.   Okay.  And does it also indicate which
8   publisher sent that campaign?
9       A.   No.
10      Q.   Okay.  So in the advertiser's pixel it
11  just says which campaign?
12      A.   Yes.
13      Q.   So that reports back to NetBlue or
14  Connexus and says:  Okay.  Campaign 45678 has
15  resulted in a sale.  And then Connexus is able to
16  take that data and say:  Okay.  That sale was
17  created as a result of Publisher 1234's e-mail.
18  So now we know who to pay; right?
19      A.   Yes.
20      Q.   Okay.  All right.  So, now, the -- so
21  the -- the -- so the tracking pixel domain,
22  yfdirect.com, has remained constant over the years
23  that you have been there; right?
24      A.   Yes.
25      Q.   Okay.  Now, do you know -- have you ever