# EXHIBIT 10

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEYOND SYSTEMS, INC., a )
Maryland corporation, )
 )
        Plaintiff, )
 )
   vs. ) No. CV08-01039
 )    RGK PLAx
CONNEXUS CORP. (f/k/a Vendare )
Media and NetBlue, Inc.), a )
Delaware corporation; HYDRA )
MEDIA GROUP, INC., a California )
corporation; MAILCOMPANYX (dba )
Internet Endeavors, Inc.), a )
Nevada corporation, including )
SEBASTIAN BARALE, in his )
individual capacity; and DOES 1 )
through 10, inclusive, )
 )
        Defendants. )
_____)

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF CHRIS JAMES KRELLE

Los Angeles, California

Tuesday, September 9, 2008

Reported by:
MARIALENA SALA
CSR No. 10972

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

CONFIDENTIAL

Page 2

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3

4

5   BEYOND SYSTEMS, INC., a           )
    Maryland corporation,             )
6                                     )
              Plaintiff,              )
7                                     )
         vs.                          )  No. CV08-01039
8                                     )      RGK PLAx
    CONNEXUS CORP. (f/k/a Vendare     )
9   Media and NetBlue, Inc.), a      )
    Delaware corporation; HYDRA       )
10  MEDIA GROUP, INC., a California   )
    corporation; MAILCOMPANYX (dba    )
11  Internet Endeavors, Inc.), a      )
    Nevada corporation, including     )
12  SEBASTIAN BARALE, in his          )
    individual capacity; and DOES 1   )
13  through 10, inclusive,            )
                                      )
14           Defendants.              )
    _____)
15

16

17

18        Videotaped deposition of CHRIS JAMES KRELLE,

19   taken on behalf of Plaintiff, at 633 West Fifth

20   Street, Suite 700, Los Angeles, California

21   90071, beginning at 10:06 a.m. and ending at

22   3:54 p.m., on Tuesday, September 9, 2008, before

23   MARIALENA SALA, Certified Shorthand Reporter,

24   No. 10972.

25

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

CONFIDENTIAL

Page 32

| | | |
|---|---|---|
| 10:37:13 | 1 | of joining. |
| 10:37:16 | 2 | Q  So do they then contact the prospective |
| 10:37:18 | 3 | affiliate? |
| 10:37:19 | 4 | A  I do not know their process. |
| 10:37:25 | 5 | Q  If an affiliate then is accepted into the |
| 10:37:29 | 6 | Hydra network, what, from your standpoint, happens |
| 10:37:30 | 7 | next in the process? |
| 10:37:36 | 8 | A  I would have no inter-reaction with them. |
| 10:37:38 | 9 | Q  Okay.  Do you receive data back from |
| 10:37:38 | 10 | accounts? |
| 10:37:39 | 11 | A  I do not. |
| 10:37:43 | 12 | Q  Okay.  So do you know at all when an |
| 10:37:45 | 13 | affiliate becomes an affiliate? |
| 10:37:46 | 14 | A  I do not. |
| 10:37:57 | 15 | Q  What data -- do you know what materials |
| 10:38:02 | 16 | Hydra provides to affiliates on the affiliate sign-up |
| 10:38:02 | 17 | website? |
| 10:38:03 | 18 | A  I do not. |
| 10:38:06 | 19 | Q  Do you know if it provides creatives on the |
| 10:38:09 | 20 | affiliate website? |
| 10:38:10 | 21 | A  Yes, they do. |
| 10:38:13 | 22 | Q  Can you tell me what a creative is? |
| 10:38:18 | 23 | A  A creative would be a graphical image of |
| 10:38:20 | 24 | marketing material. |
| | 25 | Q  Okay.  So it would be, for example, a |

Page 33

| | | |
|---|---|---|
| 10:38:25 | 1 | picture of whatever product was going to be |
| 10:38:26 | 2 | offered -- |
| 10:38:26 | 3 | A   Yes. |
| 10:38:29 | 4 | Q   -- via the marketing materials? |
| 10:38:29 | 5 | A   (No audible response.) |
| 10:38:31 | 6 | Q   It would be a picture of whatever product |
| 10:38:35 | 7 | might be offered by e-mail advertising; is that |
| 10:38:36 | 8 | correct? |
| 10:38:36 | 9 | A   Yes. |
| 10:38:40 | 10 | Q   Who at Hydra, if you know, creates the |
| 10:38:41 | 11 | creatives? |
| 10:38:44 | 12 | A   The creatives department. |
| 10:38:47 | 13 | Q   What other materials does Hydra provide on |
| 10:38:57 | 14 | its affiliate website for the affiliates? |
| 10:38:59 | 15 | A   Statistics as to how their campaigns are |
| 10:39:01 | 16 | doing. |
| 10:39:04 | 17 | Q   Okay.  So an individual affiliate then can |
| 10:39:06 | 18 | access their account, is that correct, to see the |
| 10:39:11 | 19 | statistics as far as a particular campaign they're |
| 10:39:12 | 20 | involved with? |
| 10:39:14 | 21 | A   That would be my understanding, yes. |
| 10:39:17 | 22 | Q   What other statistics do they provide? |
| 10:39:20 | 23 | Actually, let me go back a second. |
| 10:39:22 | 24 | Tell me what statistics it is that they do |
| | 25 | provide. |

```
                                                              Page 34
10:39:25     1          A    I do not know specifics on the statistics
10:39:26     2     provided.
10:39:28     3          Q    Can you tell me what types of statistics?
10:39:30     4     Do you know?
10:39:35     5          A    It would be lead counts and how their
10:39:37     6     marketing is doing.
10:39:40     7          Q    You said "lead counts"; is that correct?
10:39:40     8          A    Correct.
10:39:43     9          Q    Can you tell me what lead counts are?
10:39:47    10          A    Lead counts would be a successful completion
10:39:50    11     of a marketing form.
10:39:53    12          Q    Okay.  Let's -- let me ask you about that.
10:39:55    13     What do you mean "successful completion of a
10:40:00    14     marketing form"?
10:40:04    15          A    Each creative -- each campaign, I should
10:40:06    16     say, would have a specific set of requirements to be
10:40:12    17     considered a valid lead generation.
10:40:16    18          Q    Okay.  So, for example, if I clicked on a
10:40:19    19     sales link in an e-mail that I received, would that
10:40:21    20     constitute a lead?
10:40:24    21          A    If that is what the campaign required, yes.
10:40:26    22          Q    How do the campaigns vary as far as what
10:40:28    23     constitutes a lead?
10:40:30    24          A    That would be determined by the advertiser.
            25          Q    Do you know what different definitions an
```

Page 35

| | | |
|---|---|---|
| 10:40:38 | 1 | advertiser gives to a lead? |
| 10:40:39 | 2 | A   I do not. |
| 10:40:43 | 3 | Q   As far as you know, clicking on a sales link |
| 10:40:47 | 4 | might constitute a lead in a particular case? |
| 10:40:48 | 5 | A   It is possible. |
| 10:40:50 | 6 | Q   Okay.  What else might constitute a lead? |
| 10:40:54 | 7 | Would -- a sale, I assume, would constitute a lead? |
| 10:40:55 | 8 | A   I would assume. |
| 10:41:00 | 9 | Q   And when you say that the web form is filled |
| 10:41:09 | 10 | out constituting a lead in connection with -- let me |
| 10:41:10 | 11 | go back. |
| 10:41:15 | 12 | You had said that creatives are provided, |
| 10:41:18 | 13 | statistics are provided for affiliates on the |
| 10:41:23 | 14 | affiliate -- within the affiliate website on the |
| 10:41:25 | 15 | Hydra site; is that correct? |
| 10:41:25 | 16 | A   Correct. |
| 10:41:26 | 17 | Q   Do you know of anything else that's provided |
| 10:41:26 | 18 | to affiliates? |
| 10:41:29 | 19 | A   I do not have inter-reaction with the actual |
| 10:41:30 | 20 | site itself. |
| 10:41:33 | 21 | Q   Have you ever viewed the actual site? |
| 10:41:35 | 22 | A   Just in mere passing, seeing it on people's |
| 10:41:36 | 23 | monitors. |
| 10:41:39 | 24 | Q   Okay.  How else do you know what it is is |
| | 25 | maintained on the affiliate site? |

CONFIDENTIAL

Page 36

| Time | # | |
|---|---|---|
| 10:41:46 | 1 | A   (No audible response.) |
| 10:41:48 | 2 | Q   How do you know that creatives are put out |
| 10:41:50 | 3 | there for affiliates? |
| 10:41:54 | 4 | A   I maintain the servers that provide the web |
| 10:41:55 | 5 | access for those creatives. |
| 10:41:57 | 6 | Q   Okay.  How do you know that the statistics |
| 10:41:59 | 7 | are provided? |
| 10:42:02 | 8 | A   Because I maintain servers whose job is to |
| 10:42:02 | 9 | report based off database. |
| 10:42:07 | 10 | Q   Okay.  Do you maintain servers that provide |
| 10:42:10 | 11 | any other information other than creatives and |
| 10:42:12 | 12 | statistics on the affiliate website? |
| 10:42:17 | 13 | A   Specific servers to the affiliate website? |
| 10:42:20 | 14 | I do not. |
| 10:42:25 | 15 | Q   Okay.  You said that creative -- the |
| 10:42:31 | 16 | creative department creates the creatives.  Do you |
| 10:42:33 | 17 | have -- do you have any interaction with the |
| 10:42:35 | 18 | creatives department? |
| 10:42:40 | 19 | A   Average maintenance of computers. |
| 10:42:42 | 20 | Q   Okay.  You said that you maintain the server |
| 10:42:46 | 21 | on which the creatives are kept; is that correct? |
| 10:42:47 | 22 | A   Correct. |
| 10:42:49 | 23 | Q   Tell me what that entails. |
| 10:42:53 | 24 | A   That ensures that the server is up and |
| | 25 | running, that the operational parts of the server -- |

Page 78

```
11:50:19   1    lists are updated?
11:50:19   2        A   I do not.
11:50:23   3        Q   Do you know is there a specific list that's
11:50:25   4    specific to each e-mail campaign?
11:50:26   5        A   I do not know that.
11:50:31   6        Q   So when the affiliate goes into the
11:50:35   7    affiliate site, they're provided with the creatives,
11:50:38   8    statistics, suppression list, and you said earlier
11:50:40   9    you weren't sure whether or not they were provided
11:50:43   10   with the text for the e-mails; is that correct?
11:50:44   11       A   Correct.
11:50:46   12       Q   Who would know whether or not the text is
11:50:48   13   provided?
11:50:49   14       A   The AE.
11:50:51   15       Q   The account executive?
11:50:52   16       A   Correct.
11:50:54   17       Q   For that particular affiliate?
11:50:58   18       A   Correct.  For that particular advertiser
11:51:01   19       Q   For that particular advertiser.  Okay.  So
11:51:04   20   account executives work with the advertisers?
11:51:04   21       A   Correct.
11:51:08   22       Q   Is there someone else that works with the
11:51:08   23   affiliates?
11:51:11   24       A   The account managers or AM's.
           25       Q   I see.  Okay.  I guess you said earlier --
```