EXHIBIT 12

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BEYOND SYSTEMS, INC., a Maryland corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>CONNEXUX CORP. (fk/a VENDARE MEDIA and NetBlue, Inc.) a Delaware corporation; HYDRA MEDIA GROUP, INC. a California corporation; MAILCOMPANYX (d/b/a Internet Endeavors, Inc.) a Nevada corporation, including SEBASTIAN BARALE, in his individual capacity, and Does 1 through 10, inclusive,<br><br>      Defendants. | Case No: CV08-01039<br>       RGK PLAX |

CONFIDENTIAL TRANSCRIPT

DEPOSITION OF

ABBY WHITRIDGE

LOS ANGELES, CALIFORNIA

WEDNESDAY, SEPTEMBER 17, 2008

REPORTED BY:
GEHANE F. CASSIS
CSR No. 13020

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

```
                                                              Page 2
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5
                                          )
 6   BEYOND SYSTEMS, INC., a Maryland     )
     corporation,                         )
 7                                        )
              Plaintiff,                  )
 8                                        )
              vs.                         ) Case No: CV08-01039
 9                                        )           RGK PLAX
     CONNEXUX CORP. (fk/a VENDARE MEDIA   )
10   and NetBlue, Inc.)a Delaware         )
     corporation; HYDRA MEDIA GROUP,      )
11   INC.a California corporation;        )
     MAILCOMPANYX (d/b/a Internet         )
12   Endeavors, Inc.) a Nevada            )
     corporation, including SEBASTIAN     )
13   BARALE, in his individual capacity,  )
     and Does 1 through 10, inclusive,    )
14                                        )
              Defendants.                 )
15                                        )
16
17
18
19         Deposition of ABBY WHITRIDGE, taken on behalf
20   of the Plaintiffs, before Gehane F. Cassis, Certified
21   Court Reporter, CSR No. 13020, for the State of
22   California, commencing at 10:31 a.m., Wednesday,
23   September 17, 2008, at the law offices of STEPTOE &
24   JOHNSON LLP, 633 West 5th Street, Los Angeles,
25   California.
```

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

| | | |
|---|---|---|
| 11:04 | 1 | drawn from Hydra image server and those creatives that |
| 11:04 | 2 | are used in an e-mail, that would be a Hydra |
| 11:04 | 3 | affiliate's; is that right? |
| 11:04 | 4 |     A    Not necessarily. |
| 11:04 | 5 |     MR. ROTHMAN:  Objection to form. |
| 11:04 | 6 | BY MR. ONORATO: |
| 11:04 | 7 |     Q    Tell me under what circumstances images drawn |
| 11:04 | 8 | from Hydra's image server would not be a Hydra |
| 11:04 | 9 | affiliate's e-mail? |
| 11:04 | 10 |     A    Say, an affiliate had an account with us and |
| 11:04 | 11 | grabbed a creative from our network but then mailed it |
| 11:05 | 12 | to another link, you know, used another network. |
| 11:05 | 13 |     Q    Okay.  Has that ever happened as far as you |
| 11:05 | 14 | know? |
| 11:05 | 15 |     A    No. |
| 11:05 | 16 |     Q    So does Hydra require that its affiliates use |
| 11:05 | 17 | any sort of tracking URLs in the e-mails that they send |
| 11:05 | 18 | out? |
| 11:05 | 19 |     A    We ask that they do, yes. |
| 11:05 | 20 |     Q    And how is it that you provide that |
| 11:05 | 21 | information?  What tracking URLs do you use? |
| 11:05 | 22 |     A    Well, I believe it's in our Terms and |
| 11:05 | 23 | Conditions, but we also relay it to them, the affiliate |
| 11:05 | 24 | managers to use our own redirects, but most publishers |
| | 25 | like to use it anyway so they can track their own |

| | | |
|---|---|---|
| 11:05 | 1 | clicks. |
| 11:05 | 2 | Q   Okay.  Explain to me what you mean by |
| 11:05 | 3 | "redirects"? |
| 11:05 | 4 | A   That would be a URL that they would place in |
| 11:06 | 5 | front of our Lynxtrack link that would go through Lynx |
| 11:06 | 6 | track to the advertisers.  So it would go through three |
| 11:06 | 7 | different links so they would be able to track clicks |
| 11:06 | 8 | that occur on the campaign to judge performance. |
| 11:06 | 9 | Q   Okay. |
| 11:06 | 10 | A   Otherwise, they're relying solely based on our |
| 11:06 | 11 | stats. |
| 11:06 | 12 | Q   If you could explain that in a little bit more |
| 11:06 | 13 | detail and a little bit more basic terms for me how does |
| 11:06 | 14 | that work? |
| 11:06 | 15 | A   So if you clicked on a creative in an e-mail, |
| 11:06 | 16 | it would say go through mydeals.com which is the, you |
| 11:06 | 17 | know, publishers URL, then it would click through the |
| 11:06 | 18 | Lynxtrack link and then to the advertisers's page. |
| 11:06 | 19 | Q   And how does it know to go from mydeals to |
| 11:06 | 20 | Lynxtrack? |
| 11:06 | 21 | A   The publisher would set it up in their system |
| 11:06 | 22 | so that if -- so that when the click happens on the |
| 11:06 | 23 | mydeals, then it goes through the Lynxtrack's redirects. |
| 11:07 | 24 | Q   So where in the e-mail is it reflected that |
| | 25 | it's supposed to go to mydeals? |