EXHIBIT 15



Special Introductory Offer

# Get 6 Bottles FREE
## with the purchase of 6 bottles
### That's 12 bottles for ONLY $4.99 per bottle



*Free!*
# GIFT!
## The Vintner's Reserve Wine Opener!

### A $139.95 Value

Every wine in our "4 Seasons" selection has been carefully chosen for its quality and value by our team of experienced buyers. Your introductory case will include delicious wines from around the world, chosen for their unique character and depth of flavor. The full retail value of this case and the Vintner's Reserve Wine Opener is over $250.00 … yours for just $59.88*.

**Plus with your order *you will receive our Vintner's Reserve Opener with Table Stand... a $139.95 value* ... *Absolutely Free!***



- *The preferred opener for professionals and beginners alike*
- *Unique design and antique look - makes a great conversation piece*
- *No more mangled or broken corks*
- *No more straining and tugging on unopened bottles*
- *Works on all sizes and types of wine bottles*



100% Money Back GUARANTEE

We are so confident of the quality of our wines that we guarantee every single bottle. If you are not delighted with any wine, for any reason, we'll refund you...simple as that!

Click Here to Unsubscribe.

13813 W. Laurel Dr. Lake Forest, IL 60045

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">


<html>


<head>


<title>Get 6 Bottles FREE with the purchase of 6 bottles</title>


<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">


<style type="text/css">
<!--
.smallBULLETT {
       font-family: Verdana, Arial, Helvetica, sans-serif;
       font-size: 11px;
       font-style: italic;
       font-weight: normal;
}
.verdana {
       font-family: Verdana, Arial, Helvetica, sans-serif;
       font-size: 12px;
       line-height: 19px;
       font-weight: normal;
}
.style4 {color: #101010}
.style5 {
       color: #010101;
       font-style: italic;
       font-weight: bold;
}
-->
</style>
</head>




<body>




<table width="508" border="1" cellpadding="0" cellspacing="0"
bordercolor="#874241">
  <tr>
    <td><div align="center"><font face="Times New Roman"><img
name="img1" src="http://www.ltpic.com/i/lt/613/img1.jpg" width="506"
height="376" border="0" alt=""></font>
    </div>
      <table width="506" border="0" cellspacing="0" cellpadding="0">
```

```
        <tr>
          <td width="260" valign="top"><img
src="http://www.ltpic.com/i/lt/613/wineopener.jpg" width="305"
height="249"></td>
          <td><div align="left"><font size="-1" face="Verdana, Arial,
Helvetica, sans-serif"><br>
            </font><span class="verdana">Every wine in our "4 Seasons"
selection has been carefully chosen for its quality and value by our
team of experienced buyers. Your introductory case will include
delicious wines from around the world, chosen for their unique character
and depth of flavor. The full retail value of this case and the
Vintner's Reserve Wine Opener is over $250.00 … yours for just $59.88*.
</span><br>
                <br>
          </div>
          </td>
        </tr>
      </table>
      <table width="506" border="0" cellspacing="0" cellpadding="0">
      <tr>
        <td><div align="center">
          <p><font size="-1"><em><b><font face="Verdana, Arial,
Helvetica, sans-serif"><span class="style4">Plus with your  order</span>
</font><font color="#800000" face="Verdana, Arial, Helvetica, sans-
serif"> you will receive our Vintner's Reserve  Opener with Table Stand…
a $139.95 value<br>
          </font></b></em></font><span class="style5"><font
face="Verdana, Arial, Helvetica, sans-serif">… Absolutely Free!</font>
</span></p>
          <ul>
            <li>
              <div align="left" class="smallBULLETT"><font align="left">
The preferred opener for professionals and beginners alike</font> </div>
            </li>
            <li>
              <div align="left" class="smallBULLETT"><font
align="left">Unique design and antique look - makes a great conversation
piece<span style="font:7.0pt "Times New Roman""> </span></font> </div>
            </li>
            <li>
              <div align="left" class="smallBULLETT"><font
align="left">No more mangled or broken  corks</font> </div>
            </li>
            <li>
              <div align="left" class="smallBULLETT"><font align="left">
No more straining and tugging on unopened bottles</font> </div>
            </li>
            <li>
              <div align="left" class="smallBULLETT"><font
align="left">Works on all sizes and types of wine bottles</font> </div>
            </li>
          </ul>
        </div></td>
        <td width="209" valign="top"><div align="center">
          <p><a href="#LINK1"><img name="clicktoorder"
src="http://www.ltpic.com/i/lt/613/clicktoorder.gif" width="209"
height="114" border="0" alt=""></a></p>
          <p><img src="http://www.ltpic.com/i/lt/613/logo_4seasons.gif"
width="172" height="53"><br>
                <br>
```

```
            <br>
          </p>
        </div></td>
      </tr>
    </table>
      <div align="center"><img
src="http://www.ltpic.com/i/lt/613/footer.gif" width="508" height="106">
      </div></td>
  </tr>
</table><br>
<a
href="http://MerchantDirect.bevsolunsub.com/03dacbf27449572354d2fe9de1e9
291a">Click Here</a> to Unsubscribe. <br><br>
13813 W. Laurel Dr.

Lake Forest, IL 60045

</body>


</html>
```