UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| KRAFT FOODS, INC., *et al*. | ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENT TO JOINT MOTION FOR BRIEFING SCHEDULE
CONCERNING SUMMARY JUDGMENT MOTIONS**

Plaintiff Beyond Systems Inc. ("BSI"), Defendants Connexus Corp. ("Connexus"), Hydra LLC ("Hydra"), and Kraft Foods Inc., Kraft Foods Global, Inc. and Vict. Th. Engwall & Co. ("Kraft Defendants") (collectively, "the Parties") hereby submit this supplement to the Parties' Joint Motion for Briefing Schedule Concerning Summary Judgment Motions (DE# 259), for the purpose of apprising the Court of consented changes to the proposed schedule (not yet entered by Court) as originally submitted.

Defendants Connexus and Hydra filed their Motion for Summary Judgment on the original stipulated deadline of December 18, 2009 (DE# 257). Due to scheduling difficulties, the Kraft Defendants have requested of Plaintiff, and been granted, an extension of time to file their opening motion for summary judgment, from January 8, 2010 until January 22, 2010.

Further, on January 6, 2010, Third-Party Defendants Joe Wagner and Hypertouch filed a Motion to Strike Connexus's and Hydra's Communications Decency Act

affirmative defense in their answers to Joe Wagner/Hypertouch's indemnification counterclaim. Connexus and Hydra will oppose this motion, and simultaneously move the Court (1) for an order pursuant to FRCP 8(c) "correctly designat[ing]" Joe Wagner/Hypertouch's indemnification "counterclaim" as a defense, and (2) for summary judgment pursuant to FRCP 56(c) as to the indemnification claim filed by Joe Wagner/Hypertouch against Connexus and Hydra. To allow sufficient time to respond, and to avoid briefing these issues simultaneously with those in the pending summary judgment motion filed by Connexus and Hydra, the parties request that the Court enter the briefing schedule set forth below.

Wherefore, the parties request that the Court enter the below briefing schedule concerning remaining Defendants' motions for summary judgment reflective of the revised agreed-upon dates, and submit that these dates will not disrupt the proceedings because all briefing will be completed well before the hearing on the Connexus's and Hydra's summary judgment motion (currently June 14, 2010):

| | |
|---|---|
| Plaintiff's Opposition to Connexus/Hydra Interim Sealing Motion and Motion Challenging Confidentiality | January 20, 2010 |
| Kraft Defendants' Opening Motion: | January 22, 2010 |
| Plaintiff's Opposition to Connexus/Hydra Motion: | February 12, 2010 |
| Connexus/Hydra Response to Joe Wagner/Hypertouch's Motion to Strike and FRCP 8(c)/56(c) Cross-Motion: | February 12, 2010 |
| Plaintiff's Opposition to Kraft Defendants' Motion: | February 26, 2010 |
| Plaintiff's Opposition to collateral Kraft Motions (Sealing/Confidentiality Issues) | February 26, 2010 |
| Connexus/Hydra Reply: | March 12, 2010 |
| Joe Wagner/Hypertouch Reply in Support of Motion to Strike; Opposition to Cross Motion: | March 12, 2010 |
| Kraft Defendants' Reply: | March 26, 2010 |
| Connexus/Hypertouch Reply re: FRCP 8(c)/56(c) Cross-Motion: | April 12, 2010 |

The Parties hereby incorporate by reference all terms, agreements and provisions of the original Joint Motion for Briefing Schedule Concerning Summary Judgment Motions (DE # 257), with the exception of the following:

The original Joint Motion specified that "…to enable Connexus/Hydra and Kraft to confer with each other to determine whether to file a joint reply in support of their summary judgment motions and allow enough time to coordinate such a filing if circumstances warrant doing so, the Parties agree that the reply brief(s) may be submitted no later than March 12, 2010." (DE # 257, ¶ 5). However, given the elapsed time of more than a month between the filing of Connexus' and Hydra's motion for summary judgment and the filing of the Kraft Defendants' motion for summary judgment, the Parties have agreed that it is no longer feasible to submit coordinated reply brief(s). As such, while Connexus and Hydra shall file their reply no later than the originally-scheduled date of March 12, 2010, the Kraft Defendants shall file their reply no later than March 26, 2010, a date reflective of the two-week extension granted them for the filing of their opening motion.

For the foregoing reasons, the Parties hereby request that this Court enter a briefing schedule concerning motions for summary judgment reflective of deadlines as described herein.

DATED: January 15, 2010
Respectfully submitted,

| /s/ | /s/ (with permission) |
|---|---|
| Thomas M. Barba (US DC-MD Bar No. 28487) | Barry J. Reingold (USDC-MD Bar No. 06490) |
| John J. Duffy (US DC-MD Bar No. 28613) | John M. Devaney *(Pro Hac Vice)* |

| | |
|---|---|
| Jennie L. Kneedler (US DC-MD Bar No. 28617)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave NW<br>Washington DC 20036<br>T: 202-429-3000<br>F: 202-429-3902<br>tbarba@steptoe.com<br>jduffy@steptoe.com<br>jkneedler@steptoe.com | John K. Roche *(Pro Hac Vice)*<br>PERKINS COIE LLP<br>607 14th Street NW, Suite 800<br>Washington DC 20005-2003<br>T: 202-434-1613<br>F: 202-434-1690<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com |
| Anthony A. Onorato (US DC-MD Bar No. 28622)<br>STEPTOE & JOHNSON LLP<br>750 Seventh Ave., Ste. 1800<br>New York, NY 10019<br>T: 212-506-3900<br>F: 212-506-3950<br>tonorato@steptoe.com | Darrell J. Graham<br>THE LAW OFFICE OF DARRELL J. GRAHAM, LLC<br>53 W. Jackson Blvd.<br>Suite 1334<br>Chicago, IL 60604<br>Phone: (312)922-4533<br>Fax: (312)922-4757<br>dgraham@djgrahamlaw.com |
| Of Counsel:<br>Stephen H. Ring (USDC-MD Bar No. 00405)<br>Law Offices of Stephen H. Ring, P. C.<br>20300 Seneca Meadows Parkway, Suite 200<br>Germantown MD 20876<br>T: 301-540-8180<br>F: 301-540-8195<br>shr@ringlaw.us | *Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*<br><br>_____/s/ (with permission)_____<br>J. Douglas Baldridge (US DC-MD Bar No. 11023)<br>Lisa Jose Fales (US DC-MD Bar No. 08141)<br>Ari N. Rothman (US DC-MD Bar No. 17560)<br>VENABLE LLP<br>575 Seventh Street, N.W.<br>Washington, D.C. 20004<br>(202) 344-4000<br>(202) 344-8300 (Facsimile) |
| Mike Rothman (USDC-MD Bar No. 14568)<br>Law Office of Michael S. Rothman<br>401 E. Jefferson Street, Suite 201<br>Rockville MD 20850<br>T: 301-251-9660<br>F: 301-251-9610<br>mike@mikerothman.com | *Counsel for Defendants and Third-Party Plaintiffs Connexus Corp. and Hydra LLC* |
| *Counsel for Plaintiff Beyond Systems, Inc., and Third-Party Plaintiffs Joe Wagner and Hypertouch, Inc.* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2010, the foregoing *Supplement to Joint Motion for Briefing Schedule Concerning Summary Judgment Motions* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:


Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendants Connexus Corp. and Hydra LLC*


Thomas M. Barba