**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEYOND SYSTEMS, INC.     ) | |
|             ) | |
|     Plaintiff,     ) | |
|             ) | |
|     v.     ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
|             ) | |
| KRAFT FOODS, INC., *et al*.     ) | |
|             ) | |
|     Defendants.     ) | |
|             ) | |

**AMENDED SUPPLEMENT TO JOINT MOTION FOR BRIEFING SCHEDULE**
**CONCERNING SUMMARY JUDGMENT MOTIONS**

Plaintiff Beyond Systems Inc. ("BSI"), Defendants Connexus Corp.

("Connexus"), Hydra LLC ("Hydra"), and Kraft Foods Inc., Kraft Foods Global, Inc. and

Vict. Th. Engwall & Co. ("Kraft Defendants") (collectively, "the Parties") hereby submit

this amended supplement to the Parties' Joint Motion for Briefing Schedule Concerning

Summary Judgment Motions (DE# 259), for the purpose of apprising the Court of

consented changes to the proposed schedule (not yet entered by Court) as originally

submitted.

Due to an unforeseeable family emergency that has arisen for one of the Kraft

Defendants' counsel since the parties submitted their Supplement to Joint Motion for

Briefing Schedule Concerning Summary Judgment Motions (DE# 275) on January 15,

2010, the Kraft Defendants have requested of Plaintiff, and been granted, an extension of

time to file their opening motion for summary judgment, from January 8, 2010 until

January 29, 2010.

Further, on January 6, 2010, Third-Party Defendants Joe Wagner and Hypertouch filed a Motion to Strike Connexus's and Hydra's Communications Decency Act affirmative defense in their answers to Joe Wagner/Hypertouch's indemnification counterclaim. Connexus and Hydra will oppose this motion, and simultaneously move the Court (1) for an order pursuant to FRCP 8(c) "correctly designat[ing]" Joe Wagner/Hypertouch's indemnification "counterclaim" as a defense, and (2) for summary judgment pursuant to FRCP 56(c) as to the indemnification claim filed by Joe Wagner/Hypertouch against Connexus and Hydra. To allow sufficient time to respond, and to avoid briefing these issues simultaneously with those in the pending summary judgment motion filed by Connexus and Hydra, the parties request that the Court enter the briefing schedule set forth below.

Wherefore, the parties request that the Court enter the below briefing schedule concerning remaining Defendants' motions for summary judgment reflective of the revised agreed-upon dates, and submit that these dates will not disrupt the proceedings because all briefing will be completed well before the hearing on the Connexus's and Hydra's summary judgment motion (currently June 14, 2010):

| | |
|---|---|
| Plaintiff's Opposition to Connexus/Hydra Interim Sealing Motion and Motion Challenging Confidentiality | January 20, 2010 |
| Kraft Defendants' Opening Motion: | January 29, 2010 |
| Plaintiff's Opposition to Connexus/Hydra Motion: | February 12, 2010 |
| Connexus/Hydra Response to Joe Wagner/Hypertouch's Motion to Strike and FRCP 8(c)/56(c) Cross-Motion: | February 12, 2010 |
| Plaintiff's Opposition to Kraft Defendants' Motion: | March 5, 2010 |
| Plaintiff's Opposition to collateral Kraft Motions (Sealing/Confidentiality Issues) | March 5, 2010 |
| Connexus/Hydra Reply: | March 12, 2010 |
| Joe Wagner/Hypertouch Reply in Support of Motion to Strike; Opposition to Cross Motion: | March 12, 2010 |
| Kraft Defendants' Reply: | March 26, 2010 |

Connexus/Hypertouch Reply re:
FRCP 8(c)/56(c) Cross-Motion:                              April 12, 2010

The Parties hereby incorporate by reference all terms, agreements and provisions of the original Joint Motion for Briefing Schedule Concerning Summary Judgment Motions (DE # 257), with the exception of the following:

The original Joint Motion specified that "…to enable Connexus/Hydra and Kraft to confer with each other to determine whether to file a joint reply in support of their summary judgment motions and allow enough time to coordinate such a filing if circumstances warrant doing so, the Parties agree that the reply brief(s) may be submitted no later than March 12, 2010." (DE # 257, ¶ 5). However, given the elapsed time of more than a month between the filing of Connexus' and Hydra's motion for summary judgment and the filing of the Kraft Defendants' motion for summary judgment, the Parties have agreed that it is no longer feasible to submit coordinated reply brief(s).  As such, while Connexus and Hydra shall file their reply no later than the originally-scheduled date of March 12, 2010, the Kraft Defendants shall file their reply no later than March 26, 2010, a date reflective of the extension granted them for the filing of their opening motion.

For the foregoing reasons, the Parties hereby request that this Court enter a briefing schedule concerning motions for summary judgment reflective of deadlines as described herein.

DATED: January 19, 2010

Respectfully submitted,

| | |
|---|---|
| <ins>/s/ (with permission)</ins> | <ins>/s/</ins> |
| Thomas M. Barba (US DC-MD Bar No. 28487) | Barry J. Reingold (USDC-MD Bar No. 06490) |
| John J. Duffy (US DC-MD Bar No. 28613) | John M. Devaney *(Pro Hac Vice)* |
| Jennie L. Kneedler (US DC-MD Bar No. 28617) | John K. Roche (USDC-MD Bar No. 17531) |
| STEPTOE & JOHNSON LLP | PERKINS COIE LLP |
| 1330 Connecticut Ave NW | 607 14th Street NW, Suite 800 |
| Washington DC 20036 | Washington DC 20005-2003 |
| T: 202-429-3000 | T: 202-434-1613 |
| F: 202-429-3902 | F: 202-434-1690 |
| tbarba@steptoe.com | jroche@perkinscoie.com |
| jduffy@steptoe.com | breingold@perkinscoie.com |
| jkneedler@steptoe.com | jdevaney@perkinscoie.com |

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc., and Third-Party Plaintiffs Joe Wagner and Hypertouch, Inc.*

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
Phone: (312)922-4533
Fax: (312)922-4757
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*

<ins>/s/ (with permission)</ins>
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 Seventh Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (Facsimile)

*Counsel for Defendants and Third-Party Plaintiffs Connexus Corp. and Hydra LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Anthony Cavanaugh
Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
(202) 429-3000
(202) 429-3902 (facsimile)
acavanaugh@steptoe.com
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendants Connexus Corp. and Hydra LLC*

          /s/
John K. Roche (USDC-MD Bar No. 17531)
Barry J. Reingold (USDC-MD Bar No. 06490
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street, N.W., Suite 800
Washington, D.C. 20005-2003
(202) 434-1613
(202) 434-1690 (facsimile)
breingold@perkinscoie.com
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*