IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**LOCAL RULE 101(2)(b) CERTIFICATION CONCERNING
VENABLE LLP'S MOTION TO WITHDRAW
APPEARANCE AS COUNSEL OF RECORD FOR HYDRA LLC**

In support of Venable LLP's ("Venable") Motion to Withdraw Appearance as Counsel of Record for Defendant and Third-Party Plaintiff Hydra LLC ("Hydra"), Venable hereby certifies the following pursuant to Local Rule 101(2)(b):

Last Known Address of the Client
Hydra LLC
8800 Wilshire Boulevard, 2nd Floor
Beverly Hills, CA  90211

Notice
Written notice was served upon Hydra on January 15, 2010 (at least seven (7) days prior to the filing of this motion) advising Hydra of Venable's proposed withdrawal and notifying Hydra that it must have new counsel enter an appearance or be subject to the dismissal of Hydra's claims and/or default judgment on claims against Hydra.

Venable also sent the written notice to:

Mr. Joel B. Weinberg,
as receiver for Hydra LLC
9107 Wilshire Blvd, Suite 800
Beverly Hills, CA  90210
jweinberg@usisg.com

and

Steven M. Spector, Esq.
Richard P. Ormond, Esq.
Buchalter Nemer PC
Counsel for Receiver Joel B. Weinberg
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
sspector@buchalter.com
rormond@buchalter.com

A copy of the notice is attached hereto as Exhibit A.

          Respectfully submitted,

Dated:  January 22, 2010              /s/
          J. Douglas Baldridge, US DC-MD Bar No. 11023
          Lisa Jose Fales, US DC-MD Bar No. 08141
          Ari N. Rothman, US DC-MD Bar No. 17560
          Robert A. Friedman, US DC-MD Bar No. 28864
          VENABLE LLP
          575 7th Street, N.W.
          Washington, DC  20004-1601
          (202) 344-4000 (phone)
          (202) 344-8300 (fax)
          jdbaldridge@venable.com
          ljfales@venable.com
          anrothman@venable.com