# Exhibit A

# VENABLE® LLP

January 15, 2010

T 202.344.4703
F 202.344.8300
jdbaldridge@venable.com

**VIA EMAIL AND MAIL**

Jared V. Gordon, Esq.
General Counsel
Hydra LLC
8800 Wilshire Boulevard
2nd Floor
Beverly Hills, CA 90211
jared@hydranetwork.com

Steven M. Spector, Esq.
Richard P. Ormond, Esq.
Buchalter Nemer PC
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 900 17-2457
sspector@buchalter.com
rormond@buchalter.com

Mr. Joel B. Weinberg
9107 Wilshire Blvd, Suite 800
Beverly Hills, CA 90210
jweinberg@usisg.com

Re: *Beyond Systems, Inc. v. Kraft Foods, Inc., et al.,*
Case No. CV08-00409 (PMJ)

Dear Gentlemen:

In seven (7) days from the date of this letter, Venable LLP will seek leave to withdraw as counsel of record for Hydra in the above-captioned matter. Pursuant to Local Rule 101(2)(b), I am required to notify you that you must have new counsel enter an appearance or be subject to the dismissal of your third-party claims and/or default judgment on claims pending against Hydra. In the event that within thirty (30) days of the filing of the motion to withdraw, new counsel has not entered an appearance, the Court may take such action, if any, that it deems appropriate, including granting the motion to withdraw and dismissing any affirmative claim for relief asserted by Hydra, and/or directing Hydra to show cause why a default should not be entered on claims asserted against Hydra. As a corporation, Hydra must be represented in the case by counsel who is a member of the Bar of the United States District Court for the District of Maryland. See Local Rule 101(1)(a).

Sincerely,

J. Douglas Baldridge