**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| | ) | |
| KRAFT FOODS, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO VENABLE LLP'S MOTION TO WITHDRAW**

Plaintiff Beyond Systems, Inc. ("BSI") respectfully submits this Response to Venable LLP's Motion to Withdraw as counsel for Defendant and Third-Party Plaintiff Hydra LLC ("Hydra"). [DE# 280].

Plaintiff does not oppose the motion to withdraw, despite the fact that there has been no communication to Plaintiff with respect to potential new counsel. It seems unlikely that such communication will be forthcoming since Hydra's actions are a calculated effort to avoid liability and hide assets even as it continues to spam BSI, as well as to avoid important motions currently pending before this Court.

### A. Hydra Continues To Send Spam To BSI

Venable LLP has a pending motion to withdraw from its representation of Hydra based on Hydra's alleged failure to pay its fees. Hydra has gone into receivership and transferred its assets to a successor company – Hydra Group LLC – with no notice to Plaintiff. Hydra has apparently sold its assets to the new entity, Hydra Group LLC, run by the same principal, and Hydra is seeking to shed its legal and financial obligations, including a claim that the new

company would not assume the financial obligations of Hydra. [DE# 280 at 2.] Venable filed its motion to withdraw on January 22, 2010. At the same time, while Hydra was stonewalling discovery, it was announcing its change of corporate identity. On January 19, "new Hydra" put out a press release stating that it had "purchased the assets of Hydra LLC, including the Hydra Network, one of the largest performance-based ad networks in the internet advertising industry. A newly formed entity comprised of a group of leading edge, online marketing focused investors, Hydra Group also includes original Hydra founder and CEO Zac Brandenberg."[1] As a result, new Hydra is now running old Hydra's same affiliate network through the same website, hydranetwork.com.

And while Hydra might have changed its name, it is still running the same business. BSI domains have received at least five new Hydra emails in the last week, each sent by the "AccelerateBiz" spammer. On December 7, 2009, Judge Day permitted into the case 20,331 Hydra emails sent by this same spammer. Hydra spam redirects to http://www.lynxtrack.com/afclick.php?o=[...], which is Hydra's tracking domain. The new Hydra has now added an extra "hop" in their redirect by adding "/click/v1-1/", *i.e.*, "clickthrough, version 1.1." Regardless, their emails, such as those received by BSI this week, still go to lynxtrack.com as shown in this excerpt from a captured redirect:

> **Click link in the email**:
> http://mountain-mist.info/c/lOqoUA0kthKAE5qDWHzbbg.html?3
>
> **Redirects to Hydra:**
> http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=89953

---

[1] http://www.hydranetwork.com/press/10/hydra-group-LLC-buys-assets-of-hydra-LLC.html.

>**Redirects to Hydra:**
>http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=89953
>
>**Redirects to advertiser**:
>https://www.aarpmembership.org/enroll/index.php?p=join15C.html&keycode=U6UGB9

Ex. 1 (sample emails received this week with redirects capturing passage through Hydra's Lynxtrack domain). The domain used in the link in the email itself ("mountain-mist.info") is registered using a privacy service and thus purposely obscures the identity of the sender of the email. Ex. 2 (domain registration for "mountain-mist.info" showing anonymous registration).

In summary, not only does Hydra continue to use AccelerateBiz as an affiliate, it continues to send spam, including, astoundingly, to BSI's domains. Also startling is the fact that the Kraft Defendants in this case continue to use Hydra to send their spam despite this lawsuit. On February 4, Hydra sent Gevalia spam for Kraft to BSI's "castalia.net" domain. The Gevalia spam redirects through Hydra's lynxtrack.com server, and "new Hydra" is using the same affiliate ID for Gevalia/Kraft as old Hydra did. Ex. 3 (new Gevalia/Kraft spam showing "Mailer ID 15-55259" and redirecting through Hydra's Lynxtrack domain). The domain used in the "From" field of the Gevalia spam ("westcoastinventories.com") is registered using a privacy service and thus purposely obscures the identity of the sender of the email. Ex. 4 (domain registration for "westcoasttinventories.com" showing anonymous registration).

> **B.   Hydra Is The Subject Of Multiple Outstanding Motions From Which Counsel Is Seeking To Withdraw**

Hydra is the subject of multiple outstanding motions from which counsel is seeking to withdraw. These motions include: (1) Third Party Defendants' Motion to Strike Third-Party Plaintiffs' Affirmative Defense of CDA Immunity or for a More Definite Statement (DE# 268); (2) Plaintiff's Motion for Order Enforcing this Court's December 7, 2009 Ruling Regarding

Emails in This Case and for Sanctions (DE# 264); and (3) Plaintiff's Motion to Compel the Deposition of Dr. Frederick B. Cohen, Materials Relied On, and for Sanctions (DE #246). In addition, BSI is still waiting on fulfillment of the discovery ordered by this Court in Plaintiff's Motion to Compel granted on July 24, 2009 (DE# 190).

Hydra has not yet filed its Opposition to the aforementioned DE# 268, or its Reply in support of its own Interim Sealing Motion and Motion to Challenge Confidentiality (DE# 257), as these response deadlines are the subject of Hydra's recently-filed Motion for Extension of Time to Respond to Pending Motions (DE# 286). However, DE#'s 264 and 246 are fully briefed and ripe for decision.

Plaintiff requests that this Court grant these outstanding motions and order Hydra to complete its production in response to the Court's Order of July 24, 2009 as expeditiously as possible. Plaintiff is entitled to the discovery it is seeking while Hydra still has counsel.

Date: February 8, 2010

                 Respectfully Submitted,

                    /s/
                 Thomas M. Barba (US DC-MD Bar No. 28487)
                 John J. Duffy (US DC-MD Bar No. 28613)
                 Jennie L. Kneedler (US DC-MD Bar No. 28617)
                 STEPTOE & JOHNSON LLP
                 1330 Connecticut Ave., NW
                 Washington, D.C.  20036
                 T: 202-429-3000
                 F: 202-429-3902
                 tbarba@steptoe.com
                 jduffy@steptoe.com
                 jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave.
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, MD  20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of February, 2010, the foregoing *Response to Venable LLP's Motion to Withdraw* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

| | |
|---|---|
| Barry J. Reingold (USDC-MD Bar No. 06490)<br>John M. Devaney (*Pro Hac Vice*)<br>John K. Roche (*Pro Hac Vice*)<br>PERKINS COIE LLP<br>607 14th Street NW, Suite 800<br>Washington DC 20005-2003<br>202-434-1613 (Telephone)<br>202-434-1690 (Facsimile)<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com<br><br>Darrell J. Graham<br>Law Offices of Darrell J. Graham, LLC<br>53 W. Jackson Boulevard<br>Suite 1334<br>Chicago, IL 60604<br><br>*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.* | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>VENABLE LLP<br>575 7th Street NW<br>Washington, DC 20004<br>(202) 344-4000 (Telephone)<br>(202) 344-8300 (Facsimile)<br>jbaldridge@venable.com<br>ljfales@venable.com<br>anrothman@venable.com<br><br>*Counsel for Defendants Connexus Corp. and Hydra LLC* |

/s/ Thomas M. Barba

_____
Thomas M. Barba