EXHIBIT 1



New: **Mail   Event   Task   Contact   Group   Note**

**Settings   Call Control   Mail Control   Buddies   Log Out**

BSI <isupport-rest@beyondsystems.net>                                    Help

**INBOX   Calendar   Tasks   Contacts   Summary**                    **Folders   Files   Notes   Trash**

| rest20100207pm | Next Unread | Reply | Reply to All | Forward          Delete | Set Flag | Close as Unread |

**From:**    "AARP Membership Drive" <AARP.MembershipDrive@mountain-mist.info>
**Subject:** Get Great Travel Benefits From AARP for less that $2/Month
**Date:**    Sun, 7 Feb 2010 16:55:37 -0500
**To:**      chris@castalia.net

You have received this e-mail on behalf of AARP from the company listed at the bottom of this message. If
you can not view the message, please click the following link: http://mountain-
mist.info/c/lOqoUA0kthKAE5qDWHzbbg.html?3 U002165



## JOIN AARP and receive a FREE Travel Kit!

Keep your important travel documents safe with
this versatile kit. Become an AARP Member and
you'll receive it as your complimentary gift!

**JOIN or RENEW**

Click Here to Join

## Some Benefits of AARP Membership:

- Prescription Discounts – Take control of
  medication costs.

- Access to Insurance Programs – Get
  protected with AARP-sponsored health,
  auto and homeowners coverage.

- Advocacy in Washington – Get a seat at the
  table on issue like healthcare, retirement,
  and more.

- Travel Discounts – Great deals on airlines,
  car rentals, hotels, cruises and more.

## PLUS!

- Bi-Monthly AARP Magazine – Get important
  information on money, health, lifestye and
  more.

- Retirement Resources – Access online
  calculators, information and more.

U002165



**PLUS!**

Get a **FREE** MEMBERSHIP for your spouse!

**Join AARP Now and get
a FREE Travel Kit!**

Send me My
FREE Travel Kit

**JOIN or RENEW**



Click Here to Join

If you're already an AARP member, please do not respond to this offer. We apologize for any inconvenience. Current
AARP members can visit www.aarp.org/benefits to learn more about AARP and membership benefits.

If you wish to opt out of receiving future emails from AARP, please click here. AARP's offices are located at 601 E Street NW, Washington, DC 20049

---------------

Click here or write to:
Postal Unsubscribe
Rgr51
4896 Hayloft Cove
West Valley City, UT 84120

Copy into...    Move into...

Take Address    (My Domain)

Redirect to...

http://mountain-mist.info/c/lOqoUA0kthKAE5qDWHzbbg.html?3

```
GET /c/lOqoUA0kthKAE5qDWHzbbg.html?3 HTTP/1.1
Host: mountain-mist.info
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 302 Moved Temporarily
Server: Apache-Coyote/1.1
Location: http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275
&l=2&c=89953
Content-Length: 0
Date: Mon, 08 Feb 2010 23:06:58 GMT
-----------------------------------------------------------
```

http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412

HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:06:59 GMT
Server: Apache
Location: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Content-Length: 276
Keep-Alive: timeout=5, max=100
Connection: Keep-Alive
Content-Type: text/html; charset=iso-8859-1
-----------------------------------------------------------
```

http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
```

```
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412

HTTP/1.x 200 OK
Date: Mon, 08 Feb 2010 23:06:59 GMT
Server: Apache
P3P: policyref="/w3c/p3p.xml", CP="NOR DSP COR ADM OUR"
Cache-Control: no-store
Pragma: no-cache
Set-Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; expires=Tue, 08-Feb-
2011 23:06:59 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B1265670419%
2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B4a34083727ab55a33ab3aa5fcae8f6da9409bb44; expires=Tue, 09-Feb-2010
22:06:59 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: afclick_7910=1265670419%2B7910%2B46275%2B%2Byyc78gzm%
2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%2B89953; expires=Tue, 09-Feb-2010
22:06:59 GMT; path=/; domain=.lynxtrack.com
Content-Length: 376
Keep-Alive: timeout=5, max=99
Connection: Keep-Alive
Content-Type: text/html
--------------------------------------------------------
http://affiliate.sctracking.com/rd/r.php?sid=45&pub=400045&c1=1046460&c2
=&c3=TKV070309

GET /rd/r.php?sid=45&pub=400045&c1=1046460&c2=&c3=TKV070309 HTTP/1.1
Host: affiliate.sctracking.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953

HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:07:00 GMT
Server: Apache/2.2.3 (Red Hat)
X-Powered-By: PHP/5.1.6
Set-Cookie: PHPSESSID=nuac3pq2mp3nnqdrj2e1j1hbt2; path=/
Set-Cookie: test=test; expires=Mon, 08-Feb-2010 23:06:50 GMT
Set-Cookie: track=track; expires=Mon, 08-Feb-2010 23:06:50 GMT
Set-Cookie: uid45=416266675-20100208180700-
fce99fc24ced6b2533552b61b1115b48; path=/
Expires: Thu, 19 Nov 1981 08:52:00 GMT
Cache-Control: no-store, no-cache, must-revalidate, post-check=0, pre-
check=0
Pragma: no-cache
P3P: CP="NOI DSP COR NID CUR OUR STP COM", policyref="/w3c/p3p.xml"
Location: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9
```

```
Content-Length: 0
Connection: close
Content-Type: text/html; charset=UTF-8
---------------------------------------------------------
http://ocsp.godaddy.com/

POST / HTTP/1.1
Host: ocsp.godaddy.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Content-Length: 104
Content-Type: application/ocsp-request
0f0d0DB0@0>0   +        p)"vS  ¼ Õ<"„é Ëv* *  ý¬a2"lEÖâî…_š°çv™hÌç   ´
u"¢ 0 0   +     0
0
       +     0
HTTP/1.x 200 OK
Date: Mon, 08 Feb 2010 23:07:03 GMT
Content-Type: application/ocsp-response
Content-Transfer-Encoding: Binary
Content-Length: 2368
Last-Modified: Mon, 08 Feb 2010 19:45:00 GMT
Etag: "209F6D04C5AFB3AC7591E1D595E95D395F7BBE41"
Expires: Tue, 09 Feb 2010 03:37:29 GMT
Cache-Control: max-age=28348,public,no-transform,must-validate
P3P: CP="IDC DSP COR LAW CUR ADM DEV TAI PSA PSD IVA IVD HIS OUR SAM PUB
LEG UNI COM NAV STA"
Keep-Alive: timeout=15, max=100
Connection: Keep-Alive
---------------------------------------------------------
https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

GET /enroll/index.php?p=join15C.html&keycode=U6UGB9 HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953

HTTP/1.x 200 OK
Connection: close
Date: Mon, 08 Feb 2010 23:07:03 GMT
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET, PHP/5.2.9
Content-Type: text/html
---------------------------------------------------------
https://www.aarpmembership.org/enroll/images/gift.jpg
```

```
GET /enroll/images/gift.jpg HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

HTTP/1.x 200 OK
Content-Length: 29096
Content-Type: image/jpeg
Last-Modified: Wed, 22 Apr 2009 10:13:56 GMT
Accept-Ranges: bytes
Etag: "0a79b33c3c91:5897"
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
----------------------------------------------------------
https://www.aarpmembership.org/enroll/images/background.jpg

GET /enroll/images/background.jpg HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

HTTP/1.x 200 OK
Content-Length: 367
Content-Type: image/jpeg
Last-Modified: Thu, 19 Mar 2009 01:17:08 GMT
Accept-Ranges: bytes
Etag: "0c2f66b30a8c91:5897"
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
----------------------------------------------------------
https://www.aarpmembership.org/enroll/images/arrow.gif

GET /enroll/images/arrow.gif HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
```

```
Connection: keep-alive
Referer: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

HTTP/1.x 200 OK
Content-Length: 128
Content-Type: image/gif
Last-Modified: Thu, 19 Mar 2009 01:18:02 GMT
Accept-Ranges: bytes
Etag: "081268c30a8c91:5897"
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
---------------------------------------------------------
https://www.aarpmembership.org/enroll/images/logo_aarp2.png

GET /enroll/images/logo_aarp2.png HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

HTTP/1.x 200 OK
Content-Length: 4661
Content-Type: image/png
Last-Modified: Thu, 04 Feb 2010 19:37:05 GMT
Accept-Ranges: bytes
Etag: "b4725d6ed1a5ca1:5897"
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
---------------------------------------------------------
https://www.aarpmembership.org/enroll/images/btn_join.png

GET /enroll/images/btn_join.png HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

HTTP/1.x 200 OK
Content-Length: 3194
Content-Type: image/png
Last-Modified: Wed, 22 Apr 2009 10:13:56 GMT
Accept-Ranges: bytes
Etag: "0a79b33c3c91:5897"
```

```
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
--------------------------------------------------------
https://www.aarpmembership.org/enroll/images/lowpic.jpg

GET /enroll/images/lowpic.jpg HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

HTTP/1.x 200 OK
Content-Length: 4454
Content-Type: image/jpeg
Last-Modified: Thu, 19 Mar 2009 01:17:26 GMT
Accept-Ranges: bytes
Etag: "057b17630a8c91:5897"
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
--------------------------------------------------------
https://www.aarpmembership.org/favicon.ico

GET /favicon.ico HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 404 Not Found
Content-Length: 1635
Content-Type: text/html
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:07:03 GMT
--------------------------------------------------------
```



New: **Mail  Event  Task  Contact  Group  Note**

Settings  Call Control  Mail Control  Buddies  Log Out

BSI <isupport-rest@beyondsystems.net>                    Help

**INBOX  Calendar  Tasks  Contacts  Summary**          **Folders  Files  Notes  Trash**

| rest20100207pm | Next Unread | Reply | Reply to All | Forward          Delete | Set Flag | Close as Unread |

| **From:** | "AARP Membership Drive" <AARP.MembershipDrive@mountain-mist.info> |
| **Subject:** | Receive a Complimentary Travel Kit when you join AARP. |
| **Date:** | Sun, 7 Feb 2010 16:59:52 -0500 |
| **To:** | justin@castalia.net |

You have received this e-mail on behalf of AARP from the company listed at the bottom of this message. If you can not view the message, please click the following link: http://mountain-mist.info/c/M42p9_zrr12xOw-o-tLpyg.html?3 U002165



## JOIN AARP and receive a FREE Travel Kit!

Keep your important travel documents safe with this versatile kit. Become an AARP Member and you'll receive it as your complimentary gift!

**JOIN or RENEW**

Click Here to Join



### Some Benefits of AARP Membership:

- Prescription Discounts – Take control of medication costs.

- Access to Insurance Programs – Get protected with AARP-sponsored health, auto and homeowners coverage.

- Advocacy in Washington – Get a seat at the table on issue like healthcare, retirement, and more.

- Travel Discounts – Great deals on airlines, car rentals, hotels, cruises and more.

**PLUS!**
Get a **FREE MEMBERSHIP** for your spouse!

**Join AARP Now and get a FREE Travel Kit!**

Send me My
FREE Travel Kit

## PLUS!

- Bi-Monthly AARP Magazine – Get important information on money, health, lifestye and more.

- Retirement Resources – Access online calculators, information and more.



Click Here to Join

U002165

If you're already an AARP member, please do not respond to this offer. We apologize for any inconvenience. Current AARP members can visit www.aarp.org/benefits to learn more about AARP and membership benefits.

If you wish to opt out of receiving future emails from AARP, please click here. AARP's offices are located at 601 E Street NW, Washington, DC 20049

---------------

Click here or write to:
Postal Unsubscribe
Rgr51
4896 Hayloft Cove
West Valley City, UT 84120

Copy into...   Move into...                     Redirect to...

Take Address   (My Domain)

http://mountain-mist.info/c/M42p9_zrr12xOw-o-tLpyg.html?3

```
GET /c/M42p9_zrr12xOw-o-tLpyg.html?3 HTTP/1.1
Host: mountain-mist.info
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 302 Moved Temporarily
Server: Apache-Coyote/1.1
Location: http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275
&l=2&c=89953
Content-Length: 0
Date: Mon, 08 Feb 2010 23:09:01 GMT
---------------------------------------------------------
```

http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412; HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%
2B1265670419%2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B4a34083727ab55a33ab3aa5fcae8f6da9409bb44; afclick_7910=1265670419%
2B7910%2B46275%2B%2Byyc78gzm%2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%
2B89953

HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:06:07 GMT
Server: Apache
Location: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Content-Length: 276
Keep-Alive: timeout=5, max=100
Connection: Keep-Alive
Content-Type: text/html; charset=iso-8859-1
---------------------------------------------------------
```

http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
```

```
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412; HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%
2B1265670419%2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B4a34083727ab55a33ab3aa5fcae8f6da9409bb44; afclick_7910=1265670419%
2B7910%2B46275%2B%2Byyc78gzm%2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%
2B89953

HTTP/1.x 200 OK
Date: Mon, 08 Feb 2010 23:06:07 GMT
Server: Apache
P3P: policyref="/w3c/p3p.xml", CP="NOR DSP COR ADM OUR"
Cache-Control: no-store
Pragma: no-cache
Set-Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; expires=Tue, 08-Feb-
2011 23:06:07 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B1265670367%
2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B6b7d5e43e3d6c4a7fe8083e9f43eb09449fcc206; expires=Tue, 09-Feb-2010
22:06:07 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: afclick_7910=1265670367%2B7910%2B46275%2B%2Byyc78gzm%
2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%2B89953; expires=Tue, 09-Feb-2010
22:06:07 GMT; path=/; domain=.lynxtrack.com
Content-Length: 376
Keep-Alive: timeout=5, max=99
Connection: Keep-Alive
Content-Type: text/html
----------------------------------------------------------
http://affiliate.sctracking.com/rd/r.php?sid=45&pub=400045&c1=1046460&c2
=&c3=TKV070309

GET /rd/r.php?sid=45&pub=400045&c1=1046460&c2=&c3=TKV070309 HTTP/1.1
Host: affiliate.sctracking.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Cookie: PHPSESSID=nuac3pq2mp3nnqdrj2e1j1hbt2; uid45=416266675-
20100208180700-fce99fc24ced6b2533552b61b1115b48

HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:09:00 GMT
Server: Apache/2.2.3 (Red Hat)
X-Powered-By: PHP/5.1.6
Expires: Thu, 19 Nov 1981 08:52:00 GMT
Cache-Control: no-store, no-cache, must-revalidate, post-check=0, pre-
```

```
check=0
Pragma: no-cache
P3P: CP="NOI DSP COR NID CUR OUR STP COM", policyref="/w3c/p3p.xml"
Set-Cookie: test=test; expires=Mon, 08-Feb-2010 23:08:50 GMT
Set-Cookie: track=track; expires=Mon, 08-Feb-2010 23:08:50 GMT
Set-Cookie: uid45=416266675-20100208180900-
fce99fc24ced6b2533552b61b1115b48; path=/
Location: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9
Content-Length: 0
Connection: close
Content-Type: text/html; charset=UTF-8
--------------------------------------------------------
```
==https://www.aarpmembership.org/enroll/index.php?==
==p=join15C.html&keycode=U6UGB9==

```
GET /enroll/index.php?p=join15C.html&keycode=U6UGB9 HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953

HTTP/1.x 200 OK
Connection: close
Date: Mon, 08 Feb 2010 23:09:02 GMT
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET, PHP/5.2.9
Content-Type: text/html
--------------------------------------------------------
```



**New:** Mail  Event  Task  Contact  Group  Note

Settings  Call Control  Mail Control  Buddies  Log Out

Help

BSI <isupport-rest@beyondsystems.net>

INBOX  Calendar  Tasks  Contacts  Summary     Folders  Files  Notes  Trash

| rest20100207pm | Next Unread | Reply | Reply to All | Forward     Delete | Set Flag | Close as Unread |

| **From:** | "AARP Membership" <AARPmembership@mountain-mist.info> |
| **Subject:** | Get Great Travel Benefits plus a Gift From AARP for less that $2/Month |
| **Date:** | Sun, 7 Feb 2010 16:53:00 -0500 |
| **To:** | mike@castalia.net |

You have received this e-mail on behalf of AARP from the company listed at the bottom of this message. If you can not view the message, please click the following link: http://mountain-mist.info/c/8-9YbTLSxT7BDm4wBYRoWg.html?3 U002165



### JOIN AARP and receive a FREE Travel Kit!

Keep your important travel documents safe with this versatile kit. Become an AARP Member and you'll receive it as your complimentary gift!

**JOIN or RENEW**

Click Here to Join

### Some Benefits of AARP Membership:

- Prescription Discounts – Take control of medication costs.

- Access to Insurance Programs – Get protected with AARP-sponsored health, auto and homeowners coverage.

- Advocacy in Washington – Get a seat at the table on issue like healthcare, retirement, and more.

- Travel Discounts – Great deals on airlines, car rentals, hotels, cruises and more.

### PLUS!

- Bi-Monthly AARP Magazine – Get important information on money, health, lifestye and more.

- Retirement Resources – Access online calculators, information and more.

U002165



**PLUS!**

Join AARP Now and get a FREE Travel Kit!

Send me My FREE Travel Kit



Click Here to Join

If you're already an AARP member, please do not respond to this offer. We apologize for any inconvenience. Current AARP members can visit www.aarp.org/benefits to learn more about AARP and membership benefits.

If you wish to opt out of receiving future emails from AARP, please click here. AARP's offices are located at 601 E Street NW, Washington, DC 20049

---------------

Click here or write to:
Postal Unsubscribe
Rgr51
4896 Hayloft Cove
West Valley City, UT 84120

Copy into...   Move into...                    Redirect to...

Take Address   (My Domain)

http://mountain-mist.info/c/8-9YbTLSxT7BDm4wBYRoWg.html?3

```
GET /c/8-9YbTLSxT7BDm4wBYRoWg.html?3 HTTP/1.1
Host: mountain-mist.info
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 302 Moved Temporarily
Server: Apache-Coyote/1.1
Location: http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275
&l=2&c=89953
Content-Length: 0
Date: Mon, 08 Feb 2010 23:10:41 GMT
---------------------------------------------------------
```

http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412; HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%
2B1265670367%2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B6b7d5e43e3d6c4a7fe8083e9f43eb09449fcc206; afclick_7910=1265670367%
2B7910%2B46275%2B%2Byyc78gzm%2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%
2B89953

HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:09:48 GMT
Server: Apache
Location: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Content-Length: 276
Keep-Alive: timeout=5, max=100
Connection: Keep-Alive
Content-Type: text/html; charset=iso-8859-1
---------------------------------------------------------
```

http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
```

```
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412; HNTRK_7910=kxj17q-jvzp9t-e32-2vti90-pg3tyf%
2B1265670367%2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B6b7d5e43e3d6c4a7fe8083e9f43eb09449fcc206; afclick_7910=1265670367%
2B7910%2B46275%2B%2Byyc78gzm%2Bkxj17q-jvzp9t-e32-2vti90-pg3tyf%2B2%
2B89953


HTTP/1.x 200 OK
Date: Mon, 08 Feb 2010 23:09:48 GMT
Server: Apache
P3P: policyref="/w3c/p3p.xml", CP="NOR DSP COR ADM OUR"
Cache-Control: no-store
Pragma: no-cache
Set-Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; expires=Tue, 08-Feb-
2011 23:09:48 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: HNTRK_7910=kxj17q-jvzp9t-e32-2vti90-pg3tyf%2B1265670588%
2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2Bf453fcb9b85600e009ea6e055a28d4768257a5fe; expires=Tue, 09-Feb-2010
22:09:48 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: afclick_7910=1265670588%2B7910%2B46275%2B%2Byyc78gzm%
2Bkxj17q-jvzp9t-e32-2vti90-pg3tyf%2B2%2B89953; expires=Tue, 09-Feb-2010
22:09:48 GMT; path=/; domain=.lynxtrack.com
Content-Length: 376
Keep-Alive: timeout=5, max=99
Connection: Keep-Alive
Content-Type: text/html
---------------------------------------------------------
http://affiliate.sctracking.com/rd/r.php?sid=45&pub=400045&c1=1046460&c2
=&c3=TKV070309


GET /rd/r.php?sid=45&pub=400045&c1=1046460&c2=&c3=TKV070309 HTTP/1.1
Host: affiliate.sctracking.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Cookie: PHPSESSID=nuac3pq2mp3nnqdrj2e1j1hbt2; uid45=416266675-
20100208180900-fce99fc24ced6b2533552b61b1115b48


HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:10:40 GMT
Server: Apache/2.2.3 (Red Hat)
X-Powered-By: PHP/5.1.6
Expires: Thu, 19 Nov 1981 08:52:00 GMT
Cache-Control: no-store, no-cache, must-revalidate, post-check=0, pre-
```

```
check=0
Pragma: no-cache
P3P: CP="NOI DSP COR NID CUR OUR STP COM", policyref="/w3c/p3p.xml"
Set-Cookie: test=test; expires=Mon, 08-Feb-2010 23:10:30 GMT
Set-Cookie: track=track; expires=Mon, 08-Feb-2010 23:10:30 GMT
Set-Cookie: uid45=416266675-20100208181040-
fce99fc24ced6b2533552b61b1115b48; path=/
Location: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9
Content-Length: 0
Connection: close
Content-Type: text/html; charset=UTF-8
---------------------------------------------------------
```

<mark>https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9</mark>

```
GET /enroll/index.php?p=join15C.html&keycode=U6UGB9 HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953

HTTP/1.x 200 OK
Connection: close
Date: Mon, 08 Feb 2010 23:10:42 GMT
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET, PHP/5.2.9
Content-Type: text/html
---------------------------------------------------------
https://www.aarpmembership.org/favicon.ico

GET /favicon.ico HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 404 Not Found
Content-Length: 1635
Content-Type: text/html
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:10:42 GMT
---------------------------------------------------------
```

isupport–rest@beyondsystems.net Message

2/8/10 4:30 PM



New: **Mail** Event Task Contact Group Note

Settings Call Control Mail Control Buddies Log Out

Help

**BSI <isupport-rest@beyondsystems.net>**

**INBOX** **Calendar** **Tasks** **Contacts** **Summary** **Folders** **Files** **Notes** **Trash**

| rest20100207pm | Next Unread | Reply | Reply to All | Forward    Delete | Set Flag | Close as Unread |

| From: | "AARP Membership Drive" <AARP.MembershipDrive@mountain-mist.info> |
| Subject: | Get Great Travel Benefits From AARP for less that $2/Month |
| Date: | Sun, 7 Feb 2010 16:55:37 -0500 |
| To: | wagner@linkcenter.net |

You have received this e-mail on behalf of AARP from the company listed at the bottom of this message. If you can not view the message, please click the following link: http://mountain-mist.info/c/wg4RjtxYxd127yC1-H9B9Q.html?3 U002165



## JOIN AARP and receive a FREE Travel Kit!

Keep your important travel documents safe with this versatile kit. Become an AARP Member and you'll receive it as your complimentary gift!

**JOIN or RENEW**

Click Here to Join

### Some Benefits of AARP Membership:

- Prescription Discounts – Take control of medication costs.

- Access to Insurance Programs – Get protected with AARP-sponsored health, auto and homeowners coverage.

- Advocacy in Washington – Get a seat at the table on issue like healthcare, retirement, and more.

- Travel Discounts – Great deals on airlines, car rentals, hotels, cruises and more.

### PLUS!

- Bi-Monthly AARP Magazine – Get important information on money, health, lifestye and more.

- Retirement Resources – Access online calculators, information and more.

U002165



Join AARP Now and get a FREE Travel Kit!

Send me My FREE Travel Kit



Click Here to Join

If you're already an AARP member, please do not respond to this offer. We apologize for any inconvenience. Current AARP members can visit www.aarp.org/benefits to learn more about AARP and membership benefits.

If you wish to opt out of receiving future emails from AARP, please click here. AARP's offices are located at 601 E Street NW, Washington, DC 20049

---------------

Click here or write to:
Postal Unsubscribe
Rgr51
4896 Hayloft Cove
West Valley City, UT 84120

Copy into...   Move into...                          Redirect to...

Take Address   (My Domain)

http://mountain-mist.info/c/wg4RjtxYxdl27yC1-H9B9Q.html?3

```
GET /c/wg4RjtxYxdl27yC1-H9B9Q.html?3 HTTP/1.1
Host: mountain-mist.info
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 302 Moved Temporarily
Server: Apache-Coyote/1.1
Location: http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275
&l=2&c=89953
Content-Length: 0
Date: Mon, 08 Feb 2010 23:11:51 GMT
--------------------------------------------------------
```

http://www.lynxtrack.com/afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /afclick.php?o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412; HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%
2B1265670588%2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2Bf453fcb9b85600e009ea6e055a28d4768257a5fe; afclick_7910=1265670588%
2B7910%2B46275%2B%2Byyc78gzm%2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%
2B89953

HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:08:56 GMT
Server: Apache
Location: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Content-Length: 276
Keep-Alive: timeout=5, max=100
Connection: Keep-Alive
Content-Type: text/html; charset=iso-8859-1
--------------------------------------------------------
```

http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=
89953

```
GET /click/v1-1/qs-o=7910&b=yyc78gzm&p=46275&l=2&c=89953 HTTP/1.1
Host: www.lynxtrack.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
```

```
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; HNTRK_5987=kxjo3g-jvzp9t-
cnp-2vti8z-6hhj1y%2B1265668540%2B5987%2B1055555%2B%2B9345%2B43412%
2B71.174.21.177%2B441bf97404e1499e9d1a2e105e2b141cd7f943ce; afclick_5987
=1265668540%2B5987%2B55259%2B%2B055zg6z6%2Bkxjo3g-jvzp9t-cnp-2vti8z-
6hhj1y%2B1%2B43412; HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%
2B1265670588%2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2Bf453fcb9b85600e009ea6e055a28d4768257a5fe; afclick_7910=1265670588%
2B7910%2B46275%2B%2Byyc78gzm%2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%
2B89953


HTTP/1.x 200 OK
Date: Mon, 08 Feb 2010 23:08:57 GMT
Server: Apache
P3P: policyref="/w3c/p3p.xml", CP="NOR DSP COR ADM OUR"
Cache-Control: no-store
Pragma: no-cache
Set-Cookie: HNID=kxjo3g-jvzp9t-cnp-2vti8z-1irp9a; expires=Tue, 08-Feb-
2011 23:08:57 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: HNTRK_7910=kxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B1265670537%
2B7910%2B1046460%2B%2B12599%2B89953%2B71.174.21.177%
2B94ad605f068c7a2bfe8a9fc1c1346e2c29a1e781; expires=Tue, 09-Feb-2010
22:08:57 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: afclick_7910=1265670537%2B7910%2B46275%2B%2Byyc78gzm%
2Bkxjl7q-jvzp9t-e32-2vti90-pg3tyf%2B2%2B89953; expires=Tue, 09-Feb-2010
22:08:57 GMT; path=/; domain=.lynxtrack.com
Content-Length: 376
Keep-Alive: timeout=5, max=99
Connection: Keep-Alive
Content-Type: text/html
--------------------------------------------------------
http://affiliate.sctracking.com/rd/r.php?sid=45&pub=400045&c1=1046460&c2
=&c3=TKV070309


GET /rd/r.php?sid=45&pub=400045&c1=1046460&c2=&c3=TKV070309 HTTP/1.1
Host: affiliate.sctracking.com
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953
Cookie: PHPSESSID=nuac3pq2mp3nnqdrj2e1j1hbt2; uid45=416266675-
20100208181040-fce99fc24ced6b2533552b61b1115b48


HTTP/1.x 302 Found
Date: Mon, 08 Feb 2010 23:11:50 GMT
Server: Apache/2.2.3 (Red Hat)
X-Powered-By: PHP/5.1.6
Expires: Thu, 19 Nov 1981 08:52:00 GMT
Cache-Control: no-store, no-cache, must-revalidate, post-check=0, pre-
```

```
check=0
Pragma: no-cache
P3P: CP="NOI DSP COR NID CUR OUR STP COM", policyref="/w3c/p3p.xml"
Set-Cookie: test=test; expires=Mon, 08-Feb-2010 23:11:40 GMT
Set-Cookie: track=track; expires=Mon, 08-Feb-2010 23:11:40 GMT
Set-Cookie: uid45=416266675-20100208181150-
fce99fc24ced6b2533552b61b1115b48; path=/
Location: https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9
Content-Length: 0
Connection: close
Content-Type: text/html; charset=UTF-8
--------------------------------------------------------
https://www.aarpmembership.org/enroll/index.php?
p=join15C.html&keycode=U6UGB9

GET /enroll/index.php?p=join15C.html&keycode=U6UGB9 HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive
Referer: http://www.lynxtrack.com/click/v1-1/qs-o=7910&b=yyc78gzm&p=
46275&l=2&c=89953

HTTP/1.x 200 OK
Connection: close
Date: Mon, 08 Feb 2010 23:11:51 GMT
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET, PHP/5.2.9
Content-Type: text/html
--------------------------------------------------------
https://www.aarpmembership.org/favicon.ico

GET /favicon.ico HTTP/1.1
Host: www.aarpmembership.org
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US;
rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7
Accept: image/png,image/*;q=0.8,*/*;q=0.5
Accept-Language: en-us,en;q=0.5
Accept-Encoding: gzip,deflate
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7
Keep-Alive: 300
Connection: keep-alive

HTTP/1.x 404 Not Found
Content-Length: 1635
Content-Type: text/html
Server: Microsoft-IIS/6.0
X-Powered-By: ASP.NET
Date: Mon, 08 Feb 2010 23:11:51 GMT
--------------------------------------------------------
```