EXHIBIT 2

Network Solutions  >  Whois  >  Results
Log In



- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

# WHOIS Results

**You Searched for: mountain-mist.info**

Get this domain with an alternate extension now!

☐  ☐  ☐

.org.biz.bz



WHOIS results for mountain-mist.info



Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-base
access. You agree that you will use this data only for lawful purpose
and that, under no circumstances will you use this data to: (a) allow
enable, or otherwise support the transmission by e-mail, telephone, c
facsimile of mass unsolicited, commercial advertising or solicitation
to entities other than the data recipient's own existing customers; c
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query
you agree to abide by this policy.

Domain ID:D30934484-LRMS
Domain Name:MOUNTAIN-MIST.INFO
Created On:26-Dec-2009 16:55:07 UTC
Last Updated On:26-Dec-2009 16:55:16 UTC
Expiration Date:26-Dec-2010 16:55:07 UTC

```
Sponsoring Registrar:Best Domain LLC dba Domainsite.com (R262-BMG)
Status:CLIENT TRANSFER PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:ncr-5027442-2b5b
Registrant Name:Protected Domain Services - Customer ID: NCR-1235260
Registrant Organization:Protected Domain Services - Customer ID: NCR-
Registrant Street1:125 Rampart Way
Registrant Street2:Suite 300
Registrant Street3:
Registrant City:Denver
Registrant State/Province:CO
Registrant Postal Code:80230
Registrant Country:US
Registrant Phone:+1.7202492374
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:mountain-mist.info@protecteddomainservices.com
Admin ID:nca-5027443-bbdd
Admin Name:Protected Domain Services - Customer ID: NCR-1235260
Admin Organization:Protected Domain Services - Customer ID: NCR-12352
Admin Street1:125 Rampart Way
Admin Street2:Suite 300
Admin Street3:
Admin City:Denver
Admin State/Province:CO
Admin Postal Code:80230
Admin Country:US
Admin Phone:+1.7202492374
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:mountain-mist.info@protecteddomainservices.com
Billing ID:ncb-5027445-2767
Billing Name:Protected Domain Services - Customer ID: NCR-1235260
Billing Organization:Protected Domain Services - Customer ID: NCR-123
Billing Street1:125 Rampart Way
Billing Street2:Suite 300
Billing Street3:
Billing City:Denver
Billing State/Province:CO
Billing Postal Code:80230
Billing Country:US
Billing Phone:+1.7202492374
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email:mountain-mist.info@protecteddomainservices.com
Tech ID:nct-5027444-b1c0
Tech Name:Protected Domain Services - Customer ID: NCR-1235260
Tech Organization:Protected Domain Services - Customer ID: NCR-123526
Tech Street1:125 Rampart Way
Tech Street2:Suite 300
Tech Street3:
Tech City:Denver
Tech State/Province:CO
Tech Postal Code:80230
Tech Country:US
Tech Phone:+1.7202492374
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:mountain-mist.info@protecteddomainservices.com
Name Server:NS1.NAME.COM
Name Server:NS2.NAME.COM
Name Server:NS3.NAME.COM
```

```
Name Server:NS4.NAME.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **IP Address:** | 65.248.172.35 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-TENNESSEE-COOKEVILLE |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 2 |
| **WebSite Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **Ecommerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 11-Sep-2007 |

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer



Search Again

Search again here...

Search by either

◉ Domain Name e.g. networksolutions.com
◯ IP Address e.g. 205.178.187.13

**Search**

WHOIS Searches

- Popular
- Recent

| Domain Name - Total Searches | RSS |
|---|---|
| amazon.com - 6501 | |
| craigslist.com - 4408 | |
| kingsridge.com - 3836 | |
| cisco.com - 3328 | |
| disney.com - 3159 | |
| mchsi.com - 2939 | |
| ibm.com - 2746 | |
| cnn.com - 2558 | |
| nytimes.com - 2058 | |
| « Prev Next » | |

sbcglobal.net - 24675