# EXHIBIT 3

| | | New: | **Mail** | **Event** | **Task** | **Contact** | **Group** | **Note** |
|---|---|---|---|---|---|---|---|---|
| | | | **Settings** | **Call Control** | **Mail Control** | **Buddies** | **Log Out** | |

**BSI <isupport-rest@beyondsystems.net>**   **Help**

**INBOX**  **Calendar**  **Tasks**  **Contacts**  **Summary**        **Folders**  **Files**  **Notes**  **Trash**

✉ ▶ | **rest20100204pm** | **Next Unread** | **Reply** | **Reply to All** | **Forward** | **Delete** | **Set Flag** | **Close as Unread** | 🖨

| | |
|---|---|
| **From:** | "Gevalia Coffee" <noreply@westcoastinventories.com> |
| **Subject:** | A Special Offer for True Coffee Lovers. Gevalia's Coffee Lover's Kit! |
| **Date:** | Thu, 4 Feb 2010 12:01:57 -0500 |
| **To:** | mike@castalia.net |



If you do not wish to receive any more special offers from Gevalia via e-mail, please click here or contact Gevalia at: Gevalia: Opt-Out Requests 999 North Dupont Blvd. Milford,DE 19963 . Please note: It may take up to 10 days for your name to be removed from our list.

You have received this advertisement because you have registered with (Publisher List Name Entered Here). If you believe this e-mail message was sent in error or if you would like to stop receiving e-mail advertisements from (Publisher List Name Entered Here), follow the opt-out instructions below.

If you believe you should not have received this email or that you received it in error, please notify Gevalia of your complaint by forwarding this email to emailcomplaints@cl.gevalia.com.

Mailer ID: 15-55259            Gevalia Kaffe, Copyright 2007, All Rights Reserved.

```
****** curl -iL -k -m 10
"http://westcoastinventories.com/c/A0aPncngoyRc2qCYKEK3RA.html?0"
******
HTTP/1.1 302 Moved Temporarily
Server: Apache-Coyote/1.1
Location: http://www.lynxtrack.com/afclick.php?o=5987&b=055zg6z6&p=55259
&l=1&c=43412
Content-Length: 0
Date: Tue, 09 Feb 2010 00:25:47 GMT

HTTP/1.1 302 Found
Date: Tue, 09 Feb 2010 00:25:50 GMT
Server: Apache
Location: http://www.lynxtrack.com/click/v1-1/qs-o=5987&b=055zg6z6&p=
55259&l=1&c=43412
Content-Length: 276
Content-Type: text/html; charset=iso-8859-1

HTTP/1.1 200 OK
Date: Tue, 09 Feb 2010 00:25:50 GMT
Server: Apache
P3P: policyref="/w3c/p3p.xml", CP="NOR DSP COR ADM OUR"
Cache-Control: no-store
Pragma: no-cache
Set-Cookie: HNID=kxjt72-jvzp9t-cuc-2vti90-r3r4o2; expires=Wed, 09-Feb-
2011 00:25:50 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: HNTRK_5987=kxjsbe-jvzp9t-uu5-2vti90-t6aeh5%2B1265675150%
2B5987%2B1055555%2B%2B9345%2B43412%2B71.174.21.177%
2B1f87d7793982abf4931edc44550796726e14384f; expires=Tue, 09-Feb-2010
02:25:50 GMT; path=/; domain=.lynxtrack.com
Set-Cookie: afclick_5987=1265675150%2B5987%2B55259%2B%2B055zg6z6%
2Bkxjsbe-jvzp9t-uu5-2vti90-t6aeh5%2B1%2B43412; expires=Tue, 09-Feb-2010
02:25:50 GMT; path=/; domain=.lynxtrack.com
Content-Length: 266
Content-Type: text/html

<html><head><link rel="P3Pv1" href="/w3c/p3p.xml"><script
language="javascript">window.location.replace
("http://www.gevalia.com/go/00011");</script></head><body>If this page
does not load <a href="http://www.gevalia.com/go/00011">please click
here</a>.</body></html>
```