# EXHIBIT 4

Show_Summary_View    Guest! Login/Join



| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert |

Ads by Google

### BuyDomains: Official Site
Search for Premium Domain Names. 1000's of Choices at BuyDomains.com
www.BuyDomains.com

### Register Your Domain
Register & get applications for your domain with Google
www.google.com/apps/business

## WestCoastInventories.com Whois Record ( West Coast Inventories )

**Domain Name:** [          ] [Whois]

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

**Add Missing Thumbnail:**
Queue Thumbnail For Addition

### Whois Record

**Related Domains For Sale or At Auction**    1  2  **3**  More >

CoastTrade.com ($1,788)     CoastInfo.com ($350)     LeeCoast.com ($1,000)



Country TLDs | General TLDs

☐ WestCoastInventories.at    Buy
☐ WestCoastInventories.be    Buy
☐ WestCoastInventories.ch    Buy
☐ WestCoastInventories.cn    Buy
☐ WestCoastInventories.co.uk  Buy
☐ WestCoastInventories.de    Buy

Show all (18) >

[ Buy all selected > ]

Registrant Search: **"Moniker Privacy Services" owns about 239 other domains**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **2 changes** on **3** unique name servers over **0** years.
Whois History: **1 record** has been archived since **2010-01-18** .
Dedicated Hosting: **westcoastinventories.com** is hosted on a **dedicated server**.

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!**  Find out more >

```
Domain Name: WESTCOASTINVENTORIES.COM
Registrar: MONIKER

Registrant [2451851]:
        Moniker Privacy Services            westcoastinventories.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [2451851]:
        Moniker Privacy Services            westcoastinventories.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [2451851]:
        Moniker Privacy Services            westcoastinventories.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
```

```
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Technical Contact [2451851]:
        Moniker Privacy Services    westcoastinventories.com@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Domain servers in listed order:

        NS1.DOMAINSERVICE.COM         208.73.210.41
        NS2.DOMAINSERVICE.COM         208.73.211.42
        NS3.DOMAINSERVICE.COM         208.73.210.43
        NS4.DOMAINSERVICE.COM         208.73.211.44

        Record created on:       2010-01-17 10:31:29.0
        Database last updated on: 2010-01-23 09:23:41.037
        Domain Expires on:       2011-01-17 10:31:30.0
```

Memberships | Support | Registrant Search | Whois | Desktop Tools | Stock Ticker | Blog | Site Map

© 2010 DomainTools, LLC All rights reserved.

