UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| ) | |
| KRAFT FOODS, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF EXHIBITS**

1. Dec. 23, 2009 T. Onorato letter to A. Rothman

2. Jan. 22, 2010 S. Bielicki letter to counsel for Defendants Connexus and Hydra

3. Jan. 22, 2010 S. Bielicki letter to counsel for Kraft Defendants

4. Feb. 12, 2008 P. Wagner correspondence with Dr. John C. Klensin

5. Declaration of Dr. John C. Klensin Pursuant to 28 U.S.C. § 1746

6. Feb. 12, 2008 P. Wagner correspondence with Peter J. Resnick

7. Declaration of Peter J. Resnick Pursuant to 28 U.S.C. § 1746

8. Declaration of Dr. John R. Levine Pursuant to 28 U.S.C. § 1746

9. Declaration of Steven Wagner Pursuant to 28 U.S.C. § 1746

10. Declaration of Paul A. Wagner Pursuant to 28 U.S.C. § 1746

11. Declaration of James Joseph Wagner Pursuant to 28 U.S.C. § 1746

12. June 22, 2009 BSI Privilege Log

13. Declaration of Jennifer Newton Pursuant to 28 U.S.C. § 1746

14. Jan. 15, 2010 A. Rothman e-mail to S. Bielicki