# EXHIBIT 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| ) | |
| KRAFT FOODS, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DR. JOHN R. LEVINE PURSUANT TO 28 U.S.C. § 1746

I, Dr. John R. Levine, state that:

1. I am over 18 years of age and fully competent to testify to the facts set forth in this Declaration.

2. I am currently an independent computer industry consultant and author specializing in the Internet and Internet-related issues. I lecture to and consult for numerous clients including IBM Canada, CBS Television, Minnesota Power, the American Institute of Chemical Engineers, Alex, Brown & Sons, and Hewlett-Packard.

3. I am the chair of the Internet Research Task Force (IRTF) Anti-Spam Research Group. Since 1997, I have been a board member of the Coalition Against Unsolicited Commercial Email, an Internet user advocacy group, and since July 2008 its president. Also since 1997, I have run the Network Abuse Clearinghouse, also known as abuse.net, a free service that helps Internet users and service providers report and deal with abusive online behavior.

4. I am a Senior Technical Advisor to the Messaging Anti-Abuse Working Group (MAAWG), the leading industry anti-spam forum, whose members include Google, Yahoo,

Microsoft, AOL, Verizon, AT&T, Openwave, and many other large networks and mail software vendors.

5. Since 1995, I have been a network manager for a private network that hosts or has hosted over 300 Internet domains and web sites, totaling over 300,000 web pages.

6. I operate a variety of electronic mail servers for myself and approximately 1,000 other people. As part of running this service, I deal daily with issues of spam and other email abuse.

7. I have authored or co-authored over a dozen books on computer and electronic mail issues including: The Internet for Dummies (now in its 12th edition, with over eight million copies in print), Mobile Internet for Dummies (2008), Internet Privacy for Dummies (2002), and qmail (2004).

8. I have been active in the computer industry for thirty years, working for Interactive Systems Corporation (the first commercial provider of UNIX software) between 1979 and 1984 and Javelin Software (creators of an award winning PC modeling tool) from 1984 to 1987. In 1989, I co-founded Segue Software, a leading provider of web and client/server testing software, where I continued as a director and consultant until the company was sold in April 2006.

9. I received a B.A. in Computer Science with a minor in Mathematical Economics from Yale University in 1975, and a Ph.D. in Computer Science from Yale University in 1984.

10. In February of 2008, I was retained by Plaintiff Beyond Systems Inc. as a testifying expert on Internet and Internet-related issues for litigation involving unsolicited commercial email, including the present case.

11. As part of this engagement, on February 12, 2008, I received several emails from Paul A. Wagner, President of Plaintiff Beyond Systems Inc., which attached various documents for my review and evaluation.

12. One of these such emails attached a word document entitled "ProspectiveSpamCases-BSI-20080122.doc".

13. After sending the email containing that attachment, Paul Wagner sent me another email that same day advising me that the aforementioned document had been inadvertently attached, and requesting that I delete it without reviewing it.

14. I received this retraction request prior to having opened the original message. I did not read or review the aforementioned document. I deleted this document from my files without ever having opened the attachment. I confirmed that I took such action in a reply email to Paul Wagner.

15. I have no knowledge regarding the contents of "ProspectiveSpamCases-BSI-20080122.doc" other than the title of the document and that Paul Wagner informed me that the document should not be reviewed by me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2010, at Trumansburg NY.

By: _____