UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KRAFT FOODS, INC., *et al*. ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> CONNEXUS CORP., *et al*., ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES JOSEPH WAGNER, *et al*., ) <br> ) <br> Third-Party Defendants. ) <br> _____) | Case No. 8:08-cv-00409 (PJM) (CBD) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Beyond Systems Inc. ("BSI") hereby moves the Court for an extension of time to file its opposition to Defendants Connexus Corp.'s ("Connexus") and Hydra LLC's ("Hydra") Motion for Summary Judgment (DE# 257). Plaintiff's opposition is currently due on Friday, February 12, 2010. Owing to unforeseen circumstances explained more fully below, Plaintiff hereby requests an extension until February 18, 2010 to file its opposition, and a likewise extension of related, affected deadlines.

Good cause exists for granting the relief requested. Counsel for Plaintiff BSI are primarily located in and around the District of Columbia. The massive snowstorm of the past weekend has made it difficult for counsel and staff to commute into the office, and widespread

power and internet outages likewise have made working remotely unexpectedly difficult. Further, another substantial winter storm is predicted to hit the area mid-week, increasing the potential for additional services outages and making it unlikely that commuting conditions will improve in the immediate future.

In consideration thereof, on February 8, 2010, counsel for Plaintiff conferred with counsel for Defendants and sought consent for a modest extension of time to file its opposition. Counsel indicated that Connexus consents to an extension until February 18, 2010. Counsel for the Kraft Defendants have indicated their consent as well. Counsel for Defendant Hydra LLC were simultaneously consulted regarding the request for extension. However, counsel indicated that, owing to their pending motion to withdraw their representation of Defendant Hydra LLC (DE# 280) and Hydra's current lack of contact with counsel concerning Hydra's participation in the litigation, they do not have authority to assert any position on behalf of Hydra. As such, all parties have consented to the instant motion with the exception of Hydra LLC.

Further, as indicated in the Amended Supplemental to the Parties' Joint Motion for Briefing Schedule Concerning Summary Judgment Motions (DE# 276, granted at DE# 277), in light of the overlapping briefing schedules between the Parties' motions for summary judgment and Third-Party Defendants' Motion to Strike Third-Party Plaintiffs' Affirmative Defense of CDA Immunity or for a More Definite Statement (DE# 268), and to allow all parties sufficient time to respond thereto, the parties conferred and incorporated into their summary judgment briefing schedule dates associated with briefing on Third-Party Defendants' motion to strike. As such, BSI, Connexus, and Third-Party Defendants Wagner and Hypertouch stipulate to the likewise extension of their linked and related deadlines to accommodate BSI's extension until February 18, 2010 to file its summary judgment opposition.

Wherefore, in consideration of the foregoing, BSI, Connexus, and Third-Party Defendants request that the Court grant the foregoing motion and enter an order modifying the remaining deadlines from the Parties' briefing schedule concerning motions for summary judgment as follows:

| | |
|---|---|
| Plaintiff's Opposition to Connexus/Hydra Motion: | February 18, 2010 |
| Connexus/Hydra Response to Joe Wagner/Hypertouch's Motion to Strike and FRCP 8(c)/56(c) Cross-Motion: | February 18, 2010 |
| Connexus/Hydra Reply: | March 18, 2010 |
| Joe Wagner/Hypertouch Reply in Support of Motion to Strike; Opposition to Cross Motion: | March 18, 2010 |
| Connexus/Hypertouch Reply re: FRCP 8(c)/56(c) Cross-Motion: | April 19, 2010 |

Date: February 9, 2010

Respectfully submitted,

| /s/ | /s/ John K. Roche (with permission) |
|---|---|
| Thomas M. Barba (US DC-MD Bar No. 28487) | Barry J. Reingold (USDC-MD Bar No. 06490) |
| John J. Duffy (US DC-MD Bar No. 28613) | John M. Devaney *(Pro Hac Vice)* |
| Jennie L. Kneedler (US DC-MD Bar No. 28617) | John K. Roche *(Pro Hac Vice)* |
| STEPTOE & JOHNSON LLP | PERKINS COIE LLP |
| 1330 Connecticut Ave NW | 607 14th Street NW, Suite 800 |
| Washington DC 20036 | Washington DC 20005-2003 |
| T: 202-429-3000 | T: 202-434-1613 |
| F: 202-429-3902 | F: 202-434-1690 |
| tbarba@steptoe.com | jroche@perkinscoie.com |
| jduffy@steptoe.com | breingold@perkinscoie.com |
| jkneedler@steptoe.com | jdevaney@perkinscoie.com |
| | |
| Anthony A. Onorato (US DC-MD Bar No. 28622) | Darrell J. Graham |
| STEPTOE & JOHNSON LLP | THE LAW OFFICE OF DARRELL J. GRAHAM, LLC |
| 750 Seventh Ave., Ste. 1800 | |
| New York, NY  10019 | 53 W. Jackson Blvd. |

- 4 -

T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

Suite 1334
Chicago, IL 60604
Phone: (312)922-4533
Fax: (312)922-4757
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co.*

   /s/ Ari N. Rothman (with permission)
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
(202) 344-4000
(202) 344-8300 (Facsimile)

*Counsel for Defendants Connexus Corp. and Hydra, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2010, the foregoing *Joint Motion for Extension of Time* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendants Connexus Corp. and Hydra LLC*

/s/ Thomas M. Barba

Thomas M. Barba