IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

### INTERIM SEALING MOTION REGARDING REPLY CONCERNING INTERIM SEALING MOTION AND MOTION TO CHALLENGE CONFIDENTIALITY

As required by the Amended Stipulated Order Regarding Confidentiality of Discovery Material (DE# 87-3 at ¶ 2), Defendant Connexus Corp. submits this interim sealing motion respecting exhibits B, C, D, F, G and H filed under seal with its Reply Concerning Interim Sealing Motion and Motion to Challenge Confidentiality (DEs# 288-289). The exhibits at issue in this interim sealing motion are the six copies of Exhibit 22 to Connexus's summary judgment motion that BSI produced to Connexus and that Connexus maintains should be unsealed in its Reply. (DE# 288 at 9.)[1] Because the six exhibits are identical to Exhibit 22, the Court should unseal them for the same reasons that Exhibit 22 should be unsealed.

WHEREFORE, pursuant to Paragraph 2 of the Amended Stipulated Order Regarding Confidentiality of Discovery Material (which incorporates Local Rule 105(11)), Connexus requests that the Court unseal Exhibits B, C, D, F, G and H to Connexus's Reply Concerning Interim Sealing Motion and Motion to Challenge Confidentiality (DEs# 288-289).

---

[1] Connexus filed these copies with the Court under seal pursuant to FRCP 26(b)(5)(B) which allows a party who received allegedly privileged information to "promptly present the information to the court under seal for a determination of the claim."

Dated: February 10, 2010                                /s/
                                     J. Douglas Baldridge (US DC-MD Bar No. 11023)
                                     Lisa Jose Fales (US DC-MD Bar No. 08141)
                                     Ari N. Rothman (US DC-MD Bar No. 17560)
                                     Robert A. Friedman, (US DC-MD Bar No. 28864)
                                     VENABLE LLP
                                     575 7th Street, N.W.
                                     Washington, DC  20004-1601
                                     (202) 344-4000 (phone)
                                     (202) 344-8300 (fax)
                                     jdbaldridge@venable.com
                                     ljfales@venable.com
                                     anrothman@venable.com
                                     rafriedman@venable.com
                                     *Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of February, 2010, a copy of the foregoing *Interim Sealing Motion Regarding Reply Concerning Interim Sealing Motion and Motion to Challenge Confidentiality* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

                                              /s/
                                          Ari N. Rothman