EXHIBIT 14



New: **Mail** **Event** **Task** **Contact** **Group** **Note**

Settings  Call Control  Mail Control  Buddies  Log Out

**BSI <isupport-rest@beyondsystems.net>**                    **Help**

**INBOX**  **Calendar**  **Tasks**  **Contacts**  **Summary**          **Folders**  **Files**  **Notes**  **Trash**

✉ | **rest20100218am** | **Next Unread** | **Reply** | **Reply to All** | **Forward**   **Delete** | **Set Flag** | **Close as Unread** | 🖨

| | |
|---|---|
| **From:** | "Official Tomato Giant" <OfficialTomatoGiant@guardcable.com> |
| **Subject:** | Get 3 big hybrid tomato trees as our gift to you |
| **Date:** | Thu, 18 Feb 2010 08:05:41 -0500 |
| **To:** | muir@linkcenter.net |

Grow your own Supersized Tomatoes! Get 3 Giant Tomato Trees for only $10.

See video here >>> **Click Here**

Tree tomatoes come ready to plant, pre-seeded professional nurseyman packs.
Now grow tomatoes as big as grapefruits - up to two pounds each.

**Learn More**





If you would like to remove yourself from our list, click here.
DT Marketing - PO Box 315
West Palm Beach, FL 33402

To remove yourself from
our mailing list, click here
or write customer service.

Customer Service 1844 South 3850 West, West Valley, UT

```
                    guardcable com-lynxtrack-buytomatogiant com-browse.txt
http://guardcable.com/c/9xBO8mQh7nfggAXZXohr-g.html?2


GET /c/9xBO8mQh7nfggAXZXohr-g.html?2 HTTP/1.1

Host: guardcable.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive


HTTP/1.1 302 Moved Temporarily

Server: Apache-Coyote/1.1
```

Location: http://www.lynxtrack.com/afclick.php?o=8618&b=65p8mty8&p=13675&l=1&c=93650

```
Content-Length: 0

Date: Thu, 18 Feb 2010 17:19:46 GMT

---------------------------------------------------------
```

http://www.lynxtrack.com/afclick.php?o=8618&b=65p8mty8&p=13675&l=1&c=93650

```
GET /afclick.php?o=8618&b=65p8mty8&p=13675&l=1&c=93650 HTTP/1.1
```

Host: www.lynxtrack.com

```
User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive


HTTP/1.1 302 Found
                              Page 1
```

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Date: Thu, 18 Feb 2010 17:19:47 GMT

Server: Apache

Location:
http://www.lynxtrack.com/click/v1-1/qs-o=8618&b=65p8mty8&p=13675&l=1&c=93650

Content-Length: 276

Keep-Alive: timeout=5, max=100

Connection: Keep-Alive

Content-Type: text/html; charset=iso-8859-1

--------------------------------------------------------

http://www.lynxtrack.com/click/v1-1/qs-o=8618&b=65p8mty8&p=13675&l=1&c=93650


GET /click/v1-1/qs-o=8618&b=65p8mty8&p=13675&l=1&c=93650 HTTP/1.1

Host: www.lynxtrack.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive


HTTP/1.1 200 OK

Date: Thu, 18 Feb 2010 17:19:47 GMT

Server: Apache

P3P: policyref="/w3c/p3p.xml", CP="NOR DSP COR ADM OUR"

Cache-Control: no-store

Pragma: no-cache

Set-Cookie: HNID=ky1s4z-1c0dxv5-te3-2vti90-gj8lrw; expires=Fri, 18-Feb-2011 17:19:47
GMT; path=/; domain=.lynxtrack.com

Set-Cookie:
HNTRK_8618=ky1s4z-1c0dxv5-te3-2vti90-xfqnw6%2B1266513587%2B8618%2B1013348%2B%2B13922
%2B93650%2B173.8.172.177%3d245c6479fa3ae1bc82ff57c109cde27ffce823; expires=Fri,
19-Feb-2010 16:19:47 GMT; path=/; domain=.lynxtrack.com

Page 2

```
                    guardcable com-lynxtrack-buytomatogiant com-browse.txt
Set-Cookie:
afclick_8618=1266513587%2B8618%2B13675%2B%2B65p8mty8%2Bky1s4z-1c0dxv5-te3-2vti90-xfq
nw6%2B1%2B93650; expires=Fri, 19-Feb-2010 16:19:47 GMT; path=/;
domain=.lynxtrack.com

Content-Length: 364

Keep-Alive: timeout=5, max=99

Connection: Keep-Alive

Content-Type: text/html

--------------------------------------------------------

http://www.lynxtrack.com/favicon.ico


GET /favicon.ico HTTP/1.1

Host: www.lynxtrack.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Cookie: HNID=ky1s4z-1c0dxv5-te3-2vti90-gj8lrw;
HNTRK_8618=ky1s4z-1c0dxv5-te3-2vti90-xfqnw6%2B1266513587%2B8618%2B1013348%2B%2B13922
%2B93650%2B173.8.172.177%2B3d245c6479fa3ae1bc82ff57c109cde27ffce823;
afclick_8618=1266513587%2B8618%2B13675%2B%2B65p8mty8%2Bky1s4z-1c0dxv5-te3-2vti90-xfq
nw6%2B1%2B93650


HTTP/1.1 200 OK

Date: Thu, 18 Feb 2010 17:19:47 GMT

Server: Apache

Last-Modified: Tue, 19 Jan 2010 22:23:59 GMT

Etag: "17f81-2a36-ed1efdc0"

Accept-Ranges: bytes

Content-Length: 10806

Keep-Alive: timeout=5, max=98

Connection: Keep-Alive
                                   Page 3
```

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Content-Type: image/x-icon

--------------------------------------------------------

http://ocsp.comodoca.com/


POST / HTTP/1.1

Host: ocsp.comodoca.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Content-Length: 116

Content-Type: application/ocsp-request

0r0p0N0L0J0        +        §â ôk"áA%  ¼…vFqñ6°   îÝyÀÓy°M~G¼p¦çÆ*®ºÞÉ
²= F2©öhU œô)Odô¢ 0 0   +     0
0        +     0

HTTP/1.1 200 OK

Date: Thu, 18 Feb 2010 17:19:49 GMT

Server: Apache

Last-Modified: Wed, 17 Feb 2010 18:44:30 GMT

Expires: Sun, 21 Feb 2010 18:44:30 GMT

Etag: CDDD1EC97214A4C874FDE14A96FBAAA27CA67F3B

Cache-Control: max-age=263680,public,no-transform,must-revalidate

Content-Length: 472

Connection: close

Content-Type: application/ocsp-response

--------------------------------------------------------

https://www.dtlynx.com/click.track?CID=117048&AFID=55964&ADID=279445&SID=1013348


GET /click.track?CID=117048&AFID=55964&ADID=279445&SID=1013348 HTTP/1.1
Page 4

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Host: www.dtlynx.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer:
http://www.lynxtrack.com/click/v1-1/qs-o=8618&b=65p8mty8&p=13675&l=1&c=93650


HTTP/1.1 302 Found

Date: Thu, 18 Feb 2010 17:22:23 GMT

Server: Microsoft-IIS/6.0

X-Powered-By: LinkTrust

X-AspNet-Version: 2.0.50727

P3P: policyref="/p3p/P3P.www.dtlynx.com.xml", CP="NOI DSP COR NID ADM DEV OUR STP
OTC"

Location: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Set-Cookie: LTTC6_117048=02_106669292_6f273a8e-5de1-4e27-a4fa-45beae84af4a;
expires=Sat, 20-Mar-2010 17:22:23 GMT; path=/

Cache-Control: private

Content-Type: text/html; charset=utf-8

Content-Length: 185

----------------------------------------------------------

http://ocsp.godaddy.com/


POST / HTTP/1.1

Host: ocsp.godaddy.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Content-Length: 106

Content-Type: application/ocsp-request

0h0f0D0B0@0        +
  p)"vS  ¼ Õ<"„é Ëv* *  ý¬a2"lEÖâî…_š°çv™hÌç   ;   ™"ó¢ 0 0      +     0
0     +    0

HTTP/1.1 200 OK

Date: Thu, 18 Feb 2010 17:19:51 GMT

Content-Type: application/ocsp-response

Content-Transfer-Encoding: Binary

Content-Length: 2400

Last-Modified: Thu, 18 Feb 2010 14:00:00 GMT

Etag: "68392BC0FB83597E81C3860790C0C8F0AD6BAF07"

Expires: Thu, 18 Feb 2010 21:32:01 GMT

Cache-Control: max-age=27120,public,no-transform,must-validate

P3P: CP="IDC DSP COR LAW CUR ADM DEV TAI PSA PSD IVA IVD HIS OUR SAM PUB LEG UNI COM NAV STA"

Keep-Alive: timeout=15, max=100

Connection: Keep-Alive

---------------------------------------------------------

https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348


GET /?mid=547795&a=55964&s=1013348 HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: text/html,application/xhtml+xml,application/xml;q=0.9,*/*;q=0.8

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

```
                    guardcable com-lynxtrack-buytomatogiant com-browse.txt
Keep-Alive: 300

Connection: keep-alive

Referer:
http://www.lynxtrack.com/click/v1-1/qs-o=8618&b=65p8mty8&p=13675&l=1&c=93650


HTTP/1.1 200 OK

Date: Thu, 18 Feb 2010 17:19:51 GMT

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

X-AspNet-Version: 2.0.50727

X-AspNetMvc-Version: 1.0

Content-Encoding: gzip

Set-Cookie: VisitorCode=; path=/

Set-Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15; expires=Thu,
25-Feb-2010 06:00:00 GMT; path=/

Set-Cookie: visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==;
expires=Thu, 18-Feb-2010 18:19:51 GMT; path=/

Cache-Control: private

Expires: Thu, 18 Feb 2010 17:19:51 GMT

Content-Type: text/html; charset=utf-8

Content-Length: 5614

---------------------------------------------------------

https://www.buytomatogiant.com/css/form.css


GET /css/form.css HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/css,*/*;q=0.1

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive
```

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 584

Content-Type: text/css

Content-Encoding: gzip

Last-Modified: Wed, 10 Feb 2010 22:37:47 GMT

Accept-Ranges: bytes

Etag: "80af11aba1aaca1:9ae0"

Vary: Accept-Encoding

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/Shared/facebox/facebox.css


GET /Shared/facebox/facebox.css HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/css,*/*;q=0.1

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Content-Length: 600

Content-Type: text/css

Content-Encoding: gzip

Last-Modified: Thu, 02 Jul 2009 15:49:39 GMT

Accept-Ranges: bytes

Etag: "802bf7b42cfbc91:9ae0"

Vary: Accept-Encoding

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/make-tasty-food-with-tree-tomato.gif


GET /images/make-tasty-food-with-tree-tomato.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 1568

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:56 GMT

Accept-Ranges: bytes

guardcable com-lynxtrack-buytomatogiant com-browse.txt
Etag: "40ba79b0a1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/images/tomato-tree-logo.gif


GET /images/tomato-tree-logo.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 10469

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:59 GMT

Accept-Ranges: bytes

Etag: "64688db2a1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/images/form-title.gif

guardcable com-lynxtrack-buytomatogiant com-browse.txt

GET /images/form-title.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 4473

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:54 GMT

Accept-Ranges: bytes

Etag: "c7854afa1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/make-salsa-and-sandwiches-with-tomatoes.jpg


GET /images/make-salsa-and-sandwiches-with-tomatoes.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 22306

Content-Type: image/jpeg

Last-Modified: Wed, 10 Feb 2010 22:37:55 GMT

Accept-Ranges: bytes

Etag: "6c6d4cb0a1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------
https://www.buytomatogiant.com/images/tomato-tree-grows-juicy-red-ripe-jumbo-tomatoes.gif


GET /images/tomato-tree-grows-juicy-red-ripe-jumbo-tomatoes.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==

guardcable com-lynxtrack-buytomatogiant com-browse.txt

HTTP/1.1 200 OK

Content-Length: 8615

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:59 GMT

Accept-Ranges: bytes

Etag: "209256b2a1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/css/site.css


GET /css/site.css HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: text/css,*/*;q=0.1

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 1496

Content-Type: text/css

Content-Encoding: gzip

Last-Modified: Wed, 10 Feb 2010 22:37:47 GMT

Accept-Ranges: bytes

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Etag: "80af11aba1aaca1:dd2b"

Vary: Accept-Encoding

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/tomato-tree-supersizes-your-tomatoes.gif


GET /images/tomato-tree-supersizes-your-tomatoes.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 13712

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:38:00 GMT

Accept-Ranges: bytes

Etag: "7c8bf1b2a1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

guardcable com-lynxtrack-buytomatogiant com-browse.txt
https://www.buytomatogiant.com/images/cc.jpg


GET /images/cc.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 2605

Content-Type: image/jpeg

Last-Modified: Wed, 10 Feb 2010 22:37:52 GMT

Accept-Ranges: bytes

Etag: "a81d98aea1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/images/tomato-giant-features.gif


GET /images/tomato-giant-features.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

```
                    guardcable com-lynxtrack-buytomatogiant com-browse.txt
Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 1178

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:59 GMT

Accept-Ranges: bytes

Etag: "d0f539b2a1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT
--------------------------------------------------------
https://www.buytomatogiant.com/images/submit_button_off.gif


GET /images/submit_button_off.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/?mid=547795&a=55964&s=1013348

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
```

guardcable com-lynxtrack-buytomatogiant com-browse.txt
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 3355

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:58 GMT

Accept-Ranges: bytes

Etag: "f447ebb1a1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/images/top-on.gif


GET /images/top-on.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 2762

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:38:00 GMT

Accept-Ranges: bytes

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Etag: "b807b3a1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/middle-on.gif


GET /images/middle-on.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15; visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjYlOA==


HTTP/1.1 200 OK

Content-Length: 2534

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:57 GMT

Accept-Ranges: bytes

Etag: "c4123b1a1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/formBG.jpg

guardcable com-lynxtrack-buytomatogiant com-browse.txt

GET /images/formBG.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15; visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjYlOA==


HTTP/1.1 200 OK

Content-Length: 7068

Content-Type: image/jpeg

Last-Modified: Wed, 10 Feb 2010 22:37:54 GMT

Accept-Ranges: bytes

Etag: "988986afa1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/background.jpg


GET /images/background.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 236214

Content-Type: image/jpeg

Last-Modified: Wed, 10 Feb 2010 22:37:51 GMT

Accept-Ranges: bytes

Etag: "c873ecada1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/images/headerBG.jpg


GET /images/headerBG.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==

guardcable com-lynxtrack-buytomatogiant com-browse.txt

HTTP/1.1 200 OK

Content-Length: 14232

Content-Type: image/jpeg

Last-Modified: Wed, 10 Feb 2010 22:37:54 GMT

Accept-Ranges: bytes

Etag: "38c2bfafa1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

--------------------------------------------------------

https://www.buytomatogiant.com/images/form-product.jpg


GET /images/form-product.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15; visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 52192

Content-Type: image/jpeg

Last-Modified: Thu, 11 Feb 2010 15:46:17 GMT

Accept-Ranges: bytes

Etag: "347a6f5931abca1:dd2b"

Page 21

guardcable com-lynxtrack-buytomatogiant com-browse.txt

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/offerBG.jpg


GET /images/offerBG.jpg HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 80370

Content-Type: image/jpeg

Last-Modified: Thu, 11 Feb 2010 15:44:35 GMT

Accept-Ranges: bytes

Etag: "94176a1c31abca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/bottom-on.gif

guardcable com-lynxtrack-buytomatogiant com-browse.txt

GET /images/bottom-on.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15; visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 2875

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:52 GMT

Accept-Ranges: bytes

Etag: "985b55aea1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/bottom-off.gif


GET /images/bottom-off.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7) Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

```
                    guardcable com-lynxtrack-buytomatogiant com-browse.txt
Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 2844

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:52 GMT

Accept-Ranges: bytes

Etag: "c4a23aea1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/bullet.gif


GET /images/bullet.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==
```

guardcable com-lynxtrack-buytomatogiant com-browse.txt

HTTP/1.1 200 OK

Content-Length: 682

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:52 GMT

Accept-Ranges: bytes

Etag: "1cc66aea1aaca1:dd2b"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/middle-off.gif


GET /images/middle-off.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjI0NjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 2559

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:56 GMT

Accept-Ranges: bytes

Etag: "38f0f0b0a1aaca1:dd2b"

Server: Microsoft-IIS/6.0

guardcable com-lynxtrack-buytomatogiant com-browse.txt

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/images/top-off.gif


GET /images/top-off.gif HTTP/1.1

Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Referer: https://www.buytomatogiant.com/css/site.css

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 2770

Content-Type: image/gif

Last-Modified: Wed, 10 Feb 2010 22:37:59 GMT

Accept-Ranges: bytes

Etag: "a83ec4b2a1aaca1:9ae0"

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:51 GMT

---------------------------------------------------------

https://www.buytomatogiant.com/favicon.ico


GET /favicon.ico HTTP/1.1

guardcable com-lynxtrack-buytomatogiant com-browse.txt
Host: www.buytomatogiant.com

User-Agent: Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.1.7)
Gecko/20091221 Firefox/3.5.7

Accept: image/png,image/*;q=0.8,*/*;q=0.5

Accept-Language: en-us,en;q=0.5

Accept-Encoding: gzip,deflate

Accept-Charset: ISO-8859-1,utf-8;q=0.7,*;q=0.7

Keep-Alive: 300

Connection: keep-alive

Cookie: VisitorCode=c6184c06-b3bc-45ba-b435-5868df929a15;
visitorSession=/wEFGzgxNjIONjAwfDB8NTQ3Nzk1fDI2NTUsMjY1OA==


HTTP/1.1 200 OK

Content-Length: 199

Content-Type: text/html

Content-Encoding: gzip

Content-Location:
https://www.buytomatogiant.com/redirect.html?404;https://www.buytomatogiant.com:443/
favicon.ico

Last-Modified: Thu, 04 Feb 2010 17:27:05 GMT

Accept-Ranges: bytes

Etag: "80ba1745bfa5ca1:dd2b"

Vary: Accept-Encoding

Server: Microsoft-IIS/6.0

X-Powered-By: ASP.NET

Date: Thu, 18 Feb 2010 17:19:52 GMT

--------------------------------------------------------