UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| | ) | |
| KRAFT FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**TABLE OF ATTACHMENTS**

**EXHIBITS**

1. Excerpts of Defendant Hydra LLC's Responses to Plaintiff's First Set of Requests for Admission in *Beyond Systems, Inc. v. Connexus Corp.*, et al., now Case No. 8:08-cv-00409 (PJM)(CBD)

2. Excerpts of Defendant Connexus Corp.'s Responses to Plaintiff's First Set of Requests for Admission in *Beyond Systems, Inc. v. Connexus Corp.*, et al., now Case No. 8:08-cv-00409 (PJM)(CBD)

3. Excerpts of Defendant Hydra LLC's Amended and Supplemental Responses to Plaintiff's First Set of Interrogatories in *Beyond Systems, Inc. v. Connexus Corp.*, et al., now Case No. 8:08-cv-00409 (PJM)(CBD)

4. Excerpts of Defendant Connexus Corp.'s Amended and Supplemental Responses to Plaintiff's First Set of Interrogatories in *Beyond Systems, Inc. v. Connexus Corp.*, et al., now Case No. 8:08-cv-00409 (PJM)(CBD)

5. Excerpts of September 10, 2008 Deposition of John Stafford

6. Excerpts of September 18, 2008 Deposition of Scott Steele

7. Email from Hydra to Hydra affiliate Alchemy Digital Media

8. Excerpts of November 14, 2008 Deposition of Maya Gadde

9. Excerpts of September 9, 2008 Deposition of Chris Krelle

10. Excerpts of June 12, 2009 Deposition of Karen Nugent

11. Sample Hydra Network campaign entry, produced at H00004645-4647 (UNDER SEAL)

12. Sample Hydra HTML creative and associated source code, produced at H10881

13. Excerpts of September 17, 2008 Deposition of Abby Whitridge

14. February 18, 2010 sample spam from Hydra to BSI

15. Excerpt of December 7, 2009 Hearing Transcript

16. Excerpts of Depositions of Paul A. Wagner

17. Annualized Summary of BSI Profits & Losses for 2000-2008 (UNDER SEAL)

18. Excerpts of Deposition of James Joseph Wagner

19. Excerpts of September 24, 2009 Deposition of Dr. John C. Klensin

20. Excerpts of October 14, 2009 Deposition of Peter W. Resnick

21. Excerpts of September 11, 2008 Deposition of James Joseph Wagner in *Hypertouch Inc. v. ValueClick Inc., et al.* action

22. Excerpts of Depositions of Dr. John R. Levine

23. Extract of Connexus spreadsheet, produced at C12881.xls (UNDER SEAL)

24. Excerpts of Deposition of Dr. Frederick B. Cohen

25. *Maryland Highways Contractors Ass'n v. Maryland*, Case No. R-89-2410, 1990 U.S. Dist. LEXIS 19238 (D. Md. June 19, 1990)

26. House Bill 915 Legislative History (MCEMA )

27. Office of the Attorney General's Statement regarding House Bill 915

28. Maryland Department of State Police Position on Proposed Legislation regarding House Bill 915

29. News Article: Stopping Zombies Before They Attack: Microsoft Teams with Federal Trade Commission and Consumer Action to Promote PC Protection (Oct. 27, 2005)

30. Brief of *FTC v. Kinion*, Case No. 05C 6737, n.6 (N.D. Ill.)

31. Legal Notice of Hypertouch, Inc. website (Resnick Deposition Exhibit 258)

32. Email at Issue, produced at SPAM-H000208

33. Maryland General Assembly Economic Matters Committee Floor Report regarding House Bill 915

34. California Senate Bill 186 Bill Analysis

35. Excerpts of September 12, 2008 Deposition of Jerrold Son

36. Hydra Compliance Training presentation, produced at H00010506-H00010521 – UNDER SEAL

37. LashBack Client Notification Report, produced at C00002815-C00002882

38. Hydra Compliance Proposal and Program Plan, produced at H00001696-H00001701 (UNDER SEAL)

39. Connexus Corp. internal correspondence, produced at C00012856-C00012862 (UNDER SEAL)

40. Excerpts of November 13, 2008 Deposition of Lily Stevenson

**DECLARATIONS**

Declaration of Paul A. Wagner Pursuant to 28 U.S.C. § 1746

Declaration of J. Joseph Wagner Pursuant to 28 U.S.C. § 1746

Declaration of Dr. John C. Klensin Pursuant to 28 U.S.C. § 1746

Declaration of Dr. John R. Levine Pursuant to 28 U.S.C. § 1746

Declaration of Peter W. Resnick Pursuant to 28 U.S.C. § 1746 (with Resnick Decl. Exhibit 1)

Declaration of David Shin Pursuant to 28 U.S.C. § 1746 (with Shin Decl. Exhibits 1 & 2)

Date: February 18, 2010

        Respectfully Submitted,

        /s/
        Thomas M. Barba (US DC-MD Bar No. 28487)
        John J. Duffy (US DC-MD Bar No. 28613)
        Jennie L. Kneedler (US DC-MD Bar No. 28617)
        STEPTOE & JOHNSON LLP
        1330 Connecticut Ave NW
        Washington, DC  20036

T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, MD  20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*