# Exhibit 1

## Rothman, Ari N.

| | |
|---|---|
| **From:** | Lubic, Michael Benjamin [michael.lubic@klgates.com] |
| **Sent:** | Friday, February 12, 2010 12:18 PM |
| **To:** | Rothman, Ari N. |
| **Cc:** | sspector@buchalter.com; Fales, Lisa J.; Baldridge, J. Douglas |
| **Subject:** | Re: Beyond Systems, Inc. v. Kraft Foods, Inc. |

The company failed and its assets have been liquidated in a receivership. It appears that there will be no material distributions to unsecured creditors. This litigation has no value to the company so there is no reason for the company to continue litigating. Further, the company does not have funds to pay counsel. As a result, the company does not intend to employ new counsel.

Michael B. Lubic
K&L Gates LLP
10100 Santa Monica Blvd., 7th floor
Los Angeles, CA 90067
310-552-5030 (direct)
310-552-5001 (fax)
michael.lubic@klgates.com
www.klgates.com

Anchorage | Austin | Beijing | Berlin | Boston | Charlotte | Chicago | Dallas | Dubai | Fort Worth | Frankfurt | Harrisburg | Hong Kong | London | Los Angeles | Miami | New York | Newark | Orange County | Palo Alto | Paris | Pittsburgh | Portland | Raleigh | Research Triangle Park | San Diego | San Francisco | Seattle | Shanghai | Singapore | Spokane | Taipei | Washington, D.C.

**From**: Rothman, Ari N.
**To**: Lubic, Michael Benjamin
**Cc**: Spector, Steven M. ; Fales, Lisa J. ; Baldridge, J. Douglas (EXTERNAL)
**Sent**: Fri Feb 12 08:50:47 2010
**Subject**: RE: Beyond Systems, Inc. v. Kraft Foods, Inc.

Thanks. We will advise the Court that Hydra consents to Venable's withdrawal as counsel. Would you please advise whether Hydra intends to appoint new counsel, and if so, provide pertinent details so that we may inform the Court? Also, to the extent K&L Gates has been tasked with monitoring the litigation, please note that I have sent various filings and emails to counsel for the receiver and Jared Gordon at jared@hydranetwork.com, and that you should contact them for pertinent details.

Thanks and have a good weekend.

Ari

**From:** Lubic, Michael Benjamin [mailto:michael.lubic@klgates.com]
**Sent:** Thursday, February 11, 2010 10:59 PM
**To:** Rothman, Ari N.
**Cc:** Spector, Steven M.; Fales, Lisa J.
**Subject:** Beyond Systems, Inc. v. Kraft Foods, Inc.

Dear Mr. Rothman--

K&L Gates represents Hydra LLC in connection with its pending receivership and related matters. We understand that you have requested that the Receiver consent to Venable's motion to withdraw as counsel to Hydra LLC in connection with the above-referenced matter (the "BSI Litigation"). We further understand that the Receiver has concluded that the BSI Litigation does not have value to him and, as a result, will not be administering the BSI Litigation as an asset. Consequently, the Receiver's counsel forwarded your request to us for response.

While we have not seen your motion, please be advised that Hydra LLC does not object to the withdrawal of Venable as counsel to Hydra LLC in the BSI Litigation.

Please let me know if you have any questions or need anything further with respect to this matter.

Michael B. Lubic
K&L Gates LLP
10100 Santa Monica Blvd., 7th floor
Los Angeles, CA 90067
310-552-5030 (direct)
310-552-5001 (fax)
michael.lubic@klgates.com
www.klgates.com

Anchorage | Austin | Beijing | Berlin | Boston | Charlotte | Chicago | Dallas | Dubai | Fort Worth | Frankfurt | Harrisburg | Hong Kong | London | Los Angeles | Miami | Moscow | New York | Newark | Orange County | Palo Alto | Paris | Pittsburgh | Portland | Raleigh | Research Triangle Park | San Diego | San Francisco | Seattle | Shanghai | Singapore | Spokane | Taipei | Tokyo | Washington, D.C.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at michael.lubic@klgates.com.


***********************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication
(including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed un
Code or by any other applicable tax authority; or (b) promoting, marketing or
recommending to another party any tax-related matter addressed herein. We provide th
disclosure on all outbound e-mails to assure compliance with new standards of
professional practice, pursuant to which certain tax advice must satisfy requirement
form and substance.
***********************************************************************
***********************************************************************
This electronic mail transmission may contain confidential or privileged information
you believe you have received this message in error, please notify the sender by rep
transmission and delete the message without copying or disclosing it.
***********************************************************************