**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| | ) | |
| KRAFT FOODS, INC., *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT**
**CONNEXUS CORP.'S INTERIM SEALING MOTION**

Comes now Plaintiff Beyond Systems, Inc. ("BSI"), by and through its undersigned counsel, to submit the following response to Defendant Connexus Corp.'s ("Connexus") Interim Sealing Motion Regarding Reply Concerning Interim Sealing Motion and Motion to Challenge Confidentiality [DE # 293].

Defendant has challenged the confidentiality of Exhibits B, C, D, F, G and H filed under seal with its Reply Concerning Interim Sealing Motion and Motion to Challenge Confidentiality [DE # 288, 289].  The exhibits at issue are copies of Exhibit 22 to Connexus' motion for summary judgment [DE # 257].  BSI opposes the release of these Exhibits because they contain inadvertently produced privileged information.  BSI has previously enumerated the reasons for its belief that the Exhibits at issue should not be released.  *See* DE # 279, Opposition to Interim Sealing Motion and Motion to Challenge Confidentiality; *see also* DE # 290, Motion for Return of Inadvertently Produced Privileged Document and Order Striking All Reference to Said

Document[1] (brief attached hereto as Exhibit 1 for the Court's convenience).  For the reasons detailed in Exhibit 1, BSI asks this Court to hold under seal Exhibit 22 and all copies thereof, including the Exhibits at issue in Defendant's Reply [DE # 288], to direct Defendants to return all copies to Plaintiff or in the alternative to certify their destruction and to make no further use of the information therein, and to strike any reference to them in any of Defendants' pleadings or motions.

Date: February 25, 2010                                  Respectfully submitted,

                                                         /s/
                                                         Thomas M. Barba (US DC-MD Bar No. 28487)
                                                         John J. Duffy (US DC-MD Bar No. 28613)
                                                         Jennie L. Kneedler (US DC-MD Bar No. 28617)
                                                         STEPTOE & JOHNSON LLP
                                                         1330 Connecticut Ave NW
                                                         Washington DC 20036
                                                         T: 202-429-3000
                                                         F: 202-429-3902
                                                         tbarba@steptoe.com
                                                         jduffy@steptoe.com
                                                         jkneedler@steptoe.com

                                                         Anthony A. Onorato (US DC-MD Bar No. 28622)
                                                         STEPTOE & JOHNSON LLP
                                                         750 Seventh Ave., Ste. 1800
                                                         New York, NY  10019
                                                         T: 212-506-3900
                                                         F: 212-506-3950
                                                         tonorato@steptoe.com

                                                         Of Counsel:
                                                         Stephen H. Ring (USDC-MD Bar No. 00405)
                                                         Law Offices of Stephen H. Ring, P. C.
                                                         20300 Seneca Meadows Parkway, Suite 200
                                                         Germantown MD 20876

---

[1] DE # 290 is Plaintiff's motion for return of inadvertently produced privileged document as directed to Defendants Connexus and Hydra; Plaintiff separately filed a similar motion directed to the Kraft Defendants at DE # 303.

T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2010, the foregoing *Plaintiff's Opposition to Defendant Connexus Corp.'s Interim Sealing Motion* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendants Connexus Corp. and Hydra LLC*

Thomas M. Barba