IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | Case No. 8:08-CV-00409-PJM |
| Plaintiff, | |
| | The Honorable Peter J. Messitte |
| v. | |
| | Magistrate Judge Charles B. Day |
| KRAFT FOODS, INC., et al., | |
| Defendants. | |

## CONNEXUS'S RESPONSE TO MOTION TO SEAL (DE# 297)

Defendant Connexus Corp. ("Connexus") respectfully files its Response to Plaintiff's Motion to Seal (DE# 297) respecting Plaintiff's Opposition to Defendants' Motion for Summary Judgment (DE# 295).

Connexus <u>consents</u> to the sealing of Exhibit 23 and 39 for the reasons stated by Third-Party Defendants James Joseph Wagner and Hypertouch, Inc. in the Motion to Seal filed on January 6, 2010 (DE# 270). Exhibit 23 to BSI's Opposition is the same document as Exhibit 17 to Joe Wagner/Hypertouch's Motion to Strike (DE# 268), and as Joe Wagner/Hypertouch correctly noted, this document qualifies "for confidential treatment because [it] reflect[s] "sensitive personal information, trade secrets or other confidential research, development, or commercial information," (DE# 87-3 at ¶ 1(a)). This information includes: the identification of and information regarding the affiliates and advertiser customers with whom Connexus and Hydra have contracted to do business, commercial information, contractual terms and conditions, and payment information. Customer information, contracts, and prices charged or paid for services are among the types of information that were specifically identified as being entitled to confidential treatment in the Protective Order that governed the California Action: 'The

CONFIDENTIAL INFORMATION that is subject to this Order is comprised of customer lists and customer information, contracts that identify customers and vendors and the specific services provided for or by them (including advertisers and affiliates, and including the amount billed or paid for such services), documents reflecting contract and pricing negotiations . . . .' (2:08-cv-01039-RGK-PLA DE# 68 at ¶ 1). The Protective Order that is currently operative in this Action treats as confidential all material that was treated as confidential under the Protective Order in the California Action. (DE# 87-2 at ¶ 1(g)).  Therefore, this material is entitled to confidential treatment." Exhibit 39 to BSI's Opposition is confidential for many of the same reasons.

Connexus takes no position as to Exhibits 11, 36, or 38 to BSI's Opposition.

Connexus objects to the sealing of Exhibit 17 to BSI's Opposition (which is the same document as Exhibit 7 to Connexus's Summary Judgment Motion) for the reasons stated in Connexus's Interim Sealing Motion and Motion to Challenge Confidentiality (DE# 260 at 3-4) and Connexus's reply in support thereof (DE# 288 at 3-6).


Dated:  March 8, 2010                                /s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
Robert A. Friedman, (US DC-MD Bar No. 28864)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
rafriedman@venable.com
*Attorneys for Connexus Corp.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2010, a copy of the foregoing *Connexus's Response to Motion to Seal (DE# 297)* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system except where otherwise indicated:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

Hydra LLC
8800 Wilshire Blvd., 2nd Floor
Beverly Hills, CA 90211
(by regular mail only)

                                            /s/
                                    Ari N. Rothman