**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | ) | |
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| | ) | |
| KRAFT FOODS, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## OPPOSITION TO MOTION TO CHALLENGE CONFIDENTIALITY

Plaintiff Beyond Systems Inc., ("BSI") through its undersigned counsel, hereby opposes

Defendant Connexus' motion to challenge the confidentiality of Exhibit 22.  As more thoroughly

described in DE# 290, Exhibit 22 is subject to the attorney-client and work product privileges.

The subject document was prepared in anticipation of litigation and in connection with a

potential representation by Steve Wagner's former law firm, Chadbourne & Parke LLP, Steptoe

& Johnson LLP, and the law practices of Steve Ring and Mike Rothman. DE# 290-11 at ¶ 9.

The document is protected under the attorney work-product doctrine because it contains

information prepared in connection with potential litigation by BSI and the law firm of

Chadbourne & Parke LLP. *Id.* at at ¶¶ 8-9; DE# 290-12 at ¶¶ 9-10; DE# 290-13 at ¶¶ 9-10.   It

reflects the mental impressions of Steve Wagner as counsel.  DE# 290-11 at ¶¶ 8-9. *See*

*Arkwright Mut. Ins. Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.*, 771 F. Supp. 149, 151

(S.D. W. Va. 1991) (documents protected under the work product doctrine must be prepared at

the direction of an attorney and in anticipation of litigation); 2 Edna Selan Epstein, *The Attorney-*

*Client Privilege and the Work Product Doctrine* 1002 (5th ed. 2007) (citing Fed. R. Civ. P.

26(a)(2)(B)).  The document is also privileged because it constitutes a confidential

communication from clients seeking to engage attorneys.  DE# 290-11 at ¶ 9; DE# 290-12 at ¶

10. The attorney client privilege protects communications between a client and attorney made for

the purpose of seeking legal advice.  *See E.I. du Pont de Nemours & Co. v. FormaPack, Inc*., 718

A.2d 1129, 1138 (1998).  Clearly reflecting the privileged nature of the document's creation by

Paul Wagner in conjunction with counsel, the document plainly states on its face:  "Attorney

Client Work Product --- Confidential."

The document was inadvertently produced and BSI has appropriately moved for its return

and that all reference to it be stricken. *See* DE# 290.  As a privileged document, confidentiality

should be maintained and Exhibit 22 should remain under seal.


Date: March 15, 2010                                          Respectfully Submitted,


                                                     /s/
                                   Thomas M. Barba (US DC-MD Bar No. 28487)
                                   John J. Duffy (US DC-MD Bar No. 28613)
Jennie L. Kneedler (US DC-MD Bar No. 28617)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

- 3 -

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of March, 2010, the foregoing *Opposition to Motion to Challenge Confidentiality* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:


Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*


Thomas M. Barba