# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| KRAFT FOODS, INC., *et al*. | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

An unredacted version of *Plaintiff's Reply to Connexus' Opposition to Plaintiff's Motion for Return of Inadvertently Produced Privileged Document and Order Striking All Reference to Said Document* is being filed concurrently herewith.

The undersigned certifies that at the same time I am filing this Notice, I will serve copies of the document identified above on all parties of record.

Date: March 15, 2010

Respectfully Submitted,

/s/
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Jennie L. Kneedler (US DC-MD Bar No. 28617)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com

jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*