IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| | : |
| v. | : |
| | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : |
| | : Magistrate Judge Charles B. Day |
| Defendants. | : |
| | : |
| | : |

## APPENDIX OF EXHIBITS TO CONNEXUS'S REPLY
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| 1 | BSI Expert John Levine Deposition Excerpts |
| 2 | Paul Wagner/BSI Deposition Excerpts |
| 3 | Joe Wagner/Hypertouch Deposition Excerpts |
| 4 | Joe Wagner/Hypertouch Response to Connexus RFA No. 1 |
| 5 | Joe Wagner/ValueClick Deposition Excerpts |
| 6 | Paul Wagner/BSI Deposition Exhibit No. 99 |
| 7 | BSI Expert John Klensin Deposition Excerpt |
| 8 | BSI Expert Peter Resnick Deposition Excerpt |
| 9 | Email at Issue |
| 10 | Email at Issue |
| 11 | Email at Issue |