
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| ) | |
| KRAFT FOODS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CONNEXUS CORP., *et al.*, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al.*, ) | |
| ) | |
| Third-Party Defendants. ) | |

**TABLE OF ATTACHMENTS**

**EXHIBITS**

1.  Excerpts of May 11, 2009 Deposition of Paul A. Wagner (Kraft)

2.  Excerpts of October 28, 2008 & May 1, 2009 Depositions of Paul A. Wagner (Connexus)

3.  Declaration of Dr. John C. Klensin in support of Plaintiff's Opposition to Kraft Defendants' Motion for Summary Judgment [DE# 309-48]

4.  Declaration of Dr. John R. Levine in support of Plaintiff's Opposition to Kraft Defendants' Motion for Summary Judgment [DE# 309-54]

5.  Declaration of Peter W. Resnick in support of Plaintiff's Opposition to Kraft Defendants' Motion for Summary Judgment [DE# 309-55]

6.  Declaration of David Shin in support of Plaintiff's Opposition to Kraft Defendants' Motion for Summary Judgment [DE# 309-57]

7. Excerpts of October 14, 2009 Deposition of Peter W. Resnick

8. October 27, 2005 Microsoft News Center Article

9. Brief in *FTC. v. Kinion*

10. Excerpts of Defendant Connexus Corp.'s Responses to Plaintiff's First Set of Requests for Admission

11. Excerpts of Defendant Connexus Corp.'s Amended and Supplemental Responses to Plaintiff's First Set of Interrogatories

12. Excerpts of September 12, 2008 Deposition of Jerrold Son

13. Excerpts of November 14, 2008 Deposition of Maya Gadde

14. Excerpts of June 12, 2009 Deposition of Karen Nugent

15. Excerpts of November 11, 2008 Deposition of Sheldon Owen [PARTIALLY UNDER SEAL]

16. Excerpts of May 20, 2009 Deposition of Siran Agadjanian

17. C0002815-C0002882 (Lashback Client Notification Reports)

18. C0002680-C0002682 (Internal Connexus Emails) [UNDER SEAL]

19. Excerpt of C12897.txt (Campaign Database Extract) [UNDER SEAL]

**DECLARATIONS**

Declaration of Paul A. Wagner Pursuant to 28 U.S.C. § 1746 [PARTIALLY UNDER SEAL]

Declaration of J. Joseph Wagner Pursuant to 28 U.S.C. § 1746

Date: March 18, 2010                    Respectfully Submitted,

                                        /s/
                                        Thomas M. Barba (US DC-MD Bar No. 28487)
                                        John J. Duffy (US DC-MD Bar No. 28613)
                                        Jennie L. Kneedler (US DC-MD Bar No. 28617)
                                        STEPTOE & JOHNSON LLP
                                        1330 Connecticut Ave NW
                                        Washington, DC  20036

T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Third-Party Defendants James Joseph Wagner and Hypertouch Inc.*