UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**BEYOND SYSTEMS, INC.**

    **Plaintiff,**

    v.

**KRAFT FOODS INC.,** *et al.*

    **Defendants.**

**Case No.: 8:08-cv-00409-PJM**

## SUPPLEMENTAL DECLARATION OF JOHN K. ROCHE
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, John K. Roche, declare and certify as follows:

1. I am an attorney licensed to practice in the Commonwealth of Virginia and the District of Columbia, as well as the United States District Court for the District of Maryland. I am an associate in the law firm of Perkins Coie LLP, counsel of record for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Defendants") in this action. As one of the attorneys with responsibility for the representation of Defendants in this matter, I have personal knowledge of the facts set forth below and would competently testify to those facts if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the expert deposition of Dr. John C. Klensin, dated September 24, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the expert report of Dr. John C. Klensin, dated May 29, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the content available at www.hypertouch.com as of March 23, 2010.

2

5. Attached hereto as Exhibit 4 is a true and correct copy of the First Amended Complaint in *Hypertouch, Inc. v. Kraft Foods, Inc., et al.,* Case No. C 05-01589PJH (N.D. Cal.).

6. Attached hereto as Exhibit 5 are true and correct copies of Exhibits E1-E5 to the Expert Report of John Evans, dated July 17, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the expert deposition of Dr. John R. Levine, dated October 1, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of March 2010.

/s/ John K. Roche
John K. Roche

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Anthony Cavanaugh
Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
(202) 429-3000
(202) 429-3902 (facsimile)
acavanaugh@steptoe.com
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD 20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendants Connexus Corp.*

_____/s/_____
John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street, N.W., Suite 800
Washington, D.C. 20005-2003
(202) 434-1624
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*