IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | Case No. 8:08-CV-00409-PJM |
| Plaintiff, | |
| | The Honorable Peter J. Messitte |
| v. | |
| | Magistrate Judge Charles B. Day |
| KRAFT FOODS, INC., et al., | |
| Defendants. | |

**CONNEXUS'S OPPOSITION TO**
**PLAINTIFF'S INTERIM MOTION TO SEAL (DE# 319)**

Defendant Connexus Corp. respectfully opposes Plaintiff Beyond Systems, Inc.'s ("BSI") Interim Motion to Seal (DE# 319). BSI seeks to permanently seal redacted portions of its Reply to Connexus' Opposition to Motion for Return of Inadvertently Produced Privileged Document (DE# 317) that reference Exhibit 22 filed with Connexus's summary judgment motion on the ground that Exhibit 22 is privileged. Exhibit 22 is not privileged and/or any privilege has been waived for the reasons stated in:

- Connexus's Reply Concerning Interim Sealing Motion and Motion to Challenge Confidentiality (DE# 288);

- Connexus's Combined Opposition to Motions for Return of Inadvertently Produced Privileged Document and Order Striking All References Thereto (DE# 305); and

- Kraft's Opposition to BSI's Motion for Return of Inadvertently Produced Privileged Document (DE# 315).

Accordingly, BSI's instant motion to seal should be denied for the same reasons stated in the foregoing filings.

                    Respectfully submitted,

Dated: April 1, 2010　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　J. Douglas Baldridge (US DC-MD Bar No. 11023)
　　　　　　　　　　　　　　　　　　　Lisa Jose Fales (US DC-MD Bar No. 08141)
　　　　　　　　　　　　　　　　　　　Ari N. Rothman (US DC-MD Bar No. 17560)
　　　　　　　　　　　　　　　　　　　Robert A. Friedman, (US DC-MD Bar No. 28864)
　　　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　　　575 7th Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20004-1601
　　　　　　　　　　　　　　　　　　　(202) 344-4000 (phone)
　　　　　　　　　　　　　　　　　　　(202) 344-8300 (fax)
　　　　　　　　　　　　　　　　　　　jdbaldridge@venable.com
　　　　　　　　　　　　　　　　　　　ljfales@venable.com
　　　　　　　　　　　　　　　　　　　anrothman@venable.com
　　　　　　　　　　　　　　　　　　　rafriedman@venable.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2010, a copy of the foregoing *Connexus's Opposition to Plaintiff's Interim Motion to Seal (DE# 319)* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system except where otherwise indicated:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

Hydra LLC
8800 Wilshire Blvd., 2nd Floor
Beverly Hills, CA 90211
(by regular mail only)

                                       /s/
                               Ari N. Rothman