IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | Case No. 8:08-CV-00409-PJM |
| Plaintiff, | |
| | The Honorable Peter J. Messitte |
| v. | |
| | Magistrate Judge Charles B. Day |
| KRAFT FOODS, INC., et al., | |
| Defendants. | |

**CONNEXUS'S RESPONSE TO**
**THIRD-PARTY DEFENDANTS' INTERIM MOTION TO SEAL (DE# 324)**

Third-Party Plaintiff Connexus Corp. ("Connexus") respectfully files this response to Joe Wagner/Hypertouch's Interim Motion to Seal (DE# 324).

1. Connexus consents to the sealing of Exhibits 15, 18 and 19 referenced in Joe Wagner/Hypertouch's Motion to Seal, and the portions of Joe Wagner/Hypertouch's brief reflecting these exhibits. The reasons for Connexus's consent are stated in Joe Wagner/Hypertouch's Motion to Seal (DE# 270).

2. All of Paul Wagner's declaration should be filed publicly because the exact statements that Paul Wagner seeks to seal here were previously filed publicly. Paragraphs 6(a), 6(b), 6(f), 11, 12, 13, 14, 15, and 21 of the Paul Wagner declaration at issue in this motion are identical to Paragraphs 6(a), 6(b), 6(f), 11, 12, 13, 14, 15 and 21, respectively, of the public Paul Wagner declaration filed on February 18, 2010 (DE# 295-42). For this same reason, all portions of Joe Wagner/Hypertouch's brief reflecting Paul Wagner's declaration should also be unsealed and filed publicly.

Respectfully submitted,

Dated:  April 5, 2010
              /s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
Robert A. Friedman, (US DC-MD Bar No. 28864)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
rafriedman@venable.com
*Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2010, a copy of the foregoing *Connexus's Response to Third-Party Defendants' Motion to Seal (DE# 324)* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system except where otherwise indicated:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

Hydra LLC
8800 Wilshire Blvd., 2nd Floor
Beverly Hills, CA 90211
(by regular mail only)

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Ari N. Rothman