UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>KRAFT FOODS, INC., et al.,<br><br>Defendants. | Case No. 8:08-CV-00409-PJM<br><br>The Honorable Peter J. Messitte<br><br>Magistrate Judge Charles B. Day |

## WORLD AVENUE USA, LLC'S MOTION TO FILE *AMICUS CURIAE* BRIEF REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

WORLD AVENUE USA, LLC ("World Avenue"), pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, hereby moves the Court for leave to file the proposed brief *Amicus Curiae* regarding the Motions for Summary Judgment filed by the Defendants, and in support states as follows:

1.    World Avenue is presently in litigation before this Court with Plaintiff BEYOND SYSTEMS, INC. ("BSI") in Case No. PJM-08-cv-0921 involving issues virtually identical to those being litigated in this case (the "World Avenue Litigation")

2.    Like the Defendants in this case, World Avenue is engaged in e-marketing on the worldwide web which includes, among other things, the dissemination of e-mail advertisements to consenting recipients, such as BSI.

3.    World Avenue has a keen interest in this litigation in that the disposition of the novel legal issues that will be adjudicated in this case are likely to have precedential impact on the World Avenue Litigation.

4.    World Avenue hereby requests that the Court accept the attached amicus brief as the issues raised before the Court have potential ramifications beyond the parties directly

involved, and the proposed amicus brief has useful information that can help the Court in its consideration of the legal issues raised in the Motions for Summary Judgment.

## MEMORANDUM OF LAW

The decision to grant leave to proceed as *amici* at the trial court level is discretionary. *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F. Supp. 720, 727 (D. Md. 1996). The aid of the *amici circiae* has been allowed at the trial level "where they provide helpful analysis of the law" or "they have a special interest in the subject matter of the lawsuit." Id. (citations omitted); *see also Newport News Shipbuilding & Dry Dock Co. v. Nat'l Labor Relations Bd.*, 594 F.2d 8, 11 (4th Cir. 1997) (allowing association to file extensive amicus brief where its interest may be affected by issues before the court). "District courts frequently welcome amicus briefs from non-parties that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7 th Cir. 1997)); *see also Strougo v. Scudder, Stevens & Clark, Inc.*, 1997 WL 473566, *3 (S.D.N.Y. Aug. 18, 1997) ("Federal courts have discretion to permit participation of amici where such participation will not prejudice any party and may be of assistance to the court").

World Avenue requests leave to file an amicus brief because the Court's rulings on issues surrounding the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 (the "Act") have potential ramifications beyond the parties involved in this underlying suit. No party will be prejudiced by the filing of the amicus brief, since such brief will assist the Court in addressing relevant legal arguments concerning the Act.

WHEREFORE, World Avenue respectfully requests the Court enter an Order granting World Avenue leave to file an amicus brief and/or deeming the proposed amicus brief filed, and for such other relief as the Court deems just and proper.

DATED:  April 8, 2010

Respectfully submitted,

*Attorneys for World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

/s/

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101