**STEPTOE & JOHNSON** LLP
ATTORNEYS AT LAW

Thomas M. Barba
Tel 202.429.8127
Fax 202.261.9838
tbarba@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

April 15, 2010

Via ECF

The Honorable Peter J. Messitte
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   *Beyond Systems, Inc. v. Kraft Foods, Inc.*, *et al*., Case No. 8:08-cv-00409 (PJM)(CBD);
      *Connexus Corp., et al. v. James Joseph Wagner*, *et al*., Case No. 8:08-cv-00409 (PJM)(CBD)

Dear Judge Messitte:

On behalf of Plaintiff Beyond Systems, Inc. ("BSI") and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc. ("Wagner/Hypertouch") in the above-captioned matter, we write to request that the Court expedite its consideration of BSI's February 23, 2010 Motion for Entry of Default against Defendant Hydra LLC ("Hydra") and Wagner/Hypertouch's Motion to Dismiss Third-Party Plaintiff Hydra's Complaint. [DE# 301 & 302].

On January 22, 2010, Venable LLP ("Venable") moved to withdraw from its representation of Hydra. [DE #280]. Venable advised Hydra that per the rules of this Court Hydra must have new counsel enter an appearance or it would be subject to the dismissal of its claims and/or default judgment on claims against it. [DE #280 at Ex. 1]; *see* L.R. 101(2)(b). As of February 22, 2010, Hydra was obligated to retain new counsel to represent it in this action. *See* L.R. 101(2)(b), 101(1)(a). Hydra failed to do so. In fact, "Hydra has advised Venable that it will not retain new counsel." [DE #298 at 2]. Moreover, Hydra has told Venable that "[t]his litigation has no value to the company so there is no reason for the company to continue litigating." *Id*. at Ex. 1.

Thereafter, on February 23, 2010, BSI moved for an entry of default against Defendant Hydra and Wagner/Hypertouch moved to dismiss Third-Party Plaintiff Hydra's complaint. [DE# 301 & 302]. At that point, Venable was still representing Hydra. On March 5, 2010, the Court granted Venable's motion to withdraw. [DE# 308]. As of March 15, 2010, Hydra's deadline to respond to the motion for

The Honorable Peter J. Messitte
April 15, 2010
Page 2

entry of default and to dismiss the third-party claims had passed, and at this point an additional 30 days have passed.

Hydra has now changed its name to Hydra Group LLC and has disavowed certain debts and obligations of Hydra. Counsel respectfully submits that expedited consideration of DE# 301 & 302 is warranted, in particular, in order to permit BSI to take steps, including, if necessary, additional litigation, to prevent Hydra from evading its legal obligations by a fraudulent transfer of assets. In addition, because Hydra has not complied with this Court's Order on Plaintiff's motion to compel [DE #190], and has made clear that it will not comply with this Court's Dec. 7, 2009 order [DE #248], sanctions under Fed. R. Civ. P. 37(b)(2)(A) are warranted, including a default. Fed. R. Civ. P. 37(b)(2)(A)(vi); *see* DE #264, 301 & 302.

Respectfully Submitted,

_____/s/_____
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Jennie L. Kneedler (US DC-MD Bar No. 28617)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave.
New York, NY 10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch. Inc.*

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.

The Honorable Peter J. Messitte
April 15, 2010
Page 3

        20300 Seneca Meadows Parkway, Suite 200
        Germantown, MD  20876
        T: 301-540-8180
        F: 301-540-8195
        shr@ringlaw.us

        Mike Rothman (USDC-MD Bar No. 14568)
        Law Office of Michael S. Rothman
        401 E. Jefferson Street, Suite 201
        Rockville, MD  20850
        T: 301-251-9660
        F: 301-251-9610
        mike@mikerothman.com

        *Counsel for Plaintiff Beyond Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2010, the foregoing was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C.  20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant and Third-Party Plaintiff Connexus Corp.*

 

                                              /s/
                                      Thomas M. Barba