UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| ) | |
| KRAFT FOODS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPLY IN SUPPORT OF PLAINTIFF'S INTERIM SEALING MOTION

Plaintiff Beyond Systems Inc. ("BSI") hereby respectfully submits this reply in support of Plaintiff's Interim Motion to Seal (DE# 319) regarding Exhibit 22 and redactions in DE# 317 that reference this document. This document was attached to Defendant Connexus Corp.'s ("Connexus") Motion for Summary Judgment (DE# 257) and has been the subject of multiple pleadings since then. For the reasons described by Plaintiff in DE# 290 (and the reply in support thereof at DE# 317), DE# 303 (and the reply in support thereof at DE# 339), and DE# 319, Plaintiff maintains that Exhibit 22 is an inadvertently produced, privileged document. As such, it should remain confidential and all references to it should be permanently sealed. Therefore, Plaintiff's motion to seal should be granted.

Respectfully submitted,

*/s/ TMBarba*

_____
Thomas M. Barba (US DC-MD Bar No. 28487)

John J. Duffy (US DC-MD Bar No. 28613)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC  20036
(202) 429-3000
Fax:  (202) 429-3902
tbarba@steptoe.com
jduffy@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
(212) 506-3900
Fax:  (212) 506-3950
tonorato@steptoe.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2010, the foregoing *Reply in Support of Plaintiff's Interim Sealing Motion* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

Thomas M. Barba