**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| KRAFT FOODS, INC., *et al.* | ) | |
| Defendants. | ) | |
| CONNEXUS CORP., *et al.*, | ) | |
| Third-Party Plaintiffs, | ) | |
| v. | ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANTS' REPLY IN SUPPORT OF
<u>INTERIM MOTION TO SEAL</u>**

Third-Party Defendants James Joseph Wagner and Hypertouch, Inc. (collectively, "Hypertouch"), through its undersigned counsel, respectfully submit this reply to Third-Party Plaintiff Connexus Corp.'s response to its Third-Party Defendants' Interim Motion to Seal (DE# 324, filed in connection with DE# 322, *Third-Party Defendants' Opposition to Third-Party Plaintiff Connexus' Cross-Motion for Summary Judgment and Reply to Connexus' Opposition to Third-Party Defendants' Motion to Strike and for a More Definite Statement*). Connexus consents to the sealing of Exhibits 15, 18 and 19 in support thereof, and the portions of Hypertouch's brief that reference these exhibits. In light of the previous disclosure of the

information referenced in the Declaration of Paul A. Wagner, as referenced in DE# 334, Hypertouch withdraws its request to seal portions of paragraphs 19(a), 19(f), 25, 26, 27, 28, and 29 therein.

Date:  April 22, 2010

Respectfully submitted,

/s/
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Jennie L. Kneedler (US DC-MD Bar No. 28617)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave.
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Third-Party Defendants James Joseph Wagner and Hypertouch Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2010, the foregoing Third-Party Defendants' Reply in Support of Interim Motion to Seal was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

_____
Thomas M. Barba