**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

BEYOND SYSTEMS, INC.

Plaintiff,

v.

KRAFT FOODS, INC., *et al*.

Defendants.

Case No. 8:08-cv-00409 (PJM) (CBD)

CONNEXUS CORP., *et al*.,

Third-Party Plaintiffs,

v.

JAMES JOSEPH WAGNER, *et al*.,

Third-Party Defendants.

**MOTION TO WITHDRAW**

Pursuant to Local Rule 101(2)(a-b), Jennie L. Kneedler of Steptoe & Johnson LLP respectfully moves to withdraw her appearance as counsel of record for Plaintiff Beyond Systems, Inc. ("BSI") and Third-Party Defendants James Joseph Wagner ("Wagner") and Hypertouch, Inc. ("Hypertouch"). Thomas M. Barba, Jeffrey E. McFadden, John J. Duffy, and Anthony A. Onorato of Steptoe & Johnson LLP remain as counsel of record for BSI, Wagner and Hypertouch. BSI is additionally represented by Mssrs. Stephen H. Ring of Stephen H. Ring PC, and Michael S. Rothman of the Law Offices of Michael S. Rothman. BSI, Wagner and Hypertouch consent to the withdrawal of Jennie L. Kneedler.

Dated this 25th day of May, 2010.

Respectfully submitted,

/s/

Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Jennie L. Kneedler (US DC-MD Bar No. 28617)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, D.C. 20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato (USDC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave.
New York, NY 10019
(212) 506-3900
Fax: (212) 506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.*

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2010, the foregoing *Motion to Withdraw* [appearance of Jennie L. Kneedler] was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C. 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C. 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

Thomas M. Barba