**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| ) | |
| KRAFT FOODS, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CONNEXUS CORP., *et al*., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al*., ) | |
| ) | |
| Third-Party Defendants. ) | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 101(2)(a-b), Anthony Cavanaugh of Steptoe & Johnson LLP respectfully moves to withdraw his appearance as counsel of record for Plaintiff Beyond Systems, Inc. ("BSI") and Third-Party Defendants James Joseph Wagner ("Wagner") and Hypertouch, Inc. ("Hypertouch"). Thomas M. Barba, Jeffrey E. McFadden, John J. Duffy, and Anthony A. Onorato of Steptoe & Johnson LLP remain as counsel of record for BSI, Wagner and Hypertouch. BSI is additionally represented by Mssrs. Stephen H. Ring of Stephen H. Ring PC, and Michael S. Rothman of the Law Offices of Michael S. Rothman. BSI, Wagner and Hypertouch consent to the withdrawal of Anthony Cavanaugh.

Dated this 25th day of May, 2010.         Respectfully submitted,

           /s/
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Anthony Cavanaugh (US DC-MD Bar No. 16478)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, D.C.  20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com
acavanaugh@steptoe.com

Anthony A. Onorato (USDC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave.
New York, NY  10019
(212) 506-3900
Fax:  (212) 506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.*

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

- 2 -


## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2010, the foregoing *Motion to Withdraw* [appearance of Anthony Cavanaugh] was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

| | |
|---|---|
| Barry J. Reingold (USDC-MD Bar No. 06490)<br>John M. Devaney (*Pro Hac Vice*)<br>John K. Roche (*Pro Hac Vice*)<br>PERKINS COIE LLP<br>607 14th Street NW, Suite 800<br>Washington, D.C.  20005-2003<br>202-434-1613 (Telephone)<br>202-434-1690 (Facsimile)<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>VENABLE LLP<br>575 7th Street NW<br>Washington, D.C.  20004<br>(202) 344-4000 (Telephone)<br>(202) 344-8300 (Facsimile)<br>jbaldridge @venable.com<br>ljfales@venable.com<br>anrothman@venable.com |
| Darrell J. Graham<br>Law Offices of Darrell J. Graham, LLC<br>53 W. Jackson Boulevard<br>Suite 1334<br>Chicago, IL 60604 | *Counsel for Defendant Connexus Corp.* |

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

_____
Thomas M. Barba