## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**BEYOND SYSTEMS, INC.**
   **Plaintiff**           \*

    v.             \*    Civil No.:   PJM 08-409

**HYDRA LLC**          \*
   **Defendant / Third Party**
      **Plaintiff**     \*
          \*\*\*\*\*\*

## ORDER OF DEFAULT

On January 22, 2010, Venable LLC, then counsel for Defendant/Third Party Plaintiff Hydra LLC, filed a Motion to Withdraw Appearance as Counsel of Record (Paper no. 280). The Court entered a Paperless Order granting that motion on March 5, 2010 (Paper no. 308); the appearance of counsel was stricken from the docket on that same day. Since that time, no other counsel has entered an appearance on behalf of the corporation as is required by Local Rule 101.1.a. On February 23, 2010, Plaintiff filed a Motion for Entry of Default against Hydra LLC (Paper no. 301). The motion was before the Court during a general motions hearing held on June 14, 2010, and was orally granted by the Court. The Court formally granted the motion in a written Order signed on June 14, 2010 and entered on the docket on June 16, 2010 (Paper no. 370).

Therefore, upon the request of the Plaintiff, and as directed by the Court, it is

**ORDERED**, that default by Defendant/Third-Party Plaintiff Hydra LLC is entered this __16th__ day of __July__, 2010.

                    FELICIA C. CANNON, CLERK

                By:   /s/
                  Theresa D. Derro
                  Deputy Clerk