IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. : | |
| : | |
| Plaintiff, : | Case No. 8:08-CV-00409-PJM |
| : | |
| v. : | The Honorable Peter J. Messitte |
| : | |
| KRAFT FOODS, INC., et al., : | Magistrate Judge Charles B. Day |
| : | |
| Defendants. : | |
| : | |

## MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Defendant Connexus Corp. ("Connexus") seeks an order pursuant to FRCP 37 and Local Rule 104 requiring Plaintiff Beyond Systems, Inc. ("BSI") to produce deposition transcripts and videotaped inspections that go to the heart of whether BSI has standing to maintain its claims as an Internet service provider ("ISP") under the Maryland and California email statutes, and whether BSI meets the residency requirement in the Maryland statute.  Because BSI is not substantially justified in refusing to produce this relevant discovery, Connexus also requests that the Court order BSI to pay Connexus its reasonable expenses incurred in making the motion, including attorney's fees, pursuant to FRCP 37(a).  The grounds for Connexus's motion are fully set forth in the accompanying memorandum of law.  Connexus also files herewith its Certificate of Conference required by Local 104(8).

* * *

        Respectfully submitted,

Dated:  June 30, 2010        /s/

J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
Robert A. Friedman, (US DC-MD Bar No. 28864)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
rafriedman@venable.com
*Attorneys for Connexus Corp.*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2010, a copy of the foregoing *Motion to Compel Discovery and For Sanctions* was served electronically and by hand where indicated:

Thomas M. Barba
John J. Duffy
Scott Bielicki
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com
(by hand)

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main St., Suite 215
Gaithersburg, MD 20878-6571
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

/s/
Ari N. Rothman