**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEYOND SYSTEMS, INC., | : |
| | : |
| | : |
| Plaintiff, | :    Case No. 8:08-CV-00409-PJM |
| | : |
| v. | :    The Honorable Peter J. Messitte |
| | : |
| KRAFT FOODS, INC. *et al.*, | :    Magistrate Judge Charles B. Day |
| | : |
| Defendants. | : |
| | : |

## SUPPLEMENTAL DISCLOSURE STATEMENT OF CONNEXUS CORPORATION

Connexus Corporation ("Connexus") files this Supplemental Disclosure Statement and states as follows:  Epic Media Group, Inc. is the parent company of Connexus, and Connexus is a wholly owned subsidiary of Epic Media Group, Inc.

Dated:  July 30, 2010

                                    /s/                    
J. Douglas Baldridge, US DC-MD Bar No. 11023
Lisa Jose Fales, US DC-MD Bar No. 08141
Ari N. Rothman, US DC-MD Bar No. 17560
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2010, a copy of the foregoing

SUPPLEMENTAL DISCLOSURE STATEMENT OF CONNEXUS CORPORATION was

served electronically upon:

Thomas M. Barba
John J. Duffy
Scott Bielicki
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
sbielicki@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main St., Suite 215
Gaithersburg, MD 20878-6571
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J.
GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict.
Th. Engwall & Co.*

_____ /s/ _____
Ari N. Rothman