# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:08-cv-00409 (PJM) (CBD) |
| ) | |
| KRAFT FOODS, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF BEYOND SYSTEMS, INC.'S REPLY TO KRAFT DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION

Plaintiff Beyond Systems, Inc. ("BSI") replies to Defendants Kraft Foods, Inc. Kraft Global Inc., and Vict. Th. Engwall & Co., Inc.'s ("Kraft") Opposition to BSI's Motion for Reconsideration (DE# 378).

Rather than file a reconsideration motion that would have required a full round of briefing and thus waste the Court's and the parties' resources, and because Defendant Connexus Corp.'s ("Connexus") reconsideration motion (DE# 371) was on the exact same topic (regarding the appropriate statute of limitations to apply to the claims in this case), BSI believed it was prudent and proper to make its factual and legal arguments in support of its motion for reconsideration in its opposition to Connexus' motion. *See* DE# 372 & 375. BSI incorporates that opposition (DE# 375) into this reply. In that opposition, BSI addresses the *Hypertouch*[1] decision cited by Kraft, and explains the basis for BSI's reconsideration request. *See id.*

---

[1] *Hypertouch, Inc. v. Azoogle.com Inc.*, No. 09-15943, 2010 WL 2712217 (9th Cir. July 9, 2010) (unpublished).

Despite BSI's efforts to conserve resources, Connexus filed an opposition to BSI's request for reconsideration (DE# 377). As a result, BSI filed a reply to that opposition. *See* DE# 384. BSI herein incorporates that reply. In that reply, BSI explains why BSI's approach is consistent with the local rules.

BSI's filings – DE# 372, 375 & 384 – fully explain BSI's position with regard to Defendants' motion for reconsideration and the applicable statute of limitations, and therefore BSI incorporates those documents here rather than create more repetitive filings for the Court.

DATED: August 5, 2010

                                                 Respectfully submitted,

                                                 /s/
                                       Thomas M. Barba (US DC-MD Bar No. 28487)
                                       John J. Duffy (US DC-MD Bar No. 28613)
                                       Scott Bielicki (US DC-MD Bar No. 29162)
                                       STEPTOE & JOHNSON LLP
                                       1330 Connecticut Ave., NW
                                       Washington, D.C.  20036
                                       T: 202-429-3000
                                       F: 202-429-3902
                                       tbarba@steptoe.com
                                       jduffy@steptoe.com
                                       sbielicki@steptoe.com

                                       Anthony A. Onorato (US DC-MD Bar No. 28622)
                                       STEPTOE & JOHNSON LLP
                                       750 Seventh Avenue
                                       New York, NY  10019
                                       T: 212-506-3900
                                       F: 212-506-3950
                                       tonorato@steptoe.com

                                       *Counsel for Plaintiff Beyond Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2010, the foregoing PLAINTIFF BEYOND SYSTEMS, INC.'S REPLY TO KRAFT DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
607 14th Street, NW, Suite 800
Washington, D.C.  20005-2003
(202) 434-1613 (Telephone)
(202) 434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL  60604

*Counsel for Defendant Connexus Corp.*

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

                                                 /s/
                                     Thomas M. Barba