UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONNEXUS CORP., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 8:09-cv-00080 (PJM) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Plaintiff Beyond Systems, Inc.'s Application for Default Judgment Against Defendant Hydra LLC; the Memorandum of Points and Authorities in Support of the Application for Default Judgment; and all other submitted evidence, it is this _____ day of _____ hereby:

**ORDERED**, that Plaintiff Beyond Systems, Inc.'s Application for Default Judgment Against Defendant Hydra LLC **BE** and hereby is **GRANTED**; and it is further

**ORDERED**, that judgment is hereby entered in favor of Plaintiff Beyond Systems, Inc. in the total amount of $69,691,000.

**IT IS SO ORDERED.**

SIGNED:

_____
Peter J. Messitte
United States District Judge

Date: _____