# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____ )
                                                    )
BEYOND SYSTEMS, INC.,                               )
                                                    )
    Plaintiff,                  )
                                                    )
       v.        )    Case No. 8:08-cv-00409 (PJM)
                                                    )
KRAFT FOODS INC., *et al.*,                         )
                                                    )
    Defendants.                 )
_____ )

## <u>APPENDIX OF CASES NOT GENERALLY REPORTED</u>

1.   *Scott v. Wells Fargo Home Mortg., Inc.,* No. 2:02-cv-789, 326 F.Supp.2d. 709 (E.D. Va. 2003) 2003 U.S. Dist. LEXIS 26011, at *14-15 (E.D. Va. Jan. 14, 2003)

2.   *District Council 16 N. Cal. Health & Welfare Trust Fund v. Garfias,* No. 3:2009-CV-03801, 2010 U.S. Dist. LEXIS 45968 (N.D. Cal. [May 11, 2010)

3.   *Facebook, Inc. v. Guerbuez,* No. C08 03889 JF HRL, 2008 U.S. Dist. LEXIS 108921 (N.D. Cal. Nov. 21, 2008)


Date: August 12, 2010          Respectfully submitted,

                              _____/s/_____
                              Thomas M. Barba (US DC-MD Bar No. 28487)
                              John J. Duffy (US DC-MD Bar No. 28613)
                              Scott Bielicki (US DC-MD Bar No. 29162)
                              STEPTOE & JOHNSON LLP
                              1330 Connecticut Ave., NW
                              Washington, D.C.  20036
                              T: 202-429-3000
                              F: 202-429-3902
                              tbarba@steptoe.com
                              jduffy@steptoe.com
                              sbielicki@steptoe.com

                              Anthony A. Onorato (US DC-MD Bar No. 28622)
                              STEPTOE & JOHNSON LLP

750 Seventh Avenue
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195
Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*