# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) |
| ) | |
| KRAFT FOODS, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Plaintiff Beyond Systems, Inc. ("BSI") hereby provides notice that Exhibit 12 to the Declaration of Scott T. Bielicki in support of *Plaintiff's Application for Default Judgment Against Defendant Hydra LLC* is being submitted to the Court for filing under seal.

I certify that, concurrent with the filing of this notice, I will serve copies of the document identified above upon Parties' counsel via electronic transmission, and upon Hydra LLC via U.S. Mail and Federal Express.

Date: August 12, 2010

Respectfully submitted,

_____/s/_____
Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
Scott Bielicki (US DC-MD Bar No. 29162)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
T: 202-429-3000
F: 202-429-3902

tbarba@steptoe.com
jduffy@steptoe.com
sbielicki@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown MD 20876
T: 301-540-8180
F: 301-540-8195

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*