UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 8:08-cv-00409 (PJM) |
| KRAFT FOODS, INC., *et al*. | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF PAUL A. WAGNER PURSUANT TO 28 U.S.C. § 1746

I, Paul A. Wagner, hereby state that:

    1.    I am over 18 years of age and am fully competent to testify to the facts set forth in this Declaration.

    2.    I provide the following declaration in support of my company, Beyond Systems, Inc.'s, application for default judgment against Defendant Hydra LLC.

    3.    I am the President of Beyond Systems, Inc. ("BSI"), an Internet Service Provider ("ISP") based in Maryland. As an ISP, BSI receives approximately one million email messages per day to BSI's servers.

    4.    I formed BSI as a Maryland corporation in 1996. Its principal offices are located at 9501 Anchorage Place, Bethesda, Maryland, 20817.

    5.    Since it was incorporated in 1996, BSI has provided Internet connectivity and interactive computer services, including electronic mail service, to many users (in the thousands), including many users (in the hundreds) in Maryland. BSI provides Internet services, technology consulting, and advanced research on emerging technologies.

6.      BSI has physical control over and access to its own hardware, which BSI owns, houses, maintains, and configures.  BSI does not access its services, and the Internet, via an ordinary Internet connection, but rather operates its services on its own sites, plus pays many hundreds of dollars per month to 3 separate upstream providers for ISP-level connections to its 3 Points Of Presence in Silver Spring, Maryland, Rockville, Maryland and the District of Columbia.  BSI owns five servers at its Silver Spring point of presence and two at its Rockville point of presence.  BSI houses other equipment used for its business at its locations as well, such as several workstations, laptops, hubs, switches, backup drives and other media, printers, scanners, UPS (battery backups), cables, tools, A/V equipment, server racks, and numerous computers/devices that have been decommissioned.

7.      BSI originally brought suit against Defendant Hydra LLC on February 14, 2008 for violations of California Business & Profession Code § 17529.5 and Maryland Commercial Law Code § 14-3002 on claims arising from unsolicited commercial emails sent to BSI's domains in Maryland.

8.      In the course of my investigation prior to the filing of this suit, and in documents produced to BSI by Hydra in the discovery phase of this suit, I became aware of Hydra's ownership and operation of the following domains associated with Hydra servers:  imglt.com, ltoptout.com, ltpic.com, optlt.com, and lynxtrack.com.  *See* Ex. 1 hereto (Hydra documents confirming ownership of these domains).  These domains appear in URLs in the emails at issue.

9.      Between February 15, 2005 and May 27, 2008, BSI received approximately 25,442 emails attributable to Hydra in part by virtue of their inclusion of one or more of the domains associated with Hydra-operated servers listed above.  *See* Ex. 2 (spreadsheet showing some of the attributional elements associated with each of these 25,442 emails).  These emails

were first produced to Hydra on June 26, 2008.[1] A mailbox containing these emails is submitted herewith for the Court's record on disc as Exhibit 3.

10. In addition to the 25,475 emails produced to Hydra at the outset of this case, between November 1, 2007 and October 3, 2008, BSI received an additional 1,834 emails attributable to Hydra in part by virtue of their inclusion of sales links that redirected through Hydra's lynxtrack.com server. *See* Ex. 4 (spreadsheet indicating the lynxtrack.com link to which the sales links contained in these 1,834 emails redirected and the Hydra-assigned Publisher ID and Offer ID contained therein). This re-direction makes the email attributable to Hydra (see also ¶ 12). These emails were first produced to Hydra in October 2008. A mailbox containing these emails is submitted herewith for the Court's record on disc as Exhibit 5.

11. In addition to the 25,475 emails produced to Hydra at the outset of this case, and the additional 1,834 emails produced to Hydra in October 2008, between November 4, 2008 and March 20, 2009, BSI received an additional 18,497 emails attributable to Hydra. These emails are also attributable to Hydra in part because each contains a sales link which redirected through Hydra's lynxtrack.com server. These emails were produced to Hydra on May 20, 2009. A mailbox containing these emails is submitted herewith for the Court's record on disc as Exhibit 6.

12. Hydra emails contain a "tracking" or "sales link" which, when you click on it, directs and re-directs you across the Internet through a series of servers – from the spammer's, then to Hydra's lynxtrack.com server, and then to the advertiser's website. The path to the advertiser's website necessarily includes a stop through Hydra's lynxtrack.com server so that

---

[1] BSI originally produced 25,475 emails to Hydra, though the corrected total is 25,442.

Hydra can record, using encoded information in the tracking/sales links, which affiliate sent that email, which campaign the email is a part of, and which advertiser sponsored that campaign. This is the method by which Hydra collects for its services.

13. The presence of Hydra's image URLs, sales URL, or optout URLs – i.e., imglt.com, ltpic.com, lynxtrack.com, ltoptout.com, optlt.com – and/or the re-directing of the sales links by Hydra's affiliate to the lynxtrack.com domain server (where the affiliate's ID number and the campaign ID number are tracked in order so that the affiliate can get paid the right amount by Hydra and Hydra can get paid the right amount by the advertiser) definitively shows that the email is a Hydra email. BSI produced the lynxtrack.com redirections and the landing pages they led to for the 18,497 emails on May 20, 2009, at BSI0008156-8521.

14. For each email that redirected to Hydra's lynxtrack.com server, I ran a computer command called "curl" on the first sales link and all image links in the email in a controlled, forensic environment. BSI produced the results of its redirection analysis showing the Hydra lynxtrack.com link referenced in each of the 1834 emails to Hydra on May 20, 2009 at BSI0008522-8944.

15. I have attributed each of the 45,773 emails to Hydra through the above-mentioned means, as well as the following. I confirmed the attribution by matching thousands of the emails to email templates among the advertising creatives produced by Hydra in discovery. Approximately 2,731 emails contain "Mailer ID: 15- . . ." which Kraft has stated designates Hydra. 1,723 emails redirected to the AccelerateBiz spammer's server, through Hydra's lynxtrack.com server and finally to one of five URLs containing gevalia.com:

> http://www.gevalia.com/Gevalia/continuity/Control-Landing/Control_LP2.aspx?keycode=121147&vd=15-000
>
> http://www.gevalia.com/Gevalia/continuity/Control-Landing/Control_LP4.aspx?keycode=121235&vd=15-000

http://www.gevalia.com/Gevalia/continuity/enroll/learn_kaffe.aspx?keycode=121324&vd=15-000

http://www.gevalia.com/gevalia/continuity/enroll/promotion_1829.aspx?keycode=121373&vd=15-000

http://www.gevalia.com/Gevalia/continuity/enroll/learn_kaffe.aspx?keycode=121191&vd=15-000

16. On May 7, 2009, James Fosina testified that he had clicked on the five URLs, which BSI produced to Kraft, and found that the keycode parameter in the five URLs was assigned (by Kraft) to Hydra.

17. I found at least one example of falsity or deception in each of the 45,773 emails. I prepared spreadsheets in response to Hydra's Interrogatory No. 1 requesting an itemization of the falsity in each of the emails. The first few pages of these very lengthy spreadsheets are attached hereto (Exhibit 7 relates to the 25,475 emails; Exhibit 8 to 1,834; Exhibit 9 to 18,497), along with the legends in support thereof (Exhibit 10 relates to the 25,475 emails; Exhibit 11 to 1,834; Exhibit 12 to 18,497). The full versions of Exhibits 7-9 are being submitted to the Court on disc because of their size. See the Violations and Additional Violations columns for falsity types contained within each of the emails at issue, which are explained in the corresponding legends.

18. Hydra continues to send spam to BSI. Since March 20, 2009, BSI has received at least 2,000 additional emails attributable to Hydra because the emails re-direct to Hydra's lynxtrack.com server, contain imglt.com (in active links to Hydra's image server), contain "Mailer ID: 15-", and/or contain lynxtrack.com (in active links to Hydra's tracking server) in the body of the email.

19. Between July 12 and July 30, 2010, at least 33 Hydra emails all advertising Gevalia for co-defendant Kraft were sent to BSI's domains. Each email contains "Mailer ID: 15-" which Kraft has stated designates Hydra. In each email, the domains used by the spammer

were registered under a false or misleading identity, such as to a proxy service. In addition, I sent a reply email to one of the spam emails which bounced back (i.e., could not be delivered) showing that the spammer's "From line" is a fake, non-working email address.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 12, 2010

_____
Paul A. Wagner