**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEYOND SYSTEMS, INC., | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC. *et al.*, | : |
| Defendants. | : |

**CONNEXUS CORP.'S RESPONSE TO
PLAINTIFF BEYOND SYSTEMS, INC.'S APPLICATION FOR
DEFAULT JUDGMENT AGAINST DEFENDANT HYDRA LLC**

Connexus Corp. ("Connexus") respectfully files this response to Plaintiff Beyond Systems, Inc.'s ("BSI") Application for Default Judgment against Defendant Hydra LLC [Paper No. 388].

Connexus does not agree to the accuracy of any statements, factual or legal, made in BSI's application.  Connexus objects to any statement made in the application that relates directly or indirectly to Connexus, and objects to any alleged affect that entry of the default may have on Connexus's rights.  Connexus reserves all rights to object to any statement made in the BSI's application that relates directly or indirectly to Connexus, and to object to any alleged affect that entry of the default may have on Connexus.

∗ ∗ ∗

Dated: August 30, 2010                                                                 /s/
                                                        J. Douglas Baldridge, US DC-MD Bar No. 11023
                                                        Lisa Jose Fales, US DC-MD Bar No. 08141
                                                        Ari N. Rothman, US DC-MD Bar No. 17560
                                                        VENABLE LLP
                                                        575 7th Street, N.W.
                                                        Washington, DC  20004-1601
                                                        (202) 344-4000 (phone)
                                                        (202) 344-8300 (fax)
                                                        jdbaldridge@venable.com
                                                        ljfales@venable.com
                                                        anrothman@venable.com

                                                        *Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of August, 2010, a copy of the foregoing CONNEXUS CORP.'S RESPONSE TO PLAINTIFF BEYOND SYSTEMS, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HYDRA LLC was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jennie L. Kneedler
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jkneedler@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main St., Suite 215
Gaithersburg, MD 20878-6571
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD 20850
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

                                                /s/
                                      Ari N. Rothman