IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BEYOND SYSTEMS, INC.,** | * |
| Plaintiff | * |
| v. | *   Civil No. **PJM 08-409** |
| **KRAFT FOODS, INC., et al.** | * |
| Defendants | * |

## O R D E R

Upon consideration of the various Motions and Objections that remain pending in this case, and the respective Oppositions thereto, it is, this 23rd day of December, 2010

**ORDERED**

1. Plaintiff's Objection Pursuant to Rule 72 to the Magistrate's Ruling Finding No Common Interest Agreement [Paper No. 350] is **OVERRULED**. The Court will **ENFORCE** Magistrate Judge Charles Day's ruling on the matter;

2. Connexus Corporation's Motion for Partial Reconsideration of Order Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment and Denying Connexus's Motion for Summary Judgment [Paper No. 371] is **DENIED**;

3. Plaintiff's Motion for Partial Reconsideration of the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment [Paper No. 372] is **DENIED**;

4. Kraft Defendants' Motion for Certification Under 28 U.S.C. § 1292(b) [Paper No. 383] is **DENIED**;

5. Plaintiff's Motion for Default Judgment Against Defendant Hydra LLC [Paper No. 388] is **GRANTED IN PART AND DEFERRED IN PART**. Judgment by default as to liability only is **GRANTED** in favor of Plaintiff and against Defendant Hydra LLC. The Court **DEFERS** entering judgment as to damages against Hydra until after the resolution of all other issues in this case;

6. Plaintiff's Motion for a Rule 26(c) Protective Order Staying Production of Privileged Documents Pending Resolution of Plaintiff's Rule 72 Objection to the Magistrate Judge's Order Compelling Production [Paper No. 396] is **DENIED**;

7. Plaintiff's Objection Pursuant to Rule 72 to the September 10, 2010 Ruling of the Magistrate Judge Denying Plaintiff's Motion for an Order Enforcing this Court's December 7, 2009 Ruling Regarding Emails in this Case and for Sanctions, and Awarding Sanctions Against the Plaintiff [Paper No. 404] is **OVERRULED**. The Court will **ENFORCE** Magistrate Judge Charles Day's ruling on the matter; and

8. The parties are **DIRECTED** to file, within **25 DAYS** of the date of this Order, a joint status report advising as to: (a) the status of discovery; (b) any discovery-related matters that remain outstanding; and (c) the parties' proposed schedule for the completion of discovery,

the filing of additional dispositive motions, and any and all other proposed deadlines.

                                                            /s/
                        **PETER J. MESSITTE**
                **UNITED STATES DISTRICT JUDGE**