IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | : | |
| | : | |
| Plaintiff, | : | Case No. 8:08-CV-00409-PJM |
| | : | |
| v. | : | The Honorable Peter J. Messitte |
| | : | |
| KRAFT FOODS, INC., et al., | : | Magistrate Judge Charles B. Day |
| | : | |
| Defendants. | : | |

**MOTION FOR STAY PENDING RESOLUTION OF**
**DISPOSITIVE ISSUES IN BSI/WORLD AVENUE LITIGATION**

Defendant and Third-Party Plaintiff Connexus Corporation move the Court for an order staying this litigation until after the August 2011 trial in the Beyond Systems, Inc./World Avenue litigation pending in this Court because the outcome of that trial may dispose of BSI's case against Connexus and the Kraft Defendants in this case. Specifically, if this Court enters judgment in World Avenue's favor on the ground that BSI lacks standing because it is not a *bona fide* legitimate Internet service provider or Maryland resident/recipient, or that Joe Wagner/Hypertouch caused BSI's injuries, then judgment will be mandated in Connexus's favor because the issues are identical in this litigation and the BSI/World Avenue litigation. Thus, the Court should enter a stay because it will conserve valuable judicial resources and those of the parties by avoiding extensive and costly discovery, motions practice, and other tasks that will be wholly unnecessary if the Court resolves some or all of these issues in World Avenue's favor. Further, no party will be prejudiced if the Court enters the stay Connexus seeks.

WHEREFORE, Connexus requests that the Court stay this litigation until after the August 2011 trial in the BSI/World Avenue litigation. Connexus files its Memorandum of Law

contemporaneously herewith and a Local Rule 104 Certificate of Conference in an abundance of caution.

Respectfully submitted,

Dated: January 21, 2010                  /s/
J. Douglas Baldridge, US DC-MD Bar No. 11023
Lisa Jose Fales, US DC-MD Bar No. 08141
Ari N. Rothman, US DC-MD Bar No. 17560
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January 2011, a copy of the foregoing *MOTION FOR STAY PENDING RESOLUTION OF DISPOSITIVE ISSUES IN BSI/WORLD AVENUE LITIGATION* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
tbarba@steptoe.com
jduffy@steptoe.com


Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main St., Suite 215
Gaithersburg, MD 20878
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*, *Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th St., NW, Suite 800
Washington, DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com


Darrell J. Graham
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

 

_____/s/_____
Ari N. Rothman