# Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____
)
BEYOND SYSTEMS, INC.,       )
)
      Plaintiff,          )
)
      v.             )      Case No. 8:08-cv-00409 (PJM)(CBD)
)
KRAFT FOODS, INC., *et al.*,   )
      Defendants.      )
_____)
)
CONNEXUS CORP., *et al.*,    )
)
      Third-Party Plaintiffs,  )
)
      v.             )
)
JAMES JOSEPH WAGNER, *et al.*, )
)
      Third-Party Defendants. )
_____)

### THIRD-PARTY DEFENDANT HYPERTOUCH, INC.'S FIRST SET OF
### INTERROGATORIES TO CONNEXUS CORP.

      Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of the

United States District Court for the District of Maryland, Third-Party Defendant Hypertouch,

Inc.., by its attorneys, hereby requests that Third-Party Plaintiff Connexus Corp., within thirty

(30) days of the date of service hereof, answer in writing and under oath the following

interrogatories.

### DEFINITIONS

      Notwithstanding any definition below, each word, term, or phrase used in these

Interrogatories is intended to have the broadest meaning permitted under the Federal Rules of

Civil Procedure.

For each advertiser who paid YOU money for, and each affiliate who sent, each advertising campaign appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT, IDENTIFY YOUR employee representative responsible for that advertiser's or affiliate's account.

**INTERROGATORY NO. 8:**

Identify all domain names used by YOU since 2004 and the registrar or private registration service (if used), and IP address(es) used with each domain.

**INTERROGATORY NO. 9:**

Identify all complaints, investigations, lawsuits, and/or settlements that involve YOU since 2004 that related to commercial email advertising, incentive awards or rebill promotions.

**INTERROGATORY NO. 10:**

Identify all actions taken in response to the items identified in Interrogatory 9, including any corrective, remedial or disciplinary actions taken with regard to the publishers or advertisers involved.

Dated:  February 22, 2010                    Respectfully submitted,


                                        /s/
                              Thomas M. Barba (US DC-MD Bar No. 28487)
                              John J. Duffy (US DC-MD Bar No. 28613)
                              Jennie L. Kneedler (US DC-MD Bar No. 28617)
                              STEPTOE & JOHNSON LLP
                              1330 Connecticut Ave., NW
                              Washington, DC  20036
                              (202) 429-3000
                              Fax:  (202) 429-3902
                              tbarba@steptoe.com
                              jduffy@steptoe.com
                              jkneedler@steptoe.com

                              Anthony A. Onorato (USDC-MD Bar No. 28622)

STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019
(212) 506-3900
Fax:  (212) 506-3950
tonorato@steptoe.com

*Attorneys for Third Party Defendants James Joseph
Wagner and Hypertouch, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____
                                        )
BEYOND SYSTEMS, INC.,                   )
                                        )
         Plaintiff,                     )
                                        )
            v.                          )     Case No. 8:08-cv-00409 (PJM)(CBD)
                                        )
KRAFT FOODS, INC., *et al.*,            )
                                        )
         Defendants.                    )
_____)
                                        )
CONNEXUS CORP., *et al.*,               )
                                        )
         Third-Party Plaintiffs,        )
                                        )
            v.                          )
                                        )
JAMES JOSEPH WAGNER, *et al.*,          )
                                        )
         Third-Party Defendants.        )
_____)

**THIRD-PARTY DEFENDANT JAMES JOSEPH WAGNER'S FIRST REQUESTS
FOR PRODUCTION OF DOCUMENTS TO CONNEXUS CORP.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of the

United States District Court for the District of Maryland, Third-Party Defendant James Joseph

Wagner by his attorneys, hereby requests that Third-Party Plaintiff Connexus Corp., within thirty

(30) days of the date of service hereof, produce the documents specified below for inspection and

copying at the offices of Steptoe & Johnson, LLP, 1330 Connecticut Ave., NW, Washington,

D.C.  20036.

5.      If production of any requested document(s) is objected to on the grounds that production is unduly burdensome, describe the burden or expense of the proposed discovery.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### DOCUMENT REQUEST NO. 1:

All insurance policies which provide any coverage for advertising liability for 2005 to present (whether a claims made, occurrence policy or other type of policy).

### DOCUMENT REQUEST NO. 2:

All DOCUMENTS showing correspondence with any investors regarding potential or actual spam liability, compliance with spam laws, the cost of compliance with spam laws, steps taken to comply with spam laws, and/or YOUR spam-related policies.

### DOCUMENT REQUEST NO. 3:

All DOCUMENTS showing minutes of meetings of YOUR Board of Directors regarding potential or actual spam liability, compliance with spam laws, the cost of compliance with spam laws, steps taken to comply with spam laws, and/or YOUR spam-related policies.

### DOCUMENT REQUEST NO. 4:

DOCUMENTS sufficient to IDENTIFY all of YOUR subsidiaries, parents and corporate affiliates.

### DOCUMENT REQUEST NO. 5:

All DOCUMENTS relating to disclosures made as part of any merger, sale of assets, acquisition, or financing agreement.

### DOCUMENT REQUEST NO. 6:

All documents relating to the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT, including all creative content, correspondence, database records, contracts,

insertion orders, screen shots from YOUR website showing the campaign as it is offered to affiliates, complaints, and third-party reports.

**DOCUMENT REQUEST NO. 7:**

All DOCUMENTS showing payments by advertisers to YOU or to affiliates from YOU for each advertising campaign appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT.

**DOCUMENT REQUEST NO. 8:**

All DOCUMENTS showing the identity of the advertiser for each advertising campaign, and the identity of each affiliate who sent each advertising campaign, appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT.

**DOCUMENT REQUEST NO. 9:**

All DOCUMENTS relating to compliance policies or guidelines concerning spam laws, including communications regarding same.

**DOCUMENT REQUEST NO. 10:**

All DOCUMENTS to or from Lashback and UnSubCentral regarding email advertising.

**DOCUMENT REQUEST NO. 11:**

All DOCUMENTS relating to Hypertouch, Inc., Beyond Systems, Inc., Joe Wagner, Paul Wagner, hypertouch.com, linkcenter.com, safemailbox.com, hasgreatfood.com, reasonabledoubt.com, hasit.com, and castalia.net.

**DOCUMENT REQUEST NO. 12:**

All documents relating to Sebastian Barale, MailcompanyX, MCX, Need Your Opinion, Planet Revenue, Hostnetca, XPowersoftware, Joe Testa, James Sposato, MariaLaura Barale or Claudio Duvison.

**DOCUMENT REQUEST NO. 13:**

All DOCUMENTS produced to any Party in Case Numbers 8:08-cv-00409 (PJM)(CBD)

and CV08-01039 (RGK).

**DOCUMENT REQUEST NO. 14:**

All DOCUMENTS relating to any of YOUR answers to Hypertouch or Wagner's

Interrogatories or Request for Admissions not included in the previous document requests.


Dated:  February 22, 2010                    Respectfully submitted,


                                             _____/s/_____
                                             Thomas M. Barba (US DC-MD Bar No. 28487)
                                             John J. Duffy (US DC-MD Bar No. 28613)
                                             Jennie L. Kneedler (US DC-MD Bar No. 28617)
                                             STEPTOE & JOHNSON LLP
                                             1330 Connecticut Ave., NW
                                             Washington, DC  20036
                                             (202) 429-3000
                                             Fax:  (202) 429-3902
                                             tbarba@steptoe.com
                                             jduffy@steptoe.com
                                             jkneedler@steptoe.com

                                             Anthony A. Onorato (USDC-MD Bar No. 28622)
                                             STEPTOE & JOHNSON LLP
                                             750 Seventh Ave., Ste. 1800
                                             New York, NY  10019
                                             (212) 506-3900
                                             Fax:  (212) 506-3950
                                             tonorato@steptoe.com

                                             *Attorneys for Third Party Defendants James Joseph*
                                             *Wagner and Hypertouch, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

———————————————————

BEYOND SYSTEMS, INC.,

    Plaintiff,

        v.

KRAFT FOODS, INC., *et al.*,
    Defendants.

———————————————————

CONNEXUS CORP., *et al.*,

    Third-Party Plaintiffs,

        v.

JAMES JOSEPH WAGNER, *et al.*,

    Third-Party Defendants.

———————————————————

Case No. 8:08-cv-00409 (PJM)(CBD)

**THIRD-PARTY DEFENDANT JAMES JOSEPH WAGNER'S FIRST SET OF
INTERROGATORIES TO CONNEXUS CORP.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of the

United States District Court for the District of Maryland, Third-Party Defendant Joe Wagner, by

his attorneys, hereby requests that Third-Party Plaintiff Connexus Corp., within thirty (30) days

of the date of service hereof, answer in writing and under oath the following interrogatories.

**DEFINITIONS**

Notwithstanding any definition below, each word, term, or phrase used in these

Interrogatories is intended to have the broadest meaning permitted under the Federal Rules of

Civil Procedure.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

State all contentions as to why YOU believe Third-party Defendants are liable for indemnification or contribution for the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT and all facts supporting those contentions.

**INTERROGATORY NO. 2:**

IDENTIFY separately all PERSONS who provided any content (including but not limited to HTML, advertising text, footer text and unsubscribe links) to YOU for each advertising campaign appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT.

**INTERROGATORY NO. 3:**

IDENTIFY separately for each of the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT the name of the server(s) on which any of the images referenced in the email was hosted by YOU and the location of the server(s).

**INTERROGATORY NO. 4:**

IDENTIFY separately for each of the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT the advertiser for each advertising campaign appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT, including that advertiser's ID number.

**INTERROGATORY NO. 5:**

IDENTIFY separately for each of the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT all affiliates who sent each advertising campaign appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT, including each affiliate's ID number.

**INTERROGATORY NO. 6:**

For each HYPERTOUCH EMAIL listed on Exhibit A to the COMPLAINT, DESCRIBE separately for each e-mail all alterations, deletions or additions you contend were made by Hypertouch, Inc., and all facts that support YOUR contention that Hypertouch, Inc. made each alteration, deletion or addition.

**INTERROGATORY NO. 7:**

For each HYPERTOUCH EMAIL listed on Exhibit A to the COMPLAINT, DESCRIBE separately for each e-mail what original content you contend Hypertouch, Inc. added to the e-mail and all facts that support YOUR contention that Hypertouch, Inc. added that content.

**INTERROGATORY NO. 8:**

Identify all persons with knowledge of the facts YOU contend support the claims in YOUR COMPLAINT and YOUR contentions stated in response to these interrogatories.

**INTERROGATORY NO. 9:**

Identify by name all servers used by YOU in connection with YOUR commercial email advertising business, the purpose of each server and the location of each server.

**INTERROGATORY NO. 10:**

For each advertising campaign appearing in the HYPERTOUCH EMAILs listed on Exhibit A to the COMPLAINT, IDENTIFY all PERSONS you indemnify for that campaign, have indemnified for that campaign, or with whom you have an indemnification agreement for that campaign, and state for each the terms of each agreement.

**INTERROGATORY NO. 11:**

For each advertising campaign appearing in the HYPERTOUCH EMAILs listed on

Exhibit A to the COMPLAINT, state the date on which that campaign first became available to

affiliates for download from any of your websites, and the date on which the campaign ended.


Dated:  February 22, 2010                     Respectfully submitted,


                                              _____/s/_____
                                              Thomas M. Barba (US DC-MD Bar No. 28487)
                                              John J. Duffy (US DC-MD Bar No. 28613)
                                              Jennie L. Kneedler (US DC-MD Bar No. 28617)
                                              STEPTOE & JOHNSON LLP
                                              1330 Connecticut Ave., NW
                                              Washington, DC  20036
                                              (202) 429-3000
                                              Fax:  (202) 429-3902
                                              tbarba@steptoe.com
                                              jduffy@steptoe.com
                                              jkneedler@steptoe.com

                                              Anthony A. Onorato (USDC-MD Bar No. 28622)
                                              STEPTOE & JOHNSON LLP
                                              750 Seventh Ave., Ste. 1800
                                              New York, NY  10019
                                              (212) 506-3900
                                              Fax:  (212) 506-3950
                                              tonorato@steptoe.com

                                              *Attorneys for Third Party Defendants James Joseph
                                              Wagner and Hypertouch, Inc.*