STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Thomas M. Barba
Tel 202.429.8127
Fax 202.261.9838
tbarba@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

January 27, 2011

Via ECF

The Honorable Charles B. Day
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Beyond Systems, Inc. v. Kraft Foods, Inc., et al.*, Case No. 8:08-cv-00409 (PJM)(CBD);
*Connexus Corp., et al. v. James Joseph Wagner, et al.*, Case No. 8:08-cv-00409 (PJM)(CBD)

Dear Judge Day:

On behalf of Plaintiff Beyond Systems, Inc. ("BSI"), we write to inform the Court that the parties have resolved the outstanding issues that were the subject of Plaintiff's Motion to Compel (DE 393).

Plaintiff filed its Motion on August 23, 2010. On December 16, 2010, this Court issued an Order denying the Motion without prejudice on the basis that Plaintiff's Certificate of Conference Pursuant to Local Rule 104.8 was deficient because the parties had only conferred via electronic mail. The Court stated that the Local Rule specifically requires a conference of counsel requiring either a telephonic or "face to face" meeting in good faith.

Subsequently, the parties held a telephonic meet and confer on December 22, 2010. Following the service by Plaintiff of its renewed motion, Defendant Connexus produced certain documents on January 6, 2011 by email. In light of the representations of counsel in that email, the documents produced, and Connexus' statements concerning the completeness of its production in its renewed opposition to the motion to compel, Plaintiff determined it would withdraw the motion in order to further the good faith nature of voluntary exchanges between the parties and in order to resolve issues between the parties without burdening the Court when possible to do so. Therefore, Plaintiff will not be filing a renewed motion on this issue.

Respectfully Submitted,

/s/

Thomas M. Barba (US DC-MD Bar No. 28487)
John J. Duffy (US DC-MD Bar No. 28613)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
jduffy@steptoe.com

Anthony A. Onorato (US DC-MD Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Ave.
New York, NY 10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch. Inc.*

Of Counsel:

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, MD 20876
T: 301-540-8180
F: 301-540-8195
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2011, the foregoing was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C. 20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Law Offices of Darrell J. Graham, LLC
53 W. Jackson Boulevard
Suite 1334
Chicago, IL 60604

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C. 20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

/s/
Jennifer M. Newton