# EXHIBIT B

**From:** Rothman, Ari N. [ANRothman@Venable.com]
**Sent:** Friday, February 04, 2011 12:33 PM
**To:** Onorato, Tony
**Cc:** Barba, Thomas; Duffy, John; shr@ringlaw.us; mike@mikerothman.com; Fales, Lisa J.
**Subject:** Re: Third party discovery schedule

Given that the stay has not been lifted, that we requested in the status report that the Court defer entering a scheduling order (which it did), and that we filed a motion to stay, our intention is to await further guidance from the Court as to how and when this case should proceed before engaging in additional discovery.

---------------------------

Ari N. Rothman
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Direct Dial: (202) 344-4220
Fax: (202) 344-8300
Cell: (703) 795-6810


Sent from my BlackBerry Wireless Handheld

---

**From**: Onorato, Tony [mailto:tonorato@steptoe.com]
**Sent**: Thursday, February 03, 2011 04:05 PM
**To**: Rothman, Ari N.
**Cc**: Barba, Thomas <TBarba@steptoe.com>; Duffy, John <JDuffy@steptoe.com>; Steve Ring <shr@ringlaw.us>; mike@mikerothman.com <mike@mikerothman.com>
**Subject**: Third party discovery schedule

Ari --

Per the schedule the we agreed to and filed with the court, the parties were to exchange amended/supplemental responses to the first round of discovery on Feb. 1, and to meet and confer tomorrow on those responses. Please advise as to your intentions.

Thanks.

Tony


Tony Onorato
Steptoe & Johnson LLP
750 Seventh Avenue
New York, NY 10019
212-506-3933 (Direct)
212-506-3950 (Fax)
tonorato@steptoe.com

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail at tonorato@steptoe.com and delete any copies.

Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.

Tony Onorato
Steptoe & Johnson LLP


750 Seventh Avenue
New York, NY 10019
212-506-3933 (Direct)
212-506-3950 (Fax)
tonorato@steptoe.com

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged, confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify me immediately by e-mail at tonorato@steptoe.com and delete any copies.

Internal Revenue Service Circular 230 Disclosure:  As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication
(including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue
Code or by any other applicable tax authority; or (b) promoting, marketing or
recommending to another party any tax-related matter addressed herein. We provide this
disclosure on all outbound e-mails to assure compliance with new standards of
professional practice, pursuant to which certain tax advice must satisfy requirements as to
form and substance.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

