UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BEYOND SYSTEMS, INC.**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**KRAFT FOODS INC.,** *et al.*<br><br>      **Defendants.** | Case No.: 8:08-cv-00409-PJM |

**KRAFT DEFENDANTS'
RESPONSE TO REQUEST FOR CONFERENCE (ECF NO. 420)**

Defendants Kraft Foods, Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Kraft") hereby respond to the BSI/Hypertouch Parties' request for a conference at ECF No. 420.

Rather than unnecessarily add to the voluminous docket in this matter, Kraft joins in the response of Defendant and Third-Party Plaintiff Connexus Corporation ("Connexus") at ECF No. 425 and similarly requests that the Court schedule discovery and pretrial deadlines, and a mini-trial, limited to the three issues that the Court ordered to be tried in the related *World Avenue* litigation at ECF No. 544 in that case ("Min-Trial Issues").  Kraft does not anticipate that much additional discovery will be needed prior to the mini-trial, but fairness dictates that Kraft be permitted some time to consider the filings in the *World Avenue* litigation that appear to reveal inaccurate and/or incomplete discovery responses from BSI in this matter.  At minimum, it appears BSI will need to supplement its discovery responses pursuant to FRCP 26(e), and Kraft and its experts should thereafter be permitted some time to analyze those responses and decide how to proceed.

For these reasons and those stated in Connexus' response, Kraft joins in Connexus' request that the Court schedule a mini-trial on the Mini-Trial Issues, and order the parties to submit a schedule with proposed discovery and related deadlines within ten days of the Court's order directing the parties to do so.

Respectfully submitted,

DATED:  September 16, 2011

/s/

John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

Darrell J. Graham (*Pro Hac Vice*)
THE LAW OFFICE OF DARRELL J. GRAHAM, LLC
53 W. Jackson Blvd., Suite 1334
Chicago, IL  60604
(312) 922-4533
(312) 922-4757 (facsimile)
dgraham@djgrahamlaw.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
(202) 429-3000
(202) 429-3902 (facsimile)
acavanaugh@steptoe.com
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendant Connexus Corp.*

/s/
_____
John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1624
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*