

575 SEVENTH STREET NW   WASHINGTON, DC 20004
T 202.344.4000   F 202.344.8300   www.Venable.com

September 26, 2011

T 202.344.4220
F 202.344.8300
anrothman@venable.com

**VIA ECF**
The Honorable Peter J. Messitte
The Honorable Magistrate Judge Day
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

  Re: Motion to Lift Stay for Limited Discovery (ECF No. 424)
     Beyond Systems, Inc. v. Kraft Foods, Inc. et al., Case No. 8:08-cv-00409

Dear Judge Messitte and Magistrate Judge Day:

  I am counsel of record for Connexus Corp. in the above captioned litigation, and on its behalf filed Connexus's Motion to Lift Stay for Limited Discovery and for Related Relief on September 9, 2011 (ECF No. 424.)  Specifically, the motion sought to lift the stay that had been in effect so that Connexus could obtain certain discovery.  During a telephonic hearing on September 19, 2011, Judge Messitte scheduled a mini-trial for June 2012 on the following three issues, and ordered that discovery may proceed as to these issues:

  (1) Whether Plaintiff Beyond Systems, Inc. is a *bona fide* "interactive computer service provider" entitled to bring suit under the Maryland Commercial Electronic Mail Act ("MD-CEMA"), Md. Code. Ann., Com. Law §§ 14-3001 *et seq.*, and/or whether Plaintiff Beyond Systems, Inc. is a *bona fide* "electronic mail service provider" entitled to bring suit under California Business and Professions Code §§ 17529.1 *et seq.*;

  (2) Whether Plaintiff Beyond Systems, Inc. is a *bona fide* resident of the state of Maryland within the meaning of the MD-CEMA statute; and

  (3) The nature of the relationship between Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.

Thus, Connexus's motion is now moot because the stay has been lifted, and the motion no longer requires resolution by the Court.  Connexus therefore withdraws its motion at ECF No. 424.



The Honorable Peter J. Messitte
The Honorable Magistrate Judge Day
September 26, 2011
Page 2

Sincerely,

Ari N. Rothman

*Digitally signed by: Ari N. Rothman*
*DN: CN = Ari N. Rothman*
*C = US O = Venable LLP*
*Date: 2011.09.26 08:23:37 -05'00'*

Ari N. Rothman

cc:  Counsel of Record (via ECF)