IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| | : |
| v. | : The Honorable Peter J. Messitte |
| | : |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| | : |
| Defendants. | : |

**SUPPLEMENT TO CONNEXUS'S**
**MOTION TO LIFT STAY FOR LIMITED DISCOVERY AND RELATED RELIEF**

On September 26, 2011, counsel for Defendant and Third Party Plaintiff Connexus Corp. filed the letter attached hereto as Exhibit 1 withdrawing this motion (ECF No. 424) for the reasons explained in the letter.

Respectfully submitted,

Dated: September 26, 2011

/s/
J. Douglas Baldridge, US DC-MD Bar No. 11023
Lisa Jose Fales, US DC-MD Bar No. 08141
Ari N. Rothman, US DC-MD Bar No. 17560
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September 2011, a copy of the foregoing *Supplement to Motion to Lift Stay for Limited Discovery and Related Relief* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system unless otherwise indicated:

Thomas M. Barba
John J. Duffy
Jeffrey Edward McFadden
Scott T Bielicki
Roger William Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC  20036

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main St., Suite 215
Gaithersburg, MD  20878

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850

*Counsel for Plaintiff BSI, Inc.,
Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th St., NW, Suite 800
Washington, DC  20005-2003

Darrell J. Graham
Roeser Bucheit & Graham LLC
20 N. Wacker Dr.
Suite 1330
Chicago, IL  60606

*Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.*

Sanford M Saunders , Jr.
Nicoleta Burlacu (Timofti)
Greenberg Traurig LLP
2101 L St NW Ste 1000
Washington, DC  20037

*Counsel for World Avenue USA, LLC and World Avenue Holdings, LLC*

                                                            /s/
                                            Ari N. Rothman