# **<u>Exhibit 1</u>**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

## SCHEDULING ORDER

This Court held a telephonic conference with counsel for all parties on September 19, 2011 to address how this case should proceed. During that conference or immediately thereafter, this Court **ORDERED**:

1. This action will be **BIFURCATED** as follows. The parties will first litigate the following issues: (1) whether Plaintiff Beyond Systems, Inc. is a *bona fide* "interactive computer service provider" entitled to bring suit under the Maryland Commercial Electronic Mail Act ("MD-CEMA"), Md. Code. Ann., Com. Law §§ 14-3001 *et seq*., and/or whether Plaintiff Beyond Systems, Inc. is a *bona fide* "electronic mail service provider" entitled to bring suit under California Business and Professions Code §§ 17529.1 *et seq*.; (2) whether Plaintiff Beyond Systems, Inc. is a *bona fide* resident of the state of Maryland within the meaning of the MD-CEMA statute; and (3) the nature of the relationship between Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.

2. A four day trial on the three issues set forth in the preceding paragraph will be held, with an advisory jury and subject to the Court's ruling on briefing referenced in paragraph 5 below, starting at 10 a.m. on June 19, 2012 and conclude on June 22, 2012 per ECF Nos. 427 and 428.  This trial is hereinafter referred to as the "Mini-Trial."  Following the trial, assuming the case goes forward, the Court will hold a status conference with the parties to determine the manner in which the case should proceed.

3. Discovery limited to the Mini-Trial issues may commence immediately.

4. Discovery and motions practice as to all issues not within the scope of the Mini-Trial are hereby **STAYED**.

5. Counsel for Connexus shall prepare and file a proposed scheduling order which includes deadlines for briefs addressing whether the Court or the jury shall decide the dispositive issues presented during the Mini-Trial.  The Court ordered that such briefing shall commence within sixty (60) days, and that the parties shall meet and confer before such briefing to determine whether they agree as to whether the Court or jury should decide all or some of the Mini-Trial issues.

In light of the above, and having considered this Scheduling Order, the Court **FURTHER ORDERS** that the following deadlines shall apply:

| EVENT | DEADLINE |
|---|---|
| Meet and confer re: positions on determination of Mini-Trial issues | October 12, 2011 |
| Plaintiff's and Third-Party Defendants' opening brief re: determination of Mini-Trial issues | October 19, 2011 |
| Defendants' brief re: determination of Mini-Trial issues | November 7, 2011 |
| Plaintiff's and Third-Party Defendants' reply brief re: determination of Mini-Trial issues | November 28, 2011 |
| Hybrid fact/expert reports concerning Mini-Trial issues, and materials considered in reports | November 28, 2011 |
| Last day to serve written discovery re: Mini-Trial issues | February 3, 2012 |

| EVENT | DEADLINE |
|---|---|
| Plaintiff's and Third-Party Defendants' Expert Reports re: Mini-Trial issues, and materials considered | February 17, 2012 |
| Last day to conduct hybrid fact/expert depositions, and expert depositions, re: Mini-Trial issues | March 23, 2012 |
| Last day to conduct depositions | April 30, 2012 |
| Motions *in limine* due | May 7, 2012 |
| Plaintiff to serve Pretrial Order required by Local Rule 106 | May 25, 2012 |
| Defendants to serve responses to Pretrial Order | June 4, 2012 |
| Plaintiff to file Pretrial Order required by Local Rule 106 | June 11, 2012 |
| Pre-Trial Conference | To be set by the Court |
| Trial | June 19, 2012 – June 22, 2012 |

**IT IS SO ORDERED**.

_____
The Honorable Peter J. Messitte
Senior United States District Judge