# EXHIBIT 1

| **Discovery Item as Stated in Joint Status Report [DE 414]** | **Status** |
|---|---|
| **Item 1**: Remaining deposition time for Connexus's expert, Dr. Cohen. See ECF No. 335 ("Plaintiff shall have one additional day to depose Dr. Cohen, and the scope of examination will be limited to the opinions expressed in his expert reports. Plaintiff shall be required to reimburse Dr. Cohen for his time at the deposition and any travel costs personal to him."). | **COMPLETE**: In light of changed circumstances, Plaintiff does not intend to take this day of deposition unless Dr. Cohen produces additional opinions other than those referenced in Item 6. |
| **Item 2**: Production of all documents per this Court's orders at ECF Nos. 344, 386 and 412. | **COMPLETE**. *See* Plaintiff's letter to the Court of January 27, 2011 [DE 416]. |
| **Item 3**: Disclosures of Paul Wagner and any other applicable witness per Standing Order 2010-05. | This refers to a hybrid expert report from Paul Wagner in light of the change in the Federal Rules of Civil Procedure in December, 2010.<br><br>**The parties have already provided for hybrid expert reports in the proposed scheduling order.** |
| **Item 4**: Pursuant to the parties' teleconference of January 14, 2011, BSI's potential production of the emails requested during Paul Wagner's November 13, 2009, deposition. If BSI declines to produce the files then Connexus likely will move to compel which, in turn, necessarily will result in an extension of the deadlines associated with Connexus's expert report in Item No. 6. | **These are text files that Plaintiff will produce**. Defendant claims that it needs these files to do its analysis of Paul Wagner's report outlining how he attributed the emails to Connexus. However, as has already been explained to Connexus, these are merely copies of files it already has. **Regardless, the parties have already provided for expert reports in the proposed scheduling order** |
| **Item 5**: Deposition of BSI expert John Levine concerning his December 2, 2009 supplemental report. Connexus's counsel stated his belief that this deposition could be conducted telephonically. | **This is less than half a day on the phone**. |
| **Item 6**: Connexus's expert report concerning Paul Wagner's attribution analysis (which can only be completed following the production of Item No. 4 above), and deposition of Connexus' expert concerning that report. | *See* **Item 4 above**. |