UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**BEYOND SYSTEMS, INC.**

      **Plaintiff,**

  v.

**KRAFT FOODS INC.,** *et al.*

      **Defendants.**

**Case No.: 8:08-cv-00409-PJM**

## KRAFT DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER THIS COURT'S RULING OF SEPTEMBER 19, 2011

Defendants Kraft Foods, Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Kraft") hereby file their opposition to Plaintiff Beyond Systems, Inc.'s ("BSI") Motion to Reconsider this Court's Ruling of September 19, 2011. *See* Dkt. No. 429.

As Defendant and Third-Party Plaintiff Connexus Corporation ("Connexus") demonstrates in its opposition brief (Dkt No. 432), BSI's motion merely rehashes arguments it made in its Request for Pretrial Conference (Dkt. 420) and during the September 19th hearing. BSI has therefore failed to meet the high standard on a motion for reconsideration and its motion should be denied for this reason alone. *Berman v. Congressional Towers Ltd. Partnership-Section I,* 325 F.Supp.2d 590, 595 (D. Md. 2004) ("A motion for reconsideration is simply not intended to grant relief" where a party "merely reargue[s] the legal issues that were, or could have been, advanced at the hearing.").

To avoid burdening the Court with duplicative briefing, Kraft joins in Connexus' opposition and endorses its arguments. In addition, Kraft notes that BSI's request for a trial of only one day to resolve the merits of claims that it values at tens of millions of dollars is absurd

in the extreme. Kraft and Connexus are entitled to substantially more than whatever meager time is left when BSI is done on the fourth day of trial to defend themselves against these multi-million dollar claims, and it is "fundamentally unfair" – to use BSI's phrase – to even suggest otherwise.

Accordingly, Kraft respectfully submits that BSI's motion for reconsideration should be denied and the Court should adopt Connexus' proposed scheduling order, filed at Docket No. 432-1.

Respectfully submitted,

DATED: October 11, 2011

/s/

John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

Darrell J. Graham (*Pro Hac Vice*)
ROESER BUCHEIT & GRAHAM LLC
20 N. Wacker Drive, Suite 1330
Chicago, IL  60606
312-621-0301
312-922-4757 (facsimile)
dgraham@rbglegal.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Anthony Cavanaugh
Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
(202) 429-3000
(202) 429-3902 (facsimile)
acavanaugh@steptoe.com
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendants Connexus Corp.*

/s/
_____
John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1624
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*