

575 SEVENTH STREET NW   WASHINGTON, DC 20004
T 202.344.4000   F 202.344.8300   www.Venable.com

October 17, 2011

T 202.344.4220
F 202.344.8300
anrothman@venable.com

**_VIA ECF_**
The Honorable Peter J. Messitte
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    Scheduling Order in
                   <u>Beyond Systems, Inc. v. Kraft Foods, Inc. et al., Case No. 8:08-cv-00409</u>

Dear Judge Messitte:

      During the September 19, 2011, telephonic hearing, the Court instructed me, as counsel for Connexus Corp., to file with the Court a proposed scheduling order which includes certain matters summarized below.  I then exchanged draft proposed orders with counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants Joe Wagner and Hypertouch, Inc.  The parties agree to virtually all dates but disagree as to the substance of the orders, including the issues to be tried.  Accordingly, I am submitting both proposed orders for your consideration.

      Defendants (including the Kraft defendants) request that the Court enter the scheduling order attached hereto as **<u>Exhibit 1</u>** which:

- Identifies the same Mini-Trial issues to be tried in this case as those that this Court ordered to be tried in the *Beyond Systems/World Avenue* litigation as documented by this Court's order at *World Avenue* ECF No. 544;[1]

- Pursuant to this Court's instructions provided during the September 19, 2011, telephonic hearing , includes a period for the parties to meet and confer about, and then brief, whether the judge or jury should decide the Mini-Trial issues;

- Limits discovery and all other proceedings to the Mini-Trial issues; and

- Sets forth deadlines in light of the June 2012 Mini-Trial ordered by the Court.

---

[1]     The only difference between the World Avenue Mini-Trial issues and those on Exhibit 1 is that, as to *bona fide* Internet service provider status, Connexus replaced the Florida statute at issue in the *World Avenue* litigation with the California statute at issue here.



The Honorable Peter J. Messitte
October 17, 2011
Page 2

      Plaintiff Beyond Systems, Inc. and Joe Wagner/Hypertouch asked Connexus whether it would consent to the proposed order enclosed herewith as **Exhibit 2** (the "BSI/Hypertouch Order").  Connexus objects to the BSI/Hypertouch Order because it is inconsistent with the Court's rulings in this case and the *BSI/World Avenue* litigation, and for other reasons at forth in Connexus's objections enclosed herewith as **Exhibit 3**.  Accordingly, Connexus requests that the Court enter the Scheduling Order enclosed herewith as **Exhibit 1**.

                                        Sincerely,

                                        Ari N. Rothman

Enclosures
cc:  Counsel of Record (via ECF)