```
                              FILED          ENTERED
                          ___  LODGED    ___ RECEIVED

                                OCT 24 2011

                                AT GREENBELT
                              CLERK U.S. DISTRICT COURT
                              DISTRICT OF MARYLAND
                                              BY ___ DEP
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

BEYOND SYSTEMS, INC.

        Plaintiff,

v.

KRAFT FOODS, INC., et al.,

        Defendants.

Case No. 8:08-CV-00409-PJM

The Honorable Peter J. Messitte

Magistrate Judge Charles B. Day

## SCHEDULING ORDER

This Court held a telephonic conference with counsel for all parties on September 19, 2011 to address how this case should proceed. During that conference or immediately thereafter, this Court **ORDERED**:

1. This action will be **BIFURCATED** as follows. The parties will first litigate the following three issues: (1) whether Plaintiff Beyond Systems, Inc. is a *bona fide* "interactive computer service provider" entitled to bring suit under the Maryland Commercial Electronic Mail Act ("MD-CEMA"), Md. Code. Ann., Com. Law §§ 14-3001 *et seq.*, and/or whether Plaintiff Beyond Systems, Inc. is a *bona fide* "electronic mail service provider" entitled to bring suit under California Business and Professions Code §§ 17529.1 *et seq.*; (2) whether Plaintiff Beyond Systems, Inc. is a *bona fide* resident of the state of Maryland within the meaning of the MD-CEMA statute; and (3) the nature of the relationship between Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.

2. A four-day trial on the three issues set forth in the preceding paragraph will be held, with an advisory jury and subject to the Court's ruling on briefing referenced in paragraph 5 below, starting at 10 a.m. on June 19, 2012 and conclude on June 22, 2012 per ECF Nos. 427 and 428. This trial is hereinafter referred to as the "Mini-Trial." Following the trial, assuming the case goes forward, the Court will hold a status conference with the parties to determine the manner in which the case should proceed.

3. Discovery limited to the Mini-Trial issues may commence immediately.

4. Discovery and motions practice as to all issues not within the scope of the Mini-Trial are hereby **STAYED**.

The Court **FURTHER ORDERS** that the following deadlines shall apply:

| EVENT | DEADLINE |
| --- | --- |
| Meet and confer re: positions on determination of Mini-Trial issues | October 21, 2011 |
| Plaintiff's and Third-Party Defendants' opening brief re: determination of Mini-Trial issues | October 26, 2011 |
| Defendants' brief re: determination of Mini-Trial issues | November 7, 2011 |
| Plaintiff's and Third-Party Defendants' reply brief re: determination of Mini-Trial issues | November 14, 2011 |
| Hybrid fact/expert reports concerning Mini-Trial issues, and materials considered in reports | November 28, 2011 |
| Last day to serve written discovery re: Mini-Trial issues | February 3, 2012 |
| Plaintiff's and Third-Party Defendants' Expert Reports re: Mini-Trial issues, and materials considered | February 17, 2012 |
| Defendants' Expert Reports re: Mini-Trial issues, and materials considered | March 23, 2012 |
| Last day to conduct depositions | April 30, 2012 |
| Motions *in limine* due | May 7, 2012 |
| Plaintiff to serve Pretrial Order required by Local Rule 106 | May 25, 2012 |
| Defendants to serve responses to Pretrial Order | June 4, 2012 |
| Plaintiff to file Pretrial Order required by Local Rule 106 | June 11, 2012 |
| Pre-Trial Conference | To be set by the Court |
| Trial | June 19, 2012 – June 22, 2012 |

IT IS SO ORDERED.

10/20/11

_____
The Honorable Peter J. Messitte
Senior United States District Judge