IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 8:08-CV-00409-PJM |
| ) | |
| KRAFT FOODS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**WORLD AVENUE COMPANIES AND GREENBERG TRAURIG'S CONSENT MOTION FOR EXTENSION OF TIME**

Non-Parties, World Avenue USA, LLC, TheUseful, LLC, and World Avenue Holdings, LLC, ("WAUSA Companies") and Greenberg Traurig, LLP ("GT") hereby move for a two days extension of time until Friday, November 11, 2011, at 1 P.M. in which to file its Response to Connexus Corp.'s ("Connexus") Motion to Compel compliance with Subpoenas. DE 444.

Pursuant to Local Rule 104, counsel for WAUSA Companies and GT have contacted counsel for Connexus in an effort to determine whether the extension is opposed by Connexus, and counsel for Connexus has consented to a two days extension, but no later than 1 P.M. on Friday, November 11, 2011.

**WHEREFORE**, WAUSA Companies and GT respectfully request entry of an Order extending the time within which to file its Response to Motion to Compel compliance with Subpoenas until Friday, November 11, 2011, at 1 P.M., and for such other and further relief as this Court deems just and appropriate.

1

Dated:  November 3, 2011

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

        __/s/ *Sanford M. Saunders, Jr.*_____
        Sanford M. Saunders, Jr., Esq.
        USDC, MD #4734
        saunderss@gtlaw.com
        Nicoleta Burlacu, Esq.
        BurlacuN@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, LLP
        2101 L Street, NW, Suite 1000
        Washington, DC 20037
        Telephone:  202-331-3100
        Facsimile:  202-331-3101

        *Counsel for WAUSA Companies and GT*