IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to this Court's directive during the September 19, 2011, telephonic hearing, the parties discussed whether each of the three mini-trial issues set forth on the current scheduling order at ECF No. 440 should be tried to a jury or to the Court, and are continuing to engage in those discussions to determine if an agreement can be reached. During the discussions that occurred thus far, it came to light that the parties disagree as to whether Plaintiff or Defendants will bear the burden of proof as to the mini-trial issues, and as to the extent to which the mini-trial issues are required to be affirmatively proven under the Maryland and California anti-spam statutes.

To ensure that the Court has adequate time to resolve these additional matters which, in turn, will control how the parties prepare for and present their respective cases, the parties agree and submit that these issues should be briefed simultaneously with any remaining differences respecting whether some or all of the mini-trial issues should be tried to a jury or to the Court. Therefore, the parties agreed to the following schedule to brief the Court on these issues:

  Plaintiff's Opening Brief        Nov. 18, 2011
  Defendants' Opposition Brief     Dec. 12, 2011
  Plaintiff's Reply Brief          Dec. 23, 2011

Wherefore, the parties jointly request that the Court adopt the dates stated above in modification of the scheduling order (DE 440).

Dated this 4th day of November, 2011.

Respectfully submitted,

_____/s/_____  
Ari N. Rothman  
J. Douglas Baldridge  
Lisa Jose Fales  
VENABLE LLP  
575 7th St. NW  
Washington, DC 20004  

*Counsel for Defendant Connexus Corp.*

_____/s/_____  
Barry J. Reingold  
John M. Devaney  
John K. Roche  
PERKINS COIE LLP  
607 14th Street NW, Suite 800  
Washington, D.C.  20005-2003  
(202) 434-1613 (Telephone)  
(202) 434-1690 (Facsimile)  
jroche@perkinscoie.com  
breingold@perkinscoie.com  
jdevaney@perkinscoie.com  

Darrell J. Graham  
ROESER, BUCHEIT & GRAHAM LLC  
20 N. Wacker Dr.  
Chicago, IL 60606  
(312) 922-1200  
dgraham@rbglegal.com  

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

_____/s/_____  
Thomas M. Barba (D. Md. Bar No. 28487)  
Roger W. Yoerges (D. Md. Bar No. 14088)  
Jeffrey McFadden (D. Md. Bar No. 8738)  
John J. Duffy (D. Md. Bar No. 28613)  
STEPTOE & JOHNSON LLP  
1330 Connecticut Ave., NW  
Washington, D.C.  20036  
T: 202-429-3000  
F: 202-429-3902  
tbarba@steptoe.com  
ryoerges@steptoe.com  
jmcfadden@steptoe.com  
jduffy@steptoe.com  

Anthony A. Onorato (D. Md. Bar No. 28622)  
STEPTOE & JOHNSON LLP  
750 Seventh Avenue  
New York, NY  10019  
T: 212-506-3900  
F: 212-506-3950  
tonorato@steptoe.com  

*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner*

Stephen H. Ring (USDC-MD Bar No. 00405)  
Law Offices of Stephen H. Ring, P.C.  
506 Main Street, Suite 215  
Gaithersburg, Maryland  20878  
T: 301-563-9249  
F: 301-563-9639  
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2011, the foregoing *Joint Motion to Modify Scheduling Order* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic notification system.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Ari N. Rothman | Thomas M. Barba (D. Md. Bar No. 28487) |
| J. Douglas Baldridge | Roger W. Yoerges (D. Md. Bar No. 14088) |
| Lisa Jose Fales | Jeffrey McFadden (D. Md. Bar No. 8738) |
| VENABLE LLP | John J. Duffy (D. Md. Bar No. 28613) |
| 575 7th St. NW | STEPTOE & JOHNSON LLP |
| Washington, DC 20004 | 1330 Connecticut Ave., NW |
| | Washington, D.C. 20036 |
| *Counsel for Defendant Connexus Corp.* | T: 202-429-3000 |
| | F: 202-429-3902 |
| | tbarba@steptoe.com |
| _____/s/_____ | ryoerges@steptoe.com |
| Barry J. Reingold | jmcfadden@steptoe.com |
| John M. Devaney | jduffy@steptoe.com |
| John K. Roche | |
| PERKINS COIE LLP | Anthony A. Onorato (D. Md. Bar No. 28622) |
| 607 14th Street NW, Suite 800 | STEPTOE & JOHNSON LLP |
| Washington, D.C. 20005-2003 | 750 Seventh Avenue |
| (202) 434-1613 (Telephone) | New York, NY 10019 |
| (202) 434-1690 (Facsimile) | T: 212-506-3900 |
| jroche@perkinscoie.com | F: 212-506-3950 |
| breingold@perkinscoie.com | tonorato@steptoe.com |
| jdevaney@perkinscoie.com | |
| | *Counsel for Plaintiff Beyond Systems, Inc. and* |
| Darrell J. Graham | *Third-Party Defendants James Joseph Wagner* |
| ROESER, BUCHEIT & GRAHAM LLC | |
| 20 N. Wacker Dr. | Stephen H. Ring (USDC-MD Bar No. 00405) |
| Chicago, IL 60606 | Law Offices of Stephen H. Ring, P.C. |
| (312) 922-1200 | 506 Main Street, Suite 215 |
| dgraham@rbglegal.com | Gaithersburg, Maryland 20878 |
| | T: 301-563-9249 |
| *Counsel for Defendants Kraft Foods Inc., Kraft* | F: 301-563-9639 |
| *Foods Global and Vict. Th. Engwall & Co.* | shr@ringlaw.us |
| | |
| | Mike Rothman (USDC-MD Bar No. 14568) |
| | Law Office of Michael S. Rothman |
| | 401 E. Jefferson Street, Suite 201 |
| | Rockville, MD 20850 |

          T: 301-251-9660
          F: 301-251-9610
          mike@mikerothman.com

          *Counsel for Plaintiff Beyond Systems, Inc.*




         _____/s/_____
         Jennifer M. Newton