**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| | ) | |
| KRAFT FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CONNEXUS CORP., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Strike the Defendants' defense of lack of standing, any Opposition thereto, and any Reply in support thereof, it is this _____ day of _____ hereby:

**ORDERED**, that Plaintiff's Motion **BE** and hereby is **GRANTED**. The Defendants' defense that Plaintiff lacks standing because it is not a *bona fide* ISP and was not adversely affected by violations of Maryland Commercial Law § 14-3001 *et seq*., and California Business & Professions Code § 17529, *et seq*., is hereby struck.

[ALTERNATIVELY]

Discovery and development of expert opinions shall be stayed, pending issuance of an order from **THIS COURT**, defining the standard by which Plaintiff's status as a *bona fide* ISP shall be measured. Defendants shall bear the burden of proving their affirmative defense that Plaintiff is not a *bona fide* ISP to the Jury. Plaintiff's statutory standing as a *bona fide* "Interactive computer service provider" under Maryland law and a *bona fide* "Electronic mail service provider" under California law shall be an issue on the merits of the Plaintiff's claim, to be resolved by the Jury.

**IT IS SO ORDERED.**

SIGNED:

_____
Hon. Peter J. Messitte
United States District Judge

Date: _____