IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**UNCONTESTED MOTION FOR EXTENSION OF TIME TO REPLY TO OPPOSITIONS TO
<u>CONNEXUS'S MOTION TO ENFORCE WORLD AVENUE SUBPOENAS</u>**

Connexus Corp., having obtained the consent of all affected parties to the underlying request for relief, seeks an extension of time through January 17, 2012, to reply to the oppositions to its motion to enforce compliance with subpoenas it served on Non-Parties World Avenue USA, LLC, TheUseful, LLC, World Avenue Holdings, LLC (collectively "World Avenue"), and Greenberg Traurig, LLP ("GT"). Good cause exists to grant the requested extension because it will allow Connexus time to review a forthcoming document production by Plaintiff Beyond Systems, Inc. ("BSI") and Third-Party Defendants Joe Wagner and Hypertouch, Inc. and then determine what, if anything, Connexus will need World Avenue to produce in response to the subpoenas. Connexus states as follows in further support of this motion:

1.   Currently pending before the Court is Connexus's motion to enforce compliance with subpoenas it served on World Avenue and GT. (ECF No. 441.)  In that motion, Connexus seeks to compel documents exchanged in the *BSI/World Avenue Litigation* related to the mini-trial issues that were to be tried in that case and which are now scheduled to be tried in this case in June 2012.  World Avenue and GT filed their joint Opposition to the Motion to Compel and

Cross-Motion to Quash and for Entry of Protective Order at ECF No. 449, and BSI and Third-Party Defendants opposed the motion at ECF No. 450.

2. Since the time Connexus filed its motion, Connexus, BSI, and Joe Wagner/Hypertouch have engaged in numerous meet and confers which resulted in the following agreement: (a) BSI and Joe Wagner/Hypertouch agreed to produce, by no later than December 15, 2011, most of the documents Connexus seeks via the subpoenas; and (b) Connexus agreed to review these documents and then determine what, if anything, Connexus will need World Avenue to produce in response to the subpoenas. (Ex. 1, 11/23/11 Email chain.)

3. To allow Connexus time to review the anticipated documents and undertake additional meet and confer efforts to address with counsel any unresolved issues, and in light of the intervening holidays, Connexus requests that the Court allow it to file its replies concerning its motion to enforce compliance with the World Avenue subpoenas by no later than January 17, 2012. At that time, Connexus will advise the Court that all matters have been resolved or, alternatively, which matters require resolution by the Court.

4. Also pending with the Court is BSI's and Joe Wagner/Hypertouch's Motion to Quash the subpoenas Connexus served on World Avenue. (ECF No. 439). Given that the motion to quash addresses the same subpoenas at issue, Connexus respectfully requests that the Court hold in abeyance ruling on the motion to quash pending Connexus's January 17, 2012 filing contemplated by this motion, as the forthcoming production by BSI and Joe Wagner/Hypertouch could substantially reduce if not eliminate the issues raised by that motion.

WHEREFORE, Connexus requests that the Court allow it to, by no later than January 17, 2012, file its replies concerning its motion to enforce compliance with the subpoenas it served on World Avenue and GT. (ECF No. 441).

        Respectfully submitted,

Dated:  November 28, 2011              /s/
        J. Douglas Baldridge, US DC-MD Bar No. 11023
        Lisa Jose Fales, US DC-MD Bar No. 08141
        Ari N. Rothman, US DC-MD Bar No. 17560
        VENABLE LLP
        575 7th Street, NW
        Washington, DC  20004-1601
        (202) 344-4000 (phone)
        (202) 344-8300 (fax)
        jdbaldridge@venable.com
        ljfales@venable.com
        anrothman@venable.com
        *Attorneys for Connexus Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November 2011, a copy of the foregoing UNCONTESTED MOTION FOR EXTENSION OF TIME TO REPLY TO OPPOSITIONS TO CONNEXUS'S MOTION TO ENFORCE WORLD AVENUE SUBPOENAS was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system unless otherwise indicated:

Thomas M. Barba
John J. Duffy
Jeffrey Edward McFadden
Roger William Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC  20036

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY  10019

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main St., Suite 215
Gaithersburg, MD  20878

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th St., NW, Suite 800
Washington, DC  20005-2003

Darrell J. Graham
Roeser Bucheit & Graham LLC
20 N. Wacker Dr.
Suite 1330
Chicago, IL  60606

*Counsel for Defendants Kraft Foods Inc. &*
*Vict. Th. Engwall & Co.*

Sanford M Saunders , Jr.
Greenberg Traurig LLP
2101 L St NW Ste 1000
Washington, DC  20037

*Counsel for World Avenue USA, LLC and*
*World Avenue Holdings, LLC*

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Ari N. Rothman