

575 SEVENTH STREET NW   WASHINGTON, DC 20004
T 202.344.4000   F 202.344.8300   www.Venable.com

January 5, 2012

T 202.344.4220
F 202.344.8300
anrothman@venable.com

**VIA ECF**
The Honorable Magistrate Judge Day
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:    Motion to Enforce World Avenue Subpoenas (ECF No. 441-2);
             Beyond Systems, Inc. v. Kraft Foods, Inc. et al., Case No. 8:08-cv-00409

Dear Magistrate Judge Day:

       I am counsel of record for Connexus Corp. in the above captioned litigation, and write on its behalf to alert the Court that Connexus's Motion to Compel World Avenue and Greenberg Traurig to Comply with Subpoenas (ECF No. 441-2) is now ripe for submission. Specifically, in its motion, Connexus, moved to compel production of documents from World Avenue and Greenberg Traurig concerning the Mini-Trial in this case scheduled for June 2012. World Avenue and Greenberg Traurig opposed and moved to quash the subpoenas, and Plaintiff Beyond Systems, Inc. ("BSI"), and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc., separately opposed Connexus's Motion. (ECF Nos. 449 & 450.) Counsel for Connexus, BSI and Joe Wagner/Hypertouch then met and conferred, the results of which were that BSI and Joe Wagner/Hypertouch agreed to produce almost everything Connexus requested from World Avenue by no later than December 15, 2011. Accordingly, Connexus requested that this Court allow it until January 17, 2012, to review the December 15 production and then advise the Court whether the relief Connexus seeks is still needed. The Court granted the requested extension via paperless order at ECF No. 454.

       BSI and Joe Wagner/Hypertouch failed to produce all of the documents they represented they would produce. Further, BSI and Joe Wagner/Hypertouch refuse to respond to my requests to meet and confer on these issues, and failed to address other deficiencies associated with its discovery commitments. Accordingly, today I filed Connexus's reply in support of its motion to compel production from World Avenue and its counsel, and set forth therein the reasons why the relief Connexus seeks is needed. It is Connexus's view that its motion to enforce compliance with the World Avenue subpoenas is now ripe for submission and should be granted.



The Honorable Magistrate Judge Day
January 5, 2012
Page 2

                                      Sincerely,

                                      Ari N. Rothman

cc:  Counsel of Record (via ECF)