UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                                                6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                              GREENBELT, MARYLAND 20770
                                                                                              (301) 344-0632

# **M E M O R A N D U M**

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

Re:     *Beyond Systems, Inc. v. Kraft Foods, Inc., et al.*
        Civil No. PJM 08-409

DATE:   January 6, 2012

                         * * * * * * * *


This will confirm that argument on [452] Plaintiff's Motion to Strike Affirmative Defenses Related to "ISP" Standing and for Alternative Relief, filed November 18, 2011 will be heard on **March 8, 2012 at 10:00 a.m.,** (Courtroom 4C). The parties will be allotted three hours for total argument. Counsel should advise in writing immediately if they expect oral argument to exceed the allotted timeframe.

PLEASE NOTE, however, that Judge Messitte may choose to decide this motion on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

PLEASE ALSO NOTE: Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text.


                                        /s/
                                PETER J. MESSITTE
                           UNITED STATES DISTRICT JUDGE