IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

**CONNEXUS CORP.'S MOTION FOR RELIEF CONCERNING
BEYOND SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT
ON THE MINI-TRIAL ISSUE OF BSI'S CORPORATE RESIDENCY**

Defendant Connexus Corp. seeks an order summarily denying Beyond Systems, Inc.'s "Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency" (ECF No. 457) without requiring any substantive response from any defendant, which is the same relief this Court ordered when BSI filed a motion on this very same issue in the related BSI/World Avenue Litigation (World Avenue ECF No. 701). Alternatively, pursuant to FRCP 56(d), Connexus requests that the Court allow it to file its opposition to BSI's Motion within thirty (30) days after the close of fact discovery so that Connexus can oppose it with a fully developed factual record and for the other reasons explained in the attached Memorandum of Law.

WHEREFORE, Connexus requests that the Court grant it the relief it seeks. Connexus submits herewith its Memorandum of Law in support of this motion.

Respectfully submitted,

Dated: January 6, 2012

/s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Connexus Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2012, a copy of the foregoing *Connexus Corp.'s Motion for Relief Concerning Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main St., Suite 215
Gaithersburg, MD 20878
shr@ringlaw.com

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,
Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th St., NW, Suite 800
Washington, DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Dr.
Suite 1330
Chicago, IL 60606
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc.
& Vict. Th. Engwall & Co.*

              /s/
Ari N. Rothman