EXHIBIT 2

Paul Wagner, 02:59 AM 9/10/2003 -0700, IP allocation plan for the Sherwood Road locale

Date: Tue, 09 Sep 2003 23:59:31 -0700
To: Joe Wagner <joew@hypertouch.com>, mike@castalia.net
From: Paul Wagner <wagner@ai.mit.edu>
Subject: IP allocation plan for the Sherwood Road locale

Joe,

I plan to leave the little Mac at the parents' house for the time being, for the MD spam law protection afforded there. (I realize that MD law theoretically should protect any domain name registered in MD, regardless of where a particular server is located, but a DC locale might add unnecessary complexity in appearances.)

Currently there are two working DSL accounts going to the parents' house, the old one with 11 static IPs (and going through their voice line), and the new one with 10 IPs (and going through their fax line). The new line has better bandwidth, so I will soon migrate everything to it -- or to Castalia -- and drop the old line. Here are descriptions of the two lines:

## Old DSL Account

Order ID:
1963380

SERVICE LOCATION
1612 Sherwood Rd
Silverspring, MD 20902
CONTACT PHONE
(301)593-6556
BILLING E-MAIL
wagner@ai.mit.edu
PRIMARY USERNAME
thewagners
OTHER USERNAMES
theagners
CALL CENTER (C.O.)
*not available*
DISTANCE FROM C.O.
9540
REQUESTED SERVICE LEVEL
Sysadmin ADSL 1.5/384 DSL Self-Install (C)
HARDWARE COST
$ 275.00
IP ADDRESS(ES)
66.92.148.26, 66.92.148.240, 66.92.148.12, 66.92.148.188, 66.92.148.105, 66.92.148.181, 66.92.148.241, 66.92.148.242, 66.92.148.243, 66.92.148.244, 66.92.148.236
GATEWAY / SUBNET MASK
66.92.148.1 / 255.255.255.0
DNS SERVERS (in order)



EXHIBIT
P. Wagner 12
9.21.2011  GH

Paul Wagner, 02:59 AM 9/10/2003 -0700, IP allocation plan for the Sherwood Road locale

66.92.159.2
216.231.41.2


## New DSL Account

Order ID:
2800945

SERVICE LOCATION
1612 Sherwood Rd
Silverspring, MD 20902
CONTACT PHONE
(301)593-6556
BILLING E-MAIL
wagner@ai.mit.edu
PRIMARY USERNAME
theagners
OTHER USERNAMES
thewagners
CALL CENTER (C.O.)
*not available*
DISTANCE FROM C.O.
9540
REQUESTED SERVICE LEVEL
Net Commuter ADSL 1.5/384 Self-Install (C)
HARDWARE COST
$ 199.00
IP ADDRESS(ES)
66.92.173.120, 66.92.173.121, 66.92.173.122, 66.92.173.123, 66.92.173.124, 66.92.173.125, 66.92.173.126, 66.92.173.127, 66.92.173.128, 66.92.173.129
GATEWAY / SUBNET MASK
66.92.173.1 / 255.255.255.0
DNS SERVERS (in order)
66.92.159.2
216.231.41.2

Here are host/IP assigments, currently and in the future (after the migration):

Current IP assignments:

66.92.148.12   not used [didn't realize I could or did have this 11th IP address]
66.92.148.26   HP Officejet G85 All-in-one [i.e., the JetDirect print server thereto]
66.92.148.105  Rivendell [DNS server]
66.92.148.181  Webmail [MS Exchange server]
66.92.148.188  p2_d2 [Linux server]

---

Printed for

BSI-JiCos-128251

2

BSI0020293

Paul Wagner, 02:59 AM 9/10/2003 -0700, IP allocation plan for the Sherwood Road locale

```
66.92.148.236  little Mac server [where spam to safemailbox.net and .com first arrive]
66.92.148.240  not used [formerly, Dad's Mac]
66.92.148.241  Mom's Mac
66.92.148.242  Apple Airport Base Station
66.92.148.243  Mom's Sony Vaio laptop
66.92.148.244  spare [for any wireless client]
66.92.173.120  Dad's Mac
66.92.173.121
66.92.173.122
66.92.173.123
66.92.173.124
66.92.173.125
66.92.173.126
66.92.173.127
66.92.173.128
66.92.173.129
```

**Future IP assignments:**

```
66.92.173.120  Dad's Mac
66.92.173.121  Mom's Mac
66.92.173.122  Mom's new PC [3-disk RAID workstation, yet to be built]
66.92.173.123  spare [for any wired client]
66.92.173.124  Apple Airport Base Station
66.92.173.125  Mom's Sony Vaio laptop
66.92.173.126  spare [for any wireless client]
66.92.173.127  not used
66.92.173.128  little Mac server [where spam to safemailbox.net and .com first arrive]
66.92.173.129  HP Officejet G85 All-in-one [i.e., the JetDirect print server thereto]
```

Cheers,
Paul


At 08:02 PM 9/9/2003 -0700, Joe Wagner wrote:
Which IP addresses are on that DSL line? Is the little Mac getting moved or is it staying in MD for the MD spam law protection.

Joe

At 09:55 PM 9/9/2003 -0700, Paul Wagner wrote:

Mike,

I would like to shutdown the surplus DSL line at my parents' house this week.
Our servers are running on that line at the moment.

**Paul Wagner, 02:59 AM 9/10/2003 -0700, IP allocation plan for the Sherwood Road locale**

We have 62 working IP addresses at Castalia now. I have time this evening to change DNS registration settings with Internic et al., and ask that you call me this evening so that we can coordinate our actions (and give time for the changes to propagate across the Internet).

Tomorrow (on Wednesday) I won't have time to interact with Internic et al. until after 10:00pm.

On Thursday morning I'll drive up to my parents' house and retrieve the computers.

Thx,
Paul