# EXHIBIT 3

Small Claims Form 11:　　　**Superior Court of the District of Columbia**　　　General
　　　　　　　　　　　　　　　　　　　　CIVIL DIVISION
　　　　　　　　　　　　　　SMALL CLAIMS AND CONCILIATION BRANCH
　　　　　　　　　　　　　　　　　500 Indiana Ave., N.W.　　Room JM-260
　　　　　　　　　　　　　　　　　WASHINGTON, D.C. 20001　TELEPHONE 879-1120

Paul A. Wagner　　　　　　　　　　　　　　　(1) Sprint International Communications Corporation
_____　　　　　_____
　　　　　Plaintiff
1837 R Street NW　　　　　　　vs.　　　(2) _____
_____
Washington DC 20009　　　　　　　　　　(3) _____
_____　　　　　　　　　　　　　　　　　　　　　　　Defendant
Address　　　　　Zip Code

Phone No. 202 234-4444　　No. SC 017505-01　　　　　☐ Collection Case

## STATEMENT OF CLAIM

On or before April 23, 2001, I called Sprint and requested a calling card specifically with Sprint's lowest rate to Germany (where my new girlfriend lived). The Sprint representative quoted me a rate of **25 cents/minute** to Germany and issued the calling card and an access code on April 23, 2001. I then made immediate use of this calling card, and called Germany for 7 hours. However, the bill from Sprint was at over $2/minute. A call to Sprint on Oct. 24, 2001, confirmed that Sprint currently offers a calling card at 19 cents/minute to Germany. I taped it.

DISTRICT OF COLUMBIA, ss:　Paul A. Wagner　being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____　　　　　　　　　　　　_____
Attorney for Plaintiff　　　　　　　　　　　　　Plaintiff (or agent)
_____　　Bar No. _____
Address　　　Zip Code
Phone No. _____
Subscribed and sworn to before me this ____ day of _____
　　　　　　　　　　　　　　　　　　　　　(month and year)
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk (or notary public)

## NOTICE
### All parties must notify the court of any address changes.

To: (1) Sprint International Communications Corporation　　(2) _____
Registered Agent in DC:　　　　Defendant　　　　　　　　　　　　　　　　　　　Defendant
Prentice Hall Corporation Systems, Inc.　☐　[EXHIBIT P. Wagner 8  7-21-11  aH]　☐ Home Address
Home Address 1090 Vermont Avenue, NW
Washington DC 20005　　☐　　　　　　　　　　　　　　　　　　　　　　　　　　　☐
Business Address　　Zip Code　　　　　　　　　　　　　　　　　　　　　　　Business Address

You are hereby notified that Paul A. Wagner _____ has made a claim and is requesting judgment against you in the sum of one thousand three hundred fifty-eight and twenty-eight/100 dollars ($1358.28), as shown by the foregoing statement. The court will hold a hearing upon this claim on 11/26/01

at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, **Courtroom JM-12.**

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Form CV-471/Dec. '98　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Small Claims and Conciliation Branch

BSI0020268

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.    Room JM-260
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Form 11:    General

Plaintiff: Paul A. Wagner (Beyond Systems)
1837 E Street SW
Washington DC 20009
Phone No. 202 234-4444

vs.

Defendant:
(1) VisionLab Telecommunications
(2)
(3)

No. SC 02sc11252

☐ Collection Case

## STATEMENT OF CLAIM

In June 2002, VisionLab, or an agent, sent unsolicited bulk advertising ("spam") to our office fax machine, causing harm and other expense to Plaintiff.

DISTRICT OF COLUMBIA, ss: Paul A. Wagner (Beyond Systems) being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____    Plaintiff (or agent)
Attorney for Plaintiff    Bar No.

Address    Zip Code
Phone No.

Subscribed and sworn to before me this 17 day of July 02 (month and year)

C. Rogers
Deputy Clerk (or notary public)

## NOTICE
### All parties must notify the court of any address changes.

To:
(1) Amin El-Gazzar, VisionLab Telecommunications
     Defendant
(2)
     Defendant

Home Address:
Business Address: 1630 Michigan Avenue, Suite 1014
Miami Beach, FL 33139-2549    ☑

You are hereby notified that Paul A. Wagner (Beyond Systems) has made a claim and is requesting judgment against you in the sum of one thousand dollars ($1000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 8/15/02 at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, Courtroom JM-12.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Form CV-471/Dec. '98

Deputy Clerk
Small Claims and Conciliation Branch

# Superior Court of the District of Columbia
CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Paul A. Wagner, Plaintiff

vs.   SC No. 02SC11252

VisionLab Telecommunications, Defendant

Plaintiff P.W.

OTION OF: Amendment P.W.   TO ~~the~~ judgment amount   amend requested   P.W.

ate briefly what you want the Court to do) Instead of one thousand dollars ($1000), I hereby request one thousand five hundred dollars ($1500).

t Name: Paul A. Wagner
Signature: [signed] Paul A Wag

lress: 1837 R St. NW Washington, DC 20009

Home Phone No. 202 234-4144
Business Phone 202 234-4144

he best of my knowledge the above statements are true.
scribed to before me this 22 day of August, 20 02

[signed] C. Rogers
Deputy Clerk/Notary Public

IS MOTION HAS BEEN SET FOR HEARING IN SMALL CLAIM COURT ROOM JM-12

9/12/02 AT 9:00 A.M.

PY OF THE ABOVE MOTION WAS MAILED FROM THE CLERK'S OFFICE TO:

hand delivered to the pltff 8/22/02
mail a copy to the deft

BE NECESSARY FOR YOU TO APPEAR ON THE ABOVE DATE

15/Aug.00

BSI0020270

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Form 11:   General

**Plaintiff:** Paul A. Wagner (Beyond Systems)
**Address:** 1837 R Street NW
**Zip Code:** Washington DC 20009

vs.

**Defendant:**
(1) First Horizon Home Loans
(2) ___
(3) ___

**Phone No.** 202 234-4444   **No. SC** 02SC11253   ☐ Collection Case

## STATEMENT OF CLAIM or an agent

On several occasions, First Horizon has sent unsolicited bulk advertising ("spam") to ~~defendant~~ Plaintiff's office fax machine, causing harm and undue expense to Plaintiff.

DISTRICT OF COLUMBIA, ss: Paul A. Wagner (Beyond Systems) being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____   [signature]
Attorney for Plaintiff        Plaintiff (or agent)
                              Bar No. _____

Address _____   Zip Code _____
Phone No. _____

Subscribed and sworn to before me this **17** day of **July 02** (month and year)

[signature] Rogers
Deputy Clerk (or notary public)

## NOTICE
**All parties must notify the court of any address changes.**

To: First Horizon Home Loans
(1) ~~Registered agent~~ C.T. Corporate System
Home Address _____
Business Address: 1025 Vermont Avenue NW, Washington DC 20005   ☑

(2) _____
Home Address _____
Business Address _____   ☐

You are hereby notified that **Paul A. Wagner (Beyond Systems)** has made a claim and is requesting judgment against you in the sum of **One Thousand** dollars ($ 1000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on **8/15/02** at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, **Courtroom JM-12**.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

Form CV-471/Dec. '98

**Superior Court of the District of Columbia**
CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.    Room JM-260
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Form 11:    General

Plaintiff: Paul A. Wagner (Beyond Systems)
Address: 1837 R Street NW
Washington DC 20009
Phone No.: 202 234-4444
No. SC 02sc11254

vs.

Defendant (1): Cell Direct
(2):
(3):

☐ Collection Case

**STATEMENT OF CLAIM**

Cell Direct, or an agent, has sent unsolicited bulk advertising ("spam") to Plaintiff's office fax machine, causing harm and undue expense to Plaintiff.

DISTRICT OF COLUMBIA, ss: Paul A. Wagner (Beyond Systems) being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Attorney for Plaintiff: _____
Address: _____   Zip Code: _____
Phone No.: _____
Bar No.: _____
Plaintiff (or agent): [signature]

Subscribed and sworn to before me this 17 day of July 02 (month and year)

Deputy Clerk (or notary public): [signature]

**NOTICE**

...address changes.

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☒ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
02sc11254  9/12/02
Mr. Josh Green
c/o Cell Direct Corp
11138 Rockville Pike
Suite B
Rockville, MD 20852

4a. Article Number

4b. Service Type
☐ Registered    ☐ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery: 8/28/02

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X [signature]

PS Form 3811, December 1994    Domestic Return Receipt

Defendant: Paul Greene
Home Address: 4265 Howard St, Kensington MD 20895
Business Address: (Beyond Systems)
...has made a claim and is requesting judgment
dollars ($3900.00)
8/15/02

J.W., John Marshall level, Courtroom JM-12.

Form CV-471/Dec. '98

Deputy Clerk
Small Claims and Conciliation Branch

BSI0020272

Small Claims Form 11:

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

General

Plaintiff: Paul A. Wagner (Beyond Systems)
Address: 1837 R Street NW
Washington DC 20009
Phone No. 302 234-4444

vs.

Defendant: (1) XO Communications ("XO")
(2)
(3)

No. SC 02SC11255  ☐ Collection Case

## STATEMENT OF CLAIM

XO failed to provide Internet service at the quality and capacity level specified in our contract — i.e., 1.5 Mbps S-DSL. Plaintiff warned XO of this shortfall in writing over many months, and requested a billing adjustment. XO abruptly cut off all service, causing great harm to Plaintiff and Plaintiff's customers.

DISTRICT OF COLUMBIA, ss: Paul A. Wagner (BSI) being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Subscribed and sworn to before me this 17 day of July 2002

(Deputy Clerk or notary public)

## NOTICE
**All parties must notify the court of any address changes.**

To:
(1) Daniel F. Ackerson, XO Communications, Inc.
Home Address: 11111 Sunset Hills Rd., Reston VA 20190-5339

You are hereby notified that Paul A. Wagner (Beyond Systems) has made a claim and is requesting judgment against you in the sum of five thousand dollars ($5,000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 8/15/02 at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, **Courtroom JM-12.**

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Form CV-471/Dec. '98

Deputy Clerk
Small Claims and Conciliation Branch

BSI0020273

Small Claims Form 11:

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.      Room JM-260
WASHINGTON, D.C. 20001     TELEPHONE 879-1120

General

Plaintiff: Paul A. Wagner
837 R Street NW
Washington DC 20009

(1) Pepco
(2)
(3)
Defendant

Phone No. 202 234-4404
No. SC 011450-02
☐ Collection Case

## STATEMENT OF CLAIM

In June 2001: Excessive voltage fluctuations on Pepco's line over a period of several days burned out my air conditioner circulator pump. (Pepco Claim No. GP01-1917JLLW)

DISTRICT OF COLUMBIA, ss: Paul A. Wagner being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Attorney for Plaintiff
Address    Zip Code
Phone No.

Bar No.
Plaintiff (or agent): [signed] Paul Wagner

Subscribed and sworn to before me this 17 day of July 02 (month and year)
[signed] Deputy Clerk (or notary public)

## NOTICE
**All parties must notify the court of any address changes.**

To:
(1) Potomac Electric Power Company
Registered Agent: John J. Sullivan
Defendant
Home Address 701 9th St NW  Zip Code 10th Floor
Washington DC 20068
Business Address

(2)
Defendant
Home Address
Business Address

You are hereby notified that Paul A. Wagner has made a claim and is requesting judgment against you in the sum of two thousand seventy-nine dollars ($2077.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 8/15/02 at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, **Courtroom JM-12**.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Form CV-471/Dec '98
Deputy Clerk
BSI0020274

## Superior Court of the District of Columbia
CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Paul M Wagner, Plaintiff

vs.   SC No. 014392-02

Visionlab Telecommunications, Defendant

MOTION OF: Plaintiff TO conduct discovery

(State briefly what you want the Court to do) I have evidence that Defendant knowingly, willfully and illegally sent me unsolicited commercial (faxes) and would like permission to seek additional evidence — directly from Defendant — to eliminate any doubt. I would like to ask twenty (20) specific questions to Defendant and to subpoena documents and/or witnesses.

| Print Name | Signature |
|---|---|
| Paul M. Wagner | Sincerely, Paul Wagner |

| Address | Home Phone No. | Business Phone |
|---|---|---|
| 1837 R St NW Wash DC 20009 | 202 234-4494 | none |

To the best of my knowledge the above statements are true.
Subscribed to before me this ___ day of _____, 2002

Deputy Clerk/Notary Public

THIS MOTION HAS BEEN SET FOR HEARING IN SMALL CLAIM COURT ROOM JM-12
ON 10/07/02 AT 9:00 A.M.

A COPY OF THE ABOVE MOTION WAS MAILED FROM THE CLERK'S OFFICE TO:
cc/ hand del. to Pltf.
cc/ mailed to Deft.   9/20/02

IT WILL BE NECESSARY FOR YOU TO APPEAR ON THE ABOVE DATE

Form CV(5)-1455/Aug.00

BSI0020275

Small Claims Form 11:  **Superior Court of the District of Columbia**
General →

CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Paul A. Wagner _____ Plaintiff    vs.    (1) Cell Direct Corp.
1837 R Street NW                    (2) _____
Washington DC 20009                 (3) _____
Address          Zip Code                         Defendant

Phone No. 202 234-4444    No. SC 02sc 14395    ☐ Collection Case

### STATEMENT OF CLAIM

Cell Direct or an agent has sent unsolicited bulk advertising ("junk faxes") to Plaintiff's fax machine causing harm and undue expense to Plaintiff.

DISTRICT OF COLUMBIA, ss: ___Paul A. Wagner___ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____
Attorney for Plaintiff        /s/ Paul Wagner
                              Plaintiff (or agent)
Address    Zip Code    Bar No. _____

Phone No. _____

Subscribed and sworn to before me this __3__ day of __September__ '02
                                                 month and year
                                        _____
                                        Deputy Clerk (or notary public)

### NOTICE
**All parties must notify the court of any address changes.**

To: Josh Green                      Cell Direct Corp.
(1) Cell Direct                     (2) Resident Agent: Paul Greene
         Defendant                              Defendant
                                    4265 Howard Ave,
Home Address                        Kensington MD 20895
1138 Rockville Pike, Suite B        Home Address
Rockville MD 20852
Business Address   Zip Code         Business Address

You are hereby notified that __Paul A. Wagner__, has made a claim and is requesting judgment against you in the sum of __three thousand__ dollars ($ 3000.00 ), as shown by the foregoing statement. The court will hold a hearing upon this claim on __10/7/02__ at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, **Courtroom JM-12**.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

CV-471/Jan. 02                  *Deputy Clerk*
                     *Small Claims and Conciliation Branch*

BSI0020276

Small Claims Form 11:

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

→ General

Paul A. Wagner
Plaintiff
1837 R Street, NW
Washington DC 20009
Address   Zip Code

vs.

(1) Cell Direct Corporation
(2) _____
(3) _____
Defendant

FILED
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Phone No. 202-234-4444   No. SC 02sc1568 3   ☐ Collection Case

## STATEMENT OF CLAIM

Cell Direct has sent unsolicited bulk advertising (" junk faxes") to Plaintiff's fax machine, causing harm and undue expense to Plaintiff.

DISTRICT OF COLUMBIA, ss: Paul A. Wagner being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____
Attorney for Plaintiff

_____
Address    Zip Code

Phone No. _____

Subscribed and sworn to before me this 7 day of October 02 month and year

[signature] Paul Wagner
Plaintiff (or agent)
Bar No.

[signature] C. Rogers
Deputy Clerk (or notary public)

## NOTICE
All parties must notify the court of any address changes. CellDirect Corporation
c/o Maryland State Dept. of Assessments + Taxation

To:
(1) Josh Green
Cell Direct Corp.
Defendant

(2) _____
Defendant

Home Address 11/23 Rockville Pike, Suite B   Zip Code
Rockville MD 20852
Business Address ☒

301 W. Preston Street   Home Address
Baltimore MD 21201
Business Address ☒

You are hereby notified that Paul A. Wagner has made a claim and is requesting judgment against you in the sum of five three thousand dollars ($ 5000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on ~~6-17-02~~ ~~1/22/03~~ ~~4/30/03~~ 5/28/03 at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, Courtroom JM-12.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

CV-471/Jan. 02

Deputy Clerk
Small Claims and Conciliation Branch

BSI0020277

Small Claims Form 11:

# Superior Court of the District of Columbia
## CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
500 Indiana Ave., N.W.   Room JM-260
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

General →

Paul A. Wagner
1837 R Street NW
Washington DC 20009

Plaintiff

vs.

(1) DoubleClick, Inc.
(2) Inter Next Media Corp.
(3) Browserwise, Inc.

Defendant

Phone No. 202 234-4444   No. SC _____   ☐ Collection Case

## STATEMENT OF CLAIM

Defendant(s) and/or agent(s) caused a virus, trojan or other destructive/disruptive program to be installed on my workstation. The damage is ongoing. It is difficult, time consuming and probably impossible to remove it completely.

DISTRICT OF COLUMBIA, ss: Paul A. Wagner being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____   Paul A. Wagner
Attorney for Plaintiff        Plaintiff (or agent)

FILED NOV 19 2002

Subscribed and sworn to before me this 18 day of November 02

C. Rogers, Deputy Clerk (or notary public)

(3) Browserwise, Inc.
c/o Agent for Service of Process: Jeffrey E. Gersh
9107 Wilshire Blvd. Suite 300
Beverly Hills, CA 90210

## NOTICE
**All parties must notify the court of any address changes.**

To: Double Click, Inc.
(1) Kevin O'Connor, Chairman
450 West 33rd Street
New York, NY 10001  (212)271-2542
Home Address   Zip Code
Double Click, Inc.
c/o Secretary of State of New York
Business Address: Division of Corporations & State Records
41 State Street, Albany, NY 12207

(2) Inter Next Media Corp.
c/o Agent for Service of Process: Daniel Tomtdian
5200 White Oak Ave.
Suite 48
Encino, CA 91316
Home Address

You are hereby notified that Paul A. Wagner has made a claim and is requesting judgment against you in the sum of five thousand dollars ($5000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 12/16/02 ~~2/3/03~~ at 9:00 a.m. in the Small Claims and Conciliation Branch located at 500 Indiana Ave., N.W., John Marshall level, **Courtroom JM-12.**

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/Jan. 02

BSI0020278