# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | : | |
| | : | |
| Plaintiff, | : | Case No. 8:08-CV-00409-PJM |
| | : | |
| v. | : | The Honorable Peter J. Messitte |
| | : | |
| KRAFT FOODS, INC., et al., | : | Magistrate Judge Charles B. Day |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF ARI N. ROTHMAN

I, Ari N. Rothman, being over the age of eighteen (18), declare:

1. I am an attorney at the law firm of Venable LLP. I am counsel of record for Connexus Corp. in the above-captioned action, and I have personal knowledge of the matters set forth herein unless stated otherwise.

2. Attached hereto as Exhibit A true and correct copies of certain pages from interrogatory responses my office received from Plaintiff Beyond Systems, Inc. ("BSI").

3. Attached hereto as Exhibit B are letters my office received from BSI's counsel in December 2011 and January 2012 (my office received a letter and CD today). I and others are determining whether follow-up written, deposition, written, and/or expert discovery is needed in light of the recent productions. That determination will not be made by Monday, January 9, 2012 (the date Connexus's opposition to BSI's summary judgment motion is due according to the ECF notice I received).

\* \* \*

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 6th day of January, 2012, in Washington, D.C.

                                                                                                   /s/  
                                                                                             Ari N. Rothman

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRAFT FOODS, INC., *et al.*, <br><br> Defendants. | Case No. 8:08-cv-00409 (PJM)(CBD) |
| CONNEXUS CORP., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JAMES JOSEPH WAGNER, *et al.*, <br><br> Third-Party Defendants. | |

**BEYOND SYSTEMS, INC.'S RESPONSES AND OBJECTIONS TO
CONNEXUS CORP.'S FIRST SET OF INTERROGATORIES
CONCERNING MINI-TRIAL ISSUES**

Beyond Systems, Inc. ("BSI") hereby submits its objections and responses to Connexus Corp.'s ("Connexus") First Set of Interrogatories Concerning Mini-Trial Issues to Beyond Systems, Inc. (Nos. 1-5).

**GENERAL OBJECTIONS**

1. In light of the Court's order that discovery shall be limited to the mini-trial issues, BSI objects on the ground that these interrogatories are overly broad. The parties are currently engaged in briefing on the scope of the mini-trial issues, with Plaintiff's opening brief due to be

| | |
|---|---|
| Address used in BSI's 2005 tax return: | WMD |
| BSI's 2005 PPB: | WMD |
| BSI's 2005 OPB: | SSMD |
| In 2005 BSI remained incorporated in: | Maryland |
| | |
| Address used in BSI's 2006 tax return: | WMD |
| BSI's 2006 PPB: | WMD |
| BSI's 2006 OPB: | SSMD |
| In 2006 BSI remained incorporated in: | Maryland |
| | |
| Address used in BSI's 2007 tax return: | BMD |
| BSI's 2007 PPB: | WMD |
| BSI's 2007 OPB: | SSMD |
| In 2007 BSI remained incorporated in: | Maryland |
| | |
| Address used in BSI's 2008 tax return: | BMD |
| BSI's 2008 PPB: | BMD |
| BSI's 2008 OPB: | SSMD, WMD |
| In 2008 BSI remained incorporated in: | Maryland |
| | |
| Address used in BSI's 2009 tax return: | BMD |
| BSI's 2009 PPB: | BMD |
| BSI's 2009 OPB: | SSMD, WMD |
| In 2009 BSI remained incorporated in: | Maryland |
| | |
| Address used in BSI's 2010 tax return: | BMD |
| BSI's 2010 PPB: | BMD |
| BSI's 2010 OPB: | SSMD, WMD |
| In 2010 BSI remained incorporated in: | Maryland |
| | |
| BSI's 2011 PPB: | BMD |
| BSI's 2011 OPB: | SSMD, WMD |
| In 2011 BSI remains incorporated in: | Maryland |

Plaintiff expressly reserves the right to amend and/or supplement this response.

## **INTERROGATORY No. 5:**

Explain why you contend you are, and have been since 1997, a bona fide resident of Maryland, and identify all facts and documents which support your contention that you are a bona fide resident of Maryland.

**RESPONSE TO INTERROGATORY No. 5:**

BSI objects to this Interrogatory on the ground that discovery in this case closed in May 2009.

BSI further objects to this Interrogatory on the ground that Connexus has already exceeded the number of interrogatories permitted under the Federal Rules of Civil Procedure.

BSI further objects to this Interrogatory on the ground that it is duplicative and redundant of discovery already previously served in this case by Connexus.

BSI further objects to this Interrogatory on the ground that it is overly broad and unduly burdensome, and not limited to the three issues ordered by the Court to be litigated at the mini-trial per DE 440.

BSI further objects to this Interrogatory on the ground that it is vague and ambiguous, including as to "bona fide resident."

BSI further objects to this Interrogatory on the ground that it seeks information that is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

BSI further objects to this Interrogatory on the ground that the requested information is, at least in part, in Connexus's possession.

BSI further objects to this Interrogatory on the ground that it calls for a legal conclusion.

Subject to and without waiving the foregoing objections, BSI states as follows: The extraordinary breadth of this Interrogatory, especially in light of the limited mini-trial issues this Court has ordered, requires that the Court provide the parties guidance. The parties are presently engaged in briefing the Court on the scope of the mini-trial issues, with Plaintiff's opening brief due to be submitted on November 18, 2011. Until the Court rules on the contours of the

elements of the statutes at issues and the mini-trial issues, Plaintiff cannot reasonably respond to this Interrogatory, and thus objects for the reasons stated above, including but not limited to that the Interrogatory is vague, ambiguous, and overbroad. Plaintiff expressly reserves the right to amend and/or supplement this response.

AS TO FORM AND OBJECTIONS ONLY

Date: November 16, 2011               Respectfully submitted,

_____/s/_____               *Of Counsel:*
Thomas M. Barba (D. Md. Bar No. 28487)
Roger W. Yoerges (D. Md. Bar No. 14088)               Stephen H. Ring (USDC-MD Bar No. 00405)
Jeffrey McFadden (D. Md. Bar No. 8738)                Law Offices of Stephen H. Ring, P.C.
John J. Duffy (D. Md. Bar No. 28613)                  506 Main Street, Suite 215
STEPTOE & JOHNSON LLP                                 Gaithersburg, Maryland 20878
1330 Connecticut Ave., NW                             T: 301-563-9249
Washington, D.C. 20036                                F: 301-563-9639
T: 202-429-3000                                       shr@ringlaw.us
F: 202-429-3902
tbarba@steptoe.com                                    Mike Rothman (USDC-MD Bar No. 14568)
ryoerges@steptoe.com                                  Law Office of Michael S. Rothman
jmcfadden@steptoe.com                                 401 E. Jefferson Street, Suite 201
jduffy@steptoe.com                                    Rockville, MD 20850
                                                      T: 301-251-9660
Anthony A. Onorato (D. Md. Bar No. 28622)             F: 301-251-9610
STEPTOE & JOHNSON LLP                                 mike@mikerothman.com
750 Seventh Avenue
New York, NY 10019                                    *Counsel for Plaintiff Beyond Systems, Inc.*
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

16

## **VERIFICATION**

I, Paul A. Wagner, declare and state:

I am President of BEYOND SYSTEMS, INC. and am authorized to sign this verification as to BEYOND SYSTEMS, INC.'S RESPONSES AND OBJECTIONS TO CONNEXUS CORP.'S FIRST SET OF INTERROGATORIES CONCERNING MINI-TRIAL ISSUES in the case of *Beyond Systems Inc. v. Kraft Foods Inc.*, et al 08-CV-00409 (PJM)(CD), filed in the United States District Court for the District of Maryland.

All matters set forth herein are within my personal knowledge, and I am the only person at Beyond Systems Inc. who has knowledge of all such matters. The information contained within these responses is drawn from pertinent business records and from my own knowledge and information, and based thereon I believe the information contained in these responses is true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 16, 2011 in the District of Columbia.

*[signature]*
Paul A. Wagner

# EXHIBIT B

# STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

WRITER'S DIRECT DIAL
202.457.8311

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

December 9, 2011

Via FEDERAL EXPRESS

Ari N. Rothman
VENABLE LLP
575 Seventh Street NW
Washington DC 20004

Re:   *Beyond Systems Inc. v. Kraft Foods Inc., et al., 08-cv-00409 (PJM)*

Dear Ari:

Enclosed please find a disc containing documents being produced by Plaintiff Beyond Systems, Inc., ranging from BSI0021197 through BSI0022772.

Sincerely,

*(signature)* ETF
Jennifer M. Newton
Paralegal Specialist

# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Anthony Onorato
212.506.3933
tonorato@steptoe.com

750 Seventh Avenue
New York, NY 10019
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

December 15, 2011

<u>Via U.S. MAIL</u>

Ari Rothman, Esq.
Venable LLP
575 Seventh Street NW
Washington, D.C. 20004
anrothman@venable.com

Re:   *Beyond Systems, Inc. v. Kraft Foods, Inc.*, Case No. 8:08-cv-00409 (PJM)(CBD)

Dear Ari:

     Enclosed please find documents produced pursuant to our recent conferences. We reserve the right to produce additional documents, including expert materials and discovery responses, of which we are finalizing our review. With regard to your email raising questions about gaps in the Bates numbers of the World Avenue production, there are and will be certain gaps because not every document produced in the World Avenue production falls within the categories of documents we agreed to produce, which, as you will recall, comprise all documents produced to World Avenue post-mini-trial order, and the documents produced to World Avenue pre-mini-trial-order that relate to the three mini trial issues which have not already been produced to Connexus/Kraft.

     We reserve all rights to challenge, *inter alia*, the authenticity, relevance, and admissibility of any document produced.

Sincerely,

Anthony Onorato

Encs.
Cc:  John Roche, Esq.
      Darrell Graham, Esq.

WASHINGTON • NEW YORK • CHICAGO • PHOENIX • LOS ANGELES • CENTURY CITY • LONDON • BRUSSELS

# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL
202.457.8311

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

December 22, 2011

Via FEDERAL EXPRESS

Ari N. Rothman
VENABLE LLP
575 Seventh Street NW
Washington DC 20004

Re:   *Beyond Systems Inc. v. Kraft Foods Inc., et al., 08-cv-00409 (PJM)*

Dear Ari:

    Enclosed please find three discs containing documents being produced by Plaintiff Beyond Systems, Inc. and Third-Party Defendant Hypertouch, Inc. The documents range from BSI0034140 through BSI0043661 and HYPER000001 through HYPER000110.

Sincerely,

Jennifer M. Newton
Paralegal Specialist

Cc:   John Roche, Esq.
       Darrell Graham, Esq.

# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL
202.457.8311

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

January 5, 2012

Via FEDERAL EXPRESS

Ari N. Rothman
VENABLE LLP
575 Seventh Street NW
Washington DC 20004

Re: *Beyond Systems Inc. v. Kraft Foods Inc., et al., 08-cv-00409 (PJM)*

Dear Ari:

Enclosed please find a disc containing documents being produced by Plaintiff Beyond Systems, Inc., ranging from BSI0044103 through BSI0044863. Pursuant to your email of January 3rd, we have also included a placeholder document for BSI0024143, as well as re-productions of BSI0035673 and BSI0035681. Please let us know if you have any further difficulties in accessing these documents.

Sincerely,

Jennifer M. Newton
Paralegal Specialist

CC: Roche, Esq.
Darrell Graham, Esq.