IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

### CONNEXUS CORP.'S INITIAL OPPOSITION TO BEYOND SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT ON THE MINI-TRIAL ISSUE OF BSI'S CORPORATE RESIDENCY

As its initial opposition to Beyond Systems, Inc.'s "Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency" (ECF No. 457), Connexus hereby incorporates its Motion for Relief Concerning Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency filed today at ECF No. 463.

Respectfully submitted,

Dated: January 6, 2012

/s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Connexus Corp.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2012, a copy of the foregoing *Connexus Corp.'s Initial Opposition to Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
750 Seventh Ave., Ste. 1800
New York, NY 10019
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main St., Suite 215
Gaithersburg, MD 20878
shr@ringlaw.com

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th St., NW, Suite 800
Washington, DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Dr.
Suite 1330
Chicago, IL 60606
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc.*
*& Vict. Th. Engwall & Co.*

                         /s/
Ari N. Rothman