## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ ) | |
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| ) | |
| KRAFT FOODS, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| CONNEXUS CORP., *et al*., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al*., ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____) | |

## MOTION TO WITHDRAW APPEARANCE OF SCOTT T. BIELICKI

Pursuant to Local Rule 101(2)(a-b), Plaintiff Beyond Systems Inc. ("BSI") and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc. (collectively, "Hypertouch") respectfully move to withdraw the appearance of Scott T. Bielicki as counsel of record for BSI and Hypertouch.  Mr. Bielicki is no longer with the firm of Steptoe & Johnson LLP.  Thomas M. Barba, Jeffrey E. McFadden, Roger W. Yoerges, John J. Duffy, and Anthony A. Onorato of Steptoe & Johnson LLP remain as counsel of record for BSI and Hypertouch.  BSI is additionally represented by Mssrs. Stephen H. Ring of Stephen H. Ring PC, and Michael S. Rothman of the Law Offices of Michael S. Rothman.

Date:  January 9, 2012

_____/s/_____

Thomas M. Barba (D. Md. Bar No. 28487)
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey E. McFadden (D. Md. Bar No. 8738)
John J. Duffy (D. Md. Bar No. 28613)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
ryoerges@steptoe.com
jmcfadden@steptoe.com
jduffy@steptoe.com

Anthony A. Onorato (D. Md. Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and*
*Third-Party Defendants James Joseph Wagner*
*and Hypertouch, Inc.*

Respectfully submitted,

*Of Counsel:*

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland  20878
T: 301-563-9249
F: 301-563-9639
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2012, the foregoing *Motion to Withdraw Appearance of Scott T. Bielicki* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C.  20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

Darrell J. Graham
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Suite 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com

*Counsel for Defendants Kraft Foods*
*Inc., Kraft Foods Global, Inc. and Vict.*
*Th. Engwall & Co., Inc.*


_____
                    /s/
Jennifer M. Newton