# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>KRAFT FOODS, INC., *et al*., )<br><br>Defendants. )<br>_____)<br>CONNEXUS CORP., *et al*., )<br><br>Third-Party Plaintiffs, )<br><br>v. )<br><br>JAMES JOSEPH WAGNER, *et al*., )<br><br>Third-Party Defendants. )<br>_____) | Case No. 8:08-cv-00409 (PJM) (CBD) |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Anthony A. Onorato, counsel for Plaintiff Beyond Systems Inc. and Third-Party

Defendants James Joseph Wagner and Hypertouch, Inc. hereby notes his new mailing address as

follows:

Anthony A. Onorato
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY  10036
T: 212-506-3933
F: 212-506-3950
tonorato@steptoe.com

Date:  January 9, 2012                          Respectfully submitted,


_____/s/_____
Thomas M. Barba (D. Md. Bar No. 28487)          *Of Counsel:*
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey E. McFadden (D. Md. Bar No. 8738)       Stephen H. Ring (USDC-MD Bar No. 00405)
John J. Duffy (D. Md. Bar No. 28613)            Law Offices of Stephen H. Ring, P.C.
STEPTOE & JOHNSON LLP                            506 Main Street, Suite 215
1330 Connecticut Ave., NW                        Gaithersburg, Maryland  20878
Washington, D.C.  20036                          T: 301-563-9249
T: 202-429-3000                                  F: 301-563-9639
F: 202-429-3902                                  shr@ringlaw.us
tbarba@steptoe.com
ryoerges@steptoe.com                             Mike Rothman (USDC-MD Bar No. 14568)
jmcfadden@steptoe.com                            Law Office of Michael S. Rothman
jduffy@steptoe.com                               401 E. Jefferson Street, Suite 201
                                                 Rockville, MD  20850
                                                 T: 301-251-9660
Anthony A. Onorato (D. Md. Bar No. 28622)        F: 301-251-9610
STEPTOE & JOHNSON LLP                             mike@mikerothman.com
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY  10036                              *Counsel for Plaintiff Beyond Systems, Inc.*
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and*
*Third-Party Defendants James Joseph Wagner*
*and Hypertouch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2012, the foregoing *Notice of Change of Address* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:


Barry J. Reingold (USDC-MD Bar No. 06490)
John M. Devaney (*Pro Hac Vice*)
John K. Roche (*Pro Hac Vice*)
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C.  20005-2003
202-434-1613 (Telephone)
202-434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

Darrell J. Graham
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Suite 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com

*Counsel for Defendants Kraft Foods
Inc., Kraft Foods Global, Inc. and Vict.
Th. Engwall & Co., Inc.*


                                          /s/
                                          Jennifer M. Newton