
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **BEYOND SYSTEMS, INC.**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**KRAFT FOODS INC.,** *et al.*<br><br>      **Defendants.** | Case No.: 8:08-cv-00409-PJM |

### JOINDER BY KRAFT DEFENDANTS IN CONNEXUS CORP.'S MOTION FOR RELIEF AND INITIAL OPPOSITION TO BEYOND SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendants Kraft Foods, Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Kraft Defendants") hereby join in and adopt Connexus Corp.'s: (i) Motion For Relief Concerning Beyond Systems, Inc.'s Motion For Summary Judgment On The Mini-Trial Issue Of BSI's Corporate Residency and supporting Memorandum of Law and exhibits [Dkt. No. 463]; and (ii) Initial Opposition To Beyond Systems, Inc.'s Motion [Dkt. No. 464].

Wherefore, for the reasons set forth in Connexus's Motion and Initial Opposition, the Kraft Defendants request that the Court enter an order summarily denying BSI's summary judgment motion or, in the alternative, allowing the Kraft Defendants to file their opposition to BSI's motion within 30 days following the close of fact discovery.

DATED: January 9, 2012 /s/
_____
John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

Darrell J. Graham (*Pro Hac Vice*)
THE LAW OFFICE OF DARRELL J.
GRAHAM, LLC
53 W. Jackson Blvd., Suite 1334
Chicago, IL  60604
(312) 922-4533
(312) 922-4757 (facsimile)
dgraham@djgrahamlaw.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

| | |
|---|---|
| Anthony Cavanaugh<br>Thomas M. Barba<br>John J. Duffy<br>Anthony A. Onorato<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, D.C.  20036<br>(202) 429-3000<br>(202) 429-3902 (facsimile)<br>acavanaugh@steptoe.com<br>tbarba@steptoe.com<br>jduffy@steptoe.com<br>tonorato@steptoe.com<br><br>Stephen H. Ring<br>Law Offices of Stephen H. Ring, P. C.<br>506 Main Street, Suite 215<br>Gaithersburg, Maryland 20878<br>301-563-9249<br>301-563-9639 (fax)<br>shr@ringlaw.us<br><br>Mike Rothman<br>Law Office of Michael S. Rothman<br>401 E. Jefferson St., Suite 201<br>Rockville, MD  20850<br>(301) 251-9660<br>(301) 251-9610 (facsimile)<br>mike@mikerothman.com<br><br>*Attorneys for Plaintiff Beyond Systems, Inc.* | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004-1601<br>(202) 344-4000 (phone)<br>(202) 344-8300 (fax)<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>anrothman@venable.com<br><br>*Attorneys for Defendants Connexus Corp.*<br><br>Hydra LLC<br>8800 Wilshire Blvd., 2nd Floor<br>Beverly Hills, CA 90211<br>*Pro Se*<br>(service by U.S. Mail only)<br><br>/s/<br><br>John K. Roche (USDC-MD Bar No. 17531)<br>John M. Devaney (*Pro Hac Vice*)<br>PERKINS COIE LLP<br>700 13th Street, N.W., Suite 600<br>Washington, D.C. 20005-3960<br>(202) 434-1624<br>(202) 654-9106 (facsimile)<br>jdevaney@perkinscoie.com<br>jroche@perkinscoie.com<br><br>*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.* |