**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM)(CBD) |
| KRAFT FOODS, INC., *et al.*, | ) | |
| Defendants. | ) | |
| CONNEXUS CORP., | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) | |
| Third-Party Defendants. | ) | |

**PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Beyond Systems, Inc. ("BSI"), by and through its undersigned counsel, hereby moves pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure to amend the scheduling order by modifying the deadlines for submission of Plaintiff's hybrid fact/expert and expert reports, as explained more fully in the accompanying memorandum of law. Plaintiff moves that it be permitted to serve these reports 3 days after the Court issues its ruling on Plaintiff's pending Motion to Strike (DE # 452), scheduled for hearing on March 8, 2012 (DE # 461), to prevent the inefficiency of having to file supplemental reports after the Court clarifies the standards applicable to the three Mini Trial Issues. Plaintiff also moves that the Court not schedule any hearing on any

motion to compel in this case to take place until 2 days after the Court issues the same ruling, because the ruling on BSI's Motion to Strike will likely settle most if not all remaining grounds for dispute concerning discovery.

Date: January 13, 2012                                        Respectfully submitted,

_____/s/_____
Thomas M. Barba (D. Md. Bar No. 28487)           *Of Counsel:*
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey E. McFadden (D. Md. Bar No. 8738)         Stephen H. Ring (USDC-MD Bar No. 00405)
John J. Duffy (D. Md. Bar No. 28613)              Law Offices of Stephen H. Ring, P.C.
STEPTOE & JOHNSON LLP                             506 Main Street, Suite 215
1330 Connecticut Ave., NW                         Gaithersburg, Maryland  20878
Washington, D.C.  20036                           T: 301-563-9249
T: 202-429-3000                                   F: 301-563-9639
F: 202-429-3902                                   shr@ringlaw.us
tbarba@steptoe.com
ryoerges@steptoe.com                              Mike Rothman (USDC-MD Bar No. 14568)
jmcfadden@steptoe.com                             Law Office of Michael S. Rothman
jduffy@steptoe.com                                401 E. Jefferson Street, Suite 201
                                                  Rockville, MD  20850
Anthony A. Onorato (D. Md. Bar No. 28622)         T: 301-251-9660
STEPTOE & JOHNSON LLP                             F: 301-251-9610
1114 Avenue of the Americas                       mike@mikerothman.com
New York, NY  10036
T: 212-506-3900                                   *Counsel for Plaintiff Beyond Systems, Inc.*
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2012, the foregoing PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

| | |
|---|---|
| Barry J. Reingold<br>John M. Devaney<br>John K. Roche<br>PERKINS COIE LLP<br>607 14th Street NW, Suite 800<br>Washington, D.C. 20005-2003<br>(202) 434-1613 (Telephone)<br>(202) 434-1690 (Facsimile)<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>VENABLE LLP<br>575 7th Street NW<br>Washington, D.C. 20004<br>(202) 344-4000 (Telephone)<br>(202) 344-8300 (Facsimile)<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>anrothman@venable.com |
| Darrell J. Graham<br>ROESER, BUCHEIT & GRAHAM LLC<br>20 N. Wacker Dr., Suite 1330<br>Chicago, IL 60606<br>(312) 922-1200<br>dgraham@rbglegal.com | *Counsel for Defendant Connexus Corp.* |

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, Inc. and Vict. Th. Engwall & Co., Inc.*

                                                  /s/
                                        Jennifer M. Newton