IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.: **PJM 08-409** |
| | * | |
| **KRAFT FOODS, INC., et al.** | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Upon consideration of Plaintiff Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency [Paper No. 457] and Defendant Connexus Corp.'s Motion for Relief Concerning Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency [Paper No. 463], it is, this 19th day of January, 2012

**ORDERED**

1. Plaintiff Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency [Paper No. 457] is **DEFERRED**;

2. Defendant Connexus Corp.'s Motion for Relief Concerning Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency [Paper No. 463] is **DENIED IN PART** and **GRANTED IN PART**;

3. Connexus Corp.'s Motion is **DENIED WITHOUT PREJUDICE** insofar as it asks the Court to deny Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency; and

4. Connexus's Corp.'s Motion is **GRANTED** insofar as it requests that Connexus Corp. be allowed to respond to Beyond Systems, Inc.'s Motion for Summary Judgment on the Mini-Trial Issue of BSI's Corporate Residency within 30 days after the close of discovery.


                    /s/
          **PETER J. MESSITTE**
    **UNITED STATES DISTRICT JUDGE**