IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

### CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Having obtained the consent of all parties, Defendant/Third-Party Plaintiff Connexus Corp. hereby moves pursuant to Federal Rule of Civil Procedure 16(a)(4) to amend certain discovery deadlines set forth in the Scheduling Order entered by this Court at ECF No. 440. In support of this Motion, Connexus states as follows.

1. Connexus seeks to amend the following discovery deadlines only:

| **EVENT** | **CURRENT DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| Last day to serve written discovery re: Mini-Trial issues | February 3, 2012 | February 17, 2012 |
| Defendants' Expert Reports re: Mini-Trial issues, and materials considered | March 23, 2012 | April 6, 2012 |
| Last day to conduct depositions | April 30, 2012 | May 14, 2012 |

2. Good cause exists to grant this Motion. Starting on December 15, 2011, and continuing until recently, Plaintiff Beyond Systems, Inc. and Third-Party Defendants Hypertouch, Inc. and James Joseph Wagner have produced tens of thousands of pages in response to Connexus's discovery requests. Further, Paul Wagner/BSI recently produced his

hybrid fact/expert report after Connexus agreed to an extension of time for him/it to file the report.  Given the recent voluminous document productions, Connexus requires additional time to review these materials to prepare additional discovery, conduct depositions, and allow its expert(s) to complete their reports.

3.     This Motion does not seek to change, and will not have any effect on any pretrial, trial, or motions hearing deadlines.

4.     All parties to this action have consented to the relief requested herein. (Ex. 1, Counsel Email Chain.)

WHEREFORE, Defendant/Third Party Plaintiff Connexus Corp. respectfully requests that the Court enter the attached proposed Amended Scheduling order.

Dated:  February 2, 2012                    Respectfully submitted,

/s/_____
J. Douglas Baldridge
(US DC-MD Bar No. 11023)
Lisa Jose Fales
(US DC-MD Bar No. 08141)
Ari N. Rothman
(US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Connexus Corp.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February, 2012, a copy of the foregoing *Consent Motion to Amend the Scheduling Order* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com
(by email and by hand delivery)

Anthony A. Onorato
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, MD  20878
shr@ringlaw.com

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street, N.W.
Suite 800
Washington, D.C.  20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Drive
Suite 1330
Chicago, IL  60606
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc.*
*& Vict. Th. Engwall & Co.*

                    /s/
Lauren E. Ingebritson