

575 SEVENTH STREET NW   WASHINGTON, DC 20004
T 202.344.4000   F 202.344.8300   www.Venable.com

T 202.344.4220
F 202.344.8300
anrothman@venable.com

February 14, 2012

<u>*VIA ECF*</u>

The Honorable Magistrate Judge Day
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

    Re:    Paperless Order re Miscellaneous Correspondence (ECF No. 460) and Connexus Corp.'s Motion to Compel (ECF No. 441-2);
<u>Beyond Systems, Inc. v. Kraft Foods, Inc., et al., Case No. 8:08-cv-00409</u>

Dear Magistrate Judge Day:

    Attached please find Connexus Corp.'s Certificate of Conference Pursuant to Local Rule 104.7 in response to your order at ECF No. 462 "advising that the Court will not rule upon Connexus' Motion until it has made a good faith effort to comply with its 'meet and confer' and certification obligations as set forth in Local Rule 104.7." The Certificate of Conference identifies the remaining issues that the parties were unable to resolve as of the date of this letter.

    Sincerely,

    Ari N. Rothman

cc:    Counsel of Record (via ECF)