IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., | : |
| | : Case No. 8:08-CV-00409-PJM |
| Plaintiff, | : |
| | : |
| v. | : The Honorable Peter J. Messitte |
| | : |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| | : |
| Defendants. | : |

### CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 104.7

Defendant and Third-Party Plaintiff Connexus Corp. submits this Certificate of Conference pursuant to Local Rule 104.7 and the Court's Paperless Order at ECF No. 462. Connexus seeks an order pursuant to Federal Rule of Civil Procedure 45 and Local Rule 104, requiring World Avenue USA, LLC, The Useful, LLC, World Avenue Holdings, LLC (collectively "World Avenue") and their counsel Greenberg Traurig, LLP, collectively "Respondents," to comply with the subpoenas Connexus served on them. Respondents, BSI, Hypertouch, and Joe Wagner do not consent to the requested relief.

1. Pursuant to Local Rule 104.7, Connexus certifies that it conferred with counsel for Respondents, BSI, Hypertouch, and Joe Wagner concerning the relief sought in this motion to compel (which included seeking to obtain the documents from BSI and Joe Wagner/Hypertouch), including by convening <u>telephone conferences that occurred on October 4, 2011, October 26, 2011, November 2, 2011, November 15, 2011, January 20, 2012, January 25, 2012, January 31, 2012, February 1, 2012, and February 2, 2012</u>. In light of these efforts and resulting document productions described more fully below, Connexus's motion is now limited to seeking the following documents from Respondents:

      a.      All documents responsive to Subpoena Request No. 1 which are in the possession, custody, or control of Respondents but which were <u>not</u> produced during the *World Avenue Litigation*. These documents include videotapes of depositions of Paul Wagner and Joe Wagner in the *World Avenue* Litigation, exhibits to Neil Krawetz's deposition, and all other deposition transcripts, exhibits thereto, and recordings thereof, that are not within BSI and Joe Wagner/Hypertouch's possession, custody, or control.

      b.      <u>All</u> under seal filings related to the Mini-Trial Issues in the *World Avenue Litigation,* including ECF Nos. 689, 692, 695, 720, and 756 from the *World Avenue Litigation*. BSI refuses to confirm whether it has produced <u>all</u> under seal filings and multiple meet and confers with BSI and Joe Wagner/Hypertouch did not result in production of this discovery from these parties. (Ex. 1, Counsel's Meet and Confer Email Chain.) These documents are responsive to Subpoena Request No. 6.

      c.      The World Avenue Settlement Agreement and related documents concerning consideration provided to BSI and Joe Wagner/Hypertouch under the settlement. BSI and Joe Wagner/Hypertouch will not produce this information or relevant excerpts, and thus Connexus served a motion to compel seeking this information from BSI and Joe Wagner/Hypertouch on February 3, 2012. These documents are responsive to Subpoena Request Nos. 8 and 9.

The specific efforts Connexus undertook are as follows:

2.     On October 4, 2011, counsel for Respondents and counsel for Connexus conducted a telephone conference, during which Respondents indicated that they would be producing documents in response to the subpoenas at issue in the motion. Respondents confirmed the substance of the telephone call via email, which Connexus filed at ECF No. 459-1.

3.     Respondents failed to produce any documents in response to the subpoenas. Connexus then requested another conference to resolve the parties' dispute concerning Respondents' objections and responses to the subpoenas in an email dated October 20, 2011. (Ex. 6 to ECF No. 441-2.) Respondents suggested that Connexus speak with counsel for BSI regarding the matter. (*Id.* at p. 1.)

4.     On October 26, 2011, counsel for Connexus conducted another telephone conference with Respondents, during which Respondents informed Connexus that they would

not produce any documents in response to the subpoenas absent a Court order compelling them to do so.

      5.     On October 27, 2011, counsel for World Avenue circulated an email to counsel for Connexus and BSI, noting that the parties were all in agreement to consent to the jurisdiction of this Court to hear all issues raised by the subpoenas.

      6.     Between November 1, 2011 and January 3, 2012, counsel for Connexus also exchanged multiple emails with counsel for BSI concerning BSI's objections to the subpoenas, and engaged in two telephone conferences on November 2, 2011 and November 15, 2011. (ECF No. 459-3.) Counsel for BSI and Joe Wagner/Hypertouch indicated they would produce almost all of the documents Connexus seeks via the subpoenas by no later than December 15, 2011, and therefore believed that the subpoenas were not necessary.

      7.     BSI has since produced many of the documents that Connexus sought from Respondents in the subpoenas, including productions made in January 2012 after Connexus filed its Consolidated Reply to Oppositions to its Motion to Enforce Compliance with World Avenue Subpoenas. Connexus also engaged in numerous telephone calls with BSI's counsel, including on January 20, 2012 and January 25, 2012, to see if they would produce <u>all</u> of the information requested by Connexus via the subpoenas.

      8.     On January 31, 2012, February 1, 2012, and February 2, 2012, Connexus engaged in additional telephonic meet and confers with counsel for Respondents to confirm Respondents' position on its objections to the categories of documents described in Paragraph 1 above.

9. Connexus is now able to narrow the issues for this Court to resolve in light of the conferences and document productions described above, and its motion is limited to seeking the documents described in Paragraph 1 above.

Respectfully submitted,

Dated: February 14, 2012

　　　　　　　　/s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*