UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770

Peter J. Messitte
    Judge

(301) 344-0632

# **M E M O R A N D U M**

TO:        Counsel of Record

FROM:    Chambers of Judge Peter J. Messitte

RE:        *Beyond Systems, Inc. v. Kraft Foods, Inc., et al.*
              Civil No. PJM 08-409

DATE:    February 17, 2012

\* \* \* \* \* \* \* \*

Due to a conflict in the Court calendar, the **MOTIONS HEARING** (estimated duration of 3 hours) scheduled for March 8, 2012 at 10:00 a.m. (Courtroom 4C) has been **REMOVED** from the Court calendar.  The Court is available to reschedule the motions hearing on March 13, 14, 15 or 16, 2012 (at 10:00 a.m.).

Counsel are requested to discuss the available dates as soon as practicable and contact Chambers to advise which of the dates (if any) is a good date for all counsel.

If none of the available dates are good for all counsel, counsel are requested to contact Chambers, by telephone conference, to reschedule the motions hearing.

Thank you.


ras/