UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     Beyond Systems, Inc. v. Kraft Foods, et al.
        Civil Action No. PJM-08-409

DATE:   February 28, 2012

* * * * * * * * *

Please be advised that oral argument has been scheduled for **Friday, March 2, 2010 at 11:00 a.m. in Courtroom 2A** on the following motions:

   **ECF No. 439**     Motion to Quash or Modify Subpoenas

   **ECF No. 441-2**   Movant Connexus Corp.'s Memorandum of Points and Authorities in support of its Motion to Compel World Avenue and Greenberg Traurig to Comply with Subpoenas

   **ECF No. 449**     Cross–Motion to Quash and for Entry of Protective Order

The parties will be allotted approximately 1 hour for total argument. Please note, however, that I may choose to decide these motions on the pleadings prior to the date scheduled for argument.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text. These materials are not to be filed electronically.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.