# Exhibit 1

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                          SOUTHERN DIVISION

 3
     BEYOND SYSTEMS, INC.,       :  Civil Action No.
 4
              Plaintiff,         :  PJM 08-921
 5
         v.                      :
 6
     WORLD AVENUE, LLC,          :  Greenbelt, Maryland
 7
              Defendant.         :  Monday, November 29, 2010
 8
     _____/   2:00 P.M.
 9

10

11              TRANSCRIPT OF MOTION PROCEEDINGS
              BEFORE THE HONORABLE PETER J. MESSITTE
12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14

15   FOR THE PLAINTIFF:   STEPHEN HOWARD RING, ESQUIRE
                          Stephen H. Ring, PC
16                        506 Main Street, Suite 215
                          Gaithersburg, Maryland  20878
17                        301-563-9249
                          and
18                        MICHAEL STEPHEN ROTHMAN, ESQUIRE
                          Law Office of Michael S. Rothman
19                        401 E. Jefferson Street, Suite 201
                          Rockville, Maryland  20850
20                        301-251-9660

21

22

23

24   OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229

25         COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES
```

```
 1   FOR THE DEFENDANT:   SANFORD M. SAUNDERS, JR., ESQUIRE
                          NICOLETA BURLACU, ATTORNEY-AT-LAW
 2                        Greenberg Traurig, LLP
                          2101 L Street, NW, Suite 1000
 3                        Washington, D.C.  20037
                          202-331-3130
 4                        and
                          John L. McManus, Esquire
 5                        Kenneth A. Horky, Esquire
                          Greenberg Traurig, PA
 6                        401 E Las Olas Boulevard, Suite 2000
                          Fort Lauderdale, Florida  33301
 7                        954-768-8291

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  Motions to Reconsider.  I mean, it just explodes with paper.  I
2  have never been in a case with this many docket entries in my
3  life.  So I don't know what the answer is.
4          We would like shorter discovery, frankly.  We have
5  almost enough.  We think we're still owed materials, but we
6  don't want it to go on forever.
7          THE COURT:  I have a short answer to this.
8          MR. SAUNDERS:  Your Honor, if I may, this is, one,
9  very convenient.  Say, oh, we think we're already done because
10 they've gone off and taken about ten depositions.  They have
11 deposed a bunch of people.  They said -- if they thought they
12 were almost done, they just named six new defendants.  They just
13 stood up here and talked about all the issues they need to go
14 into about successors, et cetera.
15         So they can't have it both ways, but what they did was
16 file, in essence, 70,000 fraud claims.  So we have to be able to
17 dig into that.
18         THE COURT:  I have a thought.  I have a thought that
19 may resolve this, and the thought is this.
20         We're going to bifurcate and we'll put all damages
21 issues into a separate trial, and we'll stop discovery on the
22 70,000 and we'll look at the issues of the whole arrangement of
23 BSI.  That is, is BSI bona fide a resident of the State of
24 Maryland.  And is there, in fact, a scheme between Hypertouch
25 and BSI.  And we will try those issues to an advisory jury and

1   **CERTIFICATE OF COURT REPORTER**

2      I, Linda C. Marshall, certify that the foregoing is a

3   correct transcript from the record of proceedings in the

4   above-entitled matter.

5

6

7                  /s/
                   _____
8                  Linda C. Marshall, RPR
                   Official Court Reporter
9