# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Jeffrey E. McFadden  
Tel 202.429.8022  
Fax 202.261.0588  
jmcfadden@steptoe.com

1330 Connecticut Avenue, NW  
Washington, DC  20036-1795  
Tel 202.429.3000  
Fax 202.429.3902  
steptoe.com

March 1, 2012

***VIA ECF***

The Honorable Charles B. Day  
United States District Court  
　for the District of Maryland  
6500 Cherrywood Lane  
Greenbelt, MD 20770

Re:    **Friday, March 2nd Hearing Scheduled in Beyond Systems, Inc. v. Kraft Foods, Inc., et al., Case No. 8:08-cv-00409 (PJM)(CBD)**

Dear Judge Day:

　　On behalf of Plaintiff Beyond Systems, Inc. ("BSI"), we respectfully write to request that the motions hearing scheduled at ECF No. 479 for Friday, March 2nd be taken off-calendar, for the following reasons.

　　The hearing involves ECF No. 439, a motion brought by BSI and Third Party Defendants James Joseph Wagner and Hypertouch, Inc. to quash subpoenas issued by Defendant Connexus Corp. Defendant's Opposition is at ECF No. 442, and Plaintiffs' Reply is at ECF No. 451. The subpoenas were issued on September 20, 2011 to non-parties World Avenue Holdings, LLC and its attorneys Greenberg Traurig, LLP to produce documents relating to the litigation in *Beyond Systems, Inc. v. World Avenue USA, LLC, et. al.*, Case No. 8:08-cv-00921-PJM. The non-parties submitted their Motion to Quash and for a Protective Order at ECF No. 449, and Defendant's Reply is at ECF No. 459.

　　Consideration of these issues is premature in light of the hearing scheduled by Judge Messitte at ECF Nos. 461 and 478 for March 14, 2012, regarding BSI's Motion to Strike affirmative defenses relating to BSI's standing as a *bona fide* internet service provider. In its Opposition at ECF No. 442, Connexus explicitly tied the information sought by the subpoenas to BSI's status as an ISP: "such discovery is relevant to BSI's standing to sue as a bona fide Internet service provider." The purpose of the upcoming March 14 hearing is to determine the scope of the *bona fide* ISP issue, or even whether it will remain in the case at all. If the Court grants BSI's Motion to Strike, the subpoenas and subsequent motions will be moot.

Judge Day
March 1, 2012
Page 2

      Furthermore, the same materials sought by the subpoenas are the subject of a Motion to Compel filed by Connexus late yesterday at ECF No. 480-2.  This Motion to Compel seeks the World Avenue Settlement Agreement, and again ties such discovery to whether BSI is a *bona fide* ISP: "The World Avenue Settlement Agreement and related documents concerning consideration are discoverable because they are relevant to BSI's status as a *bona fide* Internet service provider."  The fact that this Motion to Compel covers exactly the same ground as the subpoenas further renders tomorrow's hearing both redundant and unnecessary.

      Moreover, any last-minute effort by Defendant Connexus to shoe-horn the Motion to Compel it filed yesterday into tomorrow's hearing should be rejected.  In a telephonic Meet and Confer held on February 28, 2012, counsel for Connexus stated that they would postpone filing their Motion to Compel until after the March 14th hearing, given the existence of several unresolved issues.  In addition to all of the reasons set forth above, we submit that it would be both unfair and improper for the Court to hear a motion that Defendant Connexus rushed to file once it learned of this Court's Order setting the hearing on Friday.

      We respectfully request that tomorrow's hearing be taken off-calendar and re-set for a time following the hearing set for March 14 and the Court's ruling on the issues raised in that hearing.

      Respectfully Submitted,

| | |
|---|---|
| | *Of Counsel:* |
|       /s/ | |
| Thomas M. Barba (D. Md. Bar No. 28487) | Stephen H. Ring (USDC-MD Bar No. 00405) |
| Roger W. Yoerges (D. Md. Bar No. 14088) | Law Offices of Stephen H. Ring, P.C. |
| Jeffrey McFadden (D. Md. Bar No. 8738) | 506 Main Street, Suite 215 |
| John J. Duffy (D. Md. Bar No. 28613) | Gaithersburg, Maryland  20878 |
| STEPTOE & JOHNSON LLP | T: 301-563-9249 |
| 1330 Connecticut Ave., NW | F: 301-563-9639 |
| Washington, D.C.  20036 | shr@ringlaw.us |
| T: 202-429-3000 | |
| F: 202-429-3902 | Mike Rothman (USDC-MD Bar No. 14568) |
| tbarba@steptoe.com | Law Office of Michael S. Rothman |
| ryoerges@steptoe.com | 401 E. Jefferson Street, Suite 201 |
| jmcfadden@steptoe.com | Rockville, MD  20850 |
| jduffy@steptoe.com | T: 301-251-9660 |
| | F: 301-251-9610 |
| | mike@mikerothman.com |
| *Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.* | *Counsel for Plaintiff Beyond Systems, Inc.* |