

575 SEVENTH STREET NW   WASHINGTON, DC 20004
T 202.344.4000   F 202.344.8300   www.Venable.com

T 202.344.4220
F 202.344.8300
anrothman@venable.com

March 1, 2012

*Via CM-ECF*

The Honorable Magistrate Judge Day
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

    Re:    <u>Beyond Systems, Inc. v. Kraft Foods, Inc., et al.</u>, Case No. 8:08-cv-00409-PJM

Dear Magistrate Judge Day:

    I write to clarify Connexus's positions concerning the matters raised by Mr. McFadden's letter filed today at ECF No. 481, and to state that Connexus opposes Beyond Systems, Inc.'s request to postpone the hearing scheduled to occur tomorrow concerning enforcement of the World Avenue Subpoenas.

    Connexus never agreed to delay any ruling on its Motion to Enforce the World Avenue Subpoenas or its Motion to Compel filed with this Court on February 29, 2012 at ECF No. 480.[1] Further, Connexus's position is that the Court should rule on existing discovery disputes whenever it sees fit.  Connexus made this position clear when it opposed Beyond Systems, Inc.'s January 13, 2012 motion seeking to delay resolution of discovery disputes until after the Court rules on BSI's motion to strike.  Judge Messitte denied BSI's motion via paperless order at ECF No. 473, thus ruling that discovery disputes should be resolved irrespective of BSI's motion to strike.  Accordingly, Connexus's position is that the Court should rule on discovery disputes when it sees fit and keep the March 2, 2012 hearing on the calendar.

    Mr. McFadden correctly notes that there is overlap between the discovery Connexus seeks from World Avenue via its Motion to Enforce the World Avenue Subpoenas, and the discovery Connexus seeks from BSI and Hypertouch via Connexus's Motion to Compel at ECF No. 480.  Accordingly, at the March 2 hearing, Connexus will be prepared to address any questions the Court has concerning Connexus's Motion to Compel discovery from BSI and Hypertouch, and defers to the Court as to whether that motion should also be heard on March 2. Connexus submits that a single hearing on these motions will conserve judicial and party

---

[1] Connexus did agree to extend the deadline to serve additional motions to compel.



Judge Day
March 1, 2012
Page 2

resources, and ensure prompt resolution of pending discovery disputes in light of the fast approaching case deadlines.

    Respectfully submitted,

    Ari N. Rothman

cc:  Counsel of Record (via ECF)