# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| _____ | ) | |
| BEYOND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| | ) | |
| KRAFT FOODS, INC., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| CONNEXUS CORP., *et al*., | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES JOSEPH WAGNER, *et al*., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF BEYOND SYSTEMS, INC.'S REQUEST FOR CLARIFICATION OF THE COURT ORDER OF MARCH 20, 2012

Plaintiff Beyond Systems, Inc. ("BSI"), seeks clarification of the Court's Order of March 20, 2012 ("Order"), denying BSI's Motion to Strike Affirmative Defenses Related to ISP Standing and for Alternative Relief and formalizing decisions made during the March 14, 2012 Motions Hearing (DE# 490).

### REASONS FOR BSI'S REQUEST

During the March 14, 2012, Hearing, the Court agreed with counsel for BSI's suggestion to split the mini-trial into two phases. The first phase would focus exclusively on BSI's theory of "statutory standing" – *i.e.*, whether BSI complied with the literal definitions of an "an

1

"interactive computer service provider" and an "electronic mail service provider" under Maryland and California law, respectively.  In phase two, the jury would then consider whether BSI was an "interactive computer service provider" and an "electronic mail service provider" under Defendants' theory of "statutory standing" – *i.e.,* whether BSI was a *bona fide* provider of those services.

The Court's Order at DE# 490 makes that clear.  However, paragraphs 6 and 7 of the Order could be read to mean that the criteria listed therein (which were originally submitted by Defendants in support of their theory) are applicable to *both* phases of the mini-trial.  BSI respectfully submits that that is not what the Court intended (indeed, the first version of the Order that the Court circulated limited paragraphs 6 and 7 criteria to the second, or *bona fide*, phase of the mini-trial).

BSI thus asks that the Court clarify its Order to make express that paragraphs 6 and 7 thereof apply only to the second phase of the mini-trial.

Date:  March 21, 2012                              Respectfully submitted,


_____/s/_____
Thomas M. Barba (D. Md. Bar No. 28487)
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey McFadden (D. Md. Bar No. 8738)
John J. Duffy (D. Md. Bar No. 28613)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
ryoerges@steptoe.com
jmcfadden@steptoe.com
jduffy@steptoe.com


Anthony A. Onorato (D. Md. Bar No. 28622)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY  10019
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

*Of Counsel:*

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland  20878
T: 301-563-9249
F: 301-563-9639
shr@ringlaw.us


Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of March, 2012, the foregoing PLAINTIFF'S

MOTION FOR CLARIFICATION OF THE COURT ORDER OF MARCH 20, 2012 was served

via the Court's CM/ECF system on the below-named parties:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C.  20005-2003
(202) 434-1613 (Telephone)
(202) 434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER, BUCHEIT & GRAHAM
LLC
20 N. Wacker Dr.
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com


*Counsel for Defendants Kraft Foods
Inc., Kraft Foods Global and Vict. Th.
Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus
Corp.*

                              /s/
                      Jennifer M. Newton