IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**DEFENDANT CONNEXUS CORP.'S RESPONSE TO
PLAINTIFF BEYOND SYSTEMS, INC.'S REQUEST FOR
CLARIFICATION OF THE COURT ORDER OF MARCH 20, 2012**

Defendant Connexus Corp. hereby opposes Plaintiff Beyond Systems, Inc.'s request for clarification of the Court Order of March 20, 2012. It is exclusively the function of the Court to determine what proof satisfies the requirements for admission into evidence within the context of when and for what purpose the evidence is presented. It is, to say the least, unusual for a court to do that which BSI repeatedly urges – rule in advance with absolute certainty what evidence is germane and admissible to a given phase of this trial before the evidence is presented and without the benefit of the context and legal construct in which it is offered. Connexus and its counsel are well aware of the scope of the two trial phases ordered by the Court, will abide in good faith with all of the obligations flowing therefrom, and should not be foreclosed from offering broad categories of evidence to rebut Plaintiff's case before Plaintiff actually presents its case. The Court is well aware of its ruling on the motion to strike and is imminently capable and qualified to make evidentiary rulings when they should be made – at trial. The hash and re-hash of the issues presented by the motion to strike must come to an end. For these reasons, the motion for clarification should be denied.

Respectfully submitted,


Dated:  March 23, 2012

_____/s/_____
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2012, a copy of the foregoing

*Connexus Corp.'s Opposition to Plaintiff Beyond Systems, Inc.'s Request for Clarification of the*

*Court Order of March 20, 2012* was served via the Court's CM/ECF system on the below-named

parties:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, MD  20878
shr@ringlaw.com

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street, N.W.
Suite 800
Washington, D.C.  20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Drive
Suite 1330
Chicago, IL  60606
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc.*
*& Vict. Th. Engwall & Co.*

_____/s/_____
Lauren E. Ingebritson