# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____
                                )
BEYOND SYSTEMS, INC.,           )
                                )
    Plaintiff,              )
                                )
      v.                   )    Case No. 8:08-cv-00409 (PJM) (CBD)
                                )
KRAFT FOODS, INC., *et al*.,     )
                                )
    Defendants.             )
_____)
                                )
CONNEXUS CORP., *et al*.,         )
                                )
    Third-Party Plaintiffs, )
                                )
      v.                   )
                                )
JAMES JOSEPH WAGNER, *et al*.,    )
                                )
    Third-Party Defendants. )
_____)

## PLAINTIFF BEYOND SYSTEMS, INC.'S REPLY IN SUPPORT OF ITS REQUEST FOR CLARIFICATION OF THE COURT ORDER OF MARCH 20, 2012

      Plaintiff Beyond Systems, Inc. ("BSI") files this Reply in Support of its Request for Clarification of the Court Order of March 20, 2012 (DE # 491).

      BSI's request is quite simple: BSI respectfully asks the Court to clear up a potential ambiguity in its Order, which could allow the list of non-exhaustive factors to apply to both phases of the mini-trial.  In separating the mini-trial into two phases, it appeared the Court's intention was to limit these factors to the second phase, testing BSI's *bona fides*.  This of course does not require the Court to "rule in advance with absolute certainty what evidence is germane and admissible to a given phase of this trial before the evidence is presented."  Instead, BSI is

1

merely asking the court to clarify in its Order a distinction which seems intrinsic to the two-phase structure of the mini-trial itself:  as phase one will decide whether BSI is in technical compliance with the statute, the list of factors is not germane until phase two.  Defendant's opposition borders on the disingenuous, as both Defendant's original proposed order, and the draft version of the order circulated by the court and supported by Defendant, contained language limiting the factors in paragraphs 6 and 7 to BSI's *bona fides*.

Plaintiff's Request for Clarification should be granted, as it will give both parties clear guidance about which elements of proof will be necessary during each phase of the mini-trial.

Date:  March 23, 2012                              Respectfully submitted,


_____/s/_____

Thomas M. Barba (D. Md. Bar No. 28487)               *Of Counsel:*
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey McFadden (D. Md. Bar No. 8738)               Stephen H. Ring (USDC-MD Bar No. 00405)
John J. Duffy (D. Md. Bar No. 28613)                 Law Offices of Stephen H. Ring, P.C.
STEPTOE & JOHNSON LLP                                506 Main Street, Suite 215
1330 Connecticut Ave., NW                            Gaithersburg, Maryland  20878
Washington, D.C.  20036                              T: 301-563-9249
T: 202-429-3000                                      F: 301-563-9639
F: 202-429-3902                                      shr@ringlaw.us
tbarba@steptoe.com
ryoerges@steptoe.com                                 Mike Rothman (USDC-MD Bar No. 14568)
jmcfadden@steptoe.com                                Law Office of Michael S. Rothman
jduffy@steptoe.com                                   401 E. Jefferson Street, Suite 201
                                                     Rockville, MD  20850
                                                     T: 301-251-9660
Anthony A. Onorato (D. Md. Bar No. 28622)            F: 301-251-9610
STEPTOE & JOHNSON LLP                                mike@mikerothman.com
750 Seventh Avenue
New York, NY  10019                                  *Counsel for Plaintiff Beyond Systems, Inc.*
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and*
*Third-Party Defendants James Joseph Wagner*
*and Hypertouch, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of March, 2012, the foregoing PLAINTIFF'S

REPLY IN SUPPORT OF ITS MOTION FOR CLARIFICATION OF THE COURT ORDER

OF MARCH 20, 2012 was served via the Court's CM/ECF system on the below-named parties:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C.  20005-2003
(202) 434-1613 (Telephone)
(202) 434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER, BUCHEIT & GRAHAM
LLC
20 N. Wacker Dr.
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com


*Counsel for Defendants Kraft Foods
Inc., Kraft Foods Global and Vict. Th.
Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge @venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus
Corp.*

_____
/s/
Jennifer M. Newton