IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

**DEFENDANT CONNEXUS CORP.'S REPLY TO BEYOND SYSTEMS, INC.'S OPPOSITION TO MOTION FOR
<u>PROTECTIVE ORDER CONCERNING MAILCOMPANYX DISCOVERY</u>**

Connexus Corp. submits this reply in response to BSI's Opposition to Connexus's Motion for Protective Order Concerning MailCompanyX Discovery, and in support thereof states as follows:

According to BSI, David Shin's "testimony about the emails in the MailCompanyX database is intended to rebut Defendants' position that BSI affirmatively sought out unwanted spam emails, one of the factors that the Court has identified as potentially relevant during Phase II of the upcoming mini-trial." (ECF No. 502 at 2.) Nothing in Shin's report comes even close to addressing whether "BSI affirmatively sought out unwanted spam emails." Indeed, Shin already admitted that he did not find a single email at issue in this case that was sent from the MailCompanyX database, and that he did not find any log files reflecting that any of the emails over which BSI sues were sent from the MailCompanyX database. (Ex. 1, D. Shin Dep. at 98:10-100:1; 100:20-101:1.) Shin does not even know how BSI's email addresses got on the MailCompanyX database, as the results of his analysis – according to BSI – "show hundreds of email addresses belonging to Defendants' law firms, as well as email addresses that belong to

BSI (those using the "hypertouch.com" domain), that 'somehow found their way' into Barale's database." Engaging in any Mini-Trial Discovery as to the MailCompanyX database would be a complete waste of time and valuable resources, and open the door to issues respecting liability which this Court expressly ruled are issues to be tried after the June 2012 Mini-Trial.

For these reasons and those in Connexus's opening motion, Connexus Corp. requests that the Court enter an order precluding discovery, until after the June 2012 Mini-Trial, concerning: (1) MailCompanyX computer files referenced in the February 2012 expert report of David Shin; and (2) expert discovery related to David Shin.

Respectfully submitted,

Dated: April 30, 2012

                /s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April, 2012, a copy of the foregoing *Defendant Connexus Corp.'s Reply to Beyond Systems, Inc.'s Opposition to Motion for Protective Order Concerning MailCompanyX Discovery* was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

| | |
|---|---|
| Thomas M. Barba<br>John J. Duffy<br>Jeffrey E. McFadden<br>Roger W. Yoerges<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>tbarba@steptoe.com<br>jduffy@steptoe.com<br>jmcfadden@steptoe.com<br>ryoerges@steptoe.com | John K. Roche<br>Barry J. Reingold<br>John M. Devaney<br>PERKINS COIE LLP<br>607 14th Street, N.W.<br>Suite 800<br>Washington, D.C.  20005-2003<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com |
| Anthony A. Onorato<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>tonorato@steptoe.com | Darrell J. Graham<br>ROESER BUCHEIR & GRAHAM LLC<br>20 N. Wacker Drive<br>Suite 1330<br>Chicago, IL  60606<br>dgraham@djgrahamlaw.com |
| Stephen H. Ring<br>Law Offices of Stephen H. Ring, P.C.<br>506 Main Street, Suite 215<br>Gaithersburg, MD  20878<br>shr@ringlaw.com | *Counsel for Defendants Kraft Foods Inc. & Vict. Th. Engwall & Co.* |
| Mike Rothman<br>Law Office of Michael S. Rothman<br>401 E. Jefferson Street, Suite 201<br>Rockville, MD  20850<br>mike@mikerothman.com | /s/<br>Ari N. Rothman |

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*