IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

**NOTICE OF INTENT TO FILE MOTION TO
<u>WITHDRAW APPEARANCE AS COUNSEL OF RECORD FOR CONNEXUS CORP.</u>**

TO THE COURT AND ALL COUNSEL OF RECORD:

Venable LLP ("Venable") hereby gives notice that on May 7, 2012, it will file its Motion to Withdraw its Appearance as Counsel of Record for Connexus Corp. under Local Rules 101(2)(b) and 704, and Maryland Rule of Professional Conduct 1.16.  The specific grounds for Venable's motion will be that Connexus "fail[ed] substantially to fulfill an obligation" to Venable by failing to pay Venable for legal services provided to Connexus and by indicating it will not do so going forward. *See* Maryland Rule of Professional Conduct 1.16(b)(5).

No prejudice will result to any party if the Court immediately grants Connexus's forthcoming motion.  David Graff, General Counsel of Connexus, is a member in good standing of the Maryland bar, and will enter an appearance to represent Connexus in this matter.  David Graff represented that Connexus will not seek to change the date on which the upcoming June 2012 Mini-Trial is scheduled to occur.  Moreover, the Kraft defendants remain represented by counsel who will adequately represent the interests of all defendants in the upcoming June 2012

Mini-Trial, as the outcome of that trial is dependent solely on facts pertaining to the plaintiff and not on any facts or circumstances specific to any defendant.

     For these reasons and as more fully explained in Connexus's forthcoming motion, Venable will request that the Court immediately enter an order allowing it to withdraw as counsel of record for Connexus.

                                        Respectfully submitted,

Dated: April 30, 2012                                        /s/
                                               J. Douglas Baldridge, US DC-MD Bar No. 11023
                                               Lisa Jose Fales, US DC-MD Bar No. 08141
                                               Ari N. Rothman, US DC-MD Bar No. 17560
                                             VENABLE LLP
                                             575 7th Street, N.W.
                                             Washington, DC  20004-1601
                                             (202) 344-4000 (phone)
                                             (202) 344-8300 (fax)
                                             jdbaldridge@venable.com
                                             ljfales@venable.com
                                             anrothman@venable.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2012, a copy of the foregoing *Notice of Intent to File Motion to Withdraw Appearance of Record for Connexus Corp.* was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, MD  20878
shr@ringlaw.com

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,
Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street, N.W.
Suite 800
Washington, D.C.  20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Drive
Suite 1330
Chicago, IL  60606
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods Inc.
& Vict. Th. Engwall & Co.*

                             /s/
                    Ari N. Rothman

3