IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| | : |
| Plaintiff, | : |
| | : Case No. 8:08-CV-00409-PJM |
| v. | : |
| | : |
| KRAFT FOODS, INC., et al., | : The Honorable Peter J. Messitte |
| | : |
| Defendants. | : |
| | : |
| | : |

### NOTICE OF ENTRY OF APPEARANCE OF ARI N. ROTHMAN

Pursuant to Local Rule 101, Ari N. Rothman hereby enters his appearance as counsel of record for Defendants Kraft Foods Global, Inc., Kraft Foods, Inc., and Vict. Th. Engwall & Co.

Respectfully Submitted,

Dated:  May 8, 2012

_____/s/_____
Ari N. Rothman
(US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
anrothman@venable.com

*Attorneys for Defendants Kraft Foods Global, Inc.,*
*Kraft Foods, Inc., and Vict. Th. Engwall & Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2012, a copy of the foregoing

*Notice of Entry of Appearance of Ari N. Rothman* was filed electronically in accordance

with the Court's CM/ECF procedures, and served upon the below-named counsel via the

Court's electronic filing notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, MD  20878
shr@ringlaw.com

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street, N.W.
Suite 800
Washington, D.C.  20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Drive
Suite 1330
Chicago, IL  60606
dgraham@djgrahamlaw.com

*Counsel for Defendants Kraft Foods*
*Global, Inc., Kraft Foods Inc. & Vict.*
*Th. Engwall & Co.*

_____/s/_____
Ari N. Rothman