**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, ) | Magistrate Judge Charles B. Day |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| CONNEXUS CORP., *et al.*, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al.*, ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO VENABLE LLP'S MOTION TO WITHDRAW**

Plaintiff Beyond Systems, Inc. ("BSI") submits this Response to Venable LLP's ("Venable") Motion to Withdraw Appearance as Counsel of Record for Defendant Connexus Corp. ("Connexus") (DE # 508). Plaintiff does not object to Venable's Motion so long as the substitution of counsel will not postpone the upcoming June 19th mini-trial.

Venable appears to state valid grounds to support its desire to withdraw from its long-standing representation of Connexus in this litigation. However, there are fewer than five weeks between now and the first day of the mini-trial, and a withdrawal motion coming at this late date is inherently disruptive. Plaintiff thus respectfully requests that if the Court grants Venable's

1

Motion, it does so on the condition the upcoming trial date not be altered. The mini-trial has been on the Court's docket since September 2011 (DE # 427), and all parties have been working diligently toward preparing for that date. To postpone the trial now is prejudicial to Plaintiff, which has been requesting a trial in this case for years.

"[I]n all cases [where counsel seeks to withdraw], the court must . . . consider the potential prejudice to all parties involved and the potential disruption to the administration of justice from attorney withdrawal. If there is an impending trial or other key proceeding, failure to pay fees may not justify withdrawal." *Abbott v. Gordon*, Civ. No. DKC-09-0372, 2010 WL 4183334, at *3 (D. Md. Oct. 25, 2010) (granting motion to withdraw when there were "no impending deadlines in the case"). *See also McQuown v. Brady Res., Inc.*, Civ. No. 1:10 cv 184, 2011 WL 3585400, at *2 (D. Md. Aug. 12, 2011) (denying motion to withdraw when it "could result in Plaintiffs being unreasonably delayed in obtaining a court resolution of their dispute with Defendant."); *Portsmouth Redev. & Housing Auth. v. BMI Apartments Assoc.*, 851 F. Supp. 775, 786 (E.D. Va. 1994) (granting motion to withdraw when "the trial is not imminent.").

Venable states in its Motion that the substitute counsel for Defendant, David Graff, has represented that Connexus will not seek to change the date of the upcoming mini-trial. Mr. Graff's on-line LinkedIn profile currently describes him as both the CEO of a New York-based company called Online Intelligence, and General Counsel and Senior Vice-President, Corporate Development, of Epic Advertising, a company that merged with Connexus in 2010 and is related to Online Intelligence. David Graff LinkedIn Profile, *available at* http://www.linkedin.com/in/davidagraff (last accessed May 7, 2012). Given the responsibilities that Mr. Graff must have with these two senior-level management positions, the Court will presumably understand why Plaintiff is skeptical that he will have adequate time to prepare to be

Connexus's "lead trial counsel" at this late date, even if he were to be admitted to the Bar of this Court in a timely fashion, as he is not now a member of that bar and thus cannot represent Connexus.[1]  As the Court knows, this case has a long history with many complex and novel legal issues.  Numerous depositions have already been taken, and others, geared toward the mini-trial, are underway.  There are many pre-trial motions that are due in the next several weeks.  Venable has represented its client vigorously throughout this litigation, and it would be a tall order for any counsel to step in on the eve of trial.  Indeed, during a Meet and Confer with counsel held on May 4, 2012, Mr. Graff candidly stated he was unsure whether he would be in a position to proceed to trial in June or whether he would be forced to move for a postponement.

If Mr. Graff (himself, not through Venable) can represent to the Court that he will not file a motion to delay the mini-trial, that would satisfy Plaintiff.  Again, Plaintiff does not oppose Venable's request to withdraw as counsel.  It only asks that the withdrawal not result in moving the June 19th trial date.

---

[1] As noted in Venable's Motion, Mr. Graff is not even a member of the Bar of this Court. Under Local Rule 101.1(a), "only members of the Bar of this Court may appear as counsel in civil cases." To be admitted, an applicant must file an application accompanied by a motion from a sponsor.  Local Rule 701.2(a).

Date:  May 8, 2012                                              Respectfully submitted,

          /s/                                                *Of Counsel:*

Thomas M. Barba (D. Md. Bar No. 28487)
Roger W. Yoerges (D. Md. Bar No. 14088)    Stephen H. Ring (USDC-MD Bar No. 00405)
Jeffrey E. McFadden (D. Md. Bar No. 8738)   Law Offices of Stephen H. Ring, P.C.
John J. Duffy (D. Md. Bar No. 28613)         506 Main Street, Suite 215
STEPTOE & JOHNSON LLP                    Gaithersburg, Maryland  20878
1330 Connecticut Ave., NW               T: 301-563-9249
Washington, D.C.  20036                  F: 301-563-9639
T: 202-429-3000                            shr@ringlaw.us
F: 202-429-3902
tbarba@steptoe.com                     Mike Rothman (USDC-MD Bar No. 14568)
ryoerges@steptoe.com                 Law Office of Michael S. Rothman
jmcfadden@steptoe.com              401 E. Jefferson Street, Suite 201
jduffy@steptoe.com                       Rockville, MD  20850
                                                  T: 301-251-9660
Anthony A. Onorato (D. Md. Bar No. 28622)  F: 301-251-9610
STEPTOE & JOHNSON LLP                    mike@mikerothman.com
1114 Avenue of the Americas
New York, NY  10036                      *Counsel for Plaintiff Beyond Systems, Inc.*
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2012, the foregoing PLAINTIFF'S RESPONSE TO VENABLE LLP'S MOTION TO WITHDRAW was served via the Court's CM/ECF system on the below-named parties:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
607 14th Street NW, Suite 800
Washington, D.C.  20005-2003
(202) 434-1613 (Telephone)
(202) 434-1690 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Jennifer M. Newton