UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Charles B. Day
United States Magistrate Judge

RE: Beyond Systems v. Kraft Foods, Inc.
Civil Action No. PJM-08-409

DATE: May 10, 2012

\* \* \* \* \* \* \* \* \*

Please be advised that a telephone conference hearing has been scheduled for **Tuesday, May 15, 2012 at 2:00 p.m.** in the above-captioned matter regarding Connexus Corporation's Motion to Confirm and Enforce the Court's Order on Greenberg Trauring Deposition and Related Relief (ECF No.500).

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

Phone number:           (888) 684-8852
Access code:            5923783
Participant Security code:   1700

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.