**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 08-409** |
| | * | |
| **KRAFT FOODS, INC., et al.** | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court having considered Plaintiff Beyond Systems, Inc.'s Appeal of Magistrate Judge Charles Day's Order Granting Defendant Connexus Corp.'s Motion for Protective Order, and the underlying record, it is, this 18th day of May, 2012

**ORDERED**:

1. Judge Day's Order Granting Defendant Connexus Corp.'s Motion for Protective Order is not clearly erroneous or contrary to law and is **AFFIRMED**.

                             /s/
                    **PETER J. MESSITTE**
                    **UNITED STATES DISTRICT JUDGE**

1