IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**MOTION TO WITHDRAW APPEARANCE
AS COUNSEL OF RECORD FOR KRAFT DEFENDANTS**

Pursuant to Local Rule 101(2)(b)(1), Venable LLP ("Venable") seeks leave to withdraw its appearance as counsel of record for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Kraft Defendants"). Good cause exists to grant the requested relief because "appearance of other counsel has been entered" for Kraft Defendants under Local Rule 101(2)(b)(1), namely, the law firm of Perkins Coie LLP and the law firm of Roeser Bucheit & Graham, LLC. Further, Kraft Defendants consent to the withdrawal of Venable. Moreover, Venable today re-entered its appearance as counsel of record for Defendant and Third-Party Plaintiff Connexus Corp. Finally, no prejudice will result to any party.

For these reasons, Venable requests that this Court enter an order allowing it to withdraw as counsel of record for Kraft Defendants.

\* \* \*

                                                                                Respectfully submitted,

Dated:  May 22, 2012                                           /s/
                                                J. Douglas Baldridge, US DC-MD Bar No. 11023
                                                Ari N. Rothman, US DC-MD Bar No. 17560
                                                VENABLE LLP
                                                575 7th Street, N.W.
                                                Washington, DC  20004-1601
                                                (202) 344-4000 (phone)
                                                (202) 344-8300 (fax)
                                                jdbaldridge@venable.com
                                                ljfales@venable.com
                                                anrothman@venable.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2012, a copy of the foregoing *Motion to Withdraw Appearance of Record for Kraft Defendants* was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

| | |
|---|---|
| Thomas M. Barba<br>John J. Duffy<br>Jeffrey E. McFadden<br>Roger W. Yoerges<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>tbarba@steptoe.com<br>jduffy@steptoe.com<br>jmcfadden@steptoe.com<br>ryoerges@steptoe.com<br><br>Anthony A. Onorato<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>tonorato@steptoe.com<br><br>Stephen H. Ring<br>Law Offices of Stephen H. Ring, P.C.<br>506 Main Street, Suite 215<br>Gaithersburg, MD  20878<br>shr@ringlaw.com<br><br>Mike Rothman<br>Law Office of Michael S. Rothman<br>401 E. Jefferson Street, Suite 201<br>Rockville, MD  20850<br>mike@mikerothman.com<br><br>*Counsel for Plaintiff BSI, Inc.,*<br>*Joe Wagner/Hypertouch, Inc.* | John K. Roche<br>Barry J. Reingold<br>John M. Devaney<br>PERKINS COIE LLP<br>607 14th Street, N.W.<br>Suite 800<br>Washington, D.C.  20005-2003<br>jroche@perkinscoie.com<br>breingold@perkinscoie.com<br>jdevaney@perkinscoie.com<br><br>Darrell J. Graham<br>John Bucheit<br>Peter Roeser<br>ROESER BUCHEIT & GRAHAM LLC<br>20 N. Wacker Drive<br>Suite 1330<br>Chicago, IL  60606<br>dgraham@rbglegal.com<br>jbucheit@rbglegal.com<br>proeser@rbglegal.com<br><br>*Counsel for Defendants Kraft Foods Inc.*<br>*& Vict. Th. Engwall & Co.*<br><br><br><br><br><br>_____/s/_____<br>Ari N. Rothman |