# STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Roger W. Yoerges
202.429.8168
ryoerges@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

June 6, 2012

Honorable Peter J. Messitte
United States District Court
   Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re: BSI, Inc. v. Connexus, et al., No. 8:08-cv-00409 (PJM)

Dear Judge Messitte:

      My firm represents BSI, the plaintiff in the above-referenced anti-spam case, and I will serve as lead trial counsel in the upcoming mini-trial, which is currently scheduled to commence on Tuesday, June 19, 2012. I am writing to make a special, if not unusual, request regarding a scheduling issue in connection with that trial.

      Each year in Washington, a charity called Gifts for the Homeless conducts its largest fundraiser – the Battle of the Law Firm Bands – in which musical bands from sixteen or so law firms compete in a night of music and fundraising at a club called The Black Cat in Washington, DC. Last year, I organized and led a band ("Attractive Nuisance") as Steptoe & Johnson's entry in the competition (we placed a respectable third). This year, my law firm band has entered the competition once again.

      The fundraiser-performance will be held on June 21, which is Thursday of the first week of our scheduled trial. Attractive Nuisance is scheduled to appear during the 11 p.m. hour, which, if past is prologue, will mean that we will take the stage closer to midnight. By the time all is said and done, I will be getting home in the very early hours on Friday morning. Trying a case later that morning would not have presented an issue when I was in my thirties and forties, but I do not have that kind of stamina any longer (and I certainly do not have the boundless energy of a Springsteen or McCartney). I would, therefore, respectfully ask the Court whether we might adjourn the mini-trial on Friday, June 22 (or, if that were not possible, begin in the afternoon on that particular day). I have consulted with opposing counsel for Connexus and Kraft, and each consents to my request.

STEPTOE & JOHNSON LLP

    I would not want this request to cause other scheduling issues the following week. Indeed, I recall during a telephone conference last year when we were discussing dates for the mini-trial that mention was made that the Court might have a conflict during the week of June 25. If there is a reasonable chance that we could conclude the mini-trial on Friday, June 22 (our side is dubious that we will be able to do so), and my request would cause the trial to extend into the following week when there may be an irreconcilable scheduling conflict, then I will gladly withdraw it and take other, necessary measures (*e.g.*, drinking large volumes of coffee on June 22).

    Thank you for your consideration of this matter, Your Honor. I am at your disposal to discuss this matter further.

                                                 Respectfully yours,

                                                 Roger W. Yoerges

cc (*via email*):  J. Douglas Baldridge, Esq.
                     Ari N. Rothman, Esq.
                     Darrell J. Graham, Esq.
                     John K. Roche, Esq.