# Exhibit 1

Case No. 8:08-CV-00409-PJM

Identification:_____

Admitted:_____

**Exhibit**
**PLAINTIFF'S**
**EXHIBIT NO. 117**

