**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| CONNEXUS CORP., *et al*., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al*., ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION IN LIMINE CONCERNING PLAINTIFF'S "SPAM EMAIL**
**FROM DEFENDANTS" MINI-TRIAL EXHIBIT**

Plaintiff Beyond Systems, Inc. ("BSI") opposes Defendants' Motion in Limine Concerning Plaintiff's "Spam Email from Defendants" Mini-Trial Exhibit (DE #544). Today's motion from Defendants is the same as their recently failed effort to exclude the use of the word "spam" from the Mini-Trial, (DE # 528). In this motion, Defendants thus repeat their argument, virtually verbatim from their prior motion, that "the prejudice to Defendants of allowing BSI to label the emails at issue 'spam,' given the pejorative connotation of the term, far outweighs any

value." The Court rejected that argument at the pre-trial conference, and it should reject it here, too.

Date:  June 18, 2012                                Respectfully submitted,

|  |  |
|---|---|
| _____/s/_____ | *Of Counsel:* |
| Thomas M. Barba (D. Md. Bar No. 28487) |  |
| Roger W. Yoerges (D. Md. Bar No. 14088) | Stephen H. Ring (USDC-MD Bar No. 00405) |
| Jeffrey E. McFadden (D. Md. Bar No. 8738) | Law Offices of Stephen H. Ring, P.C. |
| John J. Duffy (D. Md. Bar No. 28613) | 506 Main Street, Suite 215 |
| STEPTOE & JOHNSON LLP | Gaithersburg, Maryland  20878 |
| 1330 Connecticut Ave., NW | T: 301-563-9249 |
| Washington, D.C.  20036 | F: 301-563-9639 |
| T: 202-429-3000 | shr@ringlaw.us |
| F: 202-429-3902 |  |
| tbarba@steptoe.com | Mike Rothman (USDC-MD Bar No. 14568) |
| ryoerges@steptoe.com | Law Office of Michael S. Rothman |
| jmcfadden@steptoe.com | 401 E. Jefferson Street, Suite 201 |
| jduffy@steptoe.com | Rockville, MD  20850 |
|  | T: 301-251-9660 |
| Anthony A. Onorato (D. Md. Bar No. 28622) | F: 301-251-9610 |
| STEPTOE & JOHNSON LLP | mike@mikerothman.com |
| 1114 Avenue of the Americas |  |
| New York, NY  10036 | *Counsel for Plaintiff Beyond Systems, Inc.* |
| T: 212-506-3900 |  |
| F: 212-506-3950 |  |
| tonorato@steptoe.com |  |

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2012, the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE CONCERNING PLAINTIFF'S "SPAM EMAIL FROM DEFENDANTS" MINI-TRIAL EXHIBIT was served via the Court's CM/ECF system on the below-named parties:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
700 Thirteenth Street N.W.
Washington, D.C.
20005-3960
(202) 654-6200 (Telephone)
(202) 654-6211 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Peter S. Roeser
John E. Bucheit
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
(312) 922-1200 (Telephone)
dgraham@rbglegal.com
proeser@rbglegal.com
jbucheit@rbglegal.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

 

                              /s/
                            Jennifer M. Newton