Beyond Systems, Inc. v. Kraft Foods, Inc., et al., 8:08-CV-00409-PJM
Plaintiff's Minitrial Exhibit List

| Exh. # | Filename | Identification | Bates Begin | Bates End |
|---|---|---|---|---|
| 1 | 001. BSI0038236.pdf | BSI Articles of Incorporation | BSI0038236 | BSI0038238 |
| 2 | 002. BSI0034852.pdf | BSI Server Activity - Octoer 2009 - Screen Shot | BSI0034852 | BSI0034865 |
| 3 | 003. BSI0034866.pdf | BSI Server Activity - Octoer 2009 - Screen Shot | BSI0034866 | BSI0034907 |
| 4 | 004. BSI0034908.pdf | BSI Server Activity - Octoer 2009 - Screen Shot | BSI0034908 | BSI0034923 |
| 5 | 005. BSI0034924.pdf | BSI Server Activity - Octoer 2009 - Screen Shot | BSI0034924 | BSI0034928 |
| 6 | 006. BSI0034929.pdf | BSI Server Activity - Octoer 2009 - Screen Shot | BSI0034929 | BSI0034929 |
| 7 | 007. BSI0034930.pdf | BSI Server Activity - Octoer 2009 - Screen Shot | BSI0034930 | BSI0034952 |
| 8 | 008. BSI0021221.pdf | BSI Montgomery County Tax Filing - 1998-1999 | BSI0021221 | BSI0021234 |
| 9 | 009. BSI0021320.pdf | BSI Federal Tax Filing - 2003 | BSI0021320 | BSI0021345 |
| 10 | 010. BSI0021346.pdf | BSI Federal Tax Filing - 2004 | BSI0021346 | BSI0021371 |
| 11 | 011. BSI0021372.pdf | BSI Federal Tax Filing - 2005 | BSI0021372 | BSI0021398 |
| 12 | 012. BSI0021399.pdf | BSI Federal Tax Filing - 2006 | BSI0021399 | BSI0021431 |
| 13 | 013. BSI0021432.pdf | BSI Federal Tax Filing - 2007 | BSI0021432 | BSI0021458 |
| 14 | 014. BSI0021459.pdf | BSI Federal Tax Filing - 2008 | BSI0021459 | BSI0021483 |
| 15 | 015. BSI0021486.pdf | BSI Fedearl Tax Filing - 2009 | BSI0021486 | BSI0021486 |
| 16 | 016. BSI0021291.pdf | BSI Network Connectivity Diagram | BSI0021291 | BSI0021293 |
| 17 | 017. BSI0034823.pdf | BSI Domain Registration | BSI0034823 | BSI0034825 |
| 18 | 018. BSI0034826.pdf | BSI Domain Regitration | BSI0034826 | BSI0034828 |
| 19 | 019. BSI0034545.pdf | BSI Customer Invoice - SELCO | BSI0034545 | BSI0034559 |
| 20 | 020. BSI0020744.pdf | BSI Customer Invoice - A. Feshenko | BSI0020744 | BSI0020744 |
| 21 | 021. BSI0020745.pdf | BSI Customer Invoice - A. Feshenko | BSI0020745 | BSI0020745 |
| 22 | 022. BSI0020748.pdf | BSI Customer Invoice - K. Khalichi | BSI0020748 | BSI0020748 |
| 23 | 023. BSI0020749.pdf | BSI Customer Invoice - K. Khalichi | BSI0020749 | BSI0020749 |
| 24 | 024. BSI0020750.pdf | BSI Customer Invoice - K. Khalichi | BSI0020750 | BSI0020750 |
| 25 | 025. BSI0020751.pdf | BSI Customer Invoice - VisionOnline | BSI0020751 | BSI0020751 |
| 26 | 026. BSI0004414.pdf | BSI WHols - beyondsystems.net | BSI0004414 | BSI0004415 |
| 27 | 027. BSI0038212.pdf | BSI WhoIs - linkcenter.net | BSI0038212 | BSI0038214 |
| 28 | 028. BSI0038239.pdf | BSI WhoIs - hypertouch.com | BSI0038239 | BSI0038240 |
| 29 | 029. BSI0045869.pdf | BSI WhoIs - hypertouch.com | BSI0045869 | BSI0045869 |
| 30 | 030. BSI0045862.pdf | BSI WhoIs - hypertouch.com | BSI0045862 | BSI0045863 |
| 31 | 031. BSI0045858.pdf | BSI WhoIs - hypertouch.com | BSI0045858 | BSI0045859 |
| 32 | 032. BSI0045846.pdf | BSI WhoIs - hypertouch.com | BSI0045846 | BSI0045847 |
| 33 | 033. BSI0045848.pdf | BSI WhoIs - hypertouch.com | BSI0045848 | BSI0045849 |
| 34 | 034. BSI0045852.pdf | BSI WhoIs - hypertouch.com | BSI0045852 | BSI0045853 |
| 35 | 035. BSI0045901.pdf | BSI Users' Correspondence re: Email Archiving | BSI0045901 | BSI0045902 |
| 40 | 040. BSI0030904.pdf | Correspondence from P. Wagner to Megapath | BSI0030904 | BSI0030904 |
| 41 | 041. BSI0021294.pdf | Invoice to BSI from Upstream Provider - Speakeasy | BSI0021294 | BSI0021298 |
| 42 | 042. BSI0021311.pdf |  | BSI0021311 | BSI0021312 |
| 43 | 043. BSI0034560.pdf | Payment Documentation to Upstream Internet Providers | BSI0034560 | BSI0034564 |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al., 8:08-CV-00409-PJM
Plaintiff's Minitrial Exhibit List

| Exh. # | Filename | Identification | Bates Begin | Bates End |
|---|---|---|---|---|
| 44 | 044. BSI0022339.pdf | BSI Credit Card Statement - 2004 | BSI0022339 | BSI0022344 |
| 45 | 045. BSI0022360.pdf | BSI Credit Card Statement - 2005 | BSI0022360 | BSI0022364 |
| 46 | 046. BSI0022365.pdf | BSI Credit Card Statement - 2006 | BSI0022365 | BSI0022379 |
| 47 | 047. BSI0022380.pdf | BSI Credit Card Statement - 2006 | BSI0022380 | BSI0022384 |
| 48 | 048. BSI0022400.pdf | BSI Credit Card Statement - 2007 | BSI0022400 | BSI0022404 |
| 49 | 049. BSI0022420.pdf | BSI Credit Card Statement - 2008 | BSI0022420 | BSI0022426 |
| 50 | 050. BSI0022427.pdf | BSI Credit Card Statement - 2009 | BSI0022427 | BSI0022441 |
| 51 | 051. BSI0022442.pdf | BSI Credit Card Statement - 2009 | BSI0022442 | BSI0022446 |
| 52 | 052. BSI0022447.pdf | BSI Credit Card Statement - 2010 | BSI0022447 | BSI0022461 |
| 53 | 053. BSI0022462.pdf | BSI Credit Card Statement - 2010 | BSI0022462 | BSI0022466 |
| 54 | 054. BSI0034691.pdf | Screenshot of BSI Account - Speakeasy | BSI0034691 | BSI0034692 |
| 55 | 055. BSI0020753.pdf | Server Diagram - BSI Service for mail.stlukeshouse.com via mail.linkcenter.net | BSI0020753 | BSI0020753 |
| 56 | 056. BSI0021243.pdf | Screenshot of BSI Entity - Maryland Dept. of Assessments and Taxation | BSI0021243 | BSI0021244 |
| 57 | 057. BSI0020756.pdf | Email Correspondence re: BSI Services to St. Luke's House | BSI0020756 | BSI0020811 |
| 58 | 058. BSI0034953.pdf | Email Correspondence re: BSI Services to St. Luke's House | BSI0034953 | BSI0034956 |
| 59 | 059. BSI0021995.pdf | Email Correspondence re: BSI Services to Young Women's Christian House | BSI0021995 | BSI0022245 |
| 60 | 060. BSI0008135.pdf | Email Correspondence re: Services Provided by BSI | BSI0008135 | BSI0008136 |
| 61 | 061. BSI0021299.pdf | Speakeasy's Terms of Service | BSI0021299 | BSI0021310 |
| 62 | 062. BSI0002843.pdf | BSI Invoices - Young Women's Christian House | BSI0002843 | BSI0002846 |
| 63 | 063. BSI0022566.pdf | Table of BSI's Non-Litigation Expenses | BSI0022566 | BSI0022580 |
| 64 | 064. BSI0031577.pdf | BSI Invoices for Upstream Connectivity and Hardware | BSI0031577 | BSI0032019 |
| 65 | 065. BSI0021519.pdf | Email Excerpts re: BSI Web-Hosting Services - Barcroft Cycles | BSI0021519 | BSI0021867 |
| 67 | 067. BSI0034696.pdf | Screenshots of BSI Customer Email Accounts | BSI0034696 | BSI0034702 |
| 68 | 068. BSI0008126.pdf | Email Correspondence with BSI Customer | BSI0008126 | BSI0008126 |
| 69 | 069. BSI0035035.pdf | WhoIs Lookup - stlukeshouse.com | BSI0035035 | BSI0035037 |
| 70 | 070. BSI0044221.pdf | Email Correspondence with BSI Customer - St. Luke's House | BSI0044221 | BSI0044291 |
| 71 | 071. BSI0034544.pdf | Service Sign-Ups for BSI Customers | BSI0034544 | BSI0034544 |
| 72 | 072. 498 2012-04-06 Court' DE# 498 - Court's Amended Order | | N/A | N/A |
| 73 | 073. 456 2011-12-12 Conne DE# 456 - Connexus Opposition to BSI Motion to Strike & Draft Order | | N/A | N/A |
| 74 | 074. BSI0035062.pdf | Email Correspondence re: BSI Services to St. Luke's House | BSI0035062 | BSI0035069 |
| 101 | 101. Media Post Article.pdf | ISP Antispam Lawsuit News - Media Post | N/A | N/A |
| 103 | 103. The Register Article (S ISP Antispam Lawsuit News - The Register | | N/A | N/A |
| 107 | 107 - Demonstrative.pdf | Demonstrative - Postal System Analogy | N/A | N/A |
| 108 | 108 - Demonstrative.pdf | Demonstrative - Postal System Analogy | N/A | N/A |
| 109 | 109 - Demonstrative.pdf | Demonstrative - Email System | N/A | N/A |
| 110 | 110 - Demonstrative.pdf | Demonstrative - Email System | N/A | N/A |
| 111 | 111 - Demonstrative.pdf | Demonstrative - Email System | N/A | N/A |
| 112 | 112 - Demonstrative.pdf | Demonstrative - Maryland Code | N/A | N/A |
| 113 | 113 - Demonstrative.pdf | Demonstrative - BSI as ICSP | N/A | N/A |

Admitted

JUN 21 2012
JUN 19 2012
JUN 22 2012

Beyond Systems, Inc. v. Kraft Foods, Inc., et al., 8:08-CV-00409-PJM
Plaintiff's Minitrial Exhibit List

| Exh. # | Filename | Identification | Bates Begin | Bates End |
|---|---|---|---|---|
| 114 | 114 - Demonstrative.pdf | Demonstrative - California Code | N/A | N/A |
| 115 | 115 - Demonstrative.pdf | Demonstrative - BSI as EMSP | N/A | N/A |
| 116 | 116 - Demonstrative.pdf | Demonstrative - BSI Timeline | N/A | N/A |
| 117 | 117 - Demonstrative.pdf | Demonstrative - BSI Timeline | N/A | N/A |
| 118 | 118 - Demonstrative.pdf | Demonstrative - ICSP/EMSP Infrastructure | N/A | N/A |
| 119 | 119 - Demonstrative.pdf | Demonstrative - Partial List of BSI Services | N/A | N/A |
| 120 | 120 - Demonstrative.pdf | Demonstrative - DNS Service | N/A | N/A |
| 121 | 121 - Demonstrative.pdf | Demonstrative - DNS Service | N/A | N/A |
| 122 | 122 - Demonstrative.pdf | Demonstrative - BSI Customers & Services | N/A | N/A |
| 123 | 123 - Demonstrative.pdf | Demonstrative - ISP Litigation Against Spam | N/A | N/A |
| 124 | 124 - Demonstrative.pdf | Demonstrative - BSI in Maryland | N/A | N/A |
| 125 | 125 - Demonstrative.pdf | Demonstrative - BSI in Maryland | N/A | N/A |

Admitted
JUN 2 2 2012

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 126 | 6/21/2012 | 6/21/2012 | Snap shot of Query Report |
| 127 | 6/21/2012 | 6/21/2012 | Snap shot of YWCH Report |
| 129 | 6/21/2012 | 6/21/2012 | Screen/snap shot of 6/20/12 |
| 130 | | | |
| 131 | 6/12/2012 | 6/12/2012 | List of Plaintiff's Expert – Peter Resnick re: services provided by DSI – entities/organizations |
| 132 | | | |
| 133 | | | |
| 372.1 | 6/20/2012 | 6/20/2012 | Photograph of 1612 Sherwood |

BEYOND SYSTEMS, INC.

vs.

KRAFT FOODS, INC., et al

Civil – PJM-08-409                                      Plaintiff's Exhibits