Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 338. | 11/12/2008 | Plaintiff's Objections and Response to Defendants' First Set of Interrogatories | Ex 2 Kraft MSJ | | |
| 339. | 12/4/2008 | P. Wagner's Home Equity Line of Credit Deed of Trust | BSI0020251-BSI0020260 | | |
| 340. | 1/9/2009 | 2008 Annual Summary of Charges prepared by Chevy Chase Bank for P. Wagner | BSI0022405-BSI0022426 | | |
| 341. | 1/12/2009 | Screenshots from http://www.hypertouch.com/legal/index.htm & http://www.hypertouch.com/legal/legal.htm | Ex. 26 Kraft MSJ | | |
| 342. | 3/26/2009 | Memorandum in Support of Plaintiff and Third Party Defendants' Motion in Support of Interim Sealing Motion and Motion in Opposition to Motion to Challenge Confidentiality, (Dkt. No. 79). | Ex. 4 Kraft MSJ | | |
| 343. | 4/6/2009 | Declaration of P. Wagner | Ex. 19 Kraft MSJ | | |
| 344. | 4/24/2009 | Plaintiff's Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 12-14) | Ex. 7 Kraft MSJ | | |
| 345. | 4/27/2009 | Plaintiff's Supplemental Objections and Responses to Requests for Production (No. 30) | | | |
| 346. | 5/29/2009 | Excerpts from the expert report of Dr. John C. Klensin | Ex. 2 Reply ISO Kraft MSJ | | |
| 347. | 6/5/2009 | Plaintiff's Supplemental Objections and Response to Defendants' First Set of Interrogatories (Nos. 1-11) | Ex 1 Kraft MSJ | | |

33

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 348. | 7/31/2009 | Email from M. Whitley to P. Wagner regarding open relay | BSI0053701 | | |
| 349. | 7/31/2009 | Declaration of Steven Wagner (Docket No. 209-23). | Ex. 14 Kraft MSJ | | |
| 350. | 8/13/2009 | Subpoena response from Verizon forwarding VOL account information for Beyond Systems | WAUSA 00135-WAUSA 00137 | | |
| 351. | 8/31/2009 | Email from J. Wagner to Spamfighters regarding Geek question: how does Postini's TLS work? | BSI0055081 | | |
| 352. | 9/15/2009 | Email from D. Wagner to P. Wagner regarding Restore connectivity at SLH | BSI0020775 | | |
| 353. | 9/16/2009 | Email from P. Wagner to J. Clark, francois@stlukeshouse.com, and J. Wagner regarding antenna for the Verizon PC5750 EVDO air card | BSI0051367-BSI0051369 | | |
| 354. | 9/17/2009 | Email from P. Wagner to J. Clark and francois@stlukeshouse.com regarding Order Update #557776 | BSI0051372-BSI0051373 | | |
| 355. | 9/21/2009 | Email from P. Wagner to D. Wagner regarding Router Problems | BSI0051374-BSI0051376 | | |
| 356. | 9/21/2009 | Email from P. Wagner to D. Wagner regarding Router Problems | BSI0051377-BSI0051379 | | |
| 357. | 9/21/2009 | Email from P. Wagner to D. Wagner regarding Router Problems | BSI0051380-BSI0051382 | JUN 2 0 2012 | JUN 2 0 2012 |
| 358. | 9/24/2009 | Transcript of Deposition of Dr. John C. Klensin vol. 1 | | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 359. | 10/15/2009 | Internet Archive – Wayback Machine Results for www.hypertouch.net | Resnick Dep. Ex. 257 | | |
| 360. | 10/15/2009 | Internet Archive for "additional Hypertouch Legal Notices" page | Resnick Dep. Ex. 258 | | |
| 361. | 10/15/2009 | Source code for Internet Archive for "additional Hypertouch Legal Notices" page | Resnick Dep. Ex. 259 | | |
| 362. | 10/19/2009 | 2008 BSI U.S. and Maryland Income Tax Returns | BSI0021459-BSI0021483 | | |
| 363. | 10/19/2009 | Excerpt (p. 25) from the Transcript of Motion Proceedings in Beyond Systems, Inc. v. Kraft Foods, Inc., et al., 08-0409. | Ex. 18 Kraft MSJ | | |
| 364. | 11/4/2009 | Plaintiff's Amended Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 12-14) attaching Gross Revenues Received by Beyond Systems, Inc. from Settlements and/or Judgments Obtained as a Result of Claims Related to Commercial Electronic Mail | Ex. 22 Kraft MSJ | | |
| 365. | 11/23/2009 | Hypertouch Responses and Objections to Connexus First Set of Requests for Admissions | | | |
| 366. | 12/2/2009 | Transcript of Deposition of Dr. John C. Klensin Vol. 2 | | | |
| 367. | 12/5/2009 | Sykes Dep. Ex. 3, BSI v. World Ave., No. PJM 08-cv-0921. Whois History for ywch.org. | BSI0045490 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 368. | 1/8/2010 | 2009 Annual Summary of Charges prepared by Chevy Chase Bank for P. Wagner | BSI0022427-BSI0022446 | | |
| 369. | 1/8/2010 | Email from S. Ring to GT forwarding domain registration information for BSI | Burton 6 | | |
| 370. | 1/27/2010 | Screenshot from http://www.beyondsystems.net/spam_cases.html. | Ex. 25 Kraft MSJ | | |
| 371. | 3/23/2010 | Screenshot from www.hypertouch.com (Dkt. No. 327-5) | Ex. 3 Reply ISO Kraft MSJ | | |
| 372. | 4/1/2010 | Site Inspection of 1612 Sherwood Rd., Silver Spring, MD | C12920 | | |
| 373. | 4/2/2010 | Site Inspection of 38 Maryland Ave., Rockville, MD | C12918 | | |
| 374. | 5/4/2010 | Site Inspection of 9501 Anchorage Pl., Bethesda, MD | C12917 | | |
| 375. | 5/6/2010 | Site Inspection of 1837 R St., NW., Washington, DC | C12919 | | |
| 376. | 6/8/2010 | Patent and Trademark Office file for hypertouch | BSI0032244-BSI0032254 | | |
| 377. | 6/10/2010 | Declaration of Neal Krawetz | | | |
| 378. | 9/20/2010 | 2009 BSI U.S. and Maryland Income Tax Returns | BSI0021486-BSI0021518 | | |
| 379. | 9/21/2010 | Email from J. Wagner to Spamfighters regarding World Avenue case | BSI0023448 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc, et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 380. | 11/29/2010 | Transcript of Motion Proceedings Before the Hon. Peter J. Messitte | | | |
| 381. | 12/2/2010 | Email from P. Wagner to J. Wagner regarding DNS change request for St. Lukes House | BSI0051399-BSI0051400 | | |
| 382. | 1/14/2011 | 2010 Annual Summary of Charges prepared by Chevy Chase Bank for P. Wagner | BSI0022447-BSI0022466 | | |
| 383. | 3/21/2011 | Declaration of Malcolm Spicer, Jr. | BSI0047147-BSI0047148 | | |
| 384. | 3/28/2011 | Plaintiff's Second Privilege Log in BSI v. World Avenue | BSI0032192-BSI0032194 | | |
| 385. | 4/5/2011 | Third Supplemental Response of Plaintiff Beyond Systems, Inc. to Defendant World Avenue USA, LLC'S Third Set of Interrogatories (No. 1) in *BSI v. World Avenue* | BSI0044755-BSI0044760 | | |
| 386. | 4/7/2011 | Plaintiff Beyond System Inc.'s Responses and Objections to Defendant's World Avenue Holdings. LLC's Interrogatories Relating to the August Trial to Plaintiff in *BSI v. World Avenue* case | | | |
| 387. | 4/8/2011 | Third Party Defendant Hypertouch's Responses and Objections to Defendant's World Avenue USA, LLC's Interrogatories Relating to the August Trial in *BSI v. World Avenue* case | | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 388. | 4/8/2011 | Third Party Defendant James Joseph Wagner's Responses and Objections to Defendant's World Avenue USA, LLC's Interrogatories Relating to the August Trial in *BSI v. World Avenue* case | | | |
| 389. | 4/13/2011 | Sykes Dep. Ex. 1, *BSI v. World Ave.*, No. PJM 08-cv-0921. Whois History for ywch.org. | BSI0045485 | | |
| 390. | 4/15/2011 | Sykes Dep. Ex. 4, *BSI v. World Ave.*, No. PJM 08-cv-0921. Whois History for ywch.org. | BSI0045491 | JUN 2 1 2012 | JUN 2 1 2012 |
| 391. | 5/19/2011 | Third Party Defendant Hypertouch's Supplemental Responses and Objections to Defendant's World Avenue USA, LLC's Interrogatories (Nos. 2,7, 11 and 18) Relating to the August Trial in *BSI v. World Avenue* case | | | |
| 392. | 6/29/2011 | Joint Pretrial Order in *BSI v. World Avenue* case | | | |
| 393. | 7/7/2011 | WHOIS lookup for Hypertouch.com | BSI0044207-BSI0044209 | | |
| 394. | 7/20/2011 | Business and Professions Code Section 22575-22579 | BSI0020261-BSI0020262 | | |
| 395. | 7/25/2011 | Email from J. Duffy to D. Baker, K. Horky, T. Onorato, P. Wagner, S. Wagner and J. Wagner regarding settlement | GT - 000178 | | |
| 396. | | Settlement Agreement Excerpt | GT - 000175-GT - 000177 | | |

38

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 397. | 10/26/2011 | Plaintiff's Fourth Supplemental Response to Defendant Connexus Corp.'s First Set of Interrogatories to Beyond Systems, Inc. (No. 5) | | | |
| 398. | 10/26/2011 | Plaintiff's Responses and Objections to Connexus Corp.'s First Set of Requests for Admission Concerning Mini-Trial Issues | | | |
| 399. | 11/16/2011 | Beyond Systems, Inc.'s Responses and Objections to Connexus Corp.'s First Set of Interrogatories Concerning Mini-Trial Issues | | | |
| 400. | 2/10/2012 | Beyond Systems, Inc.'s Supplemental Responses and Objections to Connexus Corp.'s First Set of Interrogatories Concerning Mini-Trial Issues | | | |
| 401. | 3/16/2012 | Email from S. Saunders to A. Rothman regarding World Avenue settlement | 108432358 | | |
| 402. | 3/19/2012 | BSI's Amended Supplemental Responses and Objections to Connexus' First Set of Interrogatories Concerning Mini-Trial Issues (No. 1) | 108432741 | | |
| 403. | | Notes regarding questions to ask Keivan Khalichi, Michael Whitley and St. Lukes House | | | |
| 404. | | Notes regarding inspection videos | | | |
| 405. | | Photograph – BSI mail slot at UPS Store | BSI0020266 | JUN 2 0 2012 | JUN 2 0 2012 |
| 406. | | Photograph– BSI mail slot at UPS Store | BSI0020267 | | |
| 407. | | Photo of BSI servers | BSI0038301 | | |

39

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 408. |  | Photographs of UPS Store (Exhibit 1 to Declaration of Jozef Przygrodzki) | BSI0042634-BSI0042648 |  |  |
| 409. |  | Photos of UPS Store | C012921-C012934 |  |  |
| 410. |  | BSI invoices to Young Woman's Christian Home | BSI0022277-BSI0022281 |  |  |
| 411. |  | BSI invoices to other residents of 1837 R Street, NW | BSI0022282-BSI0022293 |  |  |
| 412. | 2006 – 2009 | Invoices from BSI to Stephen Ring | BSI0022294-BSI0022303 |  |  |
| 413. |  | BSI Invoices | BSI0022304-BSI0022305 |  |  |
| 414. |  | BSI Invoices | BSI0023315-BSI0022316 |  |  |
| 415. |  | Statement of costs related to Stamps.com litigation | BSI0056228 |  |  |
| 416. |  | Screenshot of CapitalOne bank page for BSI | BSI0022468 |  |  |
| 417. |  | CapitalOne bank statements for BSI | BSI0022469-BSI0022562 |  |  |
| 418. |  | CapitalOne bank statements for BSI | BSI0022582-BSI0022772 |  |  |
| 419. |  | TheUseful.com spam | BSI0023685-BSI0023704 |  |  |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 420. | | EXHIBIT NOT USED | | | |
| 421. | | Owner email change for Castalia.net | BSI0034823-BSI0034825 | | |
| 422. | | TheGeekPub regarding Hosting on Verizon FIOS | BSI0034834-BSI0034841 | | |
| 423. | | BSI's web access logs and configuration files | BSI0034908-BSI0034928 | | |
| 424. | | Landing pages for spam showing that Hypertouch.com email addresses were entered into internet web pages | BSI0035039-BSI0035041 | | |
| 425. | | Source code for http://legal.hypertouch.com/BobVila.html | BSI0044105 | | |
| 426. | | Enlargement of Source code for http://legal.hypertouch.com/BobVila.html | BSI0044106-BSI0044109 | | |
| 427. | | Domain name settings for mail.reasonabledoubt.com | BSI0044110 | | |
| 428. | | Photos posted on http://www.hypertouch.com/legal/spam/ibill/4-intro.html | BSI0044114 | | |
| 429. | | Photos posted on http://www.hypertouch.com/legal/spam/ibill/4.html | BSI0044115 | | |
| 430. | | Domain name server configurations for hypertouch.com | BSI0044148-BSI0044164 | | |

41

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 431. | | J. Clark Dep. Ex. C, *BSI v. World Ave.*, No. PJM 08-cv-0921. Whois record for St. Luke's Hospital. compilation of emails between P. Wagner, J. Wagner and St. Luke's. | BSI0044221-91 | | |
| 432. | | Sykes Dep. Ex. 2, *BSI v. World Ave.*, No. PJM 08-cv-0921. YWCH payments to BSI, 3/1/02 – 2/26/09. | BSI0045486-BSI0045489 | | |
| 433. | | Sykes Dep. Ex. 5, *BSI v. World Ave.*, No. PJM 08-cv-0921. Whois Record for TmHdc.org. | BSI0045492-BSI0045495 | | |
| 434. | | Statements of Claim for cases filed by P. Wagner against Sprint, VisionLab, First Horizon Home Loans, Cell Direct, XO Communications, Pepco, DoubleClick Inc. | BSI0020268-BSI0020278 | | |
| 435. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Sprint International Communications Co.* | BSI0046137-BSI0046142 | | |
| 436. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. VisionLab Telecommunications* | BSI0046143-BSI0046154 | | |
| 437. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. First Horizon Home Loans* | BSI0046155-BSI0046158 | | |
| 438. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Cell Direct* | BSI0046159-BSI0046162 | | |
| 439. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. XO Communications* | BSI0046163-BSI0046165 | | |

42

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 440. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Pepco* | BSI0046166-BSI0046167 | | |
| 441. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. VisionLab Communications* | BSI0046168-BSI0046169 | | |
| 442. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Cell Direct Corp.* | BSI0046170-BSI0046175 | | |
| 443. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. First Horizon Home Loan Corp.* | BSI0046176-BSI0046179 | | |
| 444. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. DoubleClick, Inc.* | BSI0046180-BSI0046213 | | |
| 445. | | U.S. District Court for the District of Maryland Southern Division, *Beyond Systems, Inc., v. Kynetics Inc., et al.*, Stipulated Order Regarding Confidentiality Discovery Material | BSI0051281-BSI0051285 | | |
| 446. | | In the Circuit Court of Montgomery County, *Beyond Systems, Inc. v. Kraft Foods, Inc.*, Complaint | BSI-K0004430-BSI-K0004435 | | |
| 447. | | United States District Court In the Circuit for Montgomery County, *Beyond Systems Inc. v. Kraft Foods, Inc., et al.*, Plaintiff Beyond Systems Inc.'s Motion for Summary Judgment Against All Defendants | BSI-K0004436-BSI-K0004444 | | |
| 448. | | In the Circuit Court for Montgomery County, *Beyond Systems, Inc. v. Kraft Foods, Inc. and Vict. Th. Engwall & Co.*, Complaint | BSI-K0004449-BSI-K0004454 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 449. | | In the Circuit Court for Montgomery County, *Beyond Systems, Inc. v. Kraft Foods, Inc. and Vict. Th. Engwall & Co.*, Complaint | BSI-K0004456-BSI-K0004461 | | |
| 450. | | Excerpts of *Internet for Dummies* by John Levine, Carol Baroudi and Margaret Levine Young | Ex. 33 to Docket 257 | | |
| 451. | | Docket Report for *Hypertouch, Inc. v. Kraft Foods, Inc., et al.*, Case No. C 05-01589PJH (N.D. Cal.). | Ex. 8 Kraft MSJ | | |
| 452. | | Docket Report for *BSI v. Kennedy-Western University*, Case No. 05-CV-2446-DKC (D. Md.). | Ex. 9 Kraft MSJ | | |
| 453. | | Account information for mail.hasit.com | HYP0047161-HYP0047162 | | |
| 454. | | Hasit.com web page | JWW0011633 | | |
| 455. | | Lisiecki Dep. Ex. 1, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki | BSI0044389-97 | | |
| 456. | | Lisiecki Dep. Ex. 2, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki. | BSI0044398-BSI0044405 | | |
| 457. | | Lisiecki Dep. Ex. 3, *BSI v. World Ave.*, No. PJM 08-cv-0921. High Speed Wireless Internet Agreement | BSI0044406-BSI0044429 | JUN 2 0 2012 | JUN 2 0 2012 |
| 458. | | Lisiecki Dep. Ex. 4, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki. | BSI0044430-BSI0044444 | | |

44

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 459. | | Lisiecki Dep. Ex. 5, *BSI v. World Ave.*, No. PJM 08-cv-0921. Communications between Comcast and YWCH, including service agreement and work orders. | BSI0044445-BSI0044460 | JUN 2 1 2012 | JUN 2 1 2012 |
| 460. | | Lisiecki Dep. Ex. 8, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki. | BSI0044472-BSI0044475 | | |
| 461. | | Demonstrative exhibit based on charts of BSI's Litigation and Non-Litigation Proceeds and Costs | | | |
| 462. | 3/20/2012 | Order (Docket No. 490) | | | |
| 463. | 4/6/2012 | Amended Order (Docket No. 498) | | | |
| 464. | 6/8/2012 | Plaintiff's Fifth Supplemental Response to Defendants Connexus Corp.'s First Set of Interrogatories to Beyond Systems, Inc. (No. 5) | | | |
| 465. | 3/23/2009 | Email from GevaliaKaffee to mike@castalia.net | Evans Report Ex. 1 | | |
| 466. | | Screenshot of Gevalia.com web page | Evans Report Ex. 2 | | |
| 467. | | Screenshot of Gevalia.com web page | Evans Report Ex. 3 | | |
| 468. | | Screenshot of "contact us" portion of Gevalia.com web page | Evans Report Ex. 4 | | |
| 469. | | Screenshot of customer service portion of Gevalia.com web page | Evans Report Ex. 5 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 470. | 7/9/1997 | Email from J. Wagner to P. Wagner regarding St. Luke's Hospital | BSI0051416 | | |
| 471. | 6/15/2000 | Email from P. Wagner to J. Wagner regarding St. Luke's Hospital | BSI0053688 | | |
| 472. | 6/15/2012 | Plaintiff's Amended Supplemental Response to Defendants' Second Set of Interrogatories (Nos. 12-14) | | | |

46

BEYOND SYSTEMS, INC.

vs.

KRAFT FOODS, INC., et al

Civil – PJM-08-409                                                    Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 372.1 | 6/20/2012 | 6/20/2012 | Photograph of 1612 Sherwood |
| 372.5 | 6/22/2012 | 6/22/2012 | Photo of cables without markings |
| 373.2 | 6/22/2012 | 6/22/2012 | Photo of plaintiff's office – Maryland Avenue |
| 373.3 | 6/22/2012 | 6/22/2012 | Photo (dark) of light bulb |
| 373.4 | 6/22/2012 | 6/22/2012 | Photograph with computer, keyboard on car |
| 373.5 | 6/22/2012 | 6/22/2012 | Photograph (dark) of cables at Beyond Systems |
| 375.1 | 6/22/2012 | 6/22/2012 | Photograph of small office RE: 1837 R. Street |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 474 | 6/25/2012 | 6/25/2012 | Chart re: Caption EMAIL IN BOX |
| | | | |
| | | | |
| | | | |
| | | | |