Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 408. | | Photographs of UPS Store (Exhibit 1 to Declaration of Jozef Przygrodzki) | BSI0042634-BSI0042648 | | |
| 409. | | Photos of UPS Store | C012921-C012934 | | |
| 410. | | BSI invoices to Young Woman's Christian Home | BSI0022277-BSI0022281 | JUN 2 7 2012 | JUN 2 7 2012 |
| 411. | | BSI invoices to other residents of 1837 R Street, NW | BSI0022282-BSI0022293 | | |
| 412. | 2006 – 2009 | Invoices from BSI to Stephen Ring | BSI0022294-BSI0022303 | JUN 2 7 2012 | JUN 2 7 2012 |
| 413. | | BSI Invoices | BSI0022304-BSI0022305 | | |
| 414. | | BSI Invoices | BSI0022315-BSI0022316 | | |
| 415. | | Statement of costs related to Stamps.com litigation | BSI0056228 | | |
| 416. | | Screenshot of CapitalOne bank page for BSI | BSI0022468 | | |
| 417. | | CapitalOne bank statements for BSI | BSI0022469-BSI0022562 | | |
| 418. | | CapitalOne bank statements for BSI | BSI0022582-BSI0022772 | | |
| 419. | | TheUseful.com spam | BSI0023685-BSI0023704 | | |

40

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 420. | | EXHIBIT NOT USED | | | |
| 421. | | Owner email change for Castalia.net | BSI0034823-BSI0034825 | | |
| 422. | | TheGeekPub regarding Hosting on Verizon FIOS | BSI0034834-BSI0034841 | | |
| 423. | | BSI's web access logs and configuration files | BSI0034908-BSI0034928 | | |
| 424. | | Landing pages for spam showing that Hypertouch.com email addresses were entered into internet web pages | BSI0035039-BSI0035041 | | |
| 425. | | Source code for http://legal.hypertouch.com/BobVila.html | BSI0044105 | | |
| 426. | | Enlargement of Source code for http://legal.hypertouch.com/BobVila.html | BSI0044106-BSI0044109 | | |
| 427. | | Domain name settings for mail.reasonabledoubt.com | BSI0044110 | | |
| 428. | | Photos posted on http://www.hypertouch.com/legal/spam/ibill/4-intro.html | BSI0044114 | | |
| 429. | | Photos posted on http://www.hypertouch.com/legal/spam/ibill/4.html | BSI0044115 | | |
| 430. | | Domain name server configurations for hypertouch.com | BSI0044148-BSI0044164 | | |

41

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 431. | | J. Clark Dep. Ex. C, *BSI v. World Ave.*, No. PJM 08-cv-0921. Whois record for St. Luke's Hospital, compilation of emails between P. Wagner, J. Wagner and St. Luke's. | BSI0044221-91 | | |
| 432. | | Sykes Dep. Ex. 2, *BSI v. World Ave.*, No. PJM 08-cv-0921. YWCH payments to BSI, 3/1/02 – 2/26/09. | BSI0045486-BSI0045489 | | |
| 433. | | Sykes Dep. Ex. 5, *BSI v. World Ave.*, No. PJM 08-cv-0921. Whois Record for TmHdc.org. | BSI0045492-BSI0045495 | | |
| 434. | | Statements of Claim for cases filed by P. Wagner against Sprint, VisionLab, First Horizon Home Loans, Cell Direct, XO Communications, Pepco, DoubleClick Inc. | BSI0020268-BSI0020278 | JUN 2 7 2012 | JUN 2 7 2012 |
| 435. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Sprint International Communications Co.* | BSI0046137-BSI0046142 | | |
| 436. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. VisionLab Telecommunications* | BSI0046143-BSI0046154 | | |
| 437. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. First Horizon Home Loans* | BSI0046155-BSI0046158 | | |
| 438. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Cell Direct* | BSI0046159-BSI0046162 | | |
| 439. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. XO Communications* | BSI0046163-BSI0046165 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 440. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Pepco* | BSI0046166-BSI0046167 | | |
| 441. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. VisionLab Communications* | BSI0046168-BSI0046169 | | |
| 442. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. Cell Direct Corp.* | BSI0046170-BSI0046175 | | |
| 443. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. First Horizon Home Loan Corp.* | BSI0046176-BSI0046179 | | |
| 444. | | Superior Court of the District of Columbia, Small Claims Branch file for *Wagner v. DoubleClick, Inc.* | BSI0046180-BSI0046213 | | |
| 445. | | U.S. District Court for the District of Maryland Southern Division, *Beyond Systems, Inc. v. Kynetics Inc., et al.*, Stipulated Order Regarding Confidentiality Discovery Material | BSI0051281-BSI0051285 | | |
| 446. | | In the Circuit Court of Montgomery County, *Beyond Systems, Inc. v. Kraft Foods, Inc.*, Complaint | BSI-K0004430-BSI-K0004435 | | |
| 447. | | United States District Court In the Circuit for Montgomery County, *Beyond Systems Inc. v. Kraft Foods, Inc., et al.*, Plaintiff Beyond Systems Inc.'s Motion for Summary Judgment Against All Defendants | BSI-K0004436-BSI-K0004444 | | |
| 448. | | In the Circuit Court for Montgomery County, *Beyond Systems, Inc. v. Kraft Foods, Inc. and Vict. Th. Engwall & Co.*, Complaint | BSI-K0004449-BSI-K0004454 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 449. | | In the Circuit Court for Montgomery County, *Beyond Systems, Inc. v. Kraft Foods, Inc. and Vict. Th. Engwall & Co.*, Complaint | BSI-K0004456-BSI-K0004461 | | |
| 450. | | Excerpts of *Internet for Dummies* by John Levine, Carol Baroudi and Margaret Levine Young | Ex. 33 to Docket 257 | | |
| 451. | | Docket Report for *Hypertouch, Inc. v. Kraft Foods, Inc., et al.*, Case No. C 05-01589PJH (N.D. Cal.). | Ex. 8 Kraft MSJ | | |
| 452. | | Docket Report for *BSI v. Kennedy-Western University*, Case No. 05-CV-2446-DKC (D. Md.). | Ex. 9 Kraft MSJ | | |
| 453. | | Account information for mail.hasit.com | HYP0047161-HYP0047162 | | |
| 454. | | Hasit.com web page | JWW0011633 | | |
| 455. | | Lisiecki Dep. Ex. 1, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki | BSI0044389-97 | | |
| 456. | | Lisiecki Dep. Ex. 2, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki. | BSI0044398-BSI0044405 | | |
| 457. | | Lisiecki Dep. Ex. 3, *BSI v. World Ave.*, No. PJM 08-cv-0921. High Speed Wireless Internet Agreement | BSI0044406-BSI0044429 | JUN 2 0 2012 | JUN 2 0 2012 |
| 458. | | Lisiecki Dep. Ex. 4, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki. | BSI0044430-BSI0044444 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 459. | | Lisiecki Dep. Ex. 5, *BSI v. World Ave.*, No. PJM 08-cv-0921. Communications between Comcast and YWCH, including service agreement and work orders. | BSI0044445-BSI0044460 | JUN 2 1 2012 | JUN 2 1 2012 |
| 460. | | Lisiecki Dep. Ex. 8, *BSI v. World Ave.*, No. PJM 08-cv-0921. Email exchange between Paul Wagner and Lori Lisiecki. | BSI0044472-BSI0044475 | | |
| 461. | | Demonstrative exhibit based on charts of BSI's Litigation and Non-Litigation Proceeds and Costs | | | |
| 462. | 3/20/2012 | Order (Docket No. 490) | | | |
| 463. | 4/6/2012 | Amended Order (Docket No. 498) | | | |
| 464. | 6/8/2012 | Plaintiff's Fifth Supplemental Response to Defendants Connexus Corp.'s First Set of Interrogatories to Beyond Systems, Inc. (No. 5) | | | |
| 465. | 3/23/2009 | Email from GevaliaKaffee to mike@castalia.net | Evans Report Ex. 1 | JUN 2 6 2012 | JUN 2 6 2012 |
| 466. | | Screenshot of Gevalia.com web page | Evans Report Ex. 2 | | |
| 467. | | Screenshot of Gevalia.com web page | Evans Report Ex. 3 | | |
| 468. | | Screenshot of "contact us" portion of Gevalia.com web page | Evans Report Ex. 4 | | |
| 469. | | Screenshot of customer service portion of Gevalia.com web page | Evans Report Ex. 5 | | |

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.
DEFENDANTS' TRIAL EXHIBIT LIST

| Defendants' Exhibit Number | Date | Description | Bates Number or Reference | Identified | Admitted |
|---|---|---|---|---|---|
| 470. | 7/9/1997 | Email from J. Wagner to P. Wagner regarding St. Luke's Hospital | BSI0051416 | | |
| 471. | 6/15/2000 | Email from P. Wagner to J. Wagner regarding St. Luke's Hospital | BSI0053688 | | |
| 472. | 6/15/2012 | Plaintiff's Amended Supplemental Response to Defendants' Second Set of Interrogatories (Nos. 12-14) | | | |

46

BEYOND SYSTEMS, INC.

vs.

KRAFT FOODS, INC., et al

Civil – PJM-08-409                                                             Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 372.1 | 6/20/2012 | 6/20/2012 | Photograph of 1612 Sherwood |
|  |  |  |  |
|  |  |  |  |
| 372.5 | 6/22/2012 | 6/22/2012 | Photo of cables without markings |
|  |  |  |  |
| 373.2 | 6/22/2012 | 6/22/2012 | Photo of plaintiff's office – Maryland Avenue |
|  |  |  |  |
| 373.3 | 6/22/2012 | 6/22/2012 | Photo (dark) of light bulb |
|  |  |  |  |
| 373.4 | 6/22/2012 | 6/22/2012 | Photograph with computer, keyboard on car |
|  |  |  |  |
| 373.5 | 6/22/2012 | 6/22/2012 | Photograph (dark) of cables at Beyond Systems |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 375.1 | 6/22/2012 | 6/22/2012 | Photograph of small office RE: 1837 R. Street |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 474 | 6/25/2012 | 6/25/2012 | Chart re: Caption EMAIL IN BOX |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |