IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BEYOND SYSTEMS, INC.
      Plaintiff                *

     vs.                 *      Case No.: PJM-08-409

KRAFT FOODS, INC., et al    *
      Defendant
                         *

******

**Stipulation Regarding Return of Exhibits**

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S/GOVERNMENT'S EXHIBITS**

_____
_____
_____
_____

All Plaintiff's/Government's exhibits returned: _____

**DEFENDANT'S EXHIBITS**

_____
_____
_____
_____

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
R. Yoerges/ J. McFadden/ A. Onorato
_____
_____

Counsel for Defendant(s):
D. Baldridge/ A. Rothman/ D. Graham
_[signature]_
_[signature]_

Date: June 28, 2012