

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRAFT FOODS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____)<br>)<br>CONNEXUS CORP., *et al.*, )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES JOSEPH WAGNER, *et al.*, )<br>)<br>Third-Party Defendants. )<br>_____) | Case No. 8:08-cv-00409 (PJM) (CBD)<br>Judge Peter J. Messitte |

## SPECIAL VERDICT FORM

Please complete this Verdict Form in accordance with the instructions that the Court delivered to you on June 28, 2012.

**Bona Fide Interactive Computer Service Provider and Electronic Mail Service Provider**

1. Do you unanimously find by a preponderance of the evidence that Plaintiff Beyond Systems, Inc. is a bona fide interactive computer service provider under the Maryland Commercial Electronic Mail Act, Md. Code. Ann., Com. Law §§ 14-3001, *et seq.*, and a bona fide electronic mail service provider under California Business & Professions Code §§ 17529.1, *et seq.*?

    Yes _____

    No  X

**Maryland Residency**

2. Do you unanimously find by a preponderance of the evidence that Plaintiff Beyond Systems, Inc. is a Maryland resident?

    Yes  X

    No _____

    SO SAY WE, this  28  day of June, 2012.

**REDACTED SIGNATURE**