**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| KRAFT FOODS, INC., *et al.*, | ) ) ) | Judge Peter J. Messitte |
| Defendants. | ) ) ) | |

## **SCHEDULING ORDER**

This Court conducted an eight-day mini-trial, with a jury, from June 19 to June 28th, 2012. At the conclusion of the mini-trial, the Court instructed the parties to file additional papers that would address various potentially dispositive issues, including whether Plaintiff is required as a matter of law to establish that it is a "bona fide" interactive computer service provider and a "bona fide" electronic mail service provider as a condition of standing under the Maryland and California anti-spam statutes, respectively.

Accordingly, the Court **ORDERS** that post-trial briefing will proceed pursuant to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Meet and confer re: issues to be presented in parties' briefing | August 8, 2012 |
| Cross Motions for Summary Judgment | September 21, 2012 |
| Opposition Briefs | October 12, 2012 |
| Reply Briefs | October 26, 2012 |

**SO ORDERED this \_\_\_\_ day of July, 2012.**

_____
The Honorable Peter J. Messitte
Senior United States District Judge