# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CONNEXUS CORP., *et al.*, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES JOSEPH WAGNER, *et al.*, ) | |
| ) | |
| Third-Party Defendants. ) | |

## PLAINTIFF'S CONSENT MOTION TO EXCEED
## LENGTH LIMITS FOR PRINCIPAL AND OPPOSITION BRIEFS

Pursuant to District of Maryland Local Rule 105.3, Plaintiff Beyond Systems, Inc. ("BSI"), respectfully files this consent motion seeking leave for all parties to submit Principal Post-Trial Briefs and Opposition Briefs in excess of Rule 105.3's fifty-page limit, and to jointly request that the deadline for filing their opening briefs be extended one day, from Monday, September 24, 2012, to Tuesday, September 25, 2012. For the reasons stated more fully in the accompanying memorandum, this Court should grant the relief requested herein.

Date: September 18, 2012                                         Respectfully submitted,

| | |
|---|---|
| _____/s/_____ <br> Roger W. Yoerges (D. Md. Bar No. 14088) <br> Jeffrey E. McFadden (D. Md. Bar No. 8738) <br> STEPTOE & JOHNSON LLP <br> 1330 Connecticut Ave., NW <br> Washington, D.C.  20036 <br> T: 202-429-3000 <br> F: 202-429-3902 <br> tbarba@steptoe.com <br> ryoerges@steptoe.com <br> jmcfadden@steptoe.com <br> jduffy@steptoe.com <br><br> Anthony A. Onorato (D. Md. Bar No. 28622) <br> STEPTOE & JOHNSON LLP <br> 1114 Avenue of the Americas <br> New York, NY  10036 <br> T: 212-506-3900 <br> F: 212-506-3950 <br> tonorato@steptoe.com <br><br> *Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.* | *Of Counsel:* <br><br> Stephen H. Ring (USDC-MD Bar No. 00405) <br> Law Offices of Stephen H. Ring, P.C. <br> 506 Main Street, Suite 215 <br> Gaithersburg, Maryland  20878 <br> T: 301-563-9249 <br> F: 301-563-9639 <br> shr@ringlaw.us <br><br> Mike Rothman (USDC-MD Bar No. 14568) <br> Law Office of Michael S. Rothman <br> 401 E. Jefferson Street, Suite 201 <br> Rockville, MD  20850 <br> T: 301-251-9660 <br> F: 301-251-9610 <br> mike@mikerothman.com <br><br> *Counsel for Plaintiff Beyond Systems, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2012, the foregoing PLAINTIFF'S CONSENT MOTION TO EXCEED LENGTH LIMITS FOR PRINCIPAL AND OPPOSITION BRIEFS was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
700 Thirteenth Street N.W.
Washington, D.C.
20005-3960
(202) 654-6200 (Telephone)
(202) 654-6211 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Peter S. Roeser
John E. Bucheit
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com
proeser@rbglegal.com
jbucheit@rbglegal.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

                                                   /s/
                                       Jennifer M. Newton