**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| | ) | Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CONNEXUS CORP., *et al.*, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXCEED LENGTH LIMITS FOR PRINCIPAL AND OPPOSITION BRIEFS**

Pursuant to District of Maryland Local Rule 105.3, Plaintiff Beyond Systems, Inc. ("BSI"), respectfully files this consent motion seeking leave for all parties to submit Principal Post-Trial Briefs and Opposition Briefs in excess of Rule 105.3's fifty-page limit. Plaintiff consulted with Defendants on September 18, 2012, and obtained both Defendants' consent to seek leave to exceed the length limit, provided that Defendants also be granted the same leave. Ex. 1, Sept. 18, 2012 E-mail Thread, Response of J. Douglas Baldridge, Counsel for Def. Connexus Corp.; Ex. 2, Sept. 18, 2012 E-mail Thread, Response of John E. Bucheit, Counsel for Def. Kraft Foods, Inc.

The parties also jointly request that the deadline for filing their opening briefs be extended one day, from Monday, September 24, 2012, to Tuesday, September 25, 2012. September 25, 2012, was the date originally intended by the parties when they entered their stipulation regarding the briefing schedule (DE #578), but due to a typographical error, that stipulation inadvertently set September 24 as the filing deadline.

The requested extension of length limits is necessary for the parties fully to present the post-trial issues to this Court. The June trial produced a record in excess of 1400 pages, not including exhibits. Although the parties will make every effort to set forth their arguments concisely and succinctly, they cannot adequately address all of the factual and legal issues that have been placed before the Court within the standard length limits permitted by Rule 105.3.

First, each side must address whether BSI carried its burden of proving that it satisfies the statutory standing requirements under Maryland's and California's anti-spam laws. That requires review of the substantial evidence introduced during the first phase of the trial (encompassing four days of witness testimony and several hundred transcript pages).

Second, each side must devote extensive legal argument to demonstrating that its theory of the standing requirements is the correct one, and to rebutting the other side's theory of those requirements.

Third, each party's brief must address the substantial evidence introduced regarding the Defendants' theory of the standing requirements. During the trial, the Defendants' presented evidence regarding nineteen extra-statutory, *bona fide* factors, as well as evidence regarding BSI's litigation history. Additionally, each side will present arguments regarding the legal contours of the *bona fide* standard, which contours have not yet been established by any ruling of this Court.

For the reasons stated above, BSI respectfully requests that this Court grant BSI's Consent Motion and enter an Order (1) permitting Plaintiff and Defendants to exceed the length limitations under Local Rule 105.3 in their Principal and Opposition Briefs, and (2) extending by one day the filing deadline for the opening briefs to Tuesday, September 25, 2012.

Date:  September 18, 2012                                             Respectfully submitted,

_____/s/_____                               *Of Counsel:*
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey E. McFadden (D. Md. Bar No. 8738)      Stephen H. Ring (USDC-MD Bar No. 00405)
STEPTOE & JOHNSON LLP                          Law Offices of Stephen H. Ring, P.C.
1330 Connecticut Ave., NW                      506 Main Street, Suite 215
Washington, D.C.  20036                        Gaithersburg, Maryland  20878
T: 202-429-3000                                T: 301-563-9249
F: 202-429-3902                                F: 301-563-9639
tbarba@steptoe.com                             shr@ringlaw.us
ryoerges@steptoe.com
jmcfadden@steptoe.com                          Mike Rothman (USDC-MD Bar No. 14568)
jduffy@steptoe.com                             Law Office of Michael S. Rothman
                                               401 E. Jefferson Street, Suite 201
Anthony A. Onorato (D. Md. Bar No. 28622)      Rockville, MD  20850
STEPTOE & JOHNSON LLP                          T: 301-251-9660
1114 Avenue of the Americas                    F: 301-251-9610
New York, NY  10036                            mike@mikerothman.com
T: 212-506-3900
F: 212-506-3950                                *Counsel for Plaintiff Beyond Systems, Inc.*
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and*
*Third-Party Defendants James Joseph Wagner*
*and Hypertouch, Inc.*