IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| Defendants. | : |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE POST-TRIAL BRIEFS**

Kraft Defendants respectfully request that the Stipulated Post-Trial Briefing Schedule, entered by the Court on August 23, 2012 (DE #579), be modified to extend each briefing deadline by six days.  Counsel for Kraft Defendants has consulted with all parties, who have consented to this Motion.  In support thereof, Kraft Defendants state the following:

1. Pursuant to the current post-trial briefing schedule, the parties' opening briefs are due on or before September 24, 2012.  Opposition briefs are due October 16, 2012, and reply briefs October 30.  (DE #578.)[1]

2. Kraft Defendants request a six-day extension to the September 24 deadline for opening briefs – with a corresponding extension to the deadlines for opposition and reply briefs -- to accommodate counsel's trial schedule in another matter.  Kraft Defendants respectfully submit that the short extension will not unduly delay resolution of the matters pending.

---

[1] Although the parties had stipulated to September 25, 2012, as the deadline for opening briefs, due to a typographical error the stipulation they submitted to the Court inadvertently set September 24 as the deadline.  Counsel for BSI asked the Court to take note of this error in its recently filed Consent Motion For Leave To Exceed Length Limits (DE #580), which the Court granted today (DE #581).

1

3. Accordingly, Kraft Defendants request that the Court enter the following revised briefing schedule:

    (i) October 1, 2012:  Opening Briefs due;

    (ii) October 22, 2012:  Opposition Briefs due;

    (iii) November 5, 2012:  Reply Briefs due.

WHEREFORE, Kraft Defendants respectfully request that their Motion be granted and the Court enter the above-revised post-trial briefing schedule.

Dated: September 20, 2012

/s/
_____

John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

Darrell J. Graham (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
ROESER BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL  60606
(312) 621-0301
dgraham@rbglegal.com
jbucheit@rbglegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Anthony Cavanaugh
Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
(202) 429-3000
(202) 429-3902 (facsimile)
acavanaugh@steptoe.com
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendants Connexus Corp.*

/s/
_____
John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1624
(202) 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*