IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., | : |
| | : Case No. 8:08-CV-00409-PJM |
| Plaintiff, | : |
| | : |
| v. | : The Honorable Peter J. Messitte |
| | : |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| | : |
| Defendants. | : |

**APPENDIX OF EXHIBITS TO
DEFENDANT CONNEXUS CORP.'S JOINDER IN KRAFT FOOD INC.'S
POST TRIAL MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL
POST TRIAL MOTION FOR SUMMARY JUDGMENT AS TO CONSENT**

| **Exhibit** | **Description** |
|---|---|
| **1** | Defendants' Trial Exhibit 36, admitted into evidence on 6/26/2012 |
| **2** | Excerpts of 6/26/2012 trial transcript: J. Wagner testimony |
| **3** | Defendants' Trial Exhibit 112, admitted into evidence 6/26/2012 |
| **4** | Defendants' Trial Exhibit 155, admitted into evidence 6/20/2012 |
| **5** | Defendants' Trial Exhibit 132, admitted into evidence 6/20/2012 |
| **6** | Defendants' Trial Exhibit 159, admitted into evidence 6/20/2012 |
| **7** | Defendants' Trial Exhibit 185, admitted into evidence 6/20/2012 |
| **8** | Defendants' Trial Exhibit 39, admitted into evidence 6/26/2012 |
| **9** | Defendants' Trial Exhibit 135, admitted into evidence 6/26/2012 |
| **10** | Defendants' Trial Exhibit 160, admitted into evidence 6/20/2012 |
| **11** | Excerpts of 6/22/2012 trial transcript: W. Marti testimony |
| **12** | Excerpts of 6/27/2012 trial transcript: P. Resnick testimony |

| Exhibit | Description |
|---------|-------------|
| **13** | Excerpts of 6/27/2012 trial transcript: P. Wagner testimony |
| **14** | Defendants' Trial Exhibit 50, admitted into evidence |
| **15** | Excerpts of 6/28/2012 trial transcript |