IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | : | |
| Plaintiff, | : | Case No. 8:08-CV-00409-PJM |
| v. | : | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : | Magistrate Judge Charles B. Day |
| Defendants. | : | |

# KRAFT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Kraft Foods, Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co, Inc. (collectively, "Kraft") move for summary judgment as to Plaintiff Beyond Systems, Inc.'s ("BSI") claims pursuant to the jury's Phase II verdict following the June 19-27, 2012 "Mini-Trial" that BSI is not, as required to have standing to pursue its claims, a *bona fide* "interactive computer service provider" under Maryland law, or an "electronic mail service provider" under California law.  Kraft moves also moves for summary judgment on the ground that BSI consented to receive the emails over which it sues, and therefore its claim is barred as a matter of law.

Dated: October 1, 2012                                                  /s/

Darrell J. Graham (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
ROESER BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL  60606
(312) 621-0301
(312) 621-0306 (facsimile)
dgraham@rbglegal.com
jbucheit@rbglegal.com

John K. Roche (USDC-MD Bar No. 17531
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202 654-9106 (facsimile)
jdevaney@perkinscoie.com
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

I hereby certify that on October 1, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

| | |
|---|---|
| Anthony Cavanaugh<br>Thomas M. Barba<br>John J. Duffy<br>Anthony A. Onorato<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, D.C.  20036<br>(202) 429-3000<br>(202) 429-3902 (facsimile)<br>acavanaugh@steptoe.com<br>tbarba@steptoe.com<br>jduffy@steptoe.com<br>tonorato@steptoe.com<br>Stephen H. Ring<br>Law Offices of Stephen H. Ring, P. C.<br>506 Main Street, Suite 215<br>Gaithersburg, Maryland 20878<br>301-563-9249<br>301-563-9639 (fax)<br>shr@ringlaw.us<br><br>Mike Rothman<br>Law Office of Michael S. Rothman<br>401 E. Jefferson St., Suite 201<br>Rockville, MD  20850<br>(301) 251-9660<br>(301) 251-9610 (facsimile)<br>mike@mikerothman.com<br>*Attorneys for Plaintiff Beyond Systems, Inc.* | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004-1601<br>(202) 344-4000 (phone)<br>(202) 344-8300 (fax)<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>anrothman@venable.com<br><br>*Attorneys for Defendants Connexus Corp.*<br><br>/s/<br>John E. Bucheit<br>ROESER BUCHEIT & GRAHAM LLC<br>20 N. Wacker Dr., Ste. 1330.<br>Chicago, IL 60606<br>(312) 621-0302<br>(312) 621-0306 (facsimile)<br>jbucheit@rbglegal.com<br><br>*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.* |