Roger W. Yoerges
202 429 8168
ryoerges@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

October 3, 2012

VIA CM/ECF

The Honorable Peter J. Messitte
United States District Court
District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: **Correcting Earlier Submission in *Beyond Systems, Inc. v. Kraft Foods, Inc., et al.*, 08-cv-00409 (PJM)(CBD)**

Dear Judge Messitte,

On Monday, October 1, 2012, Plaintiff Beyond Systems, Inc. filed its post-trial Motion for Judgment as a Matter of Law (DE# 584). Upon further review of the submission, Plaintiff became aware of an editorial error on page 3 of the supporting Memorandum. Attached hereto is the page in its corrected form, which Plaintiff respectfully requests be substituted for the original page located at DE# 584-1 (CM/ECF Page 5 of 43 / Page 3 in brief pagination). Plaintiff apologizes to this Court and Clerk for not discerning this error prior to filing the brief, and thanks them for their attention to this matter.

Respectfully yours,

/s/ Roger W. Yoerges

Roger W. Yoerges

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2012, the foregoing *Correspondence Correcting Earlier Submission (re: DE# 584)* was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
700 Thirteenth Street N.W.
Washington, D.C.
20005-3960
(202) 654-6200 (Telephone)
(202) 654-6211 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Peter S. Roeser
John E. Bucheit
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com
proeser@rbglegal.com
jbucheit@rbglegal.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

                                     /s/
                              Jennifer M. Newton