**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **PETER J. MESSITTE**<br>UNITED STATES DISTRICT JUDGE | 6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0632 |

# **M E M O R A N D U M**

TO:     Counsel/Parties of Record

FROM:   Judge Peter J. Messitte

RE:     *Beyond Systems, Inc. v. Kraft Foods, Inc., et al.*
        Civil No. PJM 08-409

DATE:   October 9, 2012

\* \* \* \* \* \* \* \*

This will confirm that argument on **PENDING MOTIONS** has been scheduled for the afternoon of **Monday, January 28, 2013 beginning at 2:00 p.m.** (Courtroom 4C).

PLEASE NOTE, however, that one or more of these motions may be decided on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

PLEASE ALSO NOTE: Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text.

                                          /s/
                              PETER J. MESSITTE
                         UNITED STATES DISTRICT JUDGE