

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
PHONE: 202.654.6200
FAX: 202.654.6211
www.perkinscoie.com

John K. Roche
PHONE: (202) 434-1627
EMAIL: JRoche@perkinscoie.com

October 19, 2012

**VIA ELECTRONIC CASE FILING**

The Honorable Peter J. Messitte
United States District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:   Beyond Systems, Inc. v. Kraft Foods, Inc., et al., 8:08-cv-00409-PJM

Dear Judge Messitte:

We represent Defendants Kraft Foods, Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Kraft") and write to notify the Court that Kraft intends to respond to Plaintiff's Renewed Application for Entry of Judgment for Damages Against Defendant Hydra LLC (Dkt. No. 590) in order to address certain issues that may affect other pending motions before the Court.  Kraft intends to file its response on or before Monday, November 5, 2012.

Very truly yours,

/s/

John K. Roche

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP