# EXHIBIT 2

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 8/14/2006 | ABLE ELECTRONICS COLLEYVILLE, TX | computer supplies | $147.09 | 100% | $147.09 | 300GB 7200RPM SATA2 16MB HDD, mounting frame, cables |
| 3/27/2006 | AJUMP.COM 877-692-5867, CA | computer equipment | $323.69 | 100% | $323.69 | computer memory |
| 4/6/2006 | AJUMP.COM 877-692-5867, CA | computer equipment | $323.69 | 100% | $323.69 | computer memory |
| 12/15/2007 | APL*APPLE ONLINE STORE 800-676-2775, CA | computer equipment | $2,836.22 | 100% | $2,836.22 | IMAC 24/SD |
| 8/30/2005 | APPLE COMPUTER 800-676-2775, TX | computer equipment | $897.82 | 100% | $897.82 | MAC MINI 1.42 SD CTO |
| 8/30/2005 | APPLE COMPUTER 800-676-2775, TX | computer equipment | $1,988.10 | 100% | $1,988.10 | IMACG5 20/2.0GHZ/SD CTO |
| 4/14/2008 | APPLE STORE #R129 ARLINGTON VA | computer equipment | 838.95 | 100% | $838.95 | Mac Mini |
| 10/15/2007 | APRICORN 858-513-2000, CA | computer equipment | $59.99 | 100% | $59.99 | data migration hardware/software |
| 12/4/2005 | BUY.COM WWW.BUY.COM., CA | computer supplies | $44.04 | 100% | $44.04 | back-up media |
| 12/5/2005 | BUY.COM WWW.BUY.COM., CA | computer supplies | $86.09 | 100% | $86.09 | 3 x Belkin USB 2.0 7-Port Economy Hubs |
| 12/9/2005 | BUY.COM WWW.BUY.COM., CA | computer supplies | $26.19 | 100% | $26.19 | back-up media |
| 4/27/2007 | BUY.COM WWW.BUY.COM., CA | computer supplies | $23.29 | 100% | $23.29 | back-up media |
| 3/8/2007 | CGC*COMPUTERGIANTS.COM 800-269-9311, NY | computer equipment | $202.97 | 100% | $202.97 | Seagate ST336807LW Cheetah Hard Drive SCSI 36GB 10000RPM (36.7GB) 68 Pin |
| 3/5/2007 | CIFNET, INC. 866-989-0442, IL | computer supplies | $35.00 | 100% | $35.00 | TheBat! email program |
| 9/8/2007 | CIFNET, INC. 866-989-0442, IL | computer supplies | $35.00 | 100% | $35.00 | TheBat! email program |
| 9/27/2007 | CLUB IT #887 626-9655858, CA | computer equipment | $212.58 | 100% | $212.58 | SEAGATE ST3750640A 750GB ULTRA ATA100 72 |
| 5/13/2005 | COOLEREXPRESS.COM 626-3691888, CA | computer supplies | $123.11 | 100% | $123.11 | hard drive enclosure |
| 5/9/2007 | DELL MARKETING-COMPANY 12 877-671-3355, TX | computer equipment | $3,101.08 | 100% | $3,101.08 | Dim 9200, Intel Core 2 Duo Processor E6320 (1.86GHz,1066FSB) with 4MB cache |

BSI-DISCL 000001
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 12/16/2005 | DIRECTRON.COM 713-773-9898, TX | computer equipment | $276.00 | 100% | $276.00 | Hitachi Travelstar 7K100 100GB ATA-6 2.5" Hard Drive |
| 2/10/2006 | DIRECTRON.COM 713-773-9898, TX | computer supplies | $118.95 | 100% | $118.95 | Viking Memory Upgrade: DIM-VIKING-EM12864DDR3 1GB Unbuffered Non-ECC DDR333/PC2700 DIMM |
| 7/14/2006 | DIRECTRON.COM 713-773-9898, TX | computer supplies | $291.85 | 100% | $291.85 | Maxtor OneTouch III USB 2.0 External Hard Drive F01H500, 500 GB, 16MB |
| 2/27/2006 | DR *Allume 888-245-1723, MN | computer supplies | $39.99 | 100% | $39.99 | StuffIt Deluxe 9.0 Windows |
| 2/7/2006 | DR *ISS ORDERFIND.COM, MN | computer supplies | $19.95 | 100% | $19.95 | DNS/mail server software |
| 2/6/2006 | DR *Symantec ORDERFIND.COM, MN | computer supplies | $39.99 | 100% | $39.99 | anti-virus software |
| 2/17/2005 | DR *Symantec.com ORDERFIND.COM, MN | computer supplies | $24.95 | 100% | $24.95 | anti-virus software |
| 7/11/2006 | DVD-RWMEDIA.COM 626-363-1490, CA | computer supplies | $143.69 | 100% | $143.69 | back-up media |
| 12/17/2005 | ECOST.COM 877-888-2678, CA | computer supplies | $61.88 | 100% | $61.88 | data migration hardware/software |
| 3/24/2006 | ECOST.COM 877-888-2678, CA | computer supplies | $87.43 | 100% | $87.43 | BELKIN 16-PORT NETWORK SWITCH |
| 11/18/2005 | EMS TECHNOLOGY 908-7556561, NJ | computer supplies | $92.98 | 100% | $92.98 | Maxtor DiamondMax Plus 9 MAX-6Y160P0 160GB E-IDE Hard Drive (8MB Buffer, Ultra ATA133, 7200RPM) |
| 11/21/2006 | ETECH4SALE 408-855-8000, CA | computer equipment | $200.40 | 100% | $200.40 | KINGSTON KVR333X64C25/1G memory |
| 7/18/2006 | EXTREMEPCGEAR COM 510-6230850, CA | computer equipment | $498.69 | 100% | $498.69 | Adaptec 2820SA 8-Port Serial ATA II RAID Controller Card |
| 1/13/2006 | J&R SOUND/MAILORDER 800-426-6027, NY | computer supplies | $137.76 | 100% | $137.76 | BELKIN F5D5131-8 8-Port Network Switch 4 UPS Air (Blue) |
| 3/20/2006 | KAHLON INC 714-694-0006, CA | computer supplies | $70.00 | 100% | $70.00 | computer memory |
| 4/2/2008 | MEMORY 4 LESS 714-8213354 CA | computer equipment | 64.32 | 100% | $64.32 | computer memory |
| 12/28/2007 | MEMORY 4 LESS 714-8213354, CA | computer equipment | $296.03 | 100% | $296.03 | computer memory |

BSI-DISCL 000002
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 3/3/2007 | MEMORY UNLIMITED 949-338-8864, CA | computer equipment | $175.20 | 100% | $175.20 | memory KVR667D2E5/1G |
| 12/14/2007 | MEMORY UP COM 626-8200318, CA | computer equipment | $70.95 | 100% | $70.95 | computer memory |
| 3/29/2007 | MEMORY X 4085880077, CA | computer equipment | $118.98 | 100% | $118.98 | computer memory |
| 5/25/2005 | MERITLINE COM 626-330-5191, CA | computer supplies | $137.73 | 100% | $137.73 | back-up media |
| 5/12/2007 | MICROSOFT WGA-US 866-530-6599, WA | computer supplies | $157.57 | 100% | $157.57 | DNS/mail server software |
| 1/13/2006 | NEWEGG COMPUTERS 800-390-1119, CA | computer equipment | $153.96 | 100% | $153.96 | SWITCH\|BELKIN 16P 100M F5D5131-16 |
| 3/28/2006 | NEWEGG COMPUTERS 800-390-1119, CA | computer equipment | $1,753.10 | 100% | $1,753.10 | hardware components for a custom server |
| 4/5/2006 | NEWEGG COMPUTERS 800-390-1119, CA | computer equipment | $1,516.07 | 100% | $1,516.07 | hardware components for a custom server |
| 4/19/2006 | NEWEGG COMPUTERS 800-390-1119, CA | computer equipment | $146.13 | 100% | $146.13 | HD 300G\|MX 7K 16M SATA2 6V300F0 |
| 6/1/2006 | NEWEGG COMPUTERS 800-390-1119, CA | computer equipment | $141.11 | 100% | $141.11 | HD 300G\|MX 7K 16M SATA2 6V300F0 |
| 1/22/2008 | OTHER WORLD COMPUTING 815-338-8685 IL | computer equipment | 886.97 | 100% | $886.97 | 1.0TB NewerTech miniStack v3 7200RPM eSATA/FW800/400/USB 2.0 + Integrated Hub |
| 8/27/2005 | OTHER WORLD COMPUTING 815-338-8685, IL | computer equipment | $636.99 | 100% | $636.99 | Mac Mini |
| 12/7/2005 | OTHER WORLD COMPUTING 815-338-8685, IL | computer equipment | $90.09 | 100% | $90.09 | NewerTech miniStack FireWire/USB2.0 Enclosure Kit with Intregrated FW/USB Hubs |
| 12/11/2007 | OTHER WORLD COMPUTING 815-338-8685, IL | computer equipment | $106.95 | 100% | $106.95 | 4.0GB (2GB+2GB Kit) PC2-5300 DDR2 667MHz SO-DIMM 200 Pin Memory Upgrade Kit |
| 12/28/2007 | OTHER WORLD COMPUTING 815-338-8685, IL | computer equipment | $168.44 | 100% | $168.44 | 250.0GB Western Digital "Scorpio" 5400RPM 9.5MM SuperSlim Notebook Drive with 8MB Data buffer |

BSI-DISCL 000003
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 1/14/2008 | PLI*FOOKES SOFTWARE 858-764-1975 CA | computer supplies | 69.95 | 100% | $69.95 | DNS/mail server software |
| 2/23/2008 | PLI*FOOKES SOFTWARE 858-764-1975 CA | computer supplies | 1,502.95 | 100% | $1,502.95 | DNS/mail server software |
| 2/12/2007 | QUALCOMM EUDORA 858-6511017, CA | computer supplies | $21.10 | 100% | $21.10 | DNS/mail server software |
| 9/21/2005 | QWERKS INTERNET SFTWRE 888-282-5887, UT | computer supplies | $29.95 | 100% | $29.95 | back-up software |
| 1/16/2008 | SPEAKEASY 800-5565829 WA | Internet access | 528.55 | = diff from basic DSL ($37.95) | $490.60 | secondary Internet connection |
| 2/13/2008 | SPEAKEASY 800-5565829 WA | Internet access | 333.79 | = diff from basic DSL ($37.95) | $295.84 | secondary Internet connection |
| 3/15/2008 | SPEAKEASY 800-5565829 WA | Internet access | 183.79 | = diff from basic DSL ($37.95) | $145.84 | secondary Internet connection |
| 4/13/2008 | SPEAKEASY 800-5565829 WA | Internet access | 183.79 | = diff from basic DSL ($37.95) | $145.84 | secondary Internet connection |
| 5/14/2008 | SPEAKEASY 800-5565829 WA | Internet access | 183.79 | = diff from basic DSL ($37.95) | $145.84 | secondary Internet connection |
| 6/13/2008 | SPEAKEASY 800-5565829 WA | Internet access | 183.79 | = diff from basic DSL ($37.95) | $145.84 | secondary Internet connection |
| 7/14/2008 | SPEAKEASY 800-5565829 WA | Internet access | 183.79 | = diff from basic DSL ($37.95) | $145.84 | secondary Internet connection |
| 1/4/2006 | SPEAKEASY 800-5565829, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 2/4/2006 | SPEAKEASY 800-5565829, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 3/1/2006 | SPEAKEASY 800-5565829, WA | Internet access | $91.53 | 33% | $30.20 | primary Internet connection |
| 3/21/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $171.74 | 33% | $56.67 | primary Internet connection |
| 5/5/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 6/7/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 7/5/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 8/4/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |

BSI-DISCL 000004
CONFIDENTIAL

## Beyond Systems' Spam-Related Costs
## February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 9/4/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 10/5/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 11/4/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 12/5/2005 | SPEAKEASY INC RF9 206-7289770, WA | Internet access | $85.99 | 33% | $28.38 | primary Internet connection |
| 2/6/2008 | STALKER SOFTWARE INC 415-3837164 CA | computer supplies | 241.96 | 100% | $241.96 | DNS/mail server software |
| 4/9/2008 | STALKER SOFTWARE INC 415-3837164 CA | computer supplies | 161.82 | 100% | $161.82 | DNS/mail server software |
| 5/17/2005 | SUPER MEDIA STORE COM 626-363-1490, CA | computer supplies | $87.40 | 100% | $87.40 | back-up media |
| 8/31/2006 | SUPERGOODDEAL.COM 626-9134188, CA | computer equipment | $125.00 | 100% | $125.00 | MB455SPFCremax ICY Dock MB455 5 x SATA Multi Drive Module |
| 1/23/2007 | SYM*SYMANTEC 877-288-7732, CA | computer supplies | $42.29 | 100% | $42.29 | anti-virus software |
| 1/23/2008 | SYM*SYMANTECNORTNRENWL NORTON.COM/CS CA | computer supplies | 42.29 | 100% | $42.29 | anti-virus software |
| 1/25/2008 | SYM*SYMANTECNORTNRENWL NORTON.COM/CS CA | computer supplies | 42.29 | 100% | $42.29 | anti-virus software |
| 5/10/2005 | SYX*TIGERDIRECT.COM 800-888-4437, FL | computer equipment | $282.65 | 100% | $282.65 | Maxtor / OneTouch II / 300GB / 7200 / 16MB / USB 2.0 / External Hard Drive |
| 9/18/2006 | TENON INTERSYSTEMS SANTA BARBARA, CA | computer supplies | $349.00 | 100% | $349.00 | DNS/mail server software |
| 1/9/2008 | THENERDS.NET 888-5666373 FL | computer equipment | 297.46 | 100% | $297.46 | NETGEAR NETGEAR GS108 Copper Gigabit Switch & ETHERNET PCI ADAPTER |
| 4/20/2007 | TOP MICRO DISTRIBUTION 909-595-2868, CA | computer equipment | $650.75 | 100% | $650.75 | Areca ARC-1220 8 ports PCI-Express to SATA-II RAID 6 Adapter |
| 11/7/2005 | UNIVERSITY COMPUTERS 617-3531800, MA | computer supplies | $51.45 | 100% | $51.45 | Keyspan USB twin Serial Adapter |

BSI-DISCL 000005
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 1/16/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 2/16/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 3/13/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 4/16/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 5/16/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 6/15/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 7/13/2008 | VERIZON FIOS INTERNET 888-244-4440 TX | Internet access | 149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 1/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $193.49 | = diff from hi-speed DSL ($85.99) | $107.50 | primary Internet connection |
| 2/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 3/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 4/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |

BSI-DISCL 000006
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 5/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 6/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 7/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 8/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 9/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 10/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 11/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 12/13/2006 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 1/14/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 2/13/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 3/13/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |

BSI-DISCL 000007
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
# February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 4/13/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 5/13/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 6/14/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 7/13/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 8/13/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 9/14/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 10/17/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 11/17/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 12/15/2007 | VERIZON FIOS INTERNET 888-244-4440, TX | Internet access | $149.95 | = diff from hi-speed DSL ($85.99) | $63.96 | primary Internet connection |
| 1/6/2006 | VERIZON ONLINE 01 OF 01 610-9182356, PA | Internet access | $316.19 | = diff from hi-speed DSL ($85.99) | $230.20 | primary Internet connection |
| 4/13/2006 | VERIZON ONLINE WEST CHESTER, PA | Internet access | $316.19 | = diff from hi-speed DSL ($85.99) | $230.20 | primary Internet connection |
| 3/6/2007 | WWW.ADAPTEC.COM INTERNET, | business service fee | $80.00 | 100% | $80.00 | tech support for failed RAID array on server |

BSI-DISCL 000008
CONFIDENTIAL

# Beyond Systems' Spam-Related Costs
## February 2005 - July 2008

| Date | Merchant | Category | Amount | Portion Attributable to Spam | Net Amount | Description |
|---|---|---|---|---|---|---|
| 5/2/2005 | WWW.ELEMENT5INFO.COM GERMANY, | computer supplies | $99.00 | 100% | $99.00 | back-up software |
| 3/20/2008 | WWW.IRISLINK.COM LOUVAIN-LA-NE | computer supplies | 399 | 100% | $399.00 | DNS/mail server software |
| 5/2/2007 | WWW.NEWEGG.COM 800-390-1119, CA | computer equipment | $359.74 | 100% | $199.99 | PC Power & Cooling 750W ATX12V / EPS12V Power Supply (entire order was $359.74) |
| 9/20/2007 | WWW.NEWEGG.COM 800-390-1119, CA | computer equipment | $210.28 | 100% | $210.28 | HITACHI Travelstar 7K200 200GB 7200RPM SATA 1.5Gb/s Hard Drive |
| 3/15/2008 | YAHOO *MAIL 866-562-7228 CA | business service fee | 19.99 | 100% | $19.99 | secondary email service |
| 3/15/2007 | YAHOO *MAIL 866-562-7228, CA | business service fee | $19.99 | 100% | $19.99 | secondary email service |
| 12/8/2005 | ZIPZOOMFLY COM 510-739-1890, CA | computer equipment | $124.90 | 100% | $124.90 | Western Digital 320 GB |
| 8/11/2006 | ZIPZOOMFLY COM 510-739-1890, CA | computer equipment | $268.99 | 100% | $268.99 | Maxtor OneTouch III 500GB 7200RPM USB 2.0 External Hard Drive w/16MB Buffer |
| 8/23/2006 | ZIPZOOMFLY COM 510-739-1890, CA | computer equipment | $268.99 | 100% | $268.99 | Maxtor OneTouch III 500GB 7200RPM USB 2.0 External Hard Drive w/16MB Buffer |
| 10/27/2006 | ZIPZOOMFLY COM 510-739-1890, CA | computer equipment | $225.74 | 100% | $225.74 | Seagate Barracuda 7200.10 ST3500630A 500GB Ultra ATA/100 7200RPM Hard Drive w/16MB Buffer |
| 6/29/2007 | ZIPZOOMFLY COM 510-739-1890, CA | computer equipment | $692.88 | 100% | $692.88 | 3 x Seagate Barracuda 7200.10 ST3750640AS 750GB Serial ATA (3.0Gb/s) 7200RPM Hard Drive w/16MB Buffer |
| | | | | **Total:** | **$31,011.05** | |

BSI-DISCL 000009
CONFIDENTIAL