EXHIBIT 3

# STEPTOE & JOHNSON llp

ATTORNEYS AT LAW

Anthony Onorato
212.506.3933
tonorato@steptoe.com

750 Seventh Avenue
New York, NY 10019
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

August 14, 2008

**BY E-MAIL & MESSENGER**

Ari Rothman, Esq.
Venable LLP
575 7th Street, NW
Washington, DC  20004
anrothman@venable.com

Re: ***Beyond Systems, Inc. v. Connexus Corp. et al.*, Case No. CV 08-01039 (RGK)(PLAx)
(C.D. Cal.)**

Dear Ari:

Enclosed please find the documents subpoenaed from third parties in this case.  I have not yet heard back from OC-3's counsel on designating the document you already have (the only they have produced), but the other materials (Cannon, Ferron, Balsam, Gordon, Haselton/Peacefire) are included here.  That said, I have not included the Sitel materials produced in advance of the depositions as I believe it was produced to you as well.  Please let me know if this is incorrect.

As for the actual damages calculation, we have included materials here that document the calculation performed by BSI.  A handful of receipts have been requested from the vendor (e.g., Verizon) and will be produced once received.

Sincerely,

Anthony A. Onorato

cc: Jennie Kneedler

enc.



## INVOICE DETAILS

Order #:         51696534
Invoice #:       25499023
Submitted:       5/2/2007 11:36:30 AM

Close Window
Print friendly

### Ship To

Paul A Wagner

1837 R Street, NW
Washington, DC 20009

202-234-4444

### Bill To

Mr. Paul Wagner
Beyond Systems, Inc.
1837 R Street, NW
Washington, DC 20009

Visa:****************

### Invoice Summary

| | Qty | Product Description | Price |
|---|---|---|---|
| | | **Shipped from TN - Tracking #: 1Z04WF351300185879** | |
| ☐ | 1 | PC Power & Cooling S75QB 750W ATX12V / EPS12V Power Supply - Retail<br>Item #: N82E16817703009<br><div align="right">Standard Return Policy</div> | $199.99 |
| ☐ | 4 | HP 51645A Black Cartridge - Retail<br>Item #: N82E16817102109<br><div align="right">Consumable Items Return Policy</div> | $119.96 |
| | | Subtotal | $319.95 |
| | | Tax | $0.00 |
| | | UPS Next Day saver | $36.80 |
| | | Rush Processing | $2.99 |
| | | Order Total | $359.74 |

**Add Selected to Cart**

BSI-DISCL 000010

## ◼ Return Policies

1. Consumable Items Return Policy
   a. Summary
      i. ▪ Return for refund within: non-refundable
         ▪ Return for replacement within: 30 days (item must be sealed & unopened)
   b. Detail
      i. This is our Detailed Consumable Items Return Policy. Consumable items are items such as Printer Ink and Toner Cartridges, CD/DVD Media, Paper Products etc. that are consumed once they are used. Consumable Items can be returned within 30 days of the invoice date if and only if the item is **sealed and unopened in its original retail packaging**. These items are not eligible for RMA through our online RMA system. Please contact our Customer Service Department via Live Chat, Email or Phone for RMA information regarding consumable items.

2. Standard Return Policy
   a. Summary
      i. ▪ Return for refund within: 30 days
         ▪ Return for replacement within: 1 year
   b. Detail
      i. This is our Detailed Standard Return Policy. Unless another return policy is indicated, products sold by Newegg.com are covered by this Standard Return Policy. Merchandise under this Standard Return Policy may be returned a) within 30 days of the original invoice date for a refund, or b) within one year of the original invoice date for a replacement of the same item. All returns require an RMA (Return Merchandise Authorization) number. All items returned for a refund are subject to a 15% restocking fee.
      Many manufacturers offer additional factory coverage. With regard to such, you should contact the manufacturer of your item directly for information regarding eligibility and specific Terms and Conditions.

**Thank you for shopping at Newegg.com!** Please take a moment to tell us about your shopping experience. Your comments help us to continually improve Newegg.com, and are much appreciated.

Policy & Agreement | Privacy Policy | © 2000-2008 Newegg Inc. All rights reserved.

BSI-DISCL 000011

# DELL

## *QUOTATION*

**QUOTE #:**  362735335

**Customer #:**  69519015

**Quote Date:**  5/4/07

Date: 5/4/07 2:25:50 PM       **Customer Name:**  **CASTALLION VENTURES**

| | | | |
|---|---|---|---|
| **TOTAL QUOTE AMOUNT:** | $3,101.08 | | |
| **Product Subtotal:** | $2,932.47 | | |
| **Tax:** | $168.61 | | |
| **Shipping & Handling:** | $0.00 | | |
| **Shipping Method:** | Ground | **Total Number of System Groups:** | 1 |

| **GROUP: 1** | **QUANTITY: 1** | **SYSTEM PRICE: $2,932.47** | **GROUP TOTAL: $2,932.47** |
|---|---|---|---|
| | | | |
| Base Unit: | Dell Precision 690 Mini-Tower Dual Core Xeon Proc 5140 2.33GHz, 4MB L2 Cache, 1333MHz (222-3762) | | |
| Memory: | 2GB, DDR2 ECC SDRAM Memory 667MHz, 2X1GB in Riser, Dell Precision 690, Factory Install (311-6354) | | |
| Keyboard: | Entry Level, USB, No Hot Keys keyboards, Dell PrecisionWorkstations (310-7949) | | |
| Monitor: | Monitor Option-None (320-3316) | | |
| Video Card: | nVidia,Quadro FX 550,128MB dual VGA or dual DVI or DVI+VGcapable graphics card, Dell Precision 690 1KW (320-4834) | | |
| Hard Drive: | 750GB SATA 3.0Gb/s, 7200RPM HardDrive with 16MB DataBurst Cache, Dell Precision 690 (341-3862) | | |
| Hard Drive Controller: | C5- All SATA Hard Drives RAID 1 for 2 Hard Drives Dell Precision 690 (341-3783) | | |
| Floppy Disk Drive: | 3.5inch,1.44MB,Floppy Drive Dell Precision 490/690 Factory Install (341-3690) | | |
| Operating System: | WINDOWS XP PRO SP2 with Windows Vista Business LicenseDell Precision,English, Factory Install (420-6978) | | |
| Mouse: | Dell USB 2-Button Optical Mouse with Scroll for Dell Precision (310-7958) | | |
| CD-ROM or DVD-ROM Drive: | 16XDVD AND 16XDVD+/-RW w/Cyberlink Power DVD,Roxio Digital Creator Dell Edition Dell Precision X90 (313-4285) | | |
| Sound Card: | Sound Blaster X-Fi XtremeMusic(D), w/Dolby Digital 5.1, DellPrecision 690 (313-4148) | | |
| Speakers: | No Speaker option (313-2663) | | |
| Documentation Diskette: | No Resource CD for Dell Optiplex,Precision and Latitude Systems (313-3673) | | |
| Additional Storage Products: | 750GB SATA 3.0Gb/s, 7200RPM Additional HardDrive w/16MB DataBurst Cache,Dell Precision690 (341-3852) | | |
| Controller Option: | SATA/SAS integrated controllerfor Connecting Internal Hard Drives, Dell Precision 690 (341-3435) | | |
| Factory Installed Software: | McAfee Security 8,English,30 Day Trial,Dell OptiPlex Precision and Latitude (410-0885) | | |
| Service: | Dell Hardware Warranty Plus Onsite Service, Initial Year (984-2827) | | |
| Service: | Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year (970-6460) | | |
| Service: | Dell Hardware Warranty Plus Onsite Service, Extended Year (984-2828) | | |

| Service: | Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended (970-0892) |
|---|---|
| Service: | Thank you for choosing a Limited Warranty and Service Contract (986-4419) |
| Installation: | Standard On-Site Installation Declined (900-9987) |
| | System not eligible for hardware mail-in rebate (464-5004) |
| | Thank you for choosing Dell (465-4073) |
| | Vista Premium Downgrade Relationship Desktop (310-9161) |
| | Purchase is NOT intended for resell (462-4506) |
| | |

| COMMENTS |
|---|
| |
| -DISCOUNT/COUPON APPLIED |
| -DISCOUNT: SPECIAL OFFER |
| |

| SALES REP: | Ryan Walters | PHONE: | 7134079 |
|---|---|---|---|
| Email Address: | Ryan_Walters@dell.com | Phone Ext: | 7134079 |

For your convenience, your sales representative, quote number and customer number have been included to provide you with faster service when you are ready to place your order. This quote is subject to the terms of the agreement signed by you and Dell, or absent such agreement, is subject to the applicable Dell terms and conditions agreement. Prices and tax rates are valid in the U.S. only and are subject to change. **Sales/use tax is a destination charge, i.e. based on the "ship to" address on your purchase order. Please indicate your taxability status on your PO. If exempt, please fax exemption certificate to Dell Tax Department at 512-283-9273, referencing your customer number. If you have any questions regarding tax please call 800-433-9019 or email Tax_Department@dell.com. All product and pricing information is based on latest information available. Subject to change without notice or obligation. LCD panels in Dell products contain mercury, please dispose properly. The Priority Build program is limited to qualifying orders and assumes timely approval of your selected payment method. The fee associated with the program can be refunded, if the eligible system is not shipped by the first business day following approval of your order's payment method. In order to receive the refund for the expedite charge you must contact Dell Customer Service, please visit our website at support.dell.com and choose Customer Care for instructions. The Priority Build program covers the manufactured system only, and does not apply to any peripheral products you may have ordered, which will be shipped separately. The information provided to you as part of the Priority Build program does not alter or replace your separately provided estimated ship date, which may be given to you at time of purchase, in a confirming email, on order documentation, and on our online shipping status tool.



## INVOICE DETAILS

Order #:       57766145
Invoice #:     28788212
Submitted:     9/20/2007 3:53:25 PM

Close Window
Print friendly

### Ship To

Paul A Wagner

1837 R Street, NW
Washington, DC 20009

202-234-4444

### Bill To

Paul A Wagner
Beyond Systems, Inc.
1837 R Street, NW
Washington, DC 20009

Visa:****************

### Invoice Summary

| ☐ | Qty | Product Description | Price |
|---|-----|---------------------|-------|
| | | **Shipped from CA - Tracking #: 1ZW098R41213048828** | |
| ☐ | 1 | HITACHI Travelstar 7K200 HTS722020K9SA00 (0A50940) 200GB 7200 RPM SATA 1.5Gb/s Notebook Hard Drive - OEM<br>Item #: N82E16822145160 | $204.99 |
| | | Limited 30-Day Return Policy | |
| | | Subtotal | $204.99 |
| | | Tax | $0.00 |
| | | UPS 3 DAYS | $5.29 |
| | | Order Total | $210.28 |

**Add Selected to Cart**

### ■ Return Policies

1. Limited 30-Day Return Policy
   a. Summary
      i. ▪ Return for refund within: 30 days
         ▪ Return for replacement within: 30 days
   b. Detail
      i. This is our Detailed Limited 30-Day Return Policy. Items covered by this policy (products for which Newegg.com states "*This item may be returned for a replacement or refund within 30 days only*") must be returned to Newegg.com within **30 days** of the invoice date for this policy to apply. Additional coverage, if any, is provided solely by the product's manufacturer (as indicated by such manufacturer).

**Thank you for shopping at Newegg.com!** Please take a moment to tell us about your shopping experience. Your comments help us to continually improve Newegg.com, and are much appreciated.

Policy & Agreement | Privacy Policy | © 2000-2008 Newegg Inc. All rights reserved.

BSI-DISCL 000014

8/13/2008 6:38 PM



*Sales Receipt*

**CommuniGate Systems**
655 Redwood Hwy., Suite 275 Mill Valley, CA  94941
PHONE 800 262 4722  FAX 415 383 7461  www.communigate.com

Date: February 6, 2008

| | |
|---|---|
| **SOLD TO:** | Beyond Systems, Inc.<br>11106 Veirs Mill Road<br>Suite L15-1000<br>Wheaton,MD 20902<br>US |
| **ATTN:** | Paul Wagner   [nospam_communigate.com@beyo.us.com] |

| PAYMENT METHOD | PO NUMBER | DOMAIN NAME |
|---|---|---|
| Visa | _____ | mail2.beyondsystems.net |
| **APPROVAL CODE** | **INVOICE DATE** | **INVOICE NUMBER** |
| AP03169B | 2/6/2008 | 973090 |

| QTY | PRODUCT NAME/DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | CGP Core license 25 users<br>(M&S Update 02/08 – 02/09) | $241.96 | $241.96 |
| | | **TOTAL PRICE** | **$241.96** |

The Above Total Has Been Paid.

THANK YOU FOR YOUR BUSINESS!



# *Sales Receipt*

**CommuniGate Systems**
655 Redwood Hwy., Suite 275 Mill Valley, CA  94941
PHONE 800 262 4722  FAX 415 383 7461  www.communigate.com

Date: April 9, 2008

| SOLD TO: | Beyond Systems, Inc. |
| | 11106 Veirs Mill Road |
| | Suite L15-1000 |
| | Wheaton,MD 20902 |
| | US |
| **ATTN:** | Paul Wagner   [nospam_communigate.com@beyo.us] |

| PAYMENT METHOD | PO NUMBER | DOMAIN NAME | |
|---|---|---|---|
| Visa | None | mail.linkcenter.net | |
| **APPROVAL CODE** | **INVOICE DATE** | **INVOICE NUMBER** | |
| AP09764B | 4/9/2008 | 973737 | |

| QTY | PRODUCT NAME/DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | CGP Core license 25 users<br>(M&S Renewal 02/08 – 02/09) | $161.82 | $161.82 |
| | | **TOTAL PRICE** | **$161.82** |

The Above Total Has Been Paid.

BSI-DISCL 000016

**CHEVY CHASE® BANK**

CARDMEMBER SERVICES
P.O. BOX 15298
WILMINGTON, DE  19850-5298

0486304 YES 001 0001

PAUL A WAGNER
1837 R ST NW
WASHINGTON, DC  20009-1603



**REDACTED**

Dear PAUL A WAGNER,

There are a lot of benefits you get with your credit card.  And one of those benefits is this
- your Annual Summary of Charges.

**A Great Tax Preparation Tool**
With this summary, you can do a lot more than simply view all your transactions.  Since
you can see exactly where and when you made each of your charges, this is an ideal tax
preparation tool.   While receipts are easy to lose or misplace, with your Summary you
have a valuable record of all your expenses.

**Plan Your Annual Budget**
You can also use this Summary to take a close look at your spending habits.  Whether you
need to plan an annual budget, or just want greater awareness about how you spend your
money, your Summary can be a big help.  And to make it even easier for you, your
spending is broken down into separate summaries - by month, by category, and in detail.

We hope you find your 2005 Annual Summary helpful.  And thank you for being one of
our Cardmembers.

Sincerely,

W. Scott McSween
Executive Vice President



Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

**YOUR CARDMEMBER BENEFITS**

In addition to your Annual Summary of Charges, there are plenty of other benefits you get as one of our Cardmembers.  For instance, you get a card you make your own with choices that suit your financial needs.  And of course one choice you made was to be a premier and valued cardmember.

- Choose your own billing due date

- Choose your preferred payment method -online, by phone, by mail, automatic bill pay

- Zero liability for unauthorized charges

- Cash access at over 600,000 locations worldwide

- Online account management

- Priority Customer Service - 24/7

- Accepted at over 24 million locations worldwide

- Shopping discounts

- Free additional cards

   

Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

## 2005 Questions & Answers



**Q.** **What is included in the Year-end Summary?**

We have provided a list of the purchases, cash advances, convenience check transactions and balance transfers that were posted to your account during the past year. We have separated the transactions into descriptive categories, from Airlines and Lodging to Retail and Tickets/Events, allowing you to easily review your personal or business budget. In addition, the Summary charts your 2005 spending activity with totals by month and category to help you gain a better understanding of your overall spending patterns.

**Q.** **Are all transactions I made included in this Summary?**

All purchases, cash advances, convenience check transactions, and balance transfers are included as long as the establishment processed the transaction by December 31, 2005. Transactions processed by merchants after this date will appear on your 2006 Summary. Payments are not included.

**Q.** **How can I review the monthly payments and adjustments made to my account during 2005?**

The Annual Summary of Charges does not provide a summary of payments that were made during the year. If you need additional information and cannot locate your monthly statement, please call the Customer Service number that appears on the back of your credit card.

**Q.** **If I lost my card or checks and received replacements, will all the charges made to my original account appear on the Summary?**

Yes, the Summary will cover all charges made to your original and new accounts in 2005.

**Q.** **Do my international charges appear on the Summary?**

Yes, all international charges are included. These transactions are converted into U.S. Dollars at the exchange rate on the day of the posting.

CONFIDENTIAL

BSI-DISCL 000019

    

Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

## 2005 Category Designations

**Travel & Entertainment:** Charges related to lodging, entertainment, travel, transportation, and cruises.

**Restaurant:** Charges related to dining expenses such as restaurants, bars, caterers, fast food services, etc.

**Automotive:** Charges related to auto maintenance, parking expenses, auto dealer expenses, and auto rentals.

**Merchandise:** Charges specifically related to retail or wholesale purchases such as food, clothing, electronics, etc.

**Services:** Charges related to telecommunications, insurance, education, etc.

**Miscellaneous:** Charges related to any additional purchases such as balance transfers, convenience checks, membership fees, and healthcare.

---

**Please Note:**
This page contains a sampling of transaction categories and corresponding definitions.  Your Summary of Charges section may contain other valid categories not listed above.

Merchants self-select the category in which they would like their transaction items to be listed.

Spending categories with total transaction amounts that are less than or equal to zero will not be displayed in the Spending Summary and pie chart.

   

Annual Summary of Charges   Annual Summary of Charges   **Annual Summary of Charges**   Annual Summary of Charges

**2005 Year in Review**

REDACTED

CONFIDENTIAL

BSI-DISCL 000021

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000022

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000023

N 20   01/06/2006   Page 8 of 20   00373

BSI-DISCL 000024

**REDACTED**

CONFIDENTIAL
BSI-DISCL 000025

CONFIDENTIAL

BSI-DISCL 000026

**REDACTED**

05/13/05    COOLEREXPRESS.COM                    626-3691888, CA                    $123.11    ☐

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000027

CONFIDENTIAL

BSI-DISCL 000028

**REDACTED**

| 08/27/05 | OTHER WORLD COMPUTING | 815-338-8685, IL | $636.99 | ☐ |

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000029

**REDACTED**

| 11/07/05 | UNIVERSITY COMPUTERS | 617-3531800, MA | $51.45 | ☐ |

**REDACTED**

**(Itemized Detail**

| Merchandise | | | | Item of Note |
|---|---|---|---|---|
| 12/04/05 | BUY.COM | WWW.BUY.COM., CA | $44.04 | ☐ |
| 12/05/05 | BUY.COM | WWW.BUY.COM., CA | $86.09 | ☐ |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 12/09/05 | BUY.COM | WWW.BUY.COM., CA | $26.19 | ☐ |

**REDACTED**

BSI-DISCL 000031

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000032

**REDACTED**

CONFIDENTIAL
BSI-DISCL 000033

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000034

**REDACTED**



BSI-DISCL 000035

This Page Intentionally Left Blank

CONFIDENTIAL
BSI-DISCL 000036

CARDMEMBER SERVICES
P.O. BOX 15298
WILMINGTON, DE  19850-5298

**CHEVY CHASE° BANK**



0271539 YES 001 0001

PAUL A WAGNER
1837 R ST NW
WASHINGTON, DC  20009-1603

**REDACTED**

Dear PAUL A WAGNER,

There are a lot of benefits you get with your credit card.  And one of those benefits is this
- your Annual Summary of Charges.

**A Great Tax Preparation Tool**
With this summary, you can do a lot more than simply view all your transactions.  Since
you can see exactly where and when you made each of your charges, this is an ideal tax
preparation tool.   While receipts are easy to lose or misplace, with your Summary you
have a valuable record of all your expenses.

**Plan Your Annual Budget**
You can also use this Summary to take a close look at your spending habits.  Whether you
need to plan an annual budget, or just want greater awareness about how you spend your
money, your Summary can be a big help.  And to make it even easier for you, your
spending is broken down into separate summaries - by month, by category, and in detail.

We hope you find your 2006 Annual Summary helpful.  And thank you for being one of
our Cardmembers.

Sincerely,

W. Scott McSween
Executive Vice President

BSI-DISCL 000037

    

Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

**YOUR CARDMEMBER BENEFITS**

In addition to your Annual Summary of Charges, there are plenty of other benefits you get as one of our Cardmembers.  For instance, you get a card you make your own with choices that suit your financial needs.  And of course one choice you made was to be a premier and valued cardmember.

- Choose your own billing due date

- Choose your preferred payment method -online, by phone, by mail, automatic bill pay

- Zero liability for unauthorized charges

- Cash access at over 600,000 locations worldwide

- Online account management

- Priority Customer Service - 24/7

- Accepted at over 24 million locations worldwide

- Shopping discounts

- Free additional cards









Annual Summary of Charges    Annual Summary of Charges    Annual Summary of Charges    Annual Summary of Charges

**2006 Questions & Answers**



**Q.** **What is included in the Year-end Summary?**

We have provided a list of the purchases, cash advances, convenience check transactions and balance transfers that were posted to your account during the past year.  We have separated the transactions into descriptive categories, from Airlines and Lodging to Retail and Tickets/Events, allowing you to easily review your personal or business budget.  In addition, the Summary charts your 2006 spending activity with totals by month and category to help you gain a better understanding of your overall spending patterns.

**Q.** **Are all transactions I made included in this Summary?**

All purchases, cash advances, convenience check transactions, and balance transfers are included as long as the establishment processed the transaction by December 31, 2006.  Transactions processed by merchants after this date will appear on your 2007 Summary.  Payments are not included.

**Q.** **How can I review the monthly payments and adjustments made to my account during 2006?**

The Annual Summary of Charges does not provide a summary of payments that were made during the year.  If you need additional information and cannot locate your monthly statement, please call the Customer Service number that appears on the back of your credit card.

**Q.** **If I lost my card or checks and received replacements, will all the charges made to my original account appear on the Summary?**

Yes, the Summary will cover all charges made to your original and new accounts in 2006.

**Q.** **Do my international charges appear on the Summary?**

Yes, all international charges are included.  These transactions are converted into U.S. Dollars at the exchange rate on the day of the posting.

    

Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

## 2006 Category Designations

**Travel & Entertainment:** Charges related to lodging, entertainment, travel, transportation, and cruises.

**Restaurant:** Charges related to dining expenses such as restaurants, bars, caterers, fast food services, etc.

**Automotive:** Charges related to auto maintenance, parking expenses, auto dealer expenses, and auto rentals.

**Merchandise:** Charges specifically related to retail or wholesale purchases such as food, clothing, electronics, etc.

**Services:** Charges related to telecommunications, insurance, education, etc.

**Miscellaneous:** Charges related to any additional purchases such as balance transfers, convenience checks, membership fees, and healthcare.

---

**Please Note:**
This page contains a sampling of transaction categories and corresponding definitions.  Your Summary of Charges section may contain other valid categories not listed above.

Merchants self-select the category in which they would like their transaction items to be listed.

Spending categories with total transaction amounts that are less than or equal to zero will not be displayed in the Spending Summary and pie chart.

    

Annual Summary of Charges   Annual Summary of Charges   **Annual Summary of Charges**   Annual Summary of Charges

**2006 Year in Review**
**REDACTED**

CONFIDENTIAL

N 20   01/05/2007   Page 5 of 20   00373

BSI-DISCL 000041

**REDACTED**



BSI-DISCL 000042

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000044

**REDACTED**



**Merchandise** (continued)                                 **Item of Note**

**REDACTED**

| Date | Vendor | Phone / Location | Amount | |
|------|--------|------------------|--------|---|
| 01/13/06 | J&R SOUND/MAILORDER | 800-426-6027, NY | $137.76 | ☐ |

**REDACTED**

| Date | Vendor | Phone / Location | Amount | |
|------|--------|------------------|--------|---|
| 03/20/06 | KAHLON INC | 714-694-0006, CA | $70.00 | ☐ |

**REDACTED**

| Date | Vendor | Phone / Location | Amount | |
|------|--------|------------------|--------|---|
| 03/24/06 | ECOST.COM | 877-888-2678, CA | $87.43 | ☐ |

**REDACTED**





CONFIDENTIAL

BSI-DISCL 000048

CONFIDENTIAL

BSI-DISCL 000049

**REDACTED**



**REDACTED**

BSI-DISCL 000052

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000053

N 20   01/05/2007   Page 18 of 20   00373

BSI-DISCL 000054

REDACTED



CONFIDENTIAL
BSI-DISCL 000055

This Page Intentionally Left Blank

CONFIDENTIAL

BSI-DISCL 000056

CARDMEMBER SERVICES
P.O. BOX 15298
WILMINGTON, DE  19850-5298

**CHEVY CHASE° BANK**

0274281 YES 001 0001

PAUL A WAGNER
1837 R ST NW
WASHINGTON, DC  20009-1603

**REDACTED**

Dear PAUL A WAGNER,

There are a lot of benefits you get with your credit card.  And one of those benefits is this - your Annual Summary of Charges.

**A Great Tax Preparation Tool**
With this summary, you can do a lot more than simply view all your transactions.  Since you can see exactly where and when you made each of your charges, this is an ideal tax preparation tool.   While receipts are easy to lose or misplace, with your Summary you have a valuable record of all your expenses.

**Plan Your Annual Budget**
You can also use this Summary to take a close look at your spending habits.  Whether you need to plan an annual budget, or just want greater awareness about how you spend your money, your Summary can be a big help.  And to make it even easier for you, your spending is broken down into separate summaries - by month, by category, and in detail.

We hope you find your 2007 Annual Summary helpful.  And thank you for being one of our Cardmembers.

Sincerely,

W. Scott McSween
Executive Vice President



Annual Summary of Charges  Annual Summary of Charges  Annual Summary of Charges  Annual Summary of Charges

## YOUR CARDMEMBER BENEFITS

In addition to your Annual Summary of Charges, there are plenty of other benefits you get as one of our Cardmembers.  For instance, you get a card you make your own with choices that suit your financial needs.  And of course one choice you made was to be a premier and valued cardmember.

- Choose your own billing due date

- Choose your preferred payment method -online, by phone, by mail, automatic bill pay

- Zero liability for unauthorized charges

- Cash access at over 600,000 locations worldwide

- Online account management

- Priority Customer Service - 24/7

- Accepted at over 24 million locations worldwide

- Shopping discounts



    

# 2007 Questions & Answers

## Q. What is included in the Year-end Summary?

We have provided a list of the purchases, cash advances, convenience check transactions and balance transfers that were posted to your account during the past year. We have separated the transactions into descriptive categories, from Airlines and Lodging to Retail and Tickets/Events, allowing you to easily review your personal or business budget. In addition, the Summary charts your 2007 spending activity with totals by month and category to help you gain a better understanding of your overall spending patterns.

## Q. Are all transactions I made included in this Summary?

All purchases, cash advances, convenience check transactions, and balance transfers are included as long as the establishment processed the transaction by December 31, 2007. Transactions processed by merchants after this date will appear on your 2008 Summary. Payments are not included.

## Q. How can I review the monthly payments and adjustments made to my account during 2007?

The Annual Summary of Charges does not provide a summary of payments that were made during the year. If you need additional information and cannot locate your monthly statement, please call the Customer Service number that appears on the back of your credit card.

## Q. If I lost my card or checks and received replacements, will all the charges made to my original account appear on the Summary?

Yes, the Summary will cover all charges made to your original and new accounts in 2007.

## Q. Do my international charges appear on the Summary?

Yes, all international charges are included. These transactions are converted into U.S. Dollars at the exchange rate on the day of the posting.

Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

## 2007 Category Designations

**Travel & Entertainment:** Charges related to lodging, entertainment, travel, transportation, and cruises.

**Restaurant:** Charges related to dining expenses such as restaurants, bars, caterers, fast food services, etc.

**Automotive:** Charges related to auto maintenance, parking expenses, auto dealer expenses, and auto rentals.

**Merchandise:** Charges specifically related to retail or wholesale purchases such as food, clothing, electronics, etc.

**Services:** Charges related to telecommunications, insurance, education, etc.

**Miscellaneous:** Charges related to any additional purchases such as balance transfers, convenience checks, membership fees, and healthcare.

---

**Please Note:**
This page contains a sampling of transaction categories and corresponding definitions. Your Summary of Charges section may contain other valid categories not listed above.

Merchants self-select the category in which they would like their transaction items to be listed.

Spending categories with total transaction amounts that are less than or equal to zero will not be displayed in the Spending Summary and pie chart.







Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges   Annual Summary of Charges

**2007 Year in Review**

**REDACTED**



**REDACTED**

BSI-DISCL 000062

**REDACTED**



BSI-DISCL 000063

N 20   01/04/2008   Page 8 of 20   00373

BSI-DISCL 000064

**REDACTED**

BSI-DISCL 000065

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000066

**REDACTED**



| 01/23/07 | SYM*SYMANTEC | 877-288-7732, CA | $42.29 | ☐ |

**REDACTED**

N 20   01/04/2008   Page 11 of 20   00373

BSI-DISCL 000067

| Merchandise | | | | Item of Note |
|---|---|---|---|---|
| 03/06/07 | WWW.ADAPTEC.COM | INTERNET, | $80.00 | ☐ |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 03/29/07 | MEMORY X | 4085880077, CA | $118.98 | ☐ |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 04/27/07 | BUY.COM | WWW.BUY.COM., CA | $23.29 | ☐ |

**REDACTED**



BSI-DISCL 000069

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000070

**REDACTED**



**REDACTED**

| 12/28/07 | MEMORY 4 LESS | 714-8213354, CA | $296.03 | ☐ |

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000072

**REDACTED**

CONFIDENTIAL

N 20   01/04/2008   Page 17 of 20   00373

BSI-DISCL 000073

CONFIDENTIAL

BSI-DISCL 000075

**REDACTED**



CONFIDENTIAL
BSI-DISCL 000076

**Statement** for account number: REDACTED

**CHASE° BANK**

REDACTED

| Amount Enclosed | $ . |
|---|---|

**Make your check payable to Cardmember Services.**
New address or e-mail? Print on back.

REDACTED

34031 BEX Z 04208 C
PAUL A WAGNER
1837 R ST NW
WASHINGTON DC 20009-1603

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

REDACTED

REDACTED



**CHEVY CHASE° BANK**

REDACTED

**CUSTOMER SERVICE**
In U.S.          1-888-767-4693
Español        1-888-446-3308
TDD            1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                   1-302-594-8200

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.cardmemberservices.com

REDACTED

To redeem your points, call the number on the back of your card or log on to www.cardmemberservices.com

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| | | REDACTED | | |
| 01/23 | 24692168023000001676429 | SYM*SYMANTECNORTNRENWL NORTON.COM/CS CA | | 42.29 |
| | | REDACTED | | |
| 01/25 | 746921680250000252975796 | SYM*SYMANTECNORTNRENWL NORTON.COM/CS CA | | 42.29 |
| | | REDACTED | | |

CONFIDENTIAL

BSI-DISCL 000077

**This Statement is a Facsimile - Not an original**

REDACTED

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ————————————————————————————

City: ——————————————————

State: ——

Zip: ————— —————

Home Phone: ———— ———— —————

Work Phone: ———— ———— —————

E-mail Address: ————————————————————————————



## Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement.

**Notice About Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):**

We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**In addition, if there is a "Qualifying Promotional Financing" section on this statement,** you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

Also, for some Qualifying Promotional Financing balances, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. This is referred to as "deferred interest." If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information.

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

CONFIDENTIAL

MA021207            BSI-DISCL 000078

Opening/Closing Date:    01/12/08 - 02/11/08

Page 2 of 2

**REDACTED**

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|

REDACTED

CONFIDENTIAL

BSI-DISCL 000079

**This Statement is a Facsimile - Not an original**

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000080



# Statement for account number: ████████ REDACTED ████████

### CHEVY CHASE® BANK

Amount Enclosed  $ _____ . _____

**Make your check payable to Cardmember Services.**
New address or e-mail?  Print on back.

I want to purchase optional
Payment Protector Plan.
I've read the Benefits &
Disclosures on back of insert.

Initials _____  Date _____

81110 BEX Z 11008 C
PAUL A WAGNER
1837 R ST NW
WASHINGTON DC  20009-1603

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

### CHEVY CHASE® BANK

Opening/Closing Date:    03/12/08 - 04/19/08

**CUSTOMER SERVICE**
In U.S.          1-888-767-4693
Español         1-888-446-3308
TDD             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                1-302-594-8200

## VISA ACCOUNT SUMMARY

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE  19886-5153

**VISIT US AT:**
www.cardmemberservices.com

To redeem your points, call the number on the
back of your card or log on to
www.cardmemberservices.com

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 04/02 | 2471705809413094156923 | MEMORY 4 LESS 714-8213354 CA | | 64.32 |

**This Statement is a Facsimile - Not an original**

CONFIDENTIAL

BSI-DISCL 000081

**Address Change Request**

Please provide information below only if the address information on front is incorrect.



Street Address: _____

City: _____

State: ___

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

## Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction (the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then

add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance) To calculate the average daily balance, we calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant), you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

CONFIDENTIAL

MA030708                                      BSI-DISCL 000082

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| | | **REDACTED** | | |
| 04/14 | 24610438106004031212888 | APPLE STORE #R129 ARLINGTON VA | | 838.95 |
| | | **REDACTED** | | |

**FINANCE CHARGES**

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000083

**This Statement is a Facsimile - Not an original**

**REDACTED**

CONFIDENTIAL

BSI-DISCL 000084

