# EXHIBIT 10



**LEONARD H. TEITELBAUM**
SENATOR
*19th Legislative District*
Montgomery County

*Member*
Finance Committee
Joint Committee on Health Care Delivery and Financing
Joint Committee on Children, Youth, and Families
Governor's Oversight Committee on Quality of Care in Nursing Facilities
Task Force to Conquer Cancer
Governor's Technology Oversight Committee

THE SENATE OF MARYLAND
ANNAPOLIS, MARYLAND 21401-1991

*Annapolis Office*
454 Miller Senate Building
Annapolis, Maryland 21401-1991
301-858-3151 · 410-841-3151
1-800-492-7122 *Ext* 3151

*District Office*
2904 North Leisure World Blvd. Apt. 503
Silver Spring, Maryland 20906
301-598-8650

*Senate Chair*
Joint Advisory Committee on Legislative Data Systems

*Vice Chair*
Montgomery Senate Delegation

### SB 538 - Commercial Law
### Electronic Mail - Prohibitions

**What This Bill Does**

This amended bill makes it illegal to send commercial email "spam" from or to email addresses the senders know or should know belong to residents of Maryland. It gives victims the right to go to court to seek damages that they might not otherwise be able to seek.

The plaintiff must prove that the email:

- Used a third party's Internet domain name or email address **without permission**, or
- Provided a deceptive email return address, or
- Used misleading language in the subject line.

The maximum penalty would be:

- Recipient of the email: the greater of $500 or actual damages each occurrence.
- Third party whose Internet domain name or email address was used without permission: the greater of $500 or actual damages each occurrence. (This is a situation where someone captures an individual's email address and address book, then sends out email under the individual's name to that individual's contacts as well as other contacts. It happened to Delegate Zirkin.)
- Interactive Computer Service Providers, whose servers can be clogged to the point of being shut down by large amounts of "spam" can sue the perpetrator for the greater of $1000 or actual damages for each occurrence

An Interactive Computer Service Provider may without liability block receipt or transmission of spam if it in good faith believes it violates the above criteria.

This bill does not apply to telecommunications services or interactive computer service providers to the extend that they only handle or transmit the email.

**Why We Need This Bill**

We need this bill to give consumers the right to go to court to seek damages that they might not otherwise be able to seek.

**Why you Should Vote For This Bill**

You should vote for this bill to give Internet consumers a law they can use to seek damages from commercial email spammers.. This law has worked effectively in the State of Washington, and has survived constitutional challenges. If enough victims in Maryland and other states use laws such as this proposed bill, the use of unsolicited commercial email as a sales tool might be reduced.