EXHIBIT 12

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____

BEYOND SYSTEMS, INC.,      )

       )

    Plaintiff,     )

       )

    v.      )    Case No. 8:08-cv-00409 (PJM)(CBD)

       )

KRAFT FOODS, INC., *et al.*,   )

       )

    Defendants.    )

_____)

       )

CONNEXUS CORP., *et al.*,    )

       )

    Third-Party Plaintiffs,  )

       )

    v.      )

       )

JAMES JOSEPH WAGNER, *et al.*,  )

       )

    Third-Party Defendants.  )

_____)

## HYBRID EXPERT REPORT OF PAUL A. WAGNER

    1.    I, Paul A. Wagner, provide the following disclosures in connection with the above-referenced matter:

**EDUCATION:**

Massachusetts Institute of Technology, Cambridge, MA. 9/85 - 5/87, 2/89 - 12/89.
- M.S. in Computational Vision, Department of Brain and Cognitive Sciences.
- Conducted computer science research at the Artificial Intelligence Laboratory on visual recognition, parallel processing and multi-sensor systems (with C, Lisp, Unix, X Windows, Internet, SMTP, Sun, Symbolics, Connection Machine, PC, Macintosh, DSP, NLP, robotics and neural networks).
- Instructed 25 students in Intro Psychology.
- Collaborated at Thinking Machines Corp. and the MIT Media Lab.

Georgetown University, Washington, DC. 9/81 - 5/85.
- B.S. in Physics, Minors in Psychology and Mathematics.
- Coursework in economics, government, international relations, history and philosophy.

Sloan School of Management, MIT, Cambridge, MA. 2/89 - 5/89.
- Took classes in Marketing Management and in Communications for Managers.

**WORK EXPERIENCE:**

Founder and President, Beyond Systems, Inc., ("BSI") Silver Spring, MD; Wheaton, MD; Bethesda, MD. 11/96 - present.

Founder and principal of BSI, which provides and enables custom interactive computer services including traditional and wireless Internet access, turnkey Web site development and hosting, email, electronic commerce and streaming media services. BSI also provides enterprise architecture and security consulting, and designs and develops distributed enterprise applications. BSI is proficient in low-cost server solutions, network engineering/management, RDBMS and middleware deployment, and multimedia tools.  I developed the company's core competencies, including:

- Technology Consulting
    - Enterprise Architecture -- analysis, design, development
    - Distributed Applications -- scalability, failover, cross-platform
    - Wireless Initiatives -- access, solutions, P2P, mobile computing
    - Internet Security -- spam, PKI, VPNs, firewalls, survivability
    - Network Support -- LAN and client/server setup, support & management
    - Management -- strategic planning, marketing, CRM, supply chain
- Advanced Research Projects -- prototyping emerging technologies with high potential
    - Safemailbox.com, Stockgard, SecureNet
- Hosting Services
    - Internet access
    - email
    - Web
    - DNS
    - e-commerce
    - database
    - streaming media
    - backups

Architect/Project Manager, Motorola, Northbrook, IL. 9/99 - 4/00.
- Proprietary telecommunications project.

Enterprise Architecture Department / Information Security Office, National Association of Securities Dealers (NASD), Gaithersburg, MD. 4/98 - 4/99.

- Design, develop and maintain flexible enterprise architectures for the NASD and its subsidiaries, especially NASDAQ and AMEX, whose layers include data, process, applications, infrastructure and business functions.
- Established reusable architectural blueprint--with project managers, strategic planners corporate management and others--mapping business drivers to infrastructure to enable new business lines, reduce costs, improve quality and accelerate time-to-market of products and services; review applications for compliance.
- Developed proof of concept prototype broker/dealer registration depository in Java and Forte which demonstrated a scalable, interoperable enterprise solution combining session management, generic message-oriented middleware (MOM), integration with diverse databases, CORBA/IIOP and ActiveX/DCOM objects, and Java and Web clients.
- Designed and developed full-scale prototype of NASDAQ-Amex Publish/Subscribe Information Bus, which disseminates market data to 300 downstream applications and other clients. Performance benchmarks of the distributed application, using production data feeds at accelerated rates, handled 120,000 messages/second –sustained, surpassing incumbent mainframe based system's year-end goals by factor of 12. System provides real-time guaranteed delivery at very small cost (runs on Macs, PCs and/or small Sun boxes over Fast Ethernet).
- Developed and deployed the above in Forte using shared service objects, multi-tasking, posted events, distributed transactions, dynamic load-balancing and failover, and central environment manager.  Once adopted, approach was expected to save tens of millions of dollars in initial costs alone and yield major gains in scalability, fault-tolerance and rapid integration with downstream applications via its standard interfaces.
- Conducted major redesign initiative to extend NASDAQ market data dissemination to external clients by seamlessly integrating key distribution, encryption and signing service layers onto the information channels at minimal additional computational expense to system CPUs (RC4, MD5, RSA 1024-bit; XML; Tibco).
- Charged with reviewing and selecting from all major PKI products and establishing root and production CAs and appropriate directory services for the entire enterprise.
- Launched construction of a comprehensive security infrastructure for critical business applications, incorporating User Authentication, Web/NT Deployment, Authorization Directory Extensions (data and functional entitlement), Secure Email/File Transfer, Delegated Administration, Policy Management, Cryptographic Primitives, and Key Recovery.
- Installed and evaluated Netscape Directory Server 4.0, Novell Directory Server (NDS) 8.0 beta, Netscape Certificate Management System 4.0, Netegrity SiteMinder 3.1 and Entrust/PKI 4.0. Key words: Public Key Infrastructure/ X.509 v3 (PKIX), LDAP v3, X.500, SSL, S-MIME, CDSA, certificate extensions/attribute certs, CRLs, OCSP, PKCS, IPSec, cross-certification, key-splitting, hardware tokens, biometrics, meta-directories, DES, SHA-1, elliptic curve, X.400, SET, Y2K-compliance.

Internet Division, IBM Corporation, Falls Church, VA. 12/96 - 1/98.
- Lead consultant to IBM World Registry group with key roles in both business and technology development of PKI for network computing applications.
- Helped the Division establish leadership position in target markets by reviewing and responding to RFPs that addressed critical business applications, monitoring industry

standards, conducting market and competitor research, pursuing business partners, giving presentations and demonstrations, and qualifying pilot customers to sign as early adapters of new technology with focus on high value applications.

- Designed and developed technology solutions to enable secure registration (SET, SSL, X.500 directory, LDAP, RAs and CAs, cross certification), key and certificate management (Entrust, BSAFE, PKCS, X.509 certs, extensions, CRLs, SmartCards) and virtual vaults for hosting trusted processes (ACLs, client/server).
- Coded in Java (JDK 1.2, JavaBeans, server-side applets, Visual Cafe), JavaScript, HTML, C++, Perl and shell scripts; interfaced with DB2 databases.
- Evaluated CORBA/IIOP, Jasper and network computers.
- Served as technical lead of Applications group; delivered online banking, business tax filing (EDI), notary services, off-track betting and other systems to international customers.

Disclosure, Inc., Bethesda, MD. 4/96 - 12/96.
- Investigated and applied key emerging technologies (electronic commerce/EDI, HTML/CGI/API, databases, Perl 5, streaming media, Java, JavaScript, Silicon Graphics) to deliver Web-based transaction services.
- Served as acting technical director of nearly all Internet products offered by Disclosure, the leading provider of global financial and business information worldwide with monthly online revenues exceeding $1,000,000.
- Supervised employees on product development team; developed and implemented product strategies with marketing and sales managers.
- Became resident expert on CyberCash/CheckFree payment systems; tracked and recommended alternatives (SET, e-cash, certificates).
- Released Intranet product using OpenText 5 full-text search and retrieval engine, Web-based crawlers and active agents, and indexing of SGML files and other formats.
- Performed additional duties as WebMaster and Sybase DBA.
- Assessed use of ISDN for high-speed remote access; selected and configured various ISDN routers, Ethernet/Appletalk LAN/WANs and firewalls in SOHO environments.
- Assisted in development of high performance multithreaded financial applications in Forte to support Windows- and Web-based clients and to interface with existing legacy applications (Tool, CORBA/IIOP, verb objects).

Internet Services Group, BTG, Inc., Vienna, VA. 9/95 - 3/96
- Consulted with foreign and domestic clients on access to and content for the Internet.
- Identified / applied major new technologies; counseled clients on strategic planning.
- Designed and developed World Wide Web sites, interfaced databases to Web forms (CGI, Informix, Oracle, DBA, ODBC, embedded SQL/C, Perl), coded Web pages (HTML, SGML, Adobe PDF, pre-press, translation), and installed and configured Web servers (Netscape Commerce and Communications Servers, WebSite, Alibaba).
- Built Web site for IRS as part of small team. Site allowed personal income tax filing online, and was intended to be the world's most heavily used by early 1996.
- Implemented strong authentication/encryption algorithms (Sessioneer CGI Authorization, SHTTP/SSL, PKI, DES/MD5, firewall, EDI) for secure electronic commerce.

- Delivered interactive, platform-independent, streaming-media solutions (Java/Java-Script, browser plug-ins, APIs, RealAudio, Shockwave, MPEG, VDO Live, MS Access, Visual Basic) to domains such as GIS (defense mapping), VRML (3D graphics), subscriber-based digital radio broadcasts, and other areas.

MCI Telecommunications, Arlington, VA. 5/95 - 8/95.
- Co-designed and developed multimedia client-server Advertising Decision Support System to integrate TV ad detection, Nielsen ratings, marketing and financial data.
- Developed relational databases in Oracle 7.2 and Sybase, using data models, load scripts, performance benchmarks and tuning. Completed intermediate hands-on course in PowerBuilder 4.0 with emphasis on Advanced Data Windows (the database GUI), then developed preliminary PowerBuilder applications for project.
- Provided communications and hardware infrastructure: EISA/PCI configuration and LAN support (PCs, laptops, LAN Manager, Token Ring, ISDN), hardware/software installation, troubleshooting, system administration (HP-UX Unix, Sam, Perl, C), hypermedia applications (HTML, FTP, encryption/authentication [RSA PGP]).
- Analyzed business and market trends, using IBM mainframe data processing (TSO, SyncSort, MVS, JCL) and quantitative analysis (SAS, Excel).

Marriott International, Bethesda, MD. 3/95 - 8/95.
- Re-engineered core business practices between benefits and accounting departments as sole technical consultant.
- Evaluated newly instituted Direct Chargeback Program, in which each tax corporation charges/credits constituent units according to their state unemployment claims profiles.
- Designed and implemented a fully automated object-oriented, event-driven system in Borland Turbo C++ for Windows Version 4.5 under Windows 3.11 for Workgroups.

The Mikalix Group, Arlington, VA. 11/94 - 1/95.
- Served as principal technology consultant at strategic consulting and economic research firm in managed health care and pharmaceutical manufacturing industries.
- Assisted in developing and managing some of country's largest patient-specific health claims databases (over 200 million claims annually) for federal/state and private sector clients.
- Merged insurance, Medicare Parts A/B, Medicaid, physician, hospital and pharmaceutical claims into useful and cost-effective database systems.
- Worked 70 hour weeks, assumed responsibility for statistical analyses (SAS, SAS/Access), RDBMS (Oracle 7.0, SQL*Plus, Forms) and middleware development in a client-server environment (C, Cobol, Pascal, PL/1, shell scripts, X Windows, VAX/Open VMS, DEC Alpha), system/network management and security (LAN, Winsock, TCP/IP, PPP, PGP, Kerberos, authentication), documentation/reports to clients, negotiation with vendors and subcontractors, and training of new employees.
- Restructured business processes. Designed a client support and marketing system utilizing the Internet. Analyzed the firm's business objectives and identified critical success factors; defined corporate data requirements; identified and planned implementation of projects. (T1, WAN, Internet, Web Server [HTML/HTTP]).

- Intermediated between development teams and senior management. Was offered promotion to manager of client support group for expert system products and other licensed technologies.

PictureTel Corporation, Danvers, MA, while at the Academy of Media Arts, Cologne, Germany. 2/91 - 1/94, 5/94 - 6/94.
- Conducted independent research and development effort supported by PictureTel, world leader in video communications systems, as Fellow at Academy's Department of Computer Graphics and Animation.
- Complemented work at PictureTel by applying "next generation" object-oriented methods (from artificial intelligence) to video compression.
- Designed and built codecs for a new series of video conferencing products (C, C++, Unix, X Windows/Motif, ISDN, TCP/IP, X.25, Internet, WWW, WAIS, shell scripts, MPEG/JPEG, optical character recognition, Silicon Graphics, SunSPARC, Next, Macintosh, HyperCard, PCs, Connection Machine, C*, *Lisp; H.261, early H.323).
- Assessed technology and research trends in Europe for strategic planners.
- Represented PictureTel as delegate at CCITT standards meetings in Geneva.
- Engaged in numerous multi-media projects, such as an international "Electronic Cafe."
- Served as liaison to government officials and the press in delivering briefings and technical demonstrations; gave conference presentations.
- Embedded major components into PictureTel's proprietary system; carried out testing and evaluation; wrote detailed (and useful) documentation; transferred technology to appropriate groups for production.

Comsat Mobile Communications, Clarksburg, MD. 2/94 - 5/94.
- Served as independent consultant to marketing and sales departments.
- Redesigned and developed process integrating reports, queries and up/downloads among corporate databases.
- Reduced costs and improved effectiveness of client's business operations by leveraging in-house resources and applying emerging technology (client/server, RDBMS, SQL, dBase, Internet, WWW, NFS, TCP/IP, C, Visual Basic, Excel, Lotus, IBM PC, Macintosh, VAXen).
- Trained employees to use new methods.
- Interacted extensively with MIS (re TQM data strategies) and engineering departments.
- Performed market analysis and supported customers worldwide in five languages.
- Assisted marketing director to develop overseas telecom program; acted as interpreter.

Financial Policy and Risk Management/International Economics Departments, World Bank, Washington, DC. 12/90 - 1/91.
- Investigated risk-rating system as independent consultant at World Bank; developed measures of borrower country vulnerability, later determined by supervisors to be better than measure used in existing risk rating system.
- Quantified effect of standardized changes in commodity export prices on countries' trade balances; integrated trade quantity data from UN TARS database in Geneva and New

York with commodity price, MUV and total trade data from Bank's own files (SAS, RDBMS, VAX/VMS, JCL, Mass-11, IBM PC).
- Assisted senior economist (reporting directly to VP) with policy document concerning 18%-liquidity assessment of member lenders for administrative expenses.

MIT Media Laboratory, Cambridge, MA. 2/90 - 7/90.
- Worked with Vision and Modeling Group in motion analysis for recover of depth and video compression image sequences (video telephones, video conferencing systems).
- Invented important method for displacement estimation using rigid body motion constraint (C, Lisp, Unix, X Windows, Internet, TCP/IP, SunSPARC, HP).

FMC Corporation, Santa Clara, CA. 1/88 - 1/89, 6/89 - 9/89.
- Identified, researched and developed machine vision applications for client divisions.
- Built working prototypes, including a real-time integrated target acquisition system (Ada, object-oriented design, MIL-STD, VME bus), a part orientation/inspection station (project management, product development, Allen Bradley), and an automated profilometric casting evaluation system (C, Unix, CAD/CAM, Silicon Graphics).
- Designed sensor and vision systems for autonomous robotic vehicles; wrote technical and cost sections for three large contract proposals.
- Recruited new hires at MIT.

Thinking Machines Corporation, Cambridge, MA. 6/87 - 8/87.
- Constructed test suites for debugging and extending *LISP (language that runs on the Connection Machine, a data parallel computer) and the *LISP Compiler.
- Customized development environments on Symbolics and Sun/3 front ends.
- Trained customers during in-house classes.

Chemistry Department, Georgetown University, Washington, DC. 9/81 - 5/85.
- Created and maintained information management systems, programs for classroom demonstrations and supplemental instruction, etc.
- Installed hardware and software; repaired both as needed.
- Collaborated in constructing stopped-flow spectrophotometry experiments and in analyzing data to determine electron-transfer mechanisms; work acknowledged in three doctoral dissertations; co-authored two journal publications.

Cognitive Science Institute, University of Colorado, Boulder, CO. 6/84 - 8/84.
- Co-designed, implemented intelligent multi-media tutoring system for USN/ONR. The system incorporated a model of human information storage and retrieval schemes, as well as a mechanism for creating problem solving strategies.

Department of Physics, University of Colorado, Boulder, CO. 6/84 - 8/84.
- Worked with high-energy physicists building drift chamber for locating and identifying subatomic particles emitted from beam collisions. Assembled, customized and wrote drivers for a general drift chamber design system developed by Stanford Linear Accelerator group.

2.  I have testified as an expert witness, or as a hybrid fact/expert witness, at trial or by

deposition, in the following cases:

- Beyond Systems, Inc. v. Diverse Marketing Group, LLC, a/k/a Mark Christophe Ayoub, Buster Media, LLC, Verapass Group, LLC, and Stram Corp., Montgomery County Circuit Court, Civil Case No. 248500-V (qualified as an expert witness in open court).
- Beyond Systems, Inc. v. Dynamic Life Prods., Inc., Dynamic Health Prods., Inc., Herbal Health Prods., Inc., and Online Meds Rx, Inc., et al., Montgomery County Circuit Court, Civil Case No. 248501-V
- Beyond Systems, Inc. v. Keynetics, Inc., United States District Court, District of Maryland, Case No. 04-cv-686-PJM
- Beyond Systems, Inc. v. Alan Moore, d/b/a Quicksilver Enterprises, Amazing Internet Prods., LLC, and Intercosmos Media Group, Inc., et al., Montgomery County Circuit Court, Civil Case No. 248505-V
- Beyond Systems, Inc. v. Real Time Gaming Holding Company, LLC; KDMS Int'l, LLC, and Travis Thom, Montgomery County Circuit Court, Civil Case No. 248508-V
- Beyond Systems, Inc. v. Securemedical, Inc., Low Cost Pharmacy, Inc., and Ayers & Houg, Inc., et al., Montgomery County Circuit Court, Civil Case No. 248506-V
- Beyond Systems, Inc. v. World Avenue USA, LLC, The Useful, LLC, and World Avenue Holdings, LLC, United States District Court, District of Maryland, Case No. PJM 08 cv 0921
- Beyond Systems, Inc. v. Kraft Foods, Inc., and Connexus Corp., et al., United States District Court, District of Maryland, Case No. PJM 8:08-cv-00409

## A.  BSI Provides and Enables Interactive Computer Services

3.  I founded Beyond Systems, Inc. ("BSI") in 1996 and have continuously managed its

operations since then.

4.  Since its founding, BSI has provided and enabled Internet access and/or hosting services,

and interactive computer services, including electronic mail services, to thousands of

users.  These services include primary and secondary email servers, web servers, domain

name service ("DNS") servers, file transfer protocol ("FTP") servers, database services,

ecommerce services, port forwarding, and backup services.

5.  BSI provides a wide variety of additional interactive computer services to provide or

enable computer access by multiple users to a computer service, including (but not

limited to):

a. Enterprise Architecture, which is the design of business processes and information technology infrastructure so as to achieve enterprise goals.  For example, BSI has provided this service through contracts with IBM, the NASD, Motorola, and has advised St. Luke's House, Inc. on the design of information systems based on various requirements, including compliance with SSA requirements;

b. Distributed Applications, including scalability, failover and cross-platform, which means a program that runs on a system of multiple autonomous computers that communicate through a computer network in order to achieve a common goal, such as applying Java Enterprise Edition and Enterprise Java Beans technologies to design and/or implement systems for clients like Motorola and in-house communications and securities startup projects;

c. Wireless Initiatives, including access, solutions, P2P, and mobile computing, which means the design and deployment of novel, secure wireless solutions to bring content and features to mobile users with Internet-ready mobile phones, computers and other wireless devices, such as provisioning amplified wireless access points;

d. Internet Security, including spam, PKI, VPNs, firewalls and survivability, which means protecting a computing system's data and communications from intrusion, and detecting and responding to such intrusion, such as tracking down trojan-type malware like Xupiter;

e. Network Support, including LAN and client/server setup, support and management, which means activities, methods, procedures, and tools that pertain

to the operation, administration, maintenance, and provisioning of networked

systems, from troubleshooting outages to providing wired-to-wireless failover

connectivity for clients; and

    f.   Management, including strategic planning, marketing, CRM and supply chain,

which means planning, organizing, staffing, resourcing, directing and controlling

an organization for the purpose of accomplishing a goal, such as planning and

managing staff for electronic ticket sales operations on behalf of Salsaweb/WEPA

Productions.

6.   BSI has physical control over and access to its own hardware, which it owns, houses,

maintains, and configures.  BSI does not access its services and the Internet via an

ordinary Internet connection, but rather operates its services on its own sites, plus pays

approximately $570 per month to three separate upstream providers for high-speed ISP-

level connections to its three Points of Presence in Silver Spring, Maryland, Rockville,

Maryland and the District of Columbia.

7.   BSI owns five servers at its Silver Spring point of presence, three at its Rockville point of

presence, and six at its Washington, D.C. point of presence. BSI has provided co-location

services to various third parties, including presently for three servers owned by

Hypertouch on BSI's Silver Spring network.  BSI houses various other equipment used

for its business at these locations as well, such as several workstations, laptops, hubs,

switches, backup drives and other media, printers, scanners, battery backups, cables,

tools, A/V equipment, and server racks.

8.  BSI has hosted approximately 110 domain names for use by BSI and/or its users, and provides email accounts under some of these domain names.  BSI provides email accounts under these domain names whether the domain is owned by BSI or by a client.

9.  BSI assigns IP addresses allocated to its network to clients for their use in accessing and providing services via the Internet.  With its DNS, BSI maps host names to IP addresses on behalf of clients; with its secondary mail services, BSI ensures eventual delivery of emails to clients despite potential outages.

10. BSI also provides electronic mailing list services to allow users and itself to send out mass-distribution newsletters to subscribers.  For example, BSI provided facilities enabling a Silver Spring-based events planner d/b/a East Republic to send weekly newsletters to over 3,600 recipients.  Additionally, over 1,000 subscribers have joined BSI's DC Events list, where members exchange information about local events relating to culture or policy.

11. BSI maintains a Merchant Account with electronic payment processor Card Services International.

12. BSI has hosted interactive computer services, such as email services, for at least 46 corporate entities.  Clients have included Fortune 500 companies, a mental health services provider, a custom bike shop, a film production company, technology companies (including other Internet Service Providers), sole proprietorships, hotels, boarding houses, law firms and doctors.

13. BSI provides DNS for 219 employees and volunteers of St. Luke's House, Inc., ("SLH") as well as emergency upstream connectivity for those users during outages.  BSI additionally provided secondary mail services to SLH for over a decade, until last year.

St. Luke's House provides comprehensive mental health services for adults with serious and persistent mental illness and youth with serious emotional disabilities.  In cases of equipment failure or inclement weather, BSI has connected St. Luke's office to the Internet and delivered its email, including during multiple outages in recent years.  BSI also supports the IT department at St. Luke's House during emergencies to help re-enable services.

14. Since 2002, BSI has provisioned and maintained high-speed wireless Internet access and business services for the Young Woman's Christian Home, a non-profit organization housing 120 residents. For years residents had connected to the Internet through individual dialup modems, tying up numerous phone lines.  BSI continues to provide technical support for the network administration, web sites, DNS and wireless to enable access to the Internet.

15. BSI has provided upstream connectivity and DNS for the websites belonging to the Prince I and Prince II Hotels in Vietnam (for www.princehotelhanoi.com), hosting the servers on high-speed lines that enable these and other businesses to acquire and transact with customers.

16. BSI is preparing to provide proxy/VPN services to a client in Vietnam whose access to key web sites increasingly is being blocked.

17. BSI currently has 10 paying customers for its internet services.  BSI currently hosts email services for 4 of these customers, and provides DNS and/or secondary mail server services for all of these customers.  The following persons have paid BSI for interactive computer services since 2000:

| | | |
|---|---|---|
| Abby Livingston | DC | 1/2010 to present |
| Alexander Feshenko/East Republic | DC & MD | 2/2007 to present |

| | | |
|---|---|---|
| Barcroft HPV, Inc. | Arlington, VA | 1999 to 8/2008 |
| Benedicte Aubrun | DC | 4/2010 to 5/2010 |
| Bonifacio Yap | DC | Spring 2010 to present |
| Boxorox | unknown | 2/2000 to 6/2000 |
| Brandon Frazier | DC | 4/2010 to 9/2010 |
| Danielle Pierre | DC | 2/2011 to 11/2011 |
| David Darbouze | DC | 4/2010 to present |
| Diane Wagner | Silver Spring/Rockville, MD | 1/2002 to present |
| Editorial Perspectives | | 2/2007 to present |
| Eric Gaidos | DC | 9/2010 to 10/2010 |
| Fanny Momboisse | DC | 4/2010 to 1/2011 |
| Futrek Corporation | Silver Spring, MD | 1999 to 7/2002 |
| Karl Muller | DC | 10/2010 to present |
| Keivan Khalichi | Alexandria, VA | 3/2006 to present |
| Mark Matarella | has lived in MD and VA | 1999 to 7/2000 |
| Motorola | Schaumberg, IL | 1999 to 4/2000 |
| SELCO | Bethesda, MD | 1999 to 2/2001 |
| Sports & Spinal Physical Therapy | DC | 11/2006 to 12/2007 |
| Stephen H. Ring, P.C. | Germantown/Gaithersburg, MD | 3/2006 to 12/09 |
| Vision Online | Herndon, VA | 4/2008 to present |
| William Wagner | Silver Spring/Rockville, MD | 1/2002 to present |
| Young Woman's Christian Home | DC | 10/2001 to present |

Many of these persons, and at least hundreds of others, have received free interactive computer services from BSI outside these date ranges.  I often do not know if or when they cease using BSI's services.  BSI has additionally provided free Internet services to thousands of users who access websites hosted on BSI's networks; who receive email newsletters from BSI-supported community groups; and who use BSI-provided wifi as a means of accessing the Internet.

18. The DNS servers operated by BSI currently serve 64 domain names, translating domain names meaningful to humans into the numerical identifiers (IP addresses) associated with network equipment for the purpose of locating and addressing these devices worldwide.

19. Since installing its first mail server in 1997, BSI has experienced an increasing volume of spam. I sometimes attempted to opt out of receiving spam emails, as did BSI's clients, but this on balance resulted in much more spam.  Leading ISPs advise not to attempt to

opt out from spam, as opt-outs are commonly ignored or abused.  I learned that there were few effective means available, short of legal action, to persuade those causing the spam to stop sending large numbers of spam emails to my servers and accounts.

20. BSI was receiving an average of one million emails on its servers per day and now continues to receive approximately 500,000 emails per day, about 90-95% of which were and are spam.  BSI follows a number of protocols and steps to help its customers determine if emails are legitimate.  BSI has relied on a variety of software programs and techniques to filter mail (i.e. spam filters), including SpamAssassin, PolluStop, ClamAV, SpamPal, built-in server mechanisms, custom filters and manual and semi-automated analyses to detect and flag probable spam, and to prioritize email.  BSI then delivers all email, flagged or otherwise, to the intended recipient.

21. BSI retains emails, in part because there is no technology that can flawlessly distinguish what is spam versus what is a desired email.  BSI filters emails, but as a matter of policy does not reject or bounce emails due in part to the risk of rejecting legitimate and often important email messages, a risk that is unacceptable. Additionally, rejecting emails signals to the sender that the destination email address does not accept email; this would allow bulk emailers to determine which email addresses are accepted by process of elimination. "Bouncing" means sending the email along with a notice of undeliverability or undesirability to the purported sender of the email, who often is an innocent, unknowing person who might then bounce the email back to BSI.  Bouncing similarly alerts spammers to legitimate, high-priority addresses.

22. As a result of my involvement with BSI's daily email operations, I am aware of the significant drawbacks of bouncing messages, as described in the GFI White Paper, "How

to Block NDR Spam," available at http://www.gfi.com/whitepapers/ndr-spam.pdf: .  As an example, BSI has been temporarily blacklisted by bouncing email sent to St. Luke's House that contained fake From: lines inserted by the spammer.  The white paper mentions one approach: "to reject during SMTP transmission rather than bounce email messages."  Rejecting during the initial SMTP handshake between servers allows the spammers to perform listwashing and thereby target the higher priority email addresses. The paper then recommends, as "a better solution," accepting the email for later analysis and filtering.  This is precisely what BSI does.

23. When receiving an email suspected of being misaddressed or undesired, an email service provider like BSI can either (1) reject the message during the initial SMTP handshake between servers, (2) accept delivery of the message and then bounce it later, or (3) accept delivery of the message for possible further analysis and action later.  This choice involves weighing tradeoffs for BSI that have shifted over the years. BSI implements option 3 (the "accept plan") in part because we found that the added disk space required for option 3 is (with file compression) now less costly than the added processing power, consequences of timeouts and backlogs, and the irreversible harm cause by lost email and other collateral damage from options 1 or 2 (rejecting or bouncing email).

24. BSI's customers use BSI as their ISP in part because BSI successfully delivers important emails.  BSI allows its users to send and receive emails without any size limit.  BSI also allows its users to send and receive emails without any limits on the content file or domain names in the email.  While BSI does use filters to flag emails for spam and for malware, it delivers all email (flagged) for its users to dispose of they see fit.  People who

use other mail servers often encounter limitations that impede and disrupt communications, causing delays and workflow interruptions.

25. Spam filtering consists of: (1) detecting and "flagging" (i.e., automatically labeling) an email as probable spam, and (2) handling the flagged emails differentially per the recipients' wishes. BSI detects and labels probable spam, quarantines viruses and delivers all emails (spam and desired emails) to its clients, as larger ISPs do. However, BSI cannot afford the licensing fees and large server processing requirements required to run spam filtering operations as sophisticated as those run by a larger ISP. Spam therefore puts BSI at a competitive disadvantage to larger ISPs. BSI therefore relies in part on its upstream providers, including Hypertouch, Inc., to assist in filtering spam, viruses and other exploits. BSI recommends that its customers retain some of their own control over spam filtering by using SpamPal or an email client's built-in spam filter on their personal computers.

26. In its daily operations, BSI performs both parts of spam filtering: (1) detecting suspected spam and (2) handling the suspected spam according to rules and sometimes moving it to a different mailbox. HELO verification, PolluStop, SpamAssassin and SpamPal all are spam detection mechanisms that BSI has used or continues to use. SpamAssassin, for example is a widely-deployed open source project that serves as a mail filter to identify spam. What to do with the suspected message once it has been identified is up to the individual user. All four mechanisms indicate suspicion of spam by adding special headers to such an email.

27. HELO verification, PolluStop and SpamAssassin run on the server. However, the email must first arrive on the server before it can be analyzed and flagged. Whereas SpamPal

runs on the client's computer; the email arrives on the client machine, and then is analyzed and flagged, using DNS blacklists, IP checks and various plug-ins.

28.  Typically customers who only use the Post Office Protocol ("POP") to retrieve their email, as opposed to using a web interface to view mail held on the server, do not divert suspected spam to a junk mail folder on the server but instead download all email with local client rules. These local rules use server-  and/or client-side spam detection indicia to separate suspected spam from desired email. If suspected spam were removed at the server, POP users who never log on to webmail would lose any false positives wrongly suspected to be spam. It is crucial that BSI's users do not miss legitimate email.

29. The mail transfer agent ("MTA") may scan the email for possible malware such as attached viruses or spam content; and filters may delete offending content, tag content with labels to assist the user, or deliver the email to an alternate mail folder.

30. Tagging content and delivering the email both entail retaining the email until the user decides to delete it, if ever.  BSI's server-side detection mechanisms tag content with labels to assist the user, as does SpamPal on the client side.  BSI's users decide whether to deliver tagged email to an alternate mail folder or take other action.

31. The emails at issue in this case were received by BSI in the regular course of its business operations and were not solicited in any way by BSI.  In order to determine the source of unwanted emails, I occasionally compile a list of search terms that include addresses, trade names and domain names used by known purveyors of spam.  I organized and verified the attribution of spam emails to the defendants in part by running semi-automated searches on unsolicited commercial emails BSI had already received using these search terms.

32. BSI has never solicited or opted in to receive any of the emails at issue in this case or any other spam emails, including by publishing email addresses on its website to receive spam emails.  Additionally, BSI has not created email addresses or accounts for the purpose of receiving spam emails.  Bulk emailers harvest email addresses from web sites using automated search programs called "web crawlers."  Since promotional emails sent to such addresses are unsolicited, such emails have been useful to BSI for detecting and recognizing spam email received at other addresses.

33. BSI uses catch-all and wildcard email accounts for a variety of reasons that enable BSI to provide quality email and other Internet services to its clients.  A wildcard email account will receive all of the emails whose addresses match a wildcard email address, such as bob-*@domain.com.  It allows the holder to use different email addresses for different correspondents, such as bob-amazon@domain.com and bob-ebay@domain.com.  A catch-all account is a type of wildcard account that will literally "catch all" of the emails addressed to a domain that are not deliverable to some other mailbox.  Catch-all addresses can be useful in delivering legitimate emails to the intended recipient even if the email was misaddressed, or accepting email addressed generally to a business entity but that do not match a particular email account (e.g., abuse@, admin@, domain@, info@, sales@, support@ or webmaster@domain.com).  Catch-all accounts are in wide use; I have reviewed the web sites of 50 ISPs, all of which offer catch-all accounts.

34. Similarly, BSI offers wildcard accounts to its customers and itself, in part to allow recognition of a genuine sender but also to allow tracking in case the sender disseminates the email address – i.e., to determine how an email address got onto a particular mailing list.  For example, a customer can create an email address jsmith-kmart@hypertouch.com

and as a result can determine that Kmart or its vendors was likely responsible for the address winding up on some other list.

35. On the other hand, BSI includes a general-purpose email address on its website in order to get in touch with the company, just like virtually every other company on the web.  For example, BSI maintains "info@BSI"-style email addresses to receive correspondence from prospective customers or anyone interested in BSI's services.


**B.      BSI's Maryland Residency and Maryland Activities**

36. BSI was founded as a Maryland Corporation in 1996.

37. BSI provides and enables Internet access and/or hosting services for hundreds of users in Maryland.

38. BSI's interactive computer service work has primarily been performed in Maryland and Virginia.  For example, between 1996 and 2000, BSI provided Internet and technology services to IBM Corporation in Falls Church, Virginia; to the National Association of Securities Dealers in Gaithersburg, Maryland; and to Motorola in Tysons Corner, VA. Additionally, BSI provided Internet and/or consulting services for Salsaweb/WEPA Productions, Boxorox, NEIT Solutions, and the Solar Electric Light Company ("SELCO"), among other clients, all based, or operating in Maryland.

39. BSI was the original Internet connectivity provider for SELCO and St Luke's House, both located in Bethesda, MD, and brought them both online.

40. Afterschool Dance Fund, Inc., a Maryland non-profit incorporated is engaging BSI to support its collaboration with the Strathmore non-profit multi-disciplinary arts center in North Bethesda, MD and Montgomery County Public Schools to enrich students by

establishing an interactive Internet presence.  BSI also is the technical contact for its domain name, and provides it DNS and mail services.

41. Most of BSI's 24x7 interactive computer services for users around the world are performed by its automated servers in Silver Spring and Rockville, Maryland.

42. BSI has been incorporated in Maryland for 15 years, since it was first founded in 1996. The state of incorporation has not changed during that time; its Articles of Incorporation have been on file with the Maryland State Department of Assessments and Taxation since 1996.

43. BSI was incorporated and operating as an ICSP for six years before the Maryland anti-spam law was enacted in 2002.

44. Since 1996, BSI has always maintained its Principal Office in Maryland.

45. Since 1996, BSI has had a Maryland registered agent.

46. BSI's corporate address, and Principal Office, as shown in all public filings, has always been a Maryland address from its inception in 1996 to the present.

47. At present, BSI's Principal Office is 9501 Anchorage Place, Bethesda, Maryland 20817. This is also the address of its resident agent, Alton Burton, CPA, and the address recorded with the Maryland State Department of Assessments and Taxation as the principal office of the corporation.

48. Since 1996, BSI has filed all of its corporate federal, Maryland state, and Montgomery County income tax returns as a Maryland resident and never elsewhere.

49. BSI has always paid Maryland and Montgomery County corporate income and personal property taxes and never elsewhere.

50. BSI also regularly makes required payments to the Maryland Unemployment Insurance Fund, and makes no such payments to the District of Columbia or any other state.  (1997 Maryland Department of Labor, Licensing and Registration Survey Update for employers covered by the Maryland unemployment insurance law).

51. Since its founding, BSI has at all times maintained computer equipment at its locations in Maryland; since 1997, BSI has at all times maintained one or more mail servers at its locations in Maryland.  BSI has physical control over and access to its own hardware, which it owns, houses, maintains, and configures.

52. BSI was first located at 1612 Sherwood Road, Silver Spring, Maryland 20902.  Since 2007, BSI has also maintained servers and equipment at 38 Maryland Avenue, Unit 333, Rockville, Maryland 20850.

53. BSI owns five servers at the Silver Spring address, and three at the Rockville address. BSI also provides server co-location services to corporate and non-profit clients at the Silver Spring address.

54. BSI has maintained a variety of additional computer equipment at those locations including several workstations, laptops, hubs, switches, backup drives and other media, print servers, printers, scanners, battery backups, cables, tools, A/V equipment, and server racks.

55. Since before the Maryland anti-spam law was enacted, BSI has kept and maintained most of its equipment in Maryland, including an Apple Macintosh computer known as the "little Mac" since 1996.  In 2003, I moved some BSI equipment from Washington, D.C. to Maryland because of problems with the Internet connectivity in D.C.  When BSI procured a better Internet provider in Washington D.C., I moved that equipment back to

D.C.  However, all of the equipment that BSI originally kept in Maryland remained there, including the "little Mac."

56. BSI received all the emails that give rise to its claims against the Defendants in this action on its mail servers located in Maryland at either the Silver Spring or the Rockville address.

57. BSI's domains, including in the emails at issue, are registered with registrars using a Maryland address, which address appears in the public WHOIS registry.


C.      **BSI's Relationship with Hypertouch**

58. Since its inception in 1996, BSI has maintained business arrangements with various other internet service providers to provide, enable and perform interactive computer services from or for them utilizing BSI's or their technical infrastructures.  Since Hypertouch, Inc. of California ("Hypertouch") became a DBA in 1997 and continuing after its corporate formation in 1999, BSI has maintained such a business relationship with Hypertouch to provide, enable and receive interactive computer services.  Since 2002, BSI has maintained a business arrangement with Hypertouch to receive, deliver and retain emails via Hypertouch's infrastructure.  This business arrangement evolved in part because Hypertouch did not have robust archiving capabilities, while BSI needed Hypertouch's gateway infrastructure to assist in processing a growing number of incoming emails.  BSI provides additional services to Hypertouch, such as upstream connectivity for web servers, wiki servers and other servers, and secondary DNS and mail delivery in the event of a network outage, server crash or other problem.

59. BSI's reasons for the cooperative business relationship with Hypertouch, include:

a. to ensure robust services for users with fail-over via geographically distributed machines and distinct upstream connectivity providers (see paragraphs 62-64);

b. to avoid losing misaddressed emails;

c. to avoid losing emails in the event that there are errors in the routing tables;

d. to avail itself of Hypertouch's more robust inbound MTA services and server monitoring;

e. to avail itself of Hypertouch's added spam filters, virus filters and other filtering services;

f. to receive email to role email addresses and other email addresses, sometimes created quickly as needed;

g. to recover legitimate emails sent to abandoned email addresses;

h. to assist in recognizing patterns of spam; and

i. to provide services of value to Hypertouch, as BSI does for its other clients.

60. BSI and its clients, including Hypertouch of California and MaryCLE/NEIT Solutions, Inc. of Maryland, receive spam from the same spammers and ad networks.  Cooperation in investigating, identifying and stopping the abuse can be mutually beneficial, providing each company's respective customers with protection and quality of service beyond what any single company could do on its own.

61. Beginning in 2007, when BSI's primary web server crashed, BSI has hosted its web sites and some of its customers' web sites on a web server provided by Hypertouch that is co-located on BSI's premises.  This arrangement was merely one of convenience, as the server was located on the same local network making migration significantly quicker, minimizing down time for customers.  BSI presently has other web servers in operation.

62. BSI uses Hypertouch's secondary mail and DNS services for failover purposes and provides Hypertouch similar services.  It is well known that many over-taxed mail service providers, for example Earthlink, have dropped or discarded emails, often silently if there was a delay in delivery.  Maryland weather events, California's rolling blackouts and other server disruptions are smoothed over by having ISPs on opposite sides of the country provide secondary services.  By utilizing secondary mail servers, BSI ensures that its email service is robust and reliable.  However, BSI does not use Hypertouch's equipment as its own.  It performs functions and tasks with Hypertouch's permission. Hypertouch exclusively configures its own machines to provide services to BSI and other users, with BSI only having limited access to those machines for the purposes of updating BSI-related data.

63. The BSI server at 71.126.148.133 performs secondary DNS for some of Hypertouch's domain names. Distributing services across independent networks gives greater failover robustness.  Similarly, the Hypertouch server at 75.16.30.108 performed secondary or tertiary DNS for some of BSI's domain names.  That DNS server was located on a completely different geographic location and completely different upstream network provider.  Such heterogeneous and distributed services ensure service reliability.  As a result, to my knowledge neither BSI nor Hypertouch has ever experienced a total DNS outage.

64. The same benefits of redundancy across distinct networks apply to mail servers.  For example, I set up host name mail2.castalia.net to point to Hypertouch's mail server, located at Hypertouch's IP address of 173.164.218.247 so that if BSI's primary server at

mail.castalia.net becomes unavailable, mail is temporarily directed to and queued on a secondary mail server, mail2.castalia.net, until mail.castalia.net comes back online.

65. Hypertouch is not a subsidiary, division or department of BSI.

66. BSI controls its own finances and accounting.  BSI has separate accounting and payroll systems from Hypertouch.

67. BSI has never invested funds in, or loaned funds to, Hypertouch and has no control over or involvement with Hypertouch's finances or business decisions.

68. BSI has never assumed any financial obligations of Hypertouch.

69. BSI and Hypertouch have never shared litigation proceeds or business profits.

70. Terminating its agreements with Hypertouch would not cause BSI to cease operating.

71. BSI has provided co-location services for Hypertouch and numerous other clients, who at various times have operated equipment on BSI's premises.  I understand that Hypertouch likewise has provided co-location services to numerous clients, but BSI has never collocated one of its servers on Hypertouch's premises.  Exactly three servers at the Sherwood Road address are owned by Hypertouch presently.

72. BSI routes some of its incoming email through Hypertouch.  Many servers use a redundant array of independent disks ("RAID" storage), rather than single hard drives, so anybody using or affected by that server "shares" its RAID system in a sense.  My interest in routing email through Hypertouch for the reasons identified in paragraph 58 dates back to at least July 2002.

73. Similarly, through a number of wildcard accounts, BSI routes email for several of its clients to various other ISPs that they use also use for email, such as Yahoo! Mail and Gmail.  All of BSI's incoming and outgoing email is transported and otherwise handled

by BSI's upstream connectivity providers, such as Verizon, Comcast and MegaPath/SpeakEasy.

74. BSI owns the domain name, hypertouch.com. Hypertouch holds certain email addresses on the hypertouch.com domain name, as does BSI.  Information about whether the recipient of email sent to any given email address ending in "@hypertouch.com," as well as any of the other domain names owned by BSI, is a resident of Maryland was available on request from BSI as the registrant.  Such information was likewise available on request from Hypertouch.  As of February 6, 2004, Domain Tools confirms that hypertouch.com was registered to BSI at its 11160 Veirs Mill Road address, and that the registration information had not been "modified: [since] 2003-11-24.".

75. Hypertouch routes all of the BSI-bound mail that Hypertouch receives to BSI.  This is an automatic process.  Just as Hypertouch routes mail destined for its other clients to them, it automatically routes BSI's mail to BSI.  It is like a conveyor belt.  This is the case for any ISP.  Gmail, Yahoo! and Hotmail will route all email from their servers to any other ISP. They permit and want users to route email to them.  That does not mean they want spam, but they realize that spam is an unfortunate part of any email stream.  I know of no error-free, automated means to determine if an email is desirable.  As shown by the email headers, BSI did not route any of the emails at issue from itself to another entity.  On the other hand, BSI did route most of the emails at issue through a Hypertouch server to itself, as dictated by the MX records I set up for BSI's domain name, hypertouch.com.

76. Neither BSI nor Hypertouch has altered or inserted original content into any of the underlying emails at issue, beyond what is created during routine conveyance, such as during the transmission, routing, relaying, handling, or storing, through automatic

technical processing of the email by widely used commercial email server and client software.

77. Hypertouch's outward-facing servers assume the heavy burden of attempting to detect viruses and spam for email sent to hypertouch.com.  Receiving mail from a trusted upstream server like Hypertouch demands fewer computer resources from BSI's servers than from untrusted sources.  For example, SMTP checks (HELO verifications) can be streamlined.

78. BSI has received all emails that give rise to the underlying claims in this case on its mail servers in real-time, routed and delivered by automated means at the time they were initially transmitted.  In this routine process, as many as a million emails daily have been received by BSI's servers in Maryland.  This routing process has never involved the aggregation of selected emails by source, followed by a delayed transmission in a batch to BSI.  Emails occasionally do become backlogged due to high volume or other server unavailability, and in that event are stored in a queue with all other emails destined for BSI.  Neither Hypertouch nor any other service provider engages in any exercise of selecting or sorting emails to be routed to BSI from only certain senders.

79. One or more DNS servers briefly hold the domain name of the recipient's mail server (when the transmission is initiated) and of the connecting server (when it verifies the HELO argument presented by the connecting server).  Both types of information appear in the headers of the email as received. The domain names constitute a portion of the email and a finite burden on the DNS server. DNS servers thus handle a small but non-trivial portion of each email.

80. BSI's catch-all account for hypertouch.com is similar to what is offered by many ISPs, in that some email addresses are routed to specific accounts used by clients, while others (such as sales@domain.com) lead to a catch-all account.  For example, an email sent to "fenwick@hypertouch.com" was sent via a Hypertouch server to a BSI server, and then to a BSI client machine.  BSI holds the email address.  BSI was the end recipient.

Date: January 24, 2012

Paul A. Wagner