# EXHIBIT 16

# EXHIBIT 16

```
                              Strings.settings
{
   SMTPClientPrompt =   "^1 NO UCE ESMTP Sending of unsolicited and/or deceptive bulk
emails uses equipment of Beyond Systems located in Maryland and violates its
policies and Maryland law  CommuniGate Pro ^0 is glad to see you!";
   SMTPNormalPrompt =   "^1 NO UCE ESMTP Sending of unsolicited and/or deceptive bulk
emails uses equipment of Beyond Systems located in Maryland and violates its
policies and Maryland law  CommuniGate Pro ^0";
}
```

CONFIDENTIAL                                                                                                              BSI-K0000030