# EXHIBIT 17

```
01:47:38 4 SMTP-884(reasonabledoubt.com) Got 4 relay(s)
01:47:38 4 SMTP-884(reasonabledoubt.com) Looking for mail.reasonabledoubt.com
01:47:38 4 SMTP-884(reasonabledoubt.com) Connected to [206.171.170.55:25]
01:47:38 4 SMTP-884(reasonabledoubt.com) Input Line: 220-Stalker Internet Mail Server
V.1.8b8 is ready.\r
01:47:38 4 SMTP-884(reasonabledoubt.com) Input Line: 220 ESMTP is spoken here. ==NO
UCE Sending unsolicited email ads uses equipment of Hypertouch located in CA and violates
its policies and CA law==\r
01:47:38 4 SMTP-884(reasonabledoubt.com) Sending EHLO mail.safemailbox.net\r\n
01:47:39 4 SMTP disposing line 37883
01:47:54 4 SMTP-884(reasonabledoubt.com) Input Line: 250-mail.reasonabledoubt.com is
pleased to meet you\r
01:47:54 4 SMTP-884(reasonabledoubt.com) Input Line: 250-HELP\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250-PIPELINING\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250-ETRN\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250-AUTH=LOGIN\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250-AUTH LOGIN PLAIN CRAM-
MD5 DIGEST-MD5\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250 EHLO\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Connected
01:47:55 4 SMTP-884(reasonabledoubt.com) [S.0000113176](0): MAIL
From:<naiveness@necks.migada.com>
01:47:55 4 SMTP-884(reasonabledoubt.com) Sending MAIL
From:<naiveness@necks.migada.com>\r\n
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250
<naiveness@necks.migada.com> sender accepted\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Sending RCPT
To:<lisa@reasonabledoubt.com>\r\n
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 250 <lisa@reasonabledoubt.com>
will relay\r
01:47:55 4 SMTP-884(reasonabledoubt.com) Sending DATA\r\n
01:47:55 4 SMTP-884(reasonabledoubt.com) Input Line: 354 Enter mail, end with "." on a line
by itself\r
01:47:56 4 SMTP-884(reasonabledoubt.com) Sending .\r\n
01:47:56 4 SMTP-884(reasonabledoubt.com) Input Line: 250 S.0000284898 message
accepted for delivery\r
01:47:56 2 SMTP-884(reasonabledoubt.com) [S.0000113176] sent, 14894 bytes
01:47:56 2 SYSTEM(SMTP) [S.0000113176] sent to (reasonabledoubt.com)lisa
01:47:56 2 SYSTEM [S.0000113176] deleted
01:48:07 4 SMTP-884(reasonabledoubt.com) Sending QUIT\r\n
01:48:07 4 SMTP-884(reasonabledoubt.com) Input Line: 221 mail.reasonabledoubt.com
closing connection\r
01:48:07 4 SMTP-884(reasonabledoubt.com) Closing
01:48:07 4 SMTP-884(reasonabledoubt.com) Nothing read - stream closed
01:48:07 4 SMTP-884(reasonabledoubt.com) Input Stream ended
01:48:07 4 SMTP disposing line 37884
01:48:16 4 SMTP(tcp) Connection request from [194.133.161.34:7111],seq=25391, 4/5
01:48:16 4 SMTP Line 37885 created for answering
01:48:17 4 SMTP-885() Got connection from [194.133.161.34:7111]
```