EXHIBIT 18

1  LOEB & LOEB LLP
   MICHAEL L. MALLOW (State Bar No. 188745)
2  mmallow@loeb.com
   W. ALLAN EDMISTON (State Bar No. 228246)
3  aedmiston@loeb.com
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:   310-282-2200

6  Attorneys for Plaintiffs
   Vendare Media Corporation and
7  eMarketMakers, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  VENDARE MEDIA CORPORATION,   )   Case No.
    a Delaware corporation; and             )
12  EMARKETMAKERS, INC., a          )   **PLAINTIFFS' *EX PARTE***
    Delaware corporation,                     )   **APPLICATION FOR LEAVE TO**
13                                                       )   **TAKE DISCOVERY PRIOR TO**
                   Plaintiffs,                      )   **RULE 26(f) CONFERENCE**
14                                                       )
           vs.                                          )
15                                                       )
    DOES 1 through 10,                         )
16                                                       )
                   Defendants.                    )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

1    Plaintiffs Vendare Media Corporation and eMarketMakers, Inc.

2  (collectively, "Plaintiffs"), through their undersigned counsel, pursuant to Federal

3  Rules of Civil Procedure 26 and 45, Local Rule 7-19 and the authorities cited in the

4  supporting memorandum of law, hereby apply to this Court for an Order granting

5  Plaintiffs leave to take discovery prior to the Rule 26(f) conference (the

6  "Application").

7    In support thereof, Plaintiffs represent as follows:

8    1.    Plaintiffs seek leave of Court to serve limited, immediate discovery on

9  third parties Yahoo!, Inc. ("Yahoo") and FreeWebs Corporation ("FreeWebs") to

10  determine the true identities of Does 1 though 10 ("Defendants"), who are being

11  sued for the misappropriation and misuse of certain of Plaintiffs' confidential and

12  proprietary information.

13    2.    Plaintiffs are in the business of connecting web media companies

14  seeking advertising revenue with advertisers seeking to market their products or

15  service through commercial email.  As required by applicable law, Plaintiffs

16  compile and maintain a list of email addresses belonging to individuals who have

17  specifically elected not to receive, or otherwise opted out of, future marketing

18  emails (the "Confidential Suppression Lists").  Because a number of the email

19  addresses included on the Confidential Suppression Lists were created and used for

20  the sole purpose of monitoring compliance with "do not send" or "opt-out" requests,

21  Defendants could not have known of the existence of these email addresses without

22  reference to the Confidential Suppression Lists.

23    3.    Defendants have misappropriated and misused the Confidential

24  Suppression Lists by, among other things, sending marketing emails to certain of

25  these email addresses.  At least one of these emails was anonymously sent using a

26  Yahoo email account to advertise a website hosted on the FreeWebs server.

27    4.    Plaintiffs intend to serve a Rule 45 subpoena on Yahoo and FreeWebs

28  seeking each Defendant's true name, address, telephone number and email address.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1532099.1
20371610012
04/21/2006

2

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

1  Plaintiffs are informed and believe that both Yahoo and FreeWebs have records or

2  logs pursuant to which they can identify or aid in the identification of Defendants'

3  true names and contact information.  Without this information, Plaintiffs cannot

4  identify the Doe Defendants or prevent further misuse of the Confidential

5  Suppression Lists.

6          5.      Good cause exists to allow Plaintiffs to conduct this limited discovery

7  in advance of a Rule 26(f) conference where there are no known defendants with

8  whom to confer.

9              WHEREFORE, Plaintiffs apply to this Court for an Order granting

10  Plaintiffs leave to take discovery prior to the Rule 26(f) conference.

11  Dated:  April 21, 2006                LOEB & LOEB LLP
                                          MICHAEL L. MALLOW
12                                        W. ALLAN EDMISTON

13

14                                        By: _____

15                                        W. ALLAN EDMISTON
                                          Attorneys for Plaintiffs
16                                        Vendare Media Corporation and
                                          eMarketMakers, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1532099.1
2037161 0012
04/21/2006

3

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

1 **MEMORANDUM OF LAW**

2 **I.   INTRODUCTION**

3     Plaintiffs are in the business of connecting web media companies seeking

4 advertising revenue with advertisers seeking to market their products or services

5 through commercial email.  As required by applicable law, Plaintiffs compile and

6 maintain a list of email addresses belonging to individuals who have specifically

7 elected not to receive, or otherwise opted out of, future marketing emails (the

8 "Confidential Suppression Lists").  Because a number of these email addresses were

9 created and used for the sole purpose of monitoring compliance with "do not send"

10 or "opt-out" requests, Defendants could not have known of the existence of these

11 email addresses without reference to the Confidential Suppression Lists.

12     Defendants have misappropriated and misused the Confidential Suppression

13 Lists by, among other things, sending marketing emails to the email addresses

14 thereon.  At least one of these emails was purportedly sent using a Yahoo email

15 account to advertise a website maintained on the FreeWebs server.  Accordingly,

16 Plaintiffs are informed and believe that both Yahoo and FreeWebs have records or

17 logs pursuant to which they can identify or aid in the identification of Defendants'

18 true names and contact information.

19     Plaintiffs request leave of Court to serve a Rule 45 subpoena on Yahoo and

20 FreeWebs seeking each of the Defendants' true names, addresses, telephone

21 numbers and email addresses.  This information is, upon information and belief,

22 readily available to Yahoo and FreeWebs from documents they keep in the regular

23 course of business, and without it, Plaintiffs cannot identify Defendants and prevent

24 further misuse of the Confidential Suppression Lists.

25

26

27

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1532099.1
20371610012
04/21/2006

4

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

1    For the past year, federal district courts in this Circuit have granted the type of

2  expedited discovery requested here.[1] For this reason, and as set forth below,

3  Plaintiffs respectfully request that the Court follow well-established precedent and

4  grant the Application.

5  **II.   ARGUMENT**

6    Courts routinely allow discovery to identify "Doe" defendants. See, e.g.,

7  Wakefield v. Thompson, 177 F.3d 1160, 1163 (9th Cir. 1999) (error to dismiss

8  unnamed defendants given possibility that identity could be ascertained through

9  discovery); Valentin v. Dinkins, 121 F.3d 72, 75-76 (2d Cir. 1997) (plaintiff should

10 have been permitted to conduct discovery to reveal identity of defendant); Dean v.

11 Barber, 951 F.2d 1210, 1215 (11th Cir. 1992) (error to deny plaintiff's motion to

12 join John Doe defendant where identity of John Doe could have been determined

13 through discovery); Munz v. Parr, 758 F.2d 1254, 1257 (8th Cir. 1985) (error to

14 dismiss claim merely because defendant was unnamed; "Rather than dismissing the

15 claim, the court should have ordered disclosure of Officer Doe's identity");

16 Gillespie v. Civiletti, 629 F.2d 637, 642 (9th Cir. 1980) ("where the identity of

17 alleged defendants [are not] known prior to the filing of a complaint . . . the plaintiff

18 should be given an opportunity through discovery to identify the unknown

19 defendants"); Maclin v. Paulson, 627 F.2d 83, 87 (7th Cir. 1980) (where "party is

20 ignorant of defendants' true identity . . . plaintiff should have been permitted to

21 obtain their identity through limited discovery"); Equidyne Corp. v. Does 1-21, 279

22

---

23    [1]  Such cases include Artisan Pictures Inc. et al. v. Does 1-57, Case No. C 05
24 03063 VRW (N.D.Cal) (Walker, V); Paramount Pictures Corporation et al. v. Does
1-68, Case No. C 05 02237 CW (N.D.Cal.)(Zimmerman, B.); Loud Records, LLC,
et al. v. Does 1-251, Case No. C 05-01202 WHA (N.D. Cal.) (Alsup, W.); Capitol
25 Records, Inc., et al. v. Does 1-20, Case No. 05-CV-00395-JCS (N.D. Cal.) (Illston,
S.); Priority Records LLC, et al. v. Does 1-52, Case No. 04-4910 FMS (N.D. Cal.)
26 (Smith, F.); Motown Record Company, L.P., et al. v. Does 1-52, Case No. C 04
4565 MEJ (N.D. Cal.) (James, M.);and Columbia Pictures Industries, Inc. v. John
27 Doe (67.123.19.140), Case No. C 04 5243 PJH (N.D. Cal.) (Hamilton, P.). See
Exhibit "A."

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1532099.1
20371610012
04/21/2006

5

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

1  F. Supp. 2d 481, 483 (D. Del. 2003) (allowing pre-Rule 26 conference discovery

2  from ISPs to obtain identities of users anonymously posting messages on message

3  boards).

4        Courts consider the following factors when granting motions for expedited

5  discovery to identify anonymous Internet technology users: (1) whether the plaintiff

6  can identify the missing party with sufficient specificity such that the Court can

7  determine that defendant is a real person or entity who could be sued in federal court;

8  (2) all previous steps taken by the plaintiff to identify the Doe Defendant; and (3)

9  whether the plaintiff's suit could withstand a motion to dismiss.  Columbia Ins. Co. v.

10  Seescandy.com, 185 F.R.D. 573, 578-80 (N.D. Cal. 1999).  In this case, each of these

11  factors weighs in favor of Plaintiffs.

12        First, Defendants are "real persons" whose names are known to Yahoo and

13  FreeWebs and who can be sued in federal court.  As alleged in the complaint,

14  Defendants have misappropriated and misused the Confidential Suppression Lists

15  by, among other things, sending marketing emails to the email addresses thereon.

16  At least one of these emails was anonymously sent using a unique Yahoo email

17  address to advertise a website maintained on the FreeWebs server.  See

18  Seescandy.com, 185 F.R.D. at 578-80.  Plaintiffs are informed and believe that both

19  Yahoo and FreeWebs have records or logs pursuant to which they can specifically

20  and precisely identify Defendants' true names and contact information.

21        Second, absent the requested discovery, Plaintiffs have obtained all of the

22  identification information about Defendants that they possibly can.  Defendants are

23  only identified in their marketing emails by (1) the email address (assigned to them

24  by Yahoo) which they apparently used to send them, and (2) the unique Uniform

25  Resource Locator ("URL") or web address (hosted by the FreeWebs server) which

26  they were advertising.

27        Third, in the complaint, Plaintiffs have asserted *prima facie* claims for

28  misappropriation of trade secrets, conversion and unlawful competition, all of which

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1532099.1
20371610012
04/21/2006

6

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

1  are sufficient to withstand a motion to dismiss.  <u>See</u> Cal. Civ. Code § 3426.1 <u>et seq.</u>;

2  <u>Farmers Ins. Exchange v. Zerin</u>, 53 Cal.App.4th 445, 451 (1997); Cal. Cal. Bus. &

3  Prof. Code § 17200 <u>et seq.</u>

4       Finally, courts have also allowed expedited discovery when "good cause" is

5  shown.  <u>See</u> <u>Semitool, Inc. v. Tokyo Electron America, Inc.</u>, 208 F.R.D. 273, 275-76

6  (N.D. Cal. 2002).  Good cause exists here because Yahoo and FreeWebs will likely

7  only retain the records or logs necessary to identify Defendants for a limited time

8  before erasing them.  If this information is erased, Plaintiffs will have no ability to

9  identify the Defendants, will be unable to meet and confer in advance of a Rule

10  26(f) Conference, and, more importantly, will be unable to prevent the continued

11  misuse of their confidential and proprietary information.

12  **III.   CONCLUSION**

13       For the foregoing reasons, Plaintiffs respectfully submit that the Court should

14  grant Plaintiff's Application and enter an Order substantially in the form of the

15  attached Proposed Order.

16  Dated:  April 21, 2006

                                LOEB & LOEB LLP
                                MICHAEL L. MALLOW
                                W. ALLAN EDMISTON

                                By: _____
                                  W. ALLAN EDMISTON
                                Attorneys for Plaintiffs
                                Vendare Media Corporation and
                                eMarketMakers, Inc.

Loeb & Loeb
Limited Liability Partnership
including Professional
Corporations

LA1532099.1
20371610012
04/21/2006

7

PLAINTIFFS' *EX PARTE*
APPLICATION FOR LEAVE TO
TAKE DISCOVERY PRIOR TO RULE
26(f) CONFERENCE

# EXHIBIT A

0.0

00/00/0000

**E-filing**

1 | Christopher T. Holland (SB # 164053)
Anne E. Kearns (SB #183336)
2 | Kathy M. Sarria (SB #181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3 | 114 Sansome Street, Suite 400
San Francisco, California 94104
4 | Telephone: (415) 249-8330
Facsimile: (415) 249-8333
5 | Email:     cholland@kksrr.com

6 | Karen R. Thorland (SB #172092)
LOEB & LOEB LLP
7 | 10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
8 | Telephone: (310) 282-2000
Facsimile: (310) 282-2200
9 | Email:     kthorland@loeb.com

10 | Attorneys for Plaintiffs

11 |                    UNITED STATES DISTRICT COURT

12 |                  NORTHERN DISTRICT OF CALIFORNIA

13 |                     SAN FRANCISCO DIVISION

14 | ARTISAN PICTURES, INC., a
Delaware corporation; WARNER
15 | BROS. ENTERTAINMENT INC., a
Delaware corporation; PARAMOUNT
16 | PICTURES CORPORATION, a
Delaware corporation; COLUMBIA
17 | PICTURES INDUSTRIES, INC., a
Delaware corporation; DISNEY
18 | ENTERPRISES, INC., a Delaware
corporation; NEW LINE
19 | PRODUCTIONS, INC., a Delaware
corporation; UNIVERSAL CITY
20 | STUDIOS PRODUCTIONS LLLP, a
Delaware limited liability
21 | limited partnership; TWENTIETH
CENTURY FOX FILM CORPORATION, a
22 | Delaware corporation; SONY
PICTURES HOME ENTERTAINMENT
23 | INC., a Delaware corporation;
and LUCASFILM LTD., a
24 | California corporation,

25 |          Plaintiffs,

26 |     vs.

27 | DOES 1 - 57,

28 |          Defendants.

CASE NO. C-05-03063 VRW

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MISCELLANEOUS
ADMINISTRATIVE REQUEST FOR
LEAVE TO TAKE DISCOVERY PRIOR
TO RULE 26 CONFERENCE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO. C-05-03063 VRW

1      Upon Plaintiffs' Miscellaneous Administrative Request

2  for Leave to Take Discovery Prior to Rule 26 Conference, the

3  Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher

4  Harshman and Plaintiffs' Request for Judicial Notice, and having

5  considered the issues raised therein, including relevant privacy

6  issues, it is hereby:

7

8      ORDERED that the Administrative Request of Plaintiffs

9  for Leave to Take Discovery Prior to Rule 26 Conference is

10  granted.

11

12      IT IS FURTHER ORDERED that Plaintiffs may serve

13  immediate discovery on SBC Internet Services, Inc., or any other

14  entity identified by SBC Internet Services, Inc. as providing

15  network access or online services to one or more of the Doe

16  Defendants, by serving a Rule 45 subpoena that seeks information

17  sufficient to identify each Doe Defendant, including the name,

18  address, telephone number, email address, and Media Access

19  Control addresses for each Defendant.

20

21      IT IS FURTHER ORDERED THAT any information disclosed to

22  Plaintiffs in response to the Rule 45 subpoenas may be used by

23  Plaintiffs solely for the purpose of protecting Plaintiffs'

24  rights under the Copyright Act.

25  Dated: _____

26                                    _____

27                                    United States District Judge

28

---

2

1   Christopher T. Holland (SB # 164053)
    Anne E. Kearns (SB #183336)
2   Kathy M. Sarria (SB #181322)
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3   114 Sansome Street, Suite 400
    San Francisco, California 94104
4   Telephone: (415) 249-8330
    Facsimile: (415) 249-4333
5
    Karen R. Thorland (SB #172092)
6   LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
7   Los Angeles, California 90067
    Telephone: (310) 282-2000
8   Facsimile: (310) 282-2200

9   Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  PARAMOUNT PICTURES CORPORATION,      CASE C 05 0 2237
    a Delaware corporation;
14  UNIVERSAL CITY STUDIOS               [PROPOSED] ORDER GRANTING
    PRODUCTIONS LLLP, a Delaware         PLAINTIFFS' MISCELLANEOUS
15  limited liability limited            ADMINISTRATIVE REQUEST FOR
    partnership; DISNEY                  LEAVE TO TAKE DISCOVERY PRIOR
16  ENTERPRISES, INC., a Delaware        TO RULE 26 CONFERENCE
    corporation; WARNER BROS.
17  ENTERTAINMENT INC., a Delaware
    corporation; TWENTIETH CENTURY
18  FOX FILM CORPORATION, a
    Delaware corporation; COLUMBIA
19  PICTURES INDUSTRIES, INC., a
    Delaware corporation; ARTISAN
20  PICTURES, INC., a Delaware
    corporation; SCREEN GEMS, INC.,
21  a Delaware corporation; NEW
    LINE PRODUCTIONS, INC., a
22  Delaware corporation; LIONS
    GATE FILMS, INC., a Delaware
23  corporation; and SONY PICTURES
    HOME ENTERTAINMENT INC., a
24  Delaware corporation,

25          Plaintiffs,

26      vs.

27  DOES 1 - 68,

28          Defendants.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST

1          Upon Plaintiffs' Miscellaneous Administrative Request

2   for Leave to Take Discovery Prior to Rule 26 Conference, the

3   Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher

4   Harshman and Plaintiffs' Request for Judicial Notice, and having

5   considered the issues raised therein, including relevant privacy

6   issues, it is hereby:

7

8          ORDERED that the Administrative Request of Plaintiffs

9   for Leave to Take Discovery Prior to Rule 26 Conference is

10   granted.

11

12          IT IS FURTHER ORDERED that Plaintiffs may serve

13   immediate discovery on SBC Internet Services, Inc., or any other

14   entity identified by SBC Internet Services, Inc. as providing

15   network access or online services to one or more of the Doe

16   Defendants, by serving a Rule 45 subpoena that seeks information

17   sufficient to identify each Doe Defendant, including the name,

18   address, telephone number, email address, and Media Access

19   Control addresses for each Defendant.

20

21          IT IS FURTHER ORDERED THAT any information disclosed to

22   Plaintiffs in response to the Rule 45 subpoenas may be used by

23   Plaintiffs solely for the purpose of protecting Plaintiffs'

24   rights under the Copyright Act. *in this lawsuit.*

25   *This ruling is without prejudice to a determination*

26   *of whether there is proper joinder of the 68 DOES.*

27   Dated: 3 June 05       _Edward Zimmerman_

              United States District Judge

28                            *Magistrate*

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   LOUD RECORDS, LLC, a Delaware corporation;        No. C 05-01202 WHA
     LONDON-SIRE RECORDS INC., a Delaware
11   corporation; ELEKTRA ENTERTAINMENT
     GROUP INC., a Delaware corporation; MOTOWN
12   RECORD COMPANY, L.P., a California limited        ORDER GRANTING
     partnership; ATLANTIC RECORDING               ADMINISTRATIVE REQUEST TO
13   CORPORATION, a Delaware corporation;             LIFT STAY AS TO DOES 2-251
     MAVERICK RECORDING COMPANY, a
14   California joint venture; SONY BMG MUSIC
     ENTERTAINMENT, a Delaware general
15   partnership; BMG MUSIC, a New York general
     partnership; VIRGIN RECORDS AMERICA,
16   INC., a California corporation; INTERSCOPE
     RECORDS, a California general partnership;
17   ARISTA RECORDS LLC, a Delaware limited
     liability company; UMG RECORDINGS, INC., a
18   Delaware corporation; CAPITOL RECORDS,
     INC., a Delaware corporation; PONOVISA, INC.,
19   a California corporation; PRIORITY RECORDS
     LLC, a California limited liability company; and
20   WARNER BROS. RECORDS INC., a Delaware
     corporation
21
22            Plaintiffs,

23       v.

24   DOES 1 - 251,

25            Defendants.

26

27       Plaintiffs have requested a lift of the stay entered by order dated March 28, 2005,

28   simultaneously renewing their motion for leave to take immediate discovery as to Does 2–251.

     This request is GRANTED.

United States District Court
For the Northern District of California

1         Good cause having been shown, the stay is lifted and immediate discovery as to Does

2   2–251 is now allowed.  Plaintiffs may seek their identities from SBC Internet Services, Inc., by

3   serving a Rule 45 subpoena that seeks information sufficient to identify each defendant,

4   including their name, address, telephone number, e-mail address, and Media Access Control

5   address.  Any information disclosed to plaintiffs in response may be used solely for this

6   litigation and for no other purpose.

7         By permitting this discovery, the Court does not depart from its previously-expressed

8   reservations regarding whether the 251 defendants were properly joined.  After plaintiffs have

9   obtained the requested discovery from SBC Internet Services, Inc., they MUST either (1) dismiss

10  all but one defendant, or (2) demonstrate that the defendants are properly joined under

11  FRCP 20.

12

13        IT IS SO ORDERED.

14

15  Dated: April 18, 2005                    /s/ WILLIAM ALSUP
                                            WILLIAM ALSUP
16                                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2

JEFFREY G. KNOWLES (State Bar # 129754)
JULIA D. GREER (State Bar # 200479)
ZUZANA J. SVIHRA (State Bar # 208671)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
jgknowles@cpdb.com
jdgreer@cpdb.com
zjsvihra@cpdb.com

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ELEKTRA ENTERTAINMENT
GROUP INC.; INTERSCOPE RECORDS; WARNER
BROS. RECORDS INC.; ARISTA RECORDS LLC;
VIRGIN RECORDS AMERICA, INC.; MOTOWN
RECORD COMPANY, L.P.; BMG MUSIC; PRIORITY
RECORDS LLC; ATLANTIC RECORDING CORP.; UMG
RECORDINGS, INC.; and FONOVISA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; PRIORITY RECORDS LLC, a California limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and FONOVISA, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOES 1 - 20, <br><br> Defendants. | CASE NO. 05-cv-00395-JCS <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take
Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the
Declaration of Zuzana J. Svihra, and Plaintiffs' Request for Judicial Notice, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Pacific Bell Internet
Services to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks
information sufficient to identify each Doe Defendant, including the name, address, telephone
number, e-mail address, and Media Access Control addresses for each Defendant.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
Plaintiffs' rights under the Copyright Act.

Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus
cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant
infringement.



Dated:_____

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF



1  JEFFREY G. KNOWLES (State Bar # 129754)
   JULIA D. GREER (State Bar # 200479)
2  ZUZANA J. SVIHRA (State Bar # 208671)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
3  One Ferry Building, Suite 200
   San Francisco, California 94111
4  Telephone: (415) 391-4800
   Facsimile: (415) 989-1663
5
6  Attorneys for Plaintiffs
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
10 PRIORITY RECORDS LLC, a California limited       CASE NO. 04-4910 EMS
   liability company; ELEKTRA ENTERTAINMENT
11 GROUP INC., a Delaware corporation; FONOVISA,    [PROPOSED] ORDER GRANTING
   INC., a California corporation; INTERSCOPE       PLAINTIFFS' MISCELLANEOUS
12 RECORDS, a California general partnership; ARISTA ADMINISTRATIVE REQUEST
   RECORDS LLC, a Delaware limited liability        FOR LEAVE TO TAKE
13 company; BMG MUSIC, a New York general           IMMEDIATE DISCOVERY
   partnership; CAPITOL RECORDS, INC., a Delaware
14 corporation; UMG RECORDINGS, INC., a Delaware
   corporation; MAVERICK RECORDING
15 COMPANY, a California joint venture; LOUD
   RECORDS, LLC, a Delaware corporation; LONDON-
16 SIRE RECORDS INC., a Delaware corporation;
   SONY BMG MUSIC ENTERTAINMENT, a
17 Delaware general partnership; VIRGIN RECORDS
   AMERICA, INC., a California corporation;
18 WARNER BROS. RECORDS INC., a Delaware
   corporation; ATLANTIC RECORDING
19 CORPORATION, a Delaware corporation; and
   MOTOWN RECORD COMPANY, L.P., a California
20 limited partnership,
21              Plaintiffs,
22         vs.
23 DOES 1 - 52,
24              Defendants.
25
26
27
28
   09204.004.0474.8

1    Upon the Miscellaneous Administrative Request of Plaintiffs for Leave to Take

2    Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the

3    Declaration of Julia D. Greer, and Plaintiffs' Request for Judicial Notice, it is hereby:

4

5    ORDERED that Plaintiffs may serve immediate discovery on Pacific Bell Internet

6    to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information

7    sufficient to identify each Doe Defendant, including the name, address, telephone number, e-mail

8    address, and Media Access Control addresses for each Defendant.

9

10   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in

11   response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting

12   Plaintiffs' rights under the Copyright Act.

13

14   Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus

15   cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant

16   infringement.

17

18   Dated: _Jan. 19, 2006_                          _____

19                                                   United States District Judge

20

21

22

23

24

25

26

27

28

09204.004.0474.a                    2                        Case No. 04-4910 PMS

                             [PROPOSED] ORDER

JEFFREY G. KNOWLES (State Bar # 129754)
JULIA D. GREER (State Bar # 200479)
ZUZANA J. SVIHRA (State Bar # 208671)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Plaintiffs

RECEIVED
04 OCT 28 PH 3:57
FILED
NOV 0 2 2004
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MOTOWN RECORD COMPANY, L.P., a
California limited partnership; ATLANTIC
RECORDING CORPORATION, a Delaware
corporation; FONOVISA, INC., a California
corporation; LONDON-SIRE RECORDS
INC., a Delaware corporation; BMG MUSIC,
a New York general partnership; UMG
RECORDINGS, INC., a Delaware
corporation; ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation;
PRIORITY RECORDS LLC, a California
limited liability company; INTERSCOPE
RECORDS, a California general partnership;
WARNER BROS. RECORDS INC., a
Delaware corporation; CAPITOL RECORDS,
INC., a Delaware corporation; MAVERICK
RECORDING COMPANY, a California joint
venture; ARISTA RECORDS LLC, a
Delaware limited liability company; SONY
BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; and VIRGIN
RECORDS AMERICA, INC., a California
corporation,

                    Plaintiffs,

          vs.

DOES 1 - 52,

                    Defendants.

CASE NO. C 04 4565 MEJ

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MISCELLANEOUS
ADMINISTRATIVE REQUEST FOR
LEAVE TO TAKE IMMEDIATE
DISCOVERY

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • (415) 989-1663

09204.004.6451.a

Case No. C 04 4565 MEJ

[PROPOSED] ORDER

1    Upon the Miscellaneous Administrative Request of Plaintiffs for Leave to Take

2  Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the

3  Declaration of Zuzana J. Svihra, and Plaintiffs' Request for Judicial Notice, it is hereby:

4

5    ORDERED that Plaintiffs may serve immediate discovery on Pacific Bell Internet

6  Services to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks

7  information sufficient to identify each Doe Defendant, including the name, address, telephone

8  number, e-mail address, and Media Access Control addresses for each Defendant.

9

10    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in

11  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting

12  Plaintiffs' rights under the Copyright Act.

13

14    Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus

15  cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant

16  infringement.

17

18  Dated:  11/2/04 _____          _____

19                                        United States District Judge

20

21

22

23

24

25

26

27

28

09204.004.0451.a                    2
                         [PROPOSED] ORDER                    Case No. C 04 4565 MEJ

R.A.

RECEIVED
DEC 10 AM 11:49

E-filing

EDL

1   Christopher T. Holland (SB # 164053)
    Anne E. Kearns (SB #183336)
2   Kathy M. Sarria (SB #181322)
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3   114 Sansome Street, Suite 400
    San Francisco, California 94104
4   Telephone: (415) 249-8330
    Facsimile: (415) 249-4333
5
    Douglas E. Mirell (SB #094169)
6   Karen R. Thorland (SB #172092)
    LOEB & LOEB LLP
7   10100 Santa Monica Boulevard, Suite 2200
    Los Angeles, California 90067
8   Telephone: (310) 282-2000
    Facsimile: (310) 282-2200
9
    Attorneys for Plaintiff
10  COLUMBIA PICTURES

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14  COLUMBIA PICTURES INDUSTRIES,       CASE C 04 5243 PJH
    INC., a Delaware corporation,
15                                      [PROPOSED] ORDER GRANTING
                    Plaintiff,          PLAINTIFF'S MISCELLANEOUS
16                                      ADMINISTRATIVE REQUEST FOR
            vs.                         LEAVE TO TAKE DISCOVERY PRIOR
17                                      TO RULE 26 CONFERENCE
    JOHN DOE (67.123.19.140),
18
                    Defendant.
19

20          Upon Plaintiff's Miscellaneous Administrative Request

21  for Leave to Take Discovery Prior to Rule 26 Conference, the

22  Declarations of Chad Tilbury, Thomas Mizzone and R. Christopher

23  Harshman and Plaintiff's Request for Judicial Notice, and having

24  considered the issues raised therein, including relevant privacy

25  issues, it is hereby:

26

27

28

                            1

1   ORDERED that the Administrative Request of Plaintiff

2   for Leave to Take Discovery Prior to Rule 26 Conference is

3   granted.

4

5   IT IS FURTHER ORDERED that Plaintiff may serve

6   immediate discovery on Pacific Bell Internet Services by serving

7   a Rule 45 subpoena that seeks information sufficient to identify

8   the Doe Defendant, including his or her name, address, telephone

9   number, email address, and Media Access Control address.

10

11   IT IS FURTHER ORDERED THAT any information disclosed to

12   Plaintiff in response to the Rule 45 subpoenas may be used by

13   Plaintiff solely for the purpose of protecting Plaintiff's rights

14   under the Copyright Act.

15

16   Dated:____JAN 2 0 2005____          _____
                                         United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST