**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:08-cv-00409 (PJM) (CBD) Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| CONNEXUS CORP. | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) ) | |
| Third-Party Defendants. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
<u>POST-TRIAL REPLY BRIEFS</u>**

Plaintiff Beyond Systems, Inc. ("BSI") respectfully requests that the Stipulated Post-Trial Briefing Schedule, as amended by Order of this Court on September 21, 2012 (DE 583), be modified to extend the deadline for the parties to file their post-trial reply briefs until November 9, 2012. Counsel for BSI has conferred with counsel for Kraft Defendants and Defendant Connexus Corp., and they have consented to this Motion. In support thereof, BSI states the following:

1. Pursuant to the most recently filed Consent Motion for the Extension of Time to File Post-Trial Briefs (DE 582, September 20, 2012) and the subsequent Order approving that Motion

(DE 583, September 21, 2012), the deadline for all parties to file their post-trial reply briefs is currently set for November 5, 2012.

    2. BSI respectfully requests that all parties be granted a modest four-day extension of this deadline in order to better accommodate BSI's counsel's schedule. Because argument on the parties' briefs is currently scheduled for January 28, 2013, BSI submits that this brief extension will not unduly delay resolution of the pending motions.

    3. Accordingly, BSI requests that this Court modify the existing briefing schedule such that the deadline for all parties to file their post-trial reply briefs is November 9, 2012.

Dated: October 24, 2012                Respectfully submitted,

       /s/
Thomas M. Barba (D. Md. Bar No. 28487)
Roger W. Yoerges (D. Md. Bar No. 14088)
Jeffrey E. McFadden (D. Md. Bar No. 8738)
John J. Duffy (D. Md. Bar No. 28613)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
T: 202-429-3000
F: 202-429-3902
tbarba@steptoe.com
ryoerges@steptoe.com
jmcfadden@steptoe.com
jduffy@steptoe.com

Anthony A. Onorato (D. Md. Bar No. 28622)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

*Of Counsel:*

Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
T: 301-563-9249
F: 301-563-9639
shr@ringlaw.us

Mike Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
T: 301-251-9660
F: 301-251-9610
mike@mikerothman.com

*Counsel for Plaintiff Beyond Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2012, the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL REPLY BRIEFS was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
700 Thirteenth Street N.W.
Washington, D.C.
20005-3960
(202) 654-6200 (Telephone)
(202) 654-6211 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Peter S. Roeser
John E. Bucheit
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com
proeser@rbglegal.com
jbucheit@rbglegal.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

/s/
Jennifer M. Newton