IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC., Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., Defendants. | Magistrate Judge Charles B. Day |

**DEFENDANT AND THIRD-PARTY PLAINTIFF CONNEXUS CORP.'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL REPLY BRIEFS**

Defendant and Third-Party Plaintiff Connexus Corp. respectfully requests that the Stipulated Post-Trial Briefing Schedule, as amended by order of this Court on October 26, 2012 (ECF No. 595), be modified to extend the deadline for the parties to file their post-trial reply briefs until November 21, 2012. Counsel for Connexus has conferred with counsel for Beyond Systems, Inc., Hypertouch, Inc., and the Kraft Defendants, and each has consented to this Motion. Connexus submits that good cause exists to grant this motion for the following reasons:

1. The current deadline for the parties to file their post-trial reply briefs is November 9, 2012, per this Court's order at ECF No. 595. Lead counsel for Connexus will be in trial on November 9 and the days leading up to November 9. Further, Counsel for Connexus also has out-of-town scheduling conflicts that will make it difficult to complete their reply brief before November 21, 2012. For these reasons, and given the importance of the issues and time needed to complete the reply, Connexus requests that the Court allow Connexus and the other parties until November 21, 2012, to file their replies.

2. Connexus submits that the Court will not suffer any prejudice by granting the requested extension, as oral argument on the pending post-trial motions will not occur until January 28, 2013. Therefore, the Court will have two months to consider the motions filed by the parties, and the requested extension will not unduly delay the resolution of the pending motions.

3. No party will suffer any prejudice if the Court grants the requested extension. All parties consent to the requested extension.

WHEREFORE, Defendant and Third-Party Plaintiff Connexus Corp. respectfully requests that the Stipulated Post-Trial Briefing Schedule, as amended by order of this Court on October 26, 2012 (ECF No. 595), be modified to extend the deadline for the parties to file their post-trial reply briefs until November 21, 2012.

Respectfully submitted,

Dated: November 1, 2012

/s/

J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
Lauren E. Ingebritson (US DC-MD Bar No. 18266)
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November, 2012, a copy of the foregoing *Defendant and Third-Party Plaintiff Connexus Corp.'s Consent Motion for Extension of Time to File Post-Trial Reply Briefs* was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
tonorato@steptoe.com

Stephen H. Ring
LAW OFFICES OF STEPHEN H. RING, P.C.
506 Main Street, Suite 215
Gaithersburg, MD 20878
shr@ringlaw.com

Mike Rothman
LAW OFFICE OF MICHAEL S. ROTHMAN
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
mike@mikerothman.com

*Counsel for Plaintiff BSI, Inc.,*
*Joe Wagner/Hypertouch, Inc.*

John K. Roche
Barry J. Reingold
John M. Devaney
PERKINS COIE LLP
607 14th Street, N.W.
Suite 800
Washington, DC 20005-2003
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
John Bucheit
ROESER BUCHEIR & GRAHAM LLC
20 N. Wacker Drive
Suite 1330
Chicago, IL 60606
dgraham@rbglegal.com
jbucheit@rbglegal.com

*Counsel for Defendants Kraft Foods Inc.*
*& Vict. Th. Engwall & Co.*

/s/
Ari N. Rothman