Jeffrey E. McFadden
202 429 8022 direct
202 261 0588 fax
jmcfadden@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

November 9, 2012

VIA CM/ECF

The Honorable Peter J. Messitte
United States District Court
District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   **Plaintiff Beyond Systems, Inc.'s Renewed Application for Entry of Judgment for Damages Against Defendant Hydra LLC**

Dear Judge Messitte,

    On October 17, 2012, Plaintiff Beyond Systems, Inc. filed a renewed application seeking entry of judgment for damages against Defendant Hydra LLC (DE # 590).  Responses were due on November 5, 2012.  Hydra has not responded, and has now been in default for over two years.  On October 19, 2012, counsel for Defendant Kraft Foods, Inc. filed correspondence with the Court stating their intention to respond to Plaintiff's renewed application by November 5, 2012 (DE # 591).  Kraft has not filed any response with the Court in connection with this item.  As the November 5 deadline has passed, Plaintiff's Motion for Default Judgment as to Hydra, LLC is ripe for consideration by the Court.  Therefore, we respectfully request that this Court now enter the judgment for damages against Defendant Hydra LLC.

                                                        Respectfully yours,

                                                        /s/ Jeffrey E. McFadden

                                                        Jeffrey E. McFadden