IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| | : |
| v. | : The Honorable Peter J. Messitte |
| | : |
| KRAFT FOODS, INC., et al., | : Magistrate Judge Charles B. Day |
| | : |
| Defendants. | : |
| | : |
| | : |

## KRAFT'S EXHIBITS TO
## REPLY MEMORANDUM IN SUPPORT OF ITS
## POST-TRIAL BRIEF AND MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1A

# RESNICK DEP. 5/18/12

## Peter W. Resnick - May 18, 2012

                                                        1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF MARYLAND

3

4    --------------------------x

5    BEYOND SYSTEMS, INC.,        :

6            Plaintiff,      : Case Number: 8:08-cv-00409-PJM

7    vs.                          :

8    KRAFT FOODS, INC., et al,   :

9            Defendants.      :

10   --------------------------x

11

12

13                      DEPOSITION OF:

14                     PETER W. RESNICK

15

16                     Washington, D.C.

17

18                   Friday, May 18, 2012

19                       10:30 a.m.

20

21

22   Reported by: Laurie Bangart, RPR, CRR

110

1 words in there I understand, and "service
2 provider" we use, "electronic mail" we certainly
3 use, but generally speaking, when we talk about
4 those entities, we don't use the full term
5 "electronic mail service provider."
6 BY MR. GRAHAM:
7 Q Well, I mean you're familiar with the term
8 "Internet service provider"; correct?
9 A Sure.
10 Q And that's a common term in your field; is
11 that right?
12 A Absolutely.
13 Q And people commonly understand in your
14 industry what Internet service provider or ISP means;
15 correct? People with your experience.
16 A Yeah, there are a variety of ways in which
17 we use that term, but people with my experience
18 certainly understand that terminology and, depending
19 on the context, know what we're talking about when we
20 use "ISP."
21 Q And what you're saying is that in your
22 industry, the phrase or the term -- call it a term --

111

1 "electronic mail service provider" is unfamiliar to
2 you when those words are put in that form; is that
3 right?
4         MR. ONORATO: Mischaracterizes the
5 testimony.
6         THE WITNESS: No, I, I wouldn't say that.
7 BY MR. GRAHAM:
8 Q Okay.
9         The phrase "electronic mail service
10 provider" is not a phrase that you have -- that in
11 your industry, people commonly use to define any
12 particular entity; is that correct?
13 A I think that's probably right.
14 Q Okay.
15         Now, let's talk about the Maryland statute
16 which uses the phrase "interactive computer service
17 provider."
18         Do you see that?
19 A I do.
20 Q Is that a phrase that is commonly used in
21 your field?
22 A No.

112

1 Q So would your answer -- is the answer you
2 just gave me with respect to "electronic mail service
3 provider" the same as for "interactive computer
4 service provider"?
5 A In each of these cases, these are not terms
6 of art in the field that people use commonly. The
7 definitions are generally understandable, but we don't
8 use those terms as common-use terms in the field.
9 Q Okay.
10         Now, what do you think it requires to be
11 an interactive computer service provider under the
12 Maryland statute from your experience in the
13 industry?
14 A Right. So as I said in the report, they use
15 some common words that I understand, some lay
16 terminology, not terribly precise, but it does say
17 that you're providing computer services to multiple
18 users, and if you take a look at the top of page 16,
19 paragraph 31, "where I take" -- and this is to quote
20 the statute -- "'information service, system or access
21 software' to include email services, web services and
22 the like."

113

1         So generally I understand if people were to
2 use those terms, "information service, system or
3 access software," to mean things like email services,
4 web services. Probably DNS services would also fall
5 under that category.
6 Q Okay. It says -- so what you're saying is
7 that if a company provides these types of services,
8 the ones you've listed here, information service,
9 system, or access software, email services, web
10 services and the like, when you say "services" -- I'm
11 sorry. Let me start over.
12         When you say -- and I'm reading from your
13 text on page 16, second line -- "who provides computer
14 services to multiple users, where I take 'information
15 service, system or access software' to include email
16 services . . . and the like," when you say "multiple
17 users," "provides computer services to multiple
18 users," what do you mean by that?
19 A The, the phrase "multiple users"?
20 Q The phrase, the whole phrase, "provides
21 computer services to multiple users."
22         So if there are two users, is that an