IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | : |
| Defendants. | : |

**DEFENDANT CONNEXUS CORP.'S
JOINDER TO KRAFT'S OPPOSITION TO PLAINTIFF'S POST-TRIAL
<u>MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

Defendant Connexus Corp. hereby joints the Kraft Defendants' Opposition to Plaintiff's Motion for Judgment as a Matter of Law filed at ECF No. 592.

Dated: November 26, 2012

                                                          /s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
Lauren E. Ingebritson (US DC-MD Bar No. 18266)
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
leingebritson@venable.com

*Attorneys for Defendant Connexus Corp.*

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on this 26th day of November, 2012, a copy of the foregoing DEFENDANT CONNEXUS CORP.'S JOINDER TO KRAFT'S OPPOSITION TO PLAINTIFF'S POST-TRIAL MOTION FOR JUDGMENT AS A MATTER OF LAW was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Thomas M. Barba
John J. Duffy
Jeffrey E. McFadden
Roger W. Yoerges
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000;
tbarba@steptoe.com
jduffy@steptoe.com
jmcfadden@steptoe.com
ryoerges@steptoe.com

Anthony A. Onorato
STEPTOE& JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc., Joe Wagner/Hypertouch*

John K. Roche (USDC-MD Bar No. 17531)
John M. Devaney (*Pro Hac Vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1624
jdevaney@perkinscoie.com
jroche@perkinscoie.com

Darrell J. Graham
John E. Bucheit
ROESER BUCHEIT & GRAHAM LLC
20 N. Wacker Drive, Suite 1330
Chicago, IL  60606
dgraham@dgrahamlaw.com
jbucheit@rbglegal.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*