

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
PHONE: 202.654.6200
FAX: 202.654.6211
www.perkinscoie.com

John K. Roche
PHONE: (202) 434-1627
EMAIL: JRoche@perkinscoie.com

November 26, 2012

**VIA ELECTRONIC CASE FILING**

The Honorable Peter J. Messitte
United States District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:   Beyond Systems, Inc. v. Kraft Foods, Inc., et al., 8:08-cv-00409-PJM

Dear Judge Messitte:

We represent Defendants Kraft Foods, Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc. ("Kraft") and write to inform the Court that Kraft believes any ruling on Plaintiff's Renewed Application for Entry of Judgment for Damages Against Defendant Hydra LLC (Dkt. No. 590) would be premature until the Court determines whether Plaintiff has standing to sue. Accordingly, Kraft respectfully submits that the Court must first rule on the various post-trial motions filed by the parties before ruling on the above-referenced motion.

Very truly yours,

   /s/

John K. Roche

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP