**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

November 26, 2012

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     <u>Beyond Systems, Inc. v. Kraft Foods, Inc., et al.</u>
        Civil Case No. 08-409

******

Dear Counsel:

The Court is in receipt of Plaintiff Beyond System's Renewed Application for Entry of Judgment for Damages Against Defendant Hydra LLC and letter of Nov. 9, 2012 regarding same. The Court has not yet decided whether being a *bona fide* service provider is an element of Plaintiff's case or a defense. The Court therefore **DEFERS** ruling on Plaintiff Beyond System's Renewed Application at this time.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/

Peter J. Messitte

CC: Court file