**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　**GREENBELT, MARYLAND  20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301-344-0632

December 26, 2012

TO:　　　　　Counsel of Record

FROM:　　　Judge Peter J. Messitte

RE:　　　　　<u>Beyond Systems, Inc. v. Kraft Foods, Inc., et al.</u>
　　　　　　　 Civil Case No. 08-409

　　　　　　　　　　　　　　　　　　　　******

Dear Counsel:

The Court is in receipt of Plaintiff Beyond Systems' letter of November 28, 2012 requesting entry of judgment for damages against Defendant Hydra LLC.  The Court stands by its earlier ruling of November 26, 2012 and will not award damages against Hydra at this time.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/


　　　　　　　　　　　　　　　　　　　　　　　　　　Peter J. Messitte

cc:　　　Court File