## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Civil No. PJM 08-409** |
| | * | |
| **KRAFT FOODS, INC.**, *et al*. | * | |
| | * | |
| Defendants | * | |

## FINAL ORDER OF JUDGMENT

The Court, having reviewed Plaintiff Beyond Systems, Inc.'s Motion for Judgment as a Matter of Law and to Set Aside Phase II Jury Verdict [Dkt. 584], and the Opposition thereto, Defendants Kraft Foods, Inc., et al.'s Motion for Summary Judgment [Dkt. 586], and the Opposition thereto, and Defendant Connexus Corp.'s Motion for Summary Judgment [Dkt. 585], and the Opposition thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 9th day of August 2013

**ORDERED**

1) Beyond Systems, Inc.'s Motion for Judgment as a Matter of Law and to Set Aside Phase II Jury Verdict is **DENIED**;

2) Kraft Foods, Inc., et al.'s Motion for Summary Judgment as to BSI is **GRANTED**;[1]

3) Connexus Corp.'s Motion for Summary Judgment as to BSI is **GRANTED**;[2]

---

[1] Beyond Systems, Inc.'s Renewed Motion for Default Judgment Damages [Dkt. 590] as to Hydra LLC is **DENIED.**

4) Final Judgment is **ENTERED** in favor of Defendants and against Plaintiff; and

5) The Clerk is directed to **CLOSE** this case.


                                                  /s/
                      **PETER J. MESSITTE**
            **UNITED STATES DISTRICT JUDGE**

---

[2] Connexus Corp.'s third-party Complaint pending against third-party Defendants Hypertouch, Inc. and James Wagner is therefore **MOOT**.