IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | |
| Plaintiff, | Case No. 8:08-CV-00409-PJM |
| v. | The Honorable Peter J. Messitte |
| KRAFT FOODS, INC., et al., | Magistrate Judge Charles B. Day |
| Defendants. | |

**KRAFT FOODS, INC. MOTION TO EXTEND
DEADLINE FOR FILING BILL OF COSTS**

Defendants, Kraft Foods, Inc. and Vict. Th. Engwall & Co., Inc. (collectively, "Kraft") respectfully request an extension of time to file their bill of costs in the above-referenced matter until September 9, 2013. In support thereof, Kraft states the following:

1) On August 12, 2013, the Court issued an opinion granting Kraft's and Defendant Connexus Corp.'s motions for summary judgment and directing that final judgment be entered in Defendants' favor. (Dkt. 611.) A Final Order of Judgment was entered the same day. (Dkt. 612.)

2) Pursuant to Fed. R. Civ. P. 54(d)(1) and Local Rule 109.1., a prevailing party has 14 days, unless "otherwise ordered by the Court," to file a bill of costs requesting the taxation of costs authorized by 28 U.S.C. § 1920(a). The current deadline for Defendants' bill of costs is August 26, 2013.

3) The Court's ruling brought to end five and a half years of litigation dating back to February 2008. The case involved extensive fact and expert discovery, extensive third-party

discovery, and hundreds of filings by multiple parties. Given the size and duration of the litigation, Kraft requests an extension of time so that it may fully identify and collect the documentation necessary to support its bill of costs, many of which were incurred several years ago. Kraft also requests an extension to accommodate counsel's trial schedule in another matter, as well as an upcoming office move.

4) Kraft respectfully submits that the brief extension will not unduly delay resolution of Kraft's entitlement to costs incurred in connection with the litigation or otherwise result in prejudice to the plaintiff.

5) Counsel for Kraft conferred with BSI's counsel before filing this motion. BSI's counsel has yet to indicate whether BSI consents or objects to Kraft's motion.

WHEREFORE, Kraft respectfully requests that its Motion be granted and the Court extend Kraft's deadline for filing a bill of costs until September 9, 2013.

DATED:  August 23, 2013                                            /s/

John K. Roche (USDC-MD Bar No. 17531)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202) 654-9106 (facsimile)
jroche@perkinscoie.com

Darrell J. Graham (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
Roeser Bucheit & Graham LLC
2 North Riverside Plaza, Ste. 1420
Chicago, IL  60606
(312) 621-0301
(312) 621-0306 (facsimile)
dgraham@rbglegal.com
jbucheit@rbglegal.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 23, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Anthony Cavanaugh
Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
(202) 429-3000
(202) 429-3902 (facsimile)
acavanaugh@steptoe.com
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendants Connexus Corp.*

/s/
_____
John K. Roche (USDC-MD Bar No. 17531)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1624
(202) 654-9106 (facsimile)
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*