# Ex. 1





ATTY NO *00266*   OFFICE NO.*Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*   EXT: *1779*

## CHECK REQUEST

Check One:
☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Requested: *June 8, 2009*   5/31/09
Date/Time Needed: _____
(if other than regular cycle)

| Issue | ☒ Check | ☐ Cashier's Check | ☐ Foreign Draft |

Payable to: **Henderson Legal Services, Inc.**   Hende 74CO   619

Amount: **$885.50**   Inv   DC23437

Charge to: **36410-0015**   03-3003

Explanation: **Deposition of Paul Wagner**   5/11

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____
Signature
**John K. Roche**
Print Your Name

Mail check to:
☐ Payee
☒ Requester
☐ Other:*Name*
☐ Call for pickup Ext.   **Ext.**

Approved by: _____
Signature
**Lori Rulapaugh**
Print Your Name

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____

Check #: _____
Check Date: _____

# INVOICE

**Henderson Legal Services, Inc.**
An Affiliate of National Depo

Please note our new address is:
1015 15th Street, NW , Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

**Bill To:** John K. Roche, Esq.
Perkins Coie Brown & Bain P.A.
607 Fourteenth St NW
Washington, DC 2005

| | |
|---|---|
| Invoice #: | DC23437 |
| Invoice Date: | 05/31/2009 |
| Balance Due: | $ 885.50 |

**Case:** Beyond Systems, Inc. v. Kraft Foods, Inc.
**Job #:** 8678  |  Job Date: 5/11/2009  |  Delivery: Normal
**Billing Atty:**
**Location:** Perkins Coie
607 Fourteenth Street, NW | Suite 800 | Washington, DC 20005
**Sched Atty:** John K. Roche, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Paul Andrew Wagner | Transcript - Original & 1 copy | Page | 217.00 | $3.75 | $813.75 |
| 2 | | Exhibits | Per page | 187.00 | $0.25 | $46.75 |
| 3 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:** Original transcript, regular delivery

| | |
|---|---|
| Invoice Total: | $885.50 |
| Payment: | |
| Credits: | |
| Balance Due: | $885.50 |

Fed Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date ____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE (   )

Invoice #: DC23437
Job #: 8678
Invoice Date: 05/31/2009
Balance: $ 885.50

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1



```
* A P 4 8 9 8 9 8 *
```

**Perkins Coie**

ATTY NO. *00266*   OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*   EXT: *1779*

## CHECK REQUEST

Check One:
☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Requested: *July 10, 2009*   6/30/09
Date/Time Needed:
(if other than regular cycle)

| Issue | ☒ Check | ☐ Cashier's Check | ☐ Foreign Draft |

Payable to: *Henderson Legal Services, Inc.*   Hende 74co  7/17

Amount: *$828.25*   Inu^s  DC242cb

Charge to: *36410-0015*  03 3003  Depo of

Explanation: *Deposition, transcript and exhibits of Paul Wagner*  6/15

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____ Signature
**John K. Roche**
Print Your Name

Approved by: _____ Signature
**Lori Rulapaugh**
Print Your Name

Mail check to:
☐ Payee
☒ Requester
☐ Other: *Name*
☐ Call for pickup Ext.   *Ext.*

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and
2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

## ACCOUNTING USE ONLY

Check Signer's Initials: _____

Check #: _____
Check Date: _____

Case 8:08-cv-00409-PJM Document 615-2 Filed 09/09/13 Page 5 of 9

# INVOICE

## Henderson Legal Services, Inc.
### An Affiliate of National Depo

Please note our new address is:
1015 15th Street, NW , Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

Bill To: John K. Roche, Esq.
Perkins Coie Brown & Bain P.A.
607 Fourteenth St NW
Washington, DC 2005

| | |
|---|---|
| Invoice #: | DC24206 |
| Invoice Date: | 06/30/2009 |
| Balance Due: | $ 828.25 |

Case: Beyond Systems, Inc. v. Kraft Foods, Inc.
Job #: 9219 | Job Date: 6/15/2009 | Delivery: Normal
Billing Atty:
Location: Perkins Coie
607 Fourteenth Street, NW | Suite 800 | Washington, DC 20005
Sched Atty: John K. Roche, Esq.

**RECEIVED**

JUL 7 2009

**PERKINS COIE LLP**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Vol li - Paul Andew Wagner | Transcript - Original & 1 copy | Page | 204.00 | $3.75 | $765.00 |
| 2 | | Exhibits | Per page | 153.00 | $0.25 | $38.25 |
| 3 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

Notes: Original transcript, regular delivery.

| | |
|---|---|
| Invoice Total: | $828.25 |
| Payment: | |
| Credits: | |
| Balance Due: | $828,25 |

Fed. Tax ID: 20-5132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: DC24206
Job #: 9219
Invoice Date: 06/30/2009

Balance : $ 828.25

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1





ATTY NO. *00266*    OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*    EXT: *1779*

## CHECK REQUEST

Check One:

Date/Time Requested: *October 2, 2009*    9/23/09

☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Needed:

(if other than regular cycle)

Issue    ☒ Check    ☐ Cashier's Check    ☐ Foreign Draft

Payable to:    *LegaLink, Inc. - A Merrill Company*    Legq13678

Amount:    *$1,276.00*    Inv# 293096

Charge to:    *36410-0015*    03-3000

Explanation:    *Expedited Copy & Index of Transcript of Paul A. Wagner* -9/18

☐ Wireless Service: I confirm amount requested is for business use.

Requested by:    _____
Signature
*John K. Roche*
Print Your Name

Mail check to:    Approved by:    _____
☒ Payee    Signature
☐ Requester    *Lori Rulapaugh*
☐ Other: *Name*    Print Your Name
☐ Call for pickup Ext.    *Ext.*

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and
2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____    Check #: _____
Check Date: _____

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 293096 | 09/23/2009 | 01-164300 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/18/2009 | HARMJO | 8:08-CV-00409 |
| **CASE CAPTION** | | |
| Beyond Systems, Inc. -v- Kraft Foods, Inc., et al | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

EXPEDITED COPY & INDEX OF TRANSCRIPT OF:
   Paul A. Wagner - Vol 5                        278 Pages                          1,251.00
       OVERNIGHT/MESSENGER DELY                                                         25.00

                                 TOTAL  DUE  >>>>                1,276.00

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-5555. MAKE CHECKS PAYABLE TO:
Thank you for choosing L.A.D. We appreciate your business.

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO. : 20-2665382                                               (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.:  293096
Date        :  09/23/2009
TOTAL DUE   :    1,276.00

Job No.   :  01-164300
Case No.  :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:    LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263



ATTY NO *00266*     OFFICE NO.*Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*     EXT: *1779*

## CHECK REQUEST

Check One:                          Date/Time Requested: *May 12, 2009*
☒ Regular Account                   Date/Time Needed:
☐ Trust Account                                              (if other than regular cycle)
☐ Partner's Corporation

Issue     ☒ Check          ☐ Cashier's Check     ☐ Foreign Draft

Payable to:   *LegaLink, Inc.*

Amount:    *$2,269.85*

Charge to:  *36410-0015*

Explanation:   *Expedited Copy and Index of Transcript for Paul Wagner*

☐   Wireless Service: I confirm amount requested is for business use.

                              Requested by: _____
                                                    Signature
                                             *John K. Roche*
                                                    Print Your Name
Mail check to:                Approved by: _____
☐ Payee                                             Signature
☒ Requester                                  *Lori Rulapaugh*
☐ Other:*Name*                                      Print Your Name
☐ Call for pickup Ext.    *Ext.*

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and
2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

## ACCOUNTING USE ONLY

Check Signer's Initials: _____        Check #:        _____
                          _____        Check Date:    _____

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 278974 | 05/05/2009 | 01-152866 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/01/2009 | EDDYMI | CV08-01039 |

| CASE CAPTION |
|---|
| Beyond Systems, Inc. -v- Connexus, Corp., et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

John K. Roche, Esquire
★ A P 4 7 7 9 6 3 ★
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

EXPEDITED COPY & INDEX OF TRANSCRIPT OF:
Depo of Paul Wagner - Vol 2, 5/1     363 Pages     2,159.85
     Scanning Exhibits     170.00 Pages     85.00
     OVERNIGHT/MESSENGER DELY     25.00

TOTAL DUE >>>>     2,269.85

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**PLEASE MAKE CHECKS PAYABLE TO:**

Legal 3678
36410- 0015 03-303
Approval attach
Return check to requestor

**LegaLink, Inc. - A Merrill Company**
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382      (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.: 278974
Date      : 05/05/2009
TOTAL DUE : 2,269.85

Job No.   : 01-152866
Case No.  : CV08-01039
Beyond Systems, Inc. -v- Connexus, C

Remit To:   LegaLink, Inc.
    P.O. Box 630484
    Baltimore, MD 21263