Ex. 2



*AP501899*



Perkins Coie

ATTY NO. **02395**        OFFICE NO. **Washington, D. C. 03**
PREPARER'S NAME: **Sharon Yarborough**        EXT: **1779**

## CHECK REQUEST

Check One:
☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Requested: **August 28, 2009**   5/18/09
Date/Time Needed: **September 4, 2009**
(if other than regular cycle)

Issue     ☒ Check     ☐ Cashier's Check     ☐ Foreign Draft
Payable to: **Henderson Legal**     Hende 7400   9/4
Amount: **$1,731.50**     Inv# DC23354
Charge to: **36410-0015**   03-3003
Explanation: **Deposition and transcript of James Joseph Wagnerr**   4/28

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____
Signature
**John M. Devaney**
Print Your Name

Mail check to:
☒ Payee
☐ Requester
☐ Other: **Name** _____
☐ Call for pickup Ext. **Ext.** _____

Approved by: _____
Signature
**Lori Rulapaugh**
Print Your Name

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____        Check #: _____
                                               Check Date: _____

Received
SEP 03 2009
ACCOUNTS PAYABLE

## Henderson Legal Services, Inc.

An Affiliate of National Depo
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

Please note our new address is:

**Bill To:** John M. Devaney, Esq.
Perkins Coie Brown & Bain P.A.
607 Fourteenth St NW
Washington, DC 2005

**Invoice #:** DC23354
**Invoice Date:** 05/18/2009
**Balance Due:** $1,731.50

**Case:** Beyond Systems, Inc. v. Kraft Foods, Inc.
**Job #:** 8680 | **Job Date:** 4/28/2009 | **Delivery:** Normal
**Billing Atty:**
**Location:** Perkins Coie
101 Jefferson Drive | Menlo Park, CA 94025-1114
**Sched Atty:** John Devaney, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | James Joseph Wagner | Transcript - Original & 1 copy | Page | 260.00 | $4.95 | $1,287.00 |
| 2 | | Transcript - Rough ASCII | Page | 260.00 | $1.50 | $390.00 |
| 3 | | Exhibits | Per page | 118.00 | $0.25 | $29.50 |
| 4 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:** Original transcript, regular delivery.

**Invoice Total:** $1,731.50
**Payment:**
**Credits:**
**Balance Due:** $1,731.50

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** DC23354
**Job #:** 8680
**Invoice Date:** 05/18/2009
**Balance:** $1,731.50

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1