# Ex. 3



ATTY NO. <u>00266</u>     OFFICE NO. <u>Washington, D. C. 03</u>
PREPARER'S NAME: <u>Sharon Yarborough</u>     EXT: <u>1779</u>

## CHECK REQUEST

Check One:
☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Requested: **November 3, 2009**
Date/Time Needed: _____
(if other than regular cycle)

Issue     ☒ Check     ☐ Cashier's Check     ☐ Foreign Draft

Payable to: **LegaLink, Inc. - A Merrill Company**
Amount: **$1,938.40**    2 Jno-
Charge to: **36410-0015**
Explanation: **Original transcript and Index of Peter W. Resnick, Volumes I and II**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____
Signature
**John K. Roche**
Print Your Name

Mail check to:
☒ Payee
☐ Requester
☐ Other: **Name**
☐ Call for pickup  Ext. **Ext.**

Approved by: _____
Signature
**Lori Rulapaugh/John Devaney**
Print Your Name

Seattle check requests must be received in Accounts Payable by <u>9:00 a.m.</u> for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____     Check #: _____
                                    Check Date: _____

```
        945.95 +
        992.45 +
    002
      1,938.40 *
```

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax (301) 762-060(



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296218 | 10/22/2009 | 01-165490 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/14/2009 | LOMBDE | 8:08-CV-00409 |

**CASE CAPTION**

Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**

Immediate, sold FOB Merrill facility

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

*Handwritten: Approval Attach    Legal 3678  11/10    36410-0015   03-3003*

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT & INDEX OF: *Depo of* Peter W. Resnick, Volume 1, 10/14 | 273 Pages | 969.15 |
| Scanning Exhibits | 83.00 Pages | 8.30 |
| Shipping & Handling | | 15.00 |
| TOTAL DUE >>>> | | 992.45 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**PLEASE MAKE CHECKS PAYABLE TO:**

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382                                              (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.: 296218
Date       : 10/22/2009
TOTAL DUE  :    992.45

Job No.  : 01-165490
Case No. : 8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263



ATTY NO. *00266*  OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*  EXT: *1779*

## CHECK REQUEST

Check One:  Date/Time Requested: **November 3, 2009**
☒ Regular Account  Date/Time Needed: _____
☐ Trust Account  (if other than regular cycle)
☐ Partner's Corporation

Issue  ☒ Check  ☐ Cashier's Check  ☐ Foreign Draft

Payable to: **LegaLink, Inc. - A Merrill Company**
Amount: **$1,938.40**
Charge to: **36410-0015**
Explanation: **Original transcript and Index of Peter W. Resnick, Volumes I and II**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____
Signature
**John K. Roche**
Print Your Name

Mail check to:  Approved by: _____
☒ Payee  Signature
☐ Requester  **Lori Rulapaugh/John Devaney**
☐ Other: **Name** _____  Print Your Name
☐ Call for pickup Ext. **Ext.**

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

---

ACCOUNTING USE ONLY

Check Signer's Initials: _____  Check #: _____
                                      Check Date: _____

```
                                       945.95 +
                                       992.45 +
                                  002
                                     1,938.40 *
```

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296221 | 10/22/2009 | 01-165491 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/15/2009 | LOMBDE | 8:08-CV-00409 |

**CASE CAPTION**

Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**

Immediate, sold FOB Merrill facility

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Legal 3678   11/10-
36410-0015
03-3003

| ORIGINAL TRANSCRIPT & INDEX OF: | | |
|---|---|---|
| Depo of Peter W. Resnick, Volume 2, 10/15 | 261 Pages | 926.55 |
| Scanning Exhibits | 194.00 Pages | 19.40 |
| | TOTAL DUE >>>> | 945.95 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

*Approval Attached*

TAX ID NO.: 20-2665382                                         (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.: 296221
Date       : 10/22/2009
**TOTAL DUE** :   945.95

Job No.  : 01-165491
Case No. : 8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263



ATTY NO. *00266*        OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*        EXT: *1779*

## CHECK REQUEST

Check One:                              Date/Time Requested: **November 16, 2009**
☒ Regular Account                       Date/Time Needed: _____
☐ Trust Account
☐ Partner's Corporation                                   (if other than regular cycle)

Issue        ☒ Check        ☐ Cashier's Check        ☐ Foreign Draft

Payable to:  **LegaLink, Inc. - A Merrill Company**
Amount:      **$896.15**
Charge to:   **36410-0015**
Explanation: **Original transcript of Peter Resnick, Vol. III**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by:                          _____
                                                Signature
                                       **John K. Roche**
                                       Print Your Name

Mail check to:                Approved by:  _____
☐ Payee                                              Signature
☒ Requester                            **Lori Rulapaugh/John Devaney**
☐ Other: **Name** _____       Print Your Name
☐ Call for pickup  Ext. **Ext.**

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____        Check #: _____
                                               Check Date: _____

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606


*AP519856*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 297539 | 11/05/2009 | 01-166358 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/26/2009 | STONRE | 8:08-CV-00409 |

**CASE CAPTION**

Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**

Immediate, sold FOB Merrill facility

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Legal 3678
36410-0015
03-3003

Depo of ORIGINAL TRANSCRIPT & INDEX OF:
Peter W. Resnick - Vol. III , 10/26        245 Pages         869.75
        Scanning Exhibits                  114.00 Pages       11.40
        Shipping & Handling                                    15.00

                                    TOTAL DUE >>>>           896.15

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**PLEASE MAKE CHECKS PAYABLE TO:**

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

Approval
Attached

TAX ID NO.: 20-2665382                          (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.:  297539
Date       :  11/05/2009
TOTAL DUE  :    896.15

Job No.  :  01-166358
Case No. :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:  LegaLink, Inc.
           P.O. Box 630484
           Baltimore, MD 21263

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606


* A P 5 2 5 8 6 2 *

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 298482 | 11/17/2009 | 01-166359 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/27/2009 | STONRE | 8:08-CV-00409 |

**CASE CAPTION**

Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**

Immediate, sold FOB Merrill facility

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

ORIGINAL TRANSCRIPT AND WORD INDEX OF:
- Peter W. Resnick - Vol IV — 10/27
      Scanning Exhibits

255 Pages                905.25
62.00 Pages                6.20

                TOTAL    DUE   >>>>         911.45

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Vendor #: Legal3678

PLEASE MAKE CHECKS PAYABLE TO:   C/M #: 3640-0015 03-3003

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Office Code _____   Disd Code _____
G/L # _____
Description _____
Approval _____

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382                                 (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.:  298482
Date       :  11/17/2009
TOTAL DUE  :     911.45

Job No.    :  01-166359
Case No.   :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263



Voucher# Nat05064
30410-0015  03-3003

# Henderson Legal Services, Inc.
An Affiliate of National Depo
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

Bill To: John Roche
Perkins Coie Brown & Bain P.A.
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Invoice #: DC41275
Invoice Date: 05/24/2012
Balance Due: $1,825.35

Case: Beyond Systems, Inc. v. Kraft Foods, Inc.
Job #: 17953 | Job Date: 5/18/2012 | Delivery: Expedited
Billing Atty: Darrell J. Graham, Esq.
Location: Perkins Coie
700 Thirteenth Street, NW | Suite 600 | Washington, DC 20005-3960
Sched Atty: Darrell J. Graham, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Depo of Peter W. Resnick, 5/18 | Transcript - Original & 1 copy | Page | 233.00 | $6.00 | $1,398.00 |
| 2 | | Transcript - Rough ASCII | Page | 233.00 | $1.55 | $361.15 |
| 3 | | Exhibits | Per page | 32.00 | $0.35 | $11.20 |
| 4 | | S&H/Processing/Repository | 1 | 1.00 | $55.00 | $55.00 |

Notes: Original transcript, expedited 3 business day delivery.

Invoice Total: $1,825.35
Payment:
Credits:
Balance Due: $1,825.35

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                          Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Invoice #: DC41275
Job #: 17953
Invoice Date: 05/24/2012
Balance: $1,825.35

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 298484 | 11/17/2009 | 10-167790 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/05/2009 | STONRE | 8:08-CV-00409 |

*AP525736*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

**CASE CAPTION**
Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**
Immediate, sold FOB Merrill facility

ORIGINAL TRANSCRIPT AND WORD INDEX OF:
Peter W. Resnick, Volume 5
    Scanning Exhibits            66 Pages                    234.30
                                112.00 Pages                  11.20

                                TOTAL DUE  >>>>              245.50

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Vendor # LegAL3678   12/19
CM # 36410-0015
Office Code _____ Disd Code _____
G/L # 03 3004
Description _____
Approval

Approval

TAX ID NO.: 20-2665382

                                                    (202) 628-6600

····· Please detach bottom portion and return with payment. ·····

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

                            Invoice No.: 298484
                            Date       : 11/17/2009
                            TOTAL DUE  :   245.50

                            Job No.    : 10-167790
                            Case No.   : 8:08-CV-00409 PJM
                            Beyond Systems, Inc. -v- Kraft Foods

Remit To:  LegaLink, Inc.
           P.O. Box 630484
           Baltimore, MD 21263