# Ex. 4



ATTY NO. *00266*  OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*   EXT: *1779*

## CHECK REQUEST

Check One:   Date/Time Requested: **October 19, 2009**
☒ Regular Account   Date/Time Needed: _____
☐ Trust Account   (if other than regular cycle)
☐ Partner's Corporation

Issue   ☒ Check   ☐ Cashier's Check   ☐ Foreign Draft

Payable to: **LegaLink, Inc. - A Merrill Company**
Amount: **$2,826.05**   2 Invoices
Charge to: **36410-0015**
Explanation: **Original transcript of John Levine Volumes I and II, scanning of Exhibits**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____ Signature
John K. Roche
Print Your Name

Mail check to:   Approved by: _____ Signature
☒ Payee   Nicole Dashiel / John Devaney
☐ Requester   Print Your Name
☐ Other: **Name**
☐ Call for pickup Ext.   **Ext.**

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____   Check #: _____
   Check Date: _____

```
1,442.30 +
1,383.75 +
002
2,826.05 *
```

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 294819 | 10/08/2009 | 01-165030 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/01/2009 | BURSLE | 8:08-CV-00409 |

**CASE CAPTION**

Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**

Immediate, sold FOB Merrill facility

*AP512249*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Depo of ORIGINAL TRANSCRIPT & INDEX OF:
John R. Levine, Ph.D. Vol. 1-, 10/1   310 Pages       1,100.50
       Rough Draft                    260.00 Pages      325.00
       Scanning Exhibits              168.00 Pages       16.80

                                TOTAL DUE >>>>        1,442.30

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Legal 3678
36410-0015 03-3003
Approval Attached

**PLEASE MAKE CHECKS PAYABLE TO:**

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382                              (202) 628-6600

*Please detach bottom portion and return with payment.*

John K. Roche, Esquire
Perkins Coie, LLP
607 14th Street, NW,
Suite 800
Washington, DC 20005

Invoice No.:  294819
Date       :  10/08/2009
TOTAL DUE  :  1,442.30

Job No.   :  01-165030
Case No.  :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263

<pre>
</pre>



ATTY NO. *00266*     OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*     EXT: *1779*

## CHECK REQUEST

Check One:
☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Requested: **October 19, 2009**
Date/Time Needed: _____
(if other than regular cycle)

Issue    ☒ Check    ☐ Cashier's Check    ☐ Foreign Draft

Payable to: **LegaLink, Inc. - A Merrill Company**
Amount: **$2,826.05**   2 Invoices
Charge to: **36410-0015**
Explanation: **Original transcript of John Levine Volumes I and II, scanning of Exhibits**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _Signature_
John K. Roche
Print Your Name

Mail check to:
☒ Payee
☐ Requester
☐ Other: **Name**
☐ Call for pickup Ext. **Ext.**

Approved by: Nicole Dathriel / _Signature_
John Devaney
Print Your Name

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____
Check #: _____
Check Date: _____

```
          0 . *
     1,442.30 +
     1,383.75 +
 002
     2,826.05 *
```