# Ex. 5



ATTY NO. *00266*        OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*        EXT: *1779*

## CHECK REQUEST

Check One:                                  Date/Time Requested: **December 18, 2009**
☒ Regular Account                           Date/Time Needed: _____
☐ Trust Account
☐ Partner's Corporation                                    (if other than regular cycle)

Issue        ☒ Check        ☐ Cashier's Check        ☐ Foreign Draft

Payable to:   **Alderson Reporting Company, Inc.**
Amount:       **$2,488.27**    2 Invaces
Charge to:    **36410-0015**
Explanation:  **Certified Copy of Transcripts of Fredrick Cohen, and Kenneth Hirschman**

☐ Wireless Service: I confirm amount requested is for business use.

                           Requested by:  _____[signature]_____
                                          Signature
                                          **John K. Roche**
                                          Print Your Name

Mail check to:             Approved by:   _____[signature]_____
☐ Payee                                   Signature
☒ Requester                               **Lori Rulapaugh  /  John M. Devaney**
☐ Other: **Name**                         Print Your Name
☐ Call for pickup  Ext.    **Ext.**

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

## ACCOUNTING USE ONLY

Check Signer:            0 · *               Check #:   _____
                                              Check Date: _____
              1,610 · 25 +
                878 · 02 +
        0 0 2
              2,488 · 27 *


*AP578469*

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO   Fax: 202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25808 | 10/16/2009 | 16925 |

| Job Date | Case No. |
|---|---|
| 10/9/2009 | 08-00409 |

| Case Name |
|---|
| Beyond Systems, Inc. v. Kraft Foods, Inc., et al. |

John K. Roche, Esq
Perkins Coie LLP
607 14th Street, N.W.
Suite 800
Washington, DC 20005

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Frederick B. Cohen, Ph.D. Vol. 2 | 301.00 Pages | @ | 3.30 | 993.30 |
| Exhibit | 266.00 Pages | @ | 0.35 | 93.10 |
| Color Exhibits | 48.00 Pages | @ | 1.50 | 72.00 |
| Processing Fee | 1.00 | @ | 55.00 | 55.00 |

| | |
|---|---|
| TOTAL DUE >>> | $1,213.40 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 18.20 |
| (=) New Balance: | $1,231.60 |

Vendor # ALDER7700
C/M # 36410-0015
Office Code 03   Disd Code 3004
G/L #
Description
Approval [signature]
Bill Malley

Tax ID: 53-0257990

Phone: 202-434-1624   Fax:

*Please detach bottom portion and return with payment.*

John K. Roche, Esq
Perkins Coie LLP
607 14th Street, N.W.
Suite 800
Washington, DC 20005

| | | |
|---|---|---|
| Invoice No. | : | 25808 |
| Invoice Date | : | 10/16/2009 |
| Total Due | : | $1,231.60 |

Received
JUL 16 2010
ACCOUNTS PAYABLE

Remit To: Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036

| | | |
|---|---|---|
| Job No. | : | 16925 |
| BU ID | : | DC-Local |
| Case No. | : | 08-00409 |
| Case Name | : | Beyond Systems, Inc. v. Kraft Foods, Inc., et al. |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO   Fax: 202-289-2221



John K. Roche, Esq
Perkins Coie LLP
607 Fourteenth Street NW
Washington, DC 20005

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26662 | 11/17/2009 | 17667 |
| Job Date | Cause No. | |
| 11/4/2009 | 08-00409 | |

**Case Name**
Beyond Systems, Inc. v. Kraft Foods, Inc., et al.

**Payment Terms**
Due upon receipt

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Frederick B. Cohen, Ph.D. Vol. 3 | 283.00 Pages | @ | 3.30 | 933.90 |
| 5 Business Day Delivery - Copy | | | | 234.89 |
| Exhibit | 435.00 Pages | @ | 0.35 | 152.25 |
| Processing Fee | | | 55.00 | 55.00 |

TOTAL DUE >>> $1,376.04
(-) Payments/Credits: 0.00
(+) Finance Charges: 0.00
(=) New Balance: 1,376.04

ALDer7700

Vendor # _____
C/M # 31,410-0015
Office Code 07   Disd Code 3004
G/L # _____
Description _____
Approval [signature] John Devaney

Lozi Pulapaugh

Tax ID: 53-0257990

Phone: (202) 628-6600   Fax:

*Please detach bottom portion and return with payment.*

---

John K. Roche, Esq
Perkins Coie LLP
607 Fourteenth Street NW
Washington, DC 20005

Invoice No.   : 26662
Invoice Date  : 11/17/2009
**Total Due** : **$ 1,376.04**

Remit To: **Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036**

Job No.    : 17667
BU ID      : DC-Local
Cause No.  : 08-00409
Case Name  : Beyond Systems, Inc. v. Kraft Foods, Inc., et al.

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO   Fax: 202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26691 | 11/30/2009 | 17668 |
| Job Date | Case No. | |
| 11/6/2009 | 08-00409 | |

**Case Name**

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.

John K. Roche, Esq
Perkins Coie LLP
607 Fourteenth Street NW
Washington, DC 20005

*AP530435*

**Payment Terms**

Due upon receipt

1 CERTIFIED COPY OF TRANSCRIPT OF:
Depo of Frederick B. Cohen, Ph.D. Vol. 4   11/6

| Description | Pages | | Rate | Amount |
|---|---|---|---|---|
| | 310.00 Pages | @ | 3.30 | 1,023.00 |
| 4 Business Day Delivery - Copy | | | | 306.90 |
| Exhibit | 421.00 Pages | @ | 0.35 | 147.35 |
| Color Exhibits | 52.00 Pages | @ | 1.50 | 78.00 |
| Processing Fee | | | 55.00 | 55.00 |

TOTAL DUE >>>   $1,610.25
(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $1,610.25

Alder 7700
36410-0015
03-3003

Tax ID: 53-0257990

Phone: (202)628-6600   Fax:

*Please detach bottom portion and return with payment.*

John K. Roche, Esq
Perkins Coie LLP
607 Fourteenth Street NW
Washington, DC 20005

Invoice No. : 26691
Invoice Date : 11/30/2009
**Total Due** : **$ 1,610.25**

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No. : 17668
BU ID : DC-Local
Case No. : 08-00409
Case Name : Beyond Systems, Inc. v. Kraft Foods, Inc., et al.