# Ex. 6



ATTY NO. **00266**      OFFICE NO **Washington, D. C. 03**
PREPARER'S NAME: **Sharon Yarborough**      EXT: **1779**

## CHECK REQUEST

Check One:                                          Date/Time Requested: **December 18, 2009**
☒ Regular Account                                   Date/Time Needed:
☐ Trust Account
☐ Partner's Corporation                                      (if other than regular cycle)

Issue    ☒ Check          ☐ Cashier's Check       ☐ Foreign Draft

Payable to:   **Alderson Reporting Company, Inc.**
Amount:       **$2,488.27**         2 Invoices
Charge to:    **36410-0015**
Explanation:  **Certified Copy of Transcripts of Fredrick Cohen, and Kenneth Hirschman**

☐  Wireless Service: I confirm amount requested is for business use.

                                    Requested by:  _____
                                                            Signature
                                                   **John K. Roche**
                                                            Print Your Name

Mail check to:                      Approved by:   _____
☐ Payee                                                     Signature
☒ Requester                                        **Lori Rulapaugh / John M. Devaney**
☐ Other: **Name**                                           Print Your Name
☐ Call for pickup Ext.   **Ext.**

Seattle check requests must be received in Accounts Payable by **9:00 a.m.** for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer'              0 · *          Check #: _____
                                          Check Date: _____
                  1,610 · 25 +
                    878 · 02 +
             002
                  2,488 · 27 *

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO   Fax: 202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27718 | 12/12/2009 | 17713 |
| Job Date | Case No. | |
| 11/20/2009 | 08-00409 | |

**Case Name**

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.

John M. Devaney
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC 20005


*AP530438*

**Payment Terms**

Net 30

1 CERTIFIED COPY OF TRANSCRIPT OF:
Depo of Kenneth Hirschman - Vol. 2 , 11/20

| | | | |
|---|---|---|---|
| 258.00 Pages | @ | 2.55 | 657.90 |
| 5 Business Day Delivery - Copy | | | 165.12 |
| Processing Fee | | 55.00 | 55.00 |

**TOTAL DUE >>>**  $878.02
(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  $878.02

Alderson
36410-0015
03-3003

Tax ID: 53-0257990

*Please detach bottom portion and return with payment.*

Phone: 202-434-1624   Fax:

John M. Devaney
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC 20005

Invoice No.  : 27718
Invoice Date : 12/12/2009
**Total Due** : $ 878.02

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No.    : 17713
BU ID      : DC-Local
Case No.   : 08-00409
Case Name  : Beyond Systems, Inc. v. Kraft Foods, Inc., et al.



ATTY NO. *00266*       OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*       EXT: *1779*

## CHECK REQUEST

Check One:                           Date/Time Requested: **March 5, 2010**
☒ Regular Account                    Date/Time Needed:    **March 12, 2010**
☐ Trust Account                                           (if other than regular cycle)
☐ Partner's Corporation

Issue       ☒ Check        ☐ Cashier's Check       ☐ Foreign Draft

Payable to:  **Alderson Reporting Company**
Amount:      $3,357.45   2158.75
Charge to:   **36410-0015**
Explanation: **Certified Copy of Transcripts and Exhibits of John H. Evans Vol. II & III, and Kenneth Hirschman**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____
                    Signature
              John K. Roche
                    Print Your Name

Approved by: _____
                    Signature
              **Lori Rulapaugh / John M. Devaney**
                    Print Your Name

Mail check to:
☒ Payee
☐ Requester
☐ Other: *Name*
☐ Call for pickup  Ext. *Ext.*

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____       Check #: _____
                                              Check Date: _____

```
                    0 · *
              6 7 7 · 0 5 +
              5 2 1 · 6 5 +
              9 6 0 · 0 5 +
        0 0 3
              2 1 5 8 · 7 5 *
```

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221


*AP546252*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27199 | 12/8/2009 | 17712 |

| Job Date | Case No. |
|---|---|
| 11/19/2009 | 08-00409 |

| Case Name |
|---|
| Beyond Systems, Inc. v. Kraft Foods, Inc., et al. |

| Payment Terms |
|---|
| Net 30 |

John M. Devaney
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC  20005

Alder7700
36410-0015 03-3003

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kenneth Hirschman                                270.00 Pages    @      2.55       688.50
       5 Business Day Delivery - Copy                                                 172.80
       Exhibit                                      125.00 Pages    @      0.35        43.75
       Processing Fee                                                     55.00        55.00

TOTAL DUE >>>                                                                     $960.05
(-) Payments/Credits:                                                                 0.00
(+) Finance Charges/Debits:                                                           0.00
(=) New Balance:                                                                  $960.05

Tax ID: 53-0257990                                                    Phone: 202-434-1624   Fax:

*Please detach bottom portion and return with payment.*

John M. Devaney
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC  20005

Invoice No.   : 27199
Invoice Date  : 12/8/2009
**Total Due**  : **$ 960.05**

Remit To: **Alderson Reporting Company, Inc.**
         **1155 Connecticut Ave., NW**
         **Suite 200**
         **Washington, DC  20036**

Job No.    : 17712
BU ID      : DC-Local
Case No.   : 08-00409
Case Name  : Beyond Systems, Inc. v. Kraft Foods, Inc., et al.