# Ex. 7



ATTY NO. *00266*   OFFICE NO. *Washington, D. C. 03*
PREPARER'S NAME: *Sharon Yarborough*   EXT: *1779*

## CHECK REQUEST

Check One:
☒ Regular Account
☐ Trust Account
☐ Partner's Corporation

Date/Time Requested: **March 5, 2010**
Date/Time Needed: **March 12, 2010**
(if other than regular cycle)

Issue   ☒ Check   ☐ Cashier's Check   ☐ Foreign Draft

Payable to:   **Alderson Reporting Company**
Amount:   $3,357.45   2158.75
Charge to:   **36410-0015**
Explanation:   **Certified Copy of Transcripts and Exhibits of John H. Evans Vol. II & III, and Kenneth Hirschman**

☐ Wireless Service: I confirm amount requested is for business use.

Requested by: _____ Signature
John K. Roche
Print Your Name

Mail check to:
☒ Payee
☐ Requester
☐ Other: **Name**
☐ Call for pickup  Ext. **Ext.**

Approved by: _____ Signature
**Lori Rulapaugh / John M. Devaney**
Print Your Name

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____
Check #: _____
Check Date: _____

```
              0 · *
          6 7 7 · 0 5 +
          5 2 1 · 6 5 +
          9 6 0 · 0 5 +
    0 0 3
          2 1 5 8 · 7 5 *
```

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221


*AP546258*

John Roche
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC  20005

36410-0015
03 3603

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27758 | 12/22/2009 | 18199 |

| Job Date | Case No. |
|---|---|
| 12/9/2009 | 08-00409 |

**Case Name**

Beyond Systems, Inc. v. Kraft Foods, Inc., et al.

**Payment Terms**

Net 30

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

   John H. Evans - Vol. 2         204.00 Pages   @   2.55    520.20
      Exhibit                  141.00 Pages   @   0.35     49.35
      Color Exhibits            35.00 Pages   @   1.50     52.50
      Processing Fee                              55.00     55.00

Alderson

| | |
|---|---|
| TOTAL DUE >>> | $677.05 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $677.05 |

Tax ID: 53-0257990                                                  Phone: 202-434-1624   Fax:

*Please detach bottom portion and return with payment.*

John Roche
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC  20005

Invoice No.   :  27758
Invoice Date  :  12/22/2009
**Total Due**   :  $ 677.05

Remit To: **Alderson Reporting Company, Inc.**
        **1155 Connecticut Ave., NW**
        **Suite 200**
        **Washington, DC  20036**

Job No.    :  18199
BU ID      :  DC-Local
Case No.   :  08-00409
Case Name  :  Beyond Systems, Inc. v. Kraft Foods, Inc., et al.



ATTY NO. **00266**          OFFICE NO. **Washington, D. C. 03**
PREPARER'S NAME: **Sharon Yarborough**          EXT: **1779**

## CHECK REQUEST

Check One:                                   Date/Time Requested: **March 5, 2010**
☒ Regular Account                            Date/Time Needed: **March 12, 2010**
☐ Trust Account                                                (if other than regular cycle)
☐ Partner's Corporation

Issue      ☒ Check          ☐ Cashier's Check          ☐ Foreign Draft

Payable to:  **Alderson Reporting Company**
Amount:      ~~$3,357.45~~  2158.75
Charge to:   **36410-0015**
Explanation: **Certified Copy of Transcripts and Exhibits of John H. Evans Vol. II & III, and Kenneth Hirschman**

☐ Wireless Service: I confirm amount requested is for business use.

                           Requested by:  ___[signature]___
                                          Signature
                                          **John K. Roche**
                                          Print Your Name

Mail check to:             Approved by:   ___[signature]___
☒ Payee                                   Signature
☐ Requester                               **Lori Rulapaugh / John M. Devaney**
☐ Other: **Name**                         Print Your Name
☐ Call for pickup Ext.  **Ext.**

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____        Check #: _____
                                        Check Date: _____

```
          0 · *
    6 7 7 · 0 5 +
    5 2 1 · 6 5 +
    9 6 0 · 0 5 +
0 0 3
    2 1 5 8 · 7 5 *
```

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO   Fax: 202-289-2221

*AP546255*

John Roche
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC 20005

Alder77W
36410-0015   03 303

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27779 | 12/24/2009 | 18200 |
| Job Date | Case No. | |
| 12/10/2009 | 08-00409 | |

**Case Name**
Beyond Systems, Inc. v. Kraft Foods, Inc., et al.

**Payment Terms**
Net 30

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| John H. Evans - Vol. 3 | 155.00 Pages | @ | 2.55 | 395.25 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Confidential - John H. Evans - Vol. 3 | 28.00 Pages | @ | 2.55 | 71.40 |
| Processing Fee | | | 55.00 | 55.00 |

TOTAL DUE  >>>   $521.65
(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $521.65

Tax ID: 53-0257990                                                                                 Phone: 202-434-1624   Fax:

*Please detach bottom portion and return with payment.*

John Roche
Perkins Coie LLP
607 14th Street, N.W.
Washington, DC 20005

Invoice No.   : 27779
Invoice Date  : 12/24/2009
**Total Due**    : $ 521.65

Remit To:  **Alderson Reporting Company, Inc.**
           **1155 Connecticut Ave., NW**
           **Suite 200**
           **Washington, DC 20036**

Job No.    : 18200
BU ID      : DC-Local
Case No.   : 08-00409
Case Name  : Beyond Systems, Inc. v. Kraft Foods, Inc., et al.