# Ex. 8

*AP451090*

inv: 260853
date: 1/13

# Perkins Coie

ATTY NO. **01549**          OFFICE NO. **Chicago 40**
PREPARER'S NAME: **Martha Rosario**          EXT: **8631**

## CHECK REQUEST

Check One:                                    Date/Time Requested: **December 22, 2008**
☒ Regular Account                             Date/Time Needed: **Date and Time Needed**
☐ Trust Account                                                    (if other than regular cycle)
☐ Partner's Corporation

Issue        ☒ Check        ☐ Cashier's Check        ☐ Foreign Draft

LEGAL3678 1/9

Payable to:  **LegaLink, Inc.**
Amount:      **$870.25**
Charge to:   **36410.0015** -922.25          40-3004
Explanation: **Transcripts of Alexander J. Guardi, David C. Hyland, Jon Zendell**   ⟨40.2685.000.0000 × 63.10⟩

Requested by: _____
                Signature
              **Gina Ori**
              Print Your Name

Mail check to:                Approved by: _____
☒ Payee                                        Signature
☐ Requester                   Name: **John M. Devaney**
☐ Other: **Name**                              Print Your Name
☐ Call for pickup Ext.   **Ext.**
                              Record Keeper: _____
                                Signature (if applicable)

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

## ACCOUNTING USE ONLY

Check Signer's Initials: _____        Check #: _____
                                              Check Date: _____

LegaLink, Inc. - A Merrill Company
1325 G Street NW
Second Floor
Washington, DC 20005
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 260853 | 11/13/2008 | 24-140745 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/23/2008 | DALCRE | 8:08-CV-00409 |

**CASE CAPTION**

Beyond Systems, Inc. -v- Kraft Foods, Inc., et al

**TERMS**

Immediate, sold FOB Merrill facility

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
1 COPY & INDEX OF TRANSCRIPT OF:
    Alexander J. Guardi
            Transcript            125.00 Pages              368.75
1 COPY & INDEX OF TRANSCRIPT OF:
    David C. Hyland
            Transcript             74.00 Pages              218.30
1 COPY & INDEX OF TRANSCRIPT OF:
    Jon Zendell
            Transcript             96.00 Pages              283.20

                              TOTAL   DUE   >>>>           870.25
                        AFTER 01/12/2009 PAY               957.28

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Deposition held in Tarrytown, NY
```

TAX ID NO.: 20-2665382                                                (312) 324-8400

*Please detach bottom portion and return with payment.*

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
Invoice No.:  260853
Date       :  11/13/2008
TOTAL DUE  :     870.25
AFTER 1/12/2009 PAY : 957.28

Job No.    :  24-140745
Case No.   :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods
```

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263