# Ex. 9

inv. 260852
date: 11/13



Perkins
Coie

ATTY NO. *01549*                OFFICE NO. *Chicago 40*
PREPARER'S NAME: *Martha Rosario*                EXT: *8631*

## CHECK REQUEST

Check One:                                    Date/Time Requested: **December 22, 2008**
☒ Regular Account                             Date/Time Needed:    **Date and Time Needed**
☐ Trust Account                                                   (if other than regular cycle)
☐ Partner's Corporation

| Issue | ☒ Check | ☐ Cashier's Check | ☐ Foreign Draft |
|---|---|---|---|

Payable to:   **LegaLink, Inc.**                     LEGAL3678

Amount:       **$976.45**

Charge to:    36410.0015 7 1047-25                40-3004

Explanation:  **Transcript of Ross Goldenberg**     40-2085-000-0000  70.80

                                    Requested by: _____
                                                        Signature
                                                  **Gina Ori**
                                                        Print Your Name

Mail check to:                      Approved by: _____
☒ Payee                                                 Signature
☐ Requester                                     **Name** _____
☐ Other: **Name**                                       Print Your Name
☐ Call for pickup Ext. _____ **Ext.**
                                    Record Keeper: _____
                                                  Signature (if applicable)

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and
2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

## ACCOUNTING USE ONLY

Check Signer's Initials: _____     Check #:     _____
                         _____     Check Date: _____

LegaLink, Inc. - A Merrill Company
1325 G Street NW
Second Floor
Washington, DC 20005
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 260852 | 11/13/2008 | 24-140744 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/22/2008 | DALCRE | 8:08-CV-00409 |

| CASE CAPTION |
|---|
| Beyond Systems, Inc. -v- Kraft Foods, Inc., et al |

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

| 1 COPY & INDEX OF TRANSCRIPT OF: | | |
|---|---|---|
| Ross Goldenberg | | |
| Transcript | 331.00 Pages | 976.45 |
| | **TOTAL DUE >>>>** | **976.45** |
| | AFTER 01/12/2009 PAY | 1,074.10 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Deposition held in Tarrytown, NY

We have moved! Our DC office is now located in
1325 G Street NW, 2nd Floor, Washington, DC 20005

Our DC office has seven beautifully equipped conference rooms with HD Videoconferencing
and Dual Plasmas. Our largest conference room can hold 34 people at the table.

**TAX ID NO.:** 20-2665382                                                (312) 324-8400

*Please detach bottom portion and return with payment.*

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
Invoice No.: 260852
Date       : 11/13/2008
TOTAL DUE  :      976.45
AFTER 1/12/2009 PAY : 1,074.10

Job No.  :  24-140744
Case No. :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods
```

Remit To:   **LegaLink, Inc.**
**P.O. Box 630484**
**Baltimore, MD 21263**