# Ex. 10

**Sound Deposition Services, Inc.**

400 Oceangate
Suite 400
Long Beach, CA 90802

T: 888-297-6863
F: 866-799-3376
www.sounddepo.com

Job #: 080603MS
Job Date: 06/03/2008
Order Date: 06/03/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 8706
Inv. Date: 06/24/2008
Balance: $599.50

**Bill To:**
Steven C. Gonzalez
Perkins Coie, LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404


*AP396850*

Action: **Beyond Systems, INC.**
vs
**Connexus Corp.**
Action #: CV08-01039 RGK P
Rep: Marialena Sala
Cert: 10972

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Ilan Mishan | Word Index | Pages | 9 | $2.85 | $25.65 |
| 2 | Ilan Mishan | Certified Copy | Pages | 158 | $2.85 | $450.30 |
| 3 | | Exhibits | Pages | 61 | $0.55 | $33.55 |
| 4 | | CD | CD | 1.00 | $30.00 | $30.00 |
| 5 | | Compressed Transcript | Compres | 1.00 | $15.00 | $15.00 |
| 6 | | Processing & Handling | Delivery | 1.00 | $45.00 | $45.00 |

*Handwritten:* SOUND1256 7/3  36410-15 $648.96  06-3004  06-268500-000-0000 ($49.46)  RECEIVED LLP

**Comments:**
APPROVED FOR PAYMENT BY _____
CLIENT # 36410-0015

Thank you for your business.

Federal Tax I.D.: 77-0637025

Terms: Net 30 Days

Sub Total: $599.50
Shipping: $0.00
Tax: $0.00
Total Invoice: $599.50
Payment: $0.00
Balance Due: $599.50

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Steven C. Gonzalez
Perkins Coie, LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404

**Deliver To:**
Steven C. Gonzalez
Perkins Coie, LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404

# Invoice

Phone: (562) 432-0702
Fax: (562) 432-0706

Invoice #: 8706
Inv. Date: 06/24/2008
Balance: $599.50
Job #: 080603MS
Job Date: 06/03/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Sound Deposition Services, Inc.
400 Oceangate
Suite 400
Long Beach, CA 90802