# Ex. 11

36410-0015

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 252213 | 08/14/2008 | 01-133494 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/22/2008 | CARRPA | 8:08-CV-00409 |
| CASE CAPTION | | |
| Beyond Systems, Inc. -v- Kraft Foods, Inc., et al | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |


* A P 4 2 4 1 9 2 *

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
1 CERTIFIED COPY & INDEX OF TRANSCRIPT OF:
   Luanne Fragapane            308 Pages              908.60
         Scanning Exhibits     306.00 Pages           153.00
         Shipping & Handling                           25.00

                                  TOTAL  DUE  >>>>   1,086.60
                               AFTER 10/13/2008 PAY  1,195.26

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Deposition held in Newark, NJ
```

DUE LEGAL 3678  9/24
C/M # 36410-0015 = 1165.38
G/L # 41-3004  (40-2685-000-00000)
                              (78.78)
DESCRIPTION
APPROVAL

TAX ID NO.: 20-2665382                              (312) 324-8400

*Please detach bottom portion and return with payment.*

Chris Wilson

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
Invoice No.:  252213
Date       :  08/14/2008
TOTAL DUE  :  1,086.60
AFTER 10/13/2008 PAY : 1,195.26

Job No.    :  01-133494
Case No.   :  8:08-CV-00409 PJM
              Beyond Systems, Inc. -v- Kraft Foods
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**