# Ex. 12

36410-0015

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 252217 | 08/14/2008 | 01-133495 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/23/2008 | CARRPA | 8:08-CV-00409 |

* A P 4 2 4 1 9 5 *

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

| CASE CAPTION |
|---|
| Beyond Systems, Inc. -v- Kraft Foods, Inc., et al |
| TERMS |
| Immediate, sold FOB Merrill facility |

1 CERTIFIED COPY & INDEX OF TRANSCRIPT OF:
    Fred M. Miller                              249 Pages              734.55
        Scanning Exhibits                                               11.50

                                          TOTAL    DUE    >>>>         746.05
                                          AFTER 10/13/2008 PAY         820.66

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Deposition held in Newark, NJ

D.      LEGAL 7678   9/26
C/.     36410-0015 - 800.14
G/L     40-3004    (40-2683.000-00000) (54.09)
DESC
        APPROVAL                        Chris Wilson

TAX ID NO.: 20-2665382                                          (312) 324-8400

*Please detach bottom portion and return with payment.*

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Invoice No.:  252217
Date       :  08/14/2008
**TOTAL DUE :     746.05**
AFTER 10/13/2008 PAY : 820.66

Job No.   :  01-133495
Case No.  :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods

Remit To:  **LegaLink, Inc.**
           **P.O. Box 630484**
           **Baltimore, MD 21263**