# Ex. 13



inv: 260854
date: 11/13

**Perkins Coie**

ATTY NO. *01549*          OFFICE NO.*Chicago 40*
PREPARER'S NAME: *Martha Rosario*          EXT: *8631*

<u>CHECK REQUEST</u>

Check One:                                          Date/Time Requested: **December 22, 2008**
☒  Regular Account                           Date/Time Needed:   **Date and Time Needed**
☐  Trust Account                                                            (if other than regular cycle)
☐  Partner's Corporation

Issue        ☒ Check          ☐ Cashier's Check        ☐ Foreign Draft

                                                                        LEGAL 2278   1/9
Payable to:   **LegaLink, Inc.**

Amount:      **$867.55**

Charge to:   **36410.0015** -930.45          40-3004

Explanation:  **Transcript of Joseph Manno**          ⟨40-7685-000-00200⟩⟨62.90⟩

                                        Requested by: _____
                                                                        Signature
                                                        **Gina Ori**
                                                                        Print Your Name

Mail check to:                          Approved by: _____
☒  Payee                                                            Signature
☐  Requester                                    **Name**    John Devaney
☐  Other:**Name** _____                         Print Your Name
☐  Call for pickup  Ext.      **Ext.** _____
                                        Record Keeper: _____
                                                                        Signature (if applicable)

Seattle check requests must be received in Accounts Payable by <u>9:00 a.m.</u> for the 10:00 a.m. check run and
2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

_____

ACCOUNTING USE ONLY

Check Signer's Initials: _____          Check #:      _____
                              _____          Check Date:  _____

LegaLink, Inc. - A Merrill Company
1325 G Street NW
Second Floor
Washington, DC 20005
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 260854 | 11/13/2008 | 24-140746 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/24/2008 | DALCRE | 8:08-CV-00409 |

| CASE CAPTION |
|---|
| Beyond Systems, Inc. -v- Kraft Foods, Inc., et al |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
1 COPY & INDEX OF TRANSCRIPT OF:
   Joseph Manno
              Transcript              289.00 Pages              852.55
              Shipping & Handling                                 15.00
                                                               ----------
                              TOTAL  DUE  >>>>                    867.55
                              AFTER 01/12/2009 PAY                954.31

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Deposition held in Tarrytown, NY

We have moved! Our DC office is now located in
1325 G Street NW, 2nd Floor, Washington, DC 20005

Our DC office has seven beautifully equipped conference rooms with HD Videoconferencing
and Dual Plasmas.  Our largest conference room can hold 34 people at the table.
```

TAX ID NO. :  20-2665382                                      (312) 324-8400

*Please detach bottom portion and return with payment.*

Gina L. Ori, Esquire
Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

```
Invoice No.:  260854
Date      :  11/13/2008
TOTAL DUE :     867.55
AFTER 1/12/2009 PAY : 954.31

Job No.   :  24-140746
Case No.  :  8:08-CV-00409 PJM
Beyond Systems, Inc. -v- Kraft Foods
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**