# Ex. 14



**THE LAW OFFICE OF
DARRELL J. GRAHAM, LLC**

53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604

**STATEMENT**

Statement No.: 41
Statement Date: 12/14/2009
Due Date: 1/13/2010
Case: Beyond Systems ...

Bill To:
Ms. Andrea M. Bruce
Kraft Foods Global Inc.
555 South Broadway
Tarrytown, New York 10591

Account No.: 00002



| Date | Item | Description | Hours | Amount |
|---|---|---|---|---|

Terms: Net 30

Total

Phone No.: 312-922-4533
E-Mail: dgraham@djgrahamlaw.com

Payments/Credits

Balance Due



# THE LAW OFFICE OF
# DARRELL J. GRAHAM, LLC

53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604

**STATEMENT**

Statement No.: 41
Statement Date: 12/14/2009
Due Date: 1/13/2010
Case: Beyond Systems ...

**Bill To:**
Ms. Andrea M. Bruce
Kraft Foods Global Inc.
555 South Broadway
Tarrytown, New York 10591

Account No.: 00002



| Date | Item | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/ | ███ | ███ | ███ | ███ |

| Terms | Net 30 | | Total | |
|---|---|---|---|---|
| | | | Payments/Credits | |
| Phone No. 312-922-4533 | E-Mail dgraham@djgrahamlaw.com | | Balance Due | |



**THE LAW OFFICE OF
DARRELL J. GRAHAM, LLC**

53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604

# STATEMENT

Statement No.: 41
Statement Date: 12/14/2009
Due Date: 1/13/2010
Case: Beyond Systems ...

**Bill To:**
Ms. Andrea M. Bruce
Kraft Foods Global Inc.
555 South Broadway
Tarrytown, New York  10591

| Account No.: | 00002 |
|---|---|



| Date | Item | Description | Hours | Amount |
|---|---|---|---|---|

| Terms | Net 30 | | Total | |
|---|---|---|---|---|

| Phone No. | E-Mail | Payments/Credits |
|---|---|---|
| 312-922-4533 | dgraham@djgrahamlaw.com | **Balance Due** |



## THE LAW OFFICE OF DARRELL J. GRAHAM, LLC

53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604

## STATEMENT

Statement No.: 41
Statement Date: 12/14/2009
Due Date: 1/13/2010
Case: Beyond Systems ...

**Bill To:**
Ms. Andrea M. Bruce
Kraft Foods Global Inc.
555 South Broadway
Tarrytown, New York 10591

| Account No.: | 00002 |
|---|---|

| Date | Item | Description | Hours | Amount |
|---|---|---|---|---|
| 9█ | ██ | ███ | █ | █ |

| Terms | Net 30 | | Total | |
|---|---|---|---|---|

| Phone No. | E-Mail | Payments/Credits |
|---|---|---|
| 312-922-4533 | dgraham@djgrahamlaw.com | **Balance Due** |



# THE LAW OFFICE OF
# DARRELL J. GRAHAM, LLC

53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604

**STATEMENT**

Statement No.: 41
Statement Date: 12/14/2009
Due Date: 1/13/2010
Case: Beyond Systems ...

**Bill To:**
Ms. Andrea M. Bruce
Kraft Foods Global Inc.
555 South Broadway
Tarrytown, New York 10591

| Account No.: | 00002 |

| Date | Item | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/... | ▮ | ▮ | ▮ | ▮ |
| 5/5/2009 | Reimb Group | Airfare to White Plains for depositions in Kraft/BSI | | 785.20 |
| 5/5/2009 | | Rental Car While In White Planes For Depositions (Car from 5/5-5/7) | | 195.17 |

| Terms | Net 30 | | Total | |

| Phone No. | E-Mail | Payments/Credits |
| 312-922-4533 | dgraham@djgrahamlaw.com | **Balance Due** |



**THE LAW OFFICE OF DARRELL J. GRAHAM, LLC**

53 W. Jackson Blvd.
Suite 1334
Chicago, IL 60604

**STATEMENT**

Statement No.: 41
Statement Date: 12/14/2009
Due Date: 1/13/2010
Case: Beyond Systems ...

**Bill To:**
Ms. Andrea M. Bruce
Kraft Foods Global Inc.
555 South Broadway
Tarrytown, New York 10591

| Account No.: | 00002 |
|---|---|

| Date | Item | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/2009 | | Fosina Dep Transcript Vol I | | 601.15 |
| 10/30/2009 | | Fosina Dep Transcript Vol II | | 787.65 |
| 10/30/2009 | | Court Reporter Fees and Transcript for Stu Stein Deposition | | 1,112.85 |
| | | Total Reimbursable Expenses | | 3,482.02 |

| Terms | Net 30 | | Total | |
|---|---|---|---|---|
| Phone No. | E-Mail | | Payments/Credits | $0.00 |
| 312-922-4533 | dgraham@djgrahamlaw.com | | Balance Due | |