# Ex. 15

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

*AP784008*

INVOICE NO: 00000984

**MAKE CHECKS PAYABLE TO:**

Ari N. Rothman
Venable
575 Seventh Street, NW
Washington, DC 20004

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (202) 344-8033    Marsh 4450

Phone: (301) 344-3229

lpate@venable.com

ctrortscarol@verizon.net

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 06-19-2012

DATE DELIVERED: 06-23-2012

Case Style: PJM 08-409, BSI v KRAFT, ET AL
Transcript of proceedings held on June 19, 2012 before Judge Messitte
6/19

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 105 | 0.90 | 94.50 | | | | 94.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

Vendor:
C/M# 36410-6015-03-3003

MISC. CHARGES:

TOTAL: 94.50

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $94.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 07-04-2012

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

*AP784011*

INVOICE NO: 00000978

MAKE CHECKS PAYABLE TO:

Ari Rothman
Venable
575 Seventh Street, NW
Washington, DC 20004

Phone: (202) 344-8033

lpete@venable.com

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (301) 344-3229

ctrortscarol@verizon.net

*Marsh 4450*

[X] CRIMINAL  [ ] CIVIL

DATE ORDERED: 06-20-2012
DATE DELIVERED: 06-21-2012

Case Style: PJM 08-409, BEYOND SYSTEMS v KRAFT FOODS
Transcript of proceedings held June 20, 2012 (a.m.) before Judge Messitte.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 124 | 1.20 | 148.80 | | | | 148.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

Vendor #
C/M # 3640-0015   (S 303)
Office Code _____  ____ d Code
G/L # Transcript of proceedings 620
Description
Approval

MISC. CHARGES:
TOTAL: 148.80
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $148.80

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
DATE: 07-04-2012

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

*AP784014*

INVOICE NO: 00000981

**MAKE CHECKS PAYABLE TO:**

Ari N. Rothman
Venable
575 Seventh Street, NW
Washington, DC 20004

Phone: (202) 344-8033

Marsh 445

lpate@venable.com

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (301) 344-3229

ctrprtscarol@verizon.net

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 06-21-2012 | DATE DELIVERED: 06-22-2012 |

Case Style: PJM 08-409, BEYOND SYS. v KRAFT, et al
Transcript of proceedings held on 6-21-12 before Judge Messitte
6/24

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 118 | 1.20 | 141.60 | | | | 141.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

Vendor #
C/M # 36410F0015  03-303
Offic:
G/L #
Description
Approval

MISC. CHARGES:
TOTAL: 141.60
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $141.60

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                           DATE: 07-04-2012

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

*AP784059*

INVOICE NO: 00000985

**MAKE CHECKS PAYABLE TO:**

Ari N. Rothman
Venable
575 Seventh Street, NW
Washington, DC 20004

Phone: (202) 344-8033

lpate@venable.com

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (301) 344-3229

ctrptscarol@verizon.net

Marsh 4450

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 06-22-2012 | 06-24-2012 |

Case Style: PJM 08-409, BSI v KRAFT, ET AL
Transcript of proceedings held before Judge Messitte on June 22, 2012
6/22

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 210 | 1.20 | 252.00 | | | | 252.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

Vendor #
C/M # 36410-0015   03-303
Office
G/L #
Description
Approval

MISC. CHARGES:
TOTAL: 252.00
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $252.00

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: _____   DATE: 07-04-2012

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com



| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MARYLAND | | |
|---|---|---|---|
| | INVOICE NO: 00000987 | | |

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Ari N. Rothman<br>Venable<br>575 Seventh Street, NW<br>Washington, DC 20004<br><br>Phone: (202) 344-8033<br><br>lpate@venable.com | Linda Marshall<br>United States Court Reporter<br>6500 Cherrywood Lane, Room 240<br>Greenbelt, MD 20770<br><br>Phone: (301) 344-3229<br><br>ctrortscarol@verizon.net |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-25-2012 | DATE DELIVERED: 06-26-2012 |
|---|---|---|

**Case Style:** PJM 08-409, BSI v KRAFT, et al
Transcript of proceedings held before Judge Messitte on June 25, 2012
6/25

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 148 | 1.20 | 177.60 | | | | 177.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. Marsh4450
Vendor:
C/M# 30410-015   03-3003
Ofc:
G/L#
Description:
Approval SRC

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 177.60 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $177.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 06-26-2012 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com



AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

INVOICE NO: 00000991

**MAKE CHECKS PAYABLE TO:**

Ari N. Rothman
Venable
575 Seventh Street, NW
Washington, DC 20004

Phone: (202) 344-8033

lpate@venable.com

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (301) 344-3229

ctrortscarol@verizon.net

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 06-26-2012
DATE DELIVERED: 06-27-2012

**Case Style:** PJM 08-409, BSI v KRAFT, et al
Transcript of proceedings held before Judge Messitte on June 26, 2012
6/26

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 222 | 1.20 | 266.40 | | | | 266.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.   Marsh 4450

Vendor #
C/M #   30410-0015   03-3003
O##
G/L #
Description
                        Original JLC

MISC. CHARGES:
TOTAL: 266.40
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $266.40

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
DATE: 06-28-2012

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

INVOICE NO: 00000992

**MAKE CHECKS PAYABLE TO:**

Ari N. Rothman
Venable
575 Seventh Street, NV
Washington, DC 2000<

*AP778887*

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (202) 344-8033

Marsh 4450

Phone: (301) 344-3229

lpate@venable.com

ctrortscarol@verizon.net

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 06-27-2012

DATE DELIVERED: 06-28-2012

Case Style: PJM 08-409, BSI v KRAFT, et al
Transcript of proceedings held before Judge Messitte on June 27, 2012
6/27

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 216 | 1.20 | 259.20 | | | | 259.20 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

Vendor #
C/M # 36410-0015  03-3003

TOTAL: 259.20

LESS DISCOUNT FOR LATE DELIVERY:

Off

TAX (If Applicable):

C/L #

LESS AMOUNT OF DEPOSIT:

Description

TOTAL REFUND:

Approval  SPR

TOTAL DUE: $259.20

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 06-28-2012

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MARYLAND | | |
|---|---|---|---|

INVOICE NO: 00000994

**MAKE CHECKS PAYABLE TO:**

Ari N. Rothman
Venable
575 Seventh Street, NW
Washington, DC 20004

*AP778890*

Linda Marshall
United States Court Reporter
6500 Cherrywood Lane, Room 240
Greenbelt, MD 20770

Phone: (202) 344-8033

Phone: (301) 344-3229

lpate@venable.com

ctrortscarol@verizon.net

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-28-2012 | DATE DELIVERED: 06-29-2012 |
|---|---|---|---|

Case Style: PJM 08-409, BSI v KRAFT, et al
Trancript of proceedings held before Judge Messitte on June 28, 2012
6/28

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 115 | 1.20 | 138.00 | | | | 138.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.  Marsh 4450

Vendor #
C/M # 30410-001F   05 303
O#
G/L#
Description
Approximate  SRA

| MISC. CHARGES: | |
|---|---|
| TOTAL: | 138.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $138.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 06-29-2012 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com





ATTY NO. *06431*         OFFICE NO *Washington, D. C. 03*
PREPARER'S NAME: *Claudette B. Henry*         EXT: *1756*

## CHECK REQUEST

Check One:                                    Date/Time Requested: **June 30, 2010 - 12:00**
☐ Regular Account                             Date/Time Needed:    **RUSH**
☐ Trust Account                                                    (if other than regular cycle)
☐ Partner's Corporation

Issue       ☐ Check          ☐ Cashier's Check       ☐ Foreign Draft
                                                     Marsh4450
Payable to: **Linda Marshall**
Amount:     **$123.30**          63-360       03-268540-cw   (7.07)
Charge to:  **Beyond Systems v Kraft Foods, et al. [36410-0015]**   03-3004 — 130.39
Explanation: **Fee charged for June 14, 2010, Summary Judgment Hearing Transcript**

☐ Wireless Service: I confirm amount requested is for business use.

                                Requested by: _____
                                                          Signature
                                              **Claudette B. Henry**
                                              _____
                                                       Print Your Name

Mail check to:                  Approved by:  _____
☐ Payee                                                   Signature
☒ Requester  C. Henry                         **John Roche**
☐ Other: **Name**                             _____
☐ Call for pickup Ext.  **Ext.**                       Print Your Name

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and 2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

### ACCOUNTING USE ONLY

Check Signer's Initials: _____       Check #:    _____
                         _____       Check Date: _____