# Ex. 16



# Western Attorney Services

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 51389 | LD-2179 | 10/15/08 | 262.60 |

BILLING QUESTIONS PLEASE  CALL (415) 487-4140

TO INSURE PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT TO:
WESTERN ATTORNEY SERVICES   75 COLUMBIA SQUARE, SAN FRANCISCO, CA 94103-4015

**INVOICE**



PERKINS COIE LLP
ATTN: GARY CANSANAY
101 JEFFERSON DRIVE
MENLO PARK CA 94025-1114

Approval to pay

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| LD- 2179 | 51389 |
| INV. FOR PERIOD ENDING | PAGE |
| 10/15/08 | 1 |

FOR ORDERS AND BILLING QUESTIONS:
415-487-4140  OR  800-696-3558
FAX  415-864-6238

## Western Attorney Services
75 Columbia Square  San Francisco, CA 94103-4015  Federal Tax I.D. #94-2598676

| DATE | CONTROL NO. | ORDERED BY / TIME CALLED | SV-TY ORN | DESCRIPTION | JOB NUMBER | CHARGES |
|---|---|---|---|---|---|---|
| 10/14/08 | 236901 | MARLA 4385 10:05 | RVE 670 | From: PERKINS COIE LLP  101 JEFFERSON DRIVE  To: WESTERN ATTORNEY SERVICES  75 COLUMBIA SQUARE  36410-0015  P/U SUBPOENAS | MENLO PARK  SAN FRANCISCO | 63.00 |
| 10/14/08 | 236948 | MARLA 4385 16:10 | ESC 990  PAYOUT:  81.40 | From: PERKINS COIE LLP  101 JEFFERSON DRIVE  To: JAMES JOSEPH/LISA FITZGERALD(4 417A OAK GROVE AVENUE  36410-0015  SERVICE OF PROCESS   20.00 | MENLO PARK  MENLO PARK | 199.60 |

13-3510

Weste 7075  10/24

*AP429158*

Received
OCT 21 2008
ACCOUNTS PAYABLE

PAYMENT DUE ON RECEIPT OF THIS INVOICE        **TOTAL**  262.60

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

*AP772307*

John K. Roche, Esquire
Perkins Coie Brown & Bain PA
700 13th Street, N.W. Suite 600
Wasington, DC 20005

INVOICE: 12-076247
5/31/2012
Days Past Due: 0

Job ID: 12-076247  Reference: 36410-0015  Completed 5/30/2012 10:05 AM
Case No.: 8:08-cv-00409-PJM
Plaintiff: Beyond Systems, Inc.
Defendant: Kraft Foods Inc., et al.
Serve To: John Thomas Clark
Location: 6040 Southport Drive, Bethesda, Maryland 20814

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Service of Process | 1 | $80.00 | $80.00 |
| Witness Fee Check Tendered | 1 | $57.00 | $57.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| | | Sub-Total | $147.00 |
| | | Total Fees | $147.00 |
| | | Payment | - |
| | | Balance Due | $147.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

FEIN: 52-2283731

Vendor: Capt6200
C/M #: 36410-1015   03-3510
Office:
G/L #:
Description:
Approval: JKR

Thursday, May 31, 2012                                  Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



John K. Roche, Esquire
Perkins Coie Brown & Bain PA
700 13th Street, N.W. Suite 600
Wasington, DC 20005

**INVOICE:** 12-075982
5/25/2012
Days Past Due: 0

**Job ID:** 12-075982
**Case No.:** 8:08-cv-00409-PJM
**Plaintiff:** Beyond Systems, Inc.
**Defendant:** Kraft Foods Inc., et al.
**Serve To:** Steven Wagner
**Location:** 6125 Durbin Road, Bethesda, Maryland 20817

**Reference:** 36410-0015

**Completed** 5/23/2012
8:05 PM

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Service of Process | 1 | $80.00 | $80.00 |
| Witness Fee Check Tendered | 1 | $57.00 | $57.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| | | Sub-Total | $147.00 |
| | | Total Fees | $147.00 |
| | | Payment | - |
| | | Balance Due | $147.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

Capit 6200

36410- 0015
03- 3510

Description
Approval

Friday, May 25, 2012

Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

*AP772313*

John K. Roche, Esquire
Perkins Coie Brown & Bain PA
700 13th Street, N.W. Suite 600
Wasington, DC 20005

INVOICE: 12-075984
5/23/2012
Days Past Due: 0

Job ID: 12-075984
Case No.: 8:08-cv-00409-PJM
Plaintiff: Beyond Systems, Inc.
Defendant: Kraft Foods Inc., et al.
Serve To: William Wagner
Location: 38 Maryland Avenue, Unit 333, Rockville, Maryland 20850

Reference: 36410-0015

Completed 5/23/2012
10:05 AM

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Service of Process | 1 | $80.00 | $80.00 |
| Witness Fee Check Tendered | 1 | $62.00 | $62.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| | | Sub-Total | $152.00 |
| | | Total Fees | $152.00 |
| | | Payment | - |
| | | Balance Due | $152.00 |

Thank You!
Balance due upon receipt. Please provide the invoice number on your check.

FEIN: 52-2283731

Vendor# Capt 6200
C/M# 36410-0015  03-3510
Description
Approval JKR

Wednesday, May 23, 2012

Page 1 of 1