**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 8:08-cv-00409 (PJM) (CBD) Judge Peter J. Messitte |
| KRAFT FOODS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO BILL OF COSTS**

Plaintiff Beyond Systems, Inc. ("BSI") respectfully requests an extension of time to file an opposition to the Bill of Costs (ECF # 615) filed by Defendants Kraft Foods Inc. and Vict. Th. Engwall & Co. ("Kraft") until October 3rd, 2013. Counsel for BSI has conferred with counsel for Kraft who has consented to this Motion. In support thereof, BSI states the following:

1. On September 9, 2013 Kraft filed its Bill of Costs and supporting memorandum. Under Fed. R. Civ. P. 6(d), Local Rule 109.1(c) and 105.2(a), BSI's objections to the bill of costs would be due September 26, 2013.

2. BSI requests a modest one-week extension in order to accommodate BSI's counsel's schedule. This brief extension will not unduly delay resolution of the pending motions or result in prejudice to any party.

3. As shown in Kraft's summary of deposition transcription costs included in its supporting memorandum, Kraft is seeking costs for some items incurred over five years ago. BSI

counsel requests an extension of time to adequately verify these costs with its records and documentation.

WHEREFORE, BSI respectfully request that its Motion be granted and the Court extend BSI's deadline for filing its opposition to Kraft's bill of costs until October 3, 2013.

Dated:  September 25, 2013                                   Respectfully submitted,

            /s/                                                       *Of Counsel:*
Thomas M. Barba (D. Md. Bar No. 28487)
Roger W. Yoerges (D. Md. Bar No. 14088)      Stephen H. Ring (USDC-MD Bar No. 00405)
Jeffrey E. McFadden (D. Md. Bar No. 8738)     Law Offices of Stephen H. Ring, P.C.
John J. Duffy (D. Md. Bar No. 28613)                 506 Main Street, Suite 215
STEPTOE & JOHNSON LLP                                Gaithersburg, Maryland  20878
1330 Connecticut Ave., NW                               T: 301-563-9249
Washington, D.C.  20036                                    F: 301-563-9639
T: 202-429-3000                                                  shr@ringlaw.us
F: 202-429-3902
tbarba@steptoe.com                                           Mike Rothman (USDC-MD Bar No. 14568)
ryoerges@steptoe.com                                       Law Office of Michael S. Rothman
jmcfadden@steptoe.com                                    401 E. Jefferson Street, Suite 201
jduffy@steptoe.com                                             Rockville, MD  20850
                                                                             T: 301-251-9660
Anthony A. Onorato (D. Md. Bar No. 28622)  F: 301-251-9610
STEPTOE & JOHNSON LLP                                mike@mikerothman.com
1114 Avenue of the Americas
New York, NY  10036                                        *Counsel for Plaintiff Beyond Systems, Inc.*
T: 212-506-3900
F: 212-506-3950
tonorato@steptoe.com

*Counsel for Plaintiff Beyond Systems, Inc. and
Third-Party Defendants James Joseph Wagner
and Hypertouch, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2013, the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO BILL OF COSTS was filed electronically in accordance with the Court's CM/ECF procedures, and served electronically on the below-named parties by the Court's electronic notification system:

Barry J. Reingold
John M. Devaney
John K. Roche
PERKINS COIE LLP
700 Thirteenth Street N.W.
Washington, D.C.
20005-3960
(202) 654-6200 (Telephone)
(202) 654-6211 (Facsimile)
jroche@perkinscoie.com
breingold@perkinscoie.com
jdevaney@perkinscoie.com

Darrell J. Graham
Peter S. Roeser
John E. Bucheit
ROESER, BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
(312) 922-1200
dgraham@rbglegal.com
proeser@rbglegal.com
jbucheit@rbglegal.com

*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street NW
Washington, D.C.  20004
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Counsel for Defendant Connexus Corp.*

                                                 /s/
                                        Jennifer M. Newton