IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BEYOND SYSTEMS, INC.

Plaintiff,

v.

KRAFT FOODS, INC., et al.,

Defendants.

Case No. 8:08-CV-00409-PJM

The Honorable Peter J. Messitte

Magistrate Judge Charles B. Day

**CONSENT MOTION FOR ENTRY OF ORDER**
**WITH RESPECT TO BILL OF COSTS**

Defendants, Kraft Foods, Inc. and Vict. Th. Engwall & Co., Inc. (collectively, "Kraft"), respectfully request that the Court enter the attached Order regarding Kraft's Bill of Costs (ECF # 615). Counsel for Kraft has conferred with Beyond Systems, Inc.'s ("BSI") counsel, who has consented to this Motion and has agreed to the Stipulated Order. In support of its Motion, Kraft states the following:

1) On August 12, 2013, the Court issued an opinion granting Kraft's motion for summary judgment and directing that final judgment be entered in Kraft's favor. (Dkt. 611.) A Final Order of Judgment was entered the same day. (Dkt. 612.)

2) As the prevailing party, Kraft filed a Bill of Costs and supporting memorandum pursuant to Fed. R. Civ. P. 54 and Local Rule 109 seeking the taxation of $31,655.48 in costs that it incurred defending BSI's claims. (ECF # 615.) BSI filed a notice of appeal from the Final Order of Judgment on September 10, 2013. (ECF # 616).

3) On October 3, 2013, BSI filed an opposition to Kraft's Bill of Costs in which it:

(i) requested that the Bill be denied without prejudice in light of BSI's pending appeal and (ii) objected to $11,283.51 of the costs Kraft is seeking.  (ECF # 622.)

    4)       The Parties have met and conferred over BSI's objections to Kraft's Bill of Costs and have agreed to the following:

        (a)       Kraft's Bill of Costs shall be denied without prejudice and with leave to re-file following the disposition of BSI's final appeal of the Court's judgment; no costs shall be taxed until BSI has exhausted its appellate rights; Kraft will not re-file its Bill of Costs or otherwise seek a taxation of costs until such time.

        (b)       The Parties agree that, in the event the Court's summary judgment ruling and Final Order of Judgment is affirmed on appeal, the taxable costs to which Kraft is entitled and which BSI agrees to pay Kraft is $26,013.73, exclusive of and not including the taxable costs Kraft incurs in connection with BSI's appeal(s).

WHEREFORE, Kraft respectfully requests that its Motion be granted and the Court enter the attached Stipulated Order .

DATED:  October 31, 2013                              /s/

                                                              John K. Roche (USDC-MD Bar No. 17531)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1627
(202) 654-9106 (facsimile)
jroche@perkinscoie.com

Darrell J. Graham (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
Roeser Bucheit & Graham LLC

2 North Riverside Plaza, Ste. 1420
Chicago, IL 60606
(312) 621-0301
(312) 621-0306 (facsimile)
dgraham@rbglegal.com
jbucheit@rbglegal.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Thomas M. Barba
John J. Duffy
Anthony A. Onorato
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
(202) 429-3000
(202) 429-3902 (facsimile)
tbarba@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
301-563-9249
301-563-9639 (fax)
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson St., Suite 201
Rockville, MD  20850
(301) 251-9660
(301) 251-9610 (facsimile)
mike@mikerothman.com

*Attorneys for Plaintiff Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com

*Attorneys for Defendants Connexus Corp.*

            /s/

John K. Roche (USDC-MD Bar No. 17531)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 434-1624
(202) 654-9106 (facsimile)
jroche@perkinscoie.com

*Attorneys for Defendants Kraft Foods Inc., Kraft Foods Global Inc., and Vict. Th. Engwall & Co., Inc.*