IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. | : |
| Plaintiff, | : Case No. 8:08-CV-00409-PJM |
| v. | : |
| KRAFT FOODS, INC., et al., | : |
| Defendants. | : |

### ORDER

Upon consideration of the Defendants Kraft Foods, Inc.'s and Vict. Th. Engwall & Co., Inc.'s (collectively, "Kraft") Consent Motion for Entry of Order with Respect to Bill of Costs, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

(1) Kraft's Bill of Costs is denied without prejudice and with leave to re-file pending resolution of BSI's final appeal of the Court's Final Order of Judgment, entered in Kraft's favor on August 13, 2013. Kraft shall not seek the taxation of costs against BSI, nor shall any costs by taxed by the Clerk of Court, until after resolution of BSI's final appeal.

(2) The Parties agree that, if the Court's Final Order of Judgment is affirmed on appeal, the costs to be taxed BSI and paid to Kraft in connection with all trial court proceedings through the Final Order of Judgment shall be $26,013.73. This amount is exclusive of and does not include any appellate costs Kraft incurs and may be entitled to recover in connection with BSI's appeal.

IT IS SO ORDERED

1

_____
Peter J. Messitte
United States District Judge

Date: __11/5/13__