Law Offices

**STEPHEN H. RING, P.C.**

9901 BELWARD CAMPUS DRIVE, SUITE 175

ROCKVILLE, MARYLAND 20850

Telephone 301-563-9249

Facsimile 301-563-9639

Stephen H. Ring
*Admitted in MD, DC*

Email: shr@ringlaw.us
www.nov.com/ringlaw

May 20, 2014

Fas Labs, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Re: ***Beyond Systems, Inc. v. Kraft Foods, Inc., et al.,***
**U.S. District Court for Maryland, Case 8:08-cv-00409-PJM**

To Whom it May Concern:

This firm represents Beyond Systems, Inc. ("BSI"), the Plaintiff-Appellant in the above action (the "Action"). Based on information developed in discovery and through our research, we believe you may possess information that is relevant to the Action.

The Action is presently on appeal before the United States Court of Appeals for the Fourth Circuit. We believe there is a reasonable likelihood the Action will be remanded to the District Court following appeal, at which time we intend to pursue discovery of documents, including electronic records and data, regarding the relationships and interactions among the parties to this letter and others, and issues of successor liability.

In accordance with the Suggested Protocol for Discovery of Electronically Stored Information of the United States District Court for the District of Maryland, BSI hereby requests that you and all of your parent and subsidiary entities, and each of their respective officers, directors, agents, associates, representatives, employees, predecessors, successors, assigns, insurers, attorneys, accountants, guarantors, and guarantees, take immediate affirmative action to preserve documents, as indicated below, in whatever form, whether electronic or hard copy, and wherever located (including but not limited to private files, online media, home computers, cellular telephones, smartphones, tablets and PDAs, as well as business files, corporate network servers, and backup media).

For each entity and person described above, the documents to be preserved include: (1) documents relating to any consolidation, merger or acquisition; (2) documents relating to the continuation of business activities and customers following any consolidation, merger and/or acquisition; (3) documents relating to any purchase, sale, divestiture or transfer of any stock, assets, or other interest in the company; (4) documents relating to any agreements, express or

Fas Labs, Inc.
c/o The Corporation Trust Company
May 20, 2014
Page 2

implied, to assume corporate liabilities; (5) documents relating to any changes in company name, ownership, structure or interest in any other corporation, subsidiary, division or other entity; and (6) documents relating to any transfer of debts, obligations, and liabilities.

You are to assure that the documents described above, and the information they contain or refer to, is preserved and remains available without alteration, modification, destruction, deletion or any other change that may decrease their availability or accessibility.

Sincerely,

Stephen H. Ring

2