**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 8:08-cv-00409 (PJM) (CBD) |
| KRAFT FOODS, INC., *et al.*, | ) | |
| Defendants. | ) | |
| CONNEXUS CORP., *et al.*, | ) | |
| Third-Party Plaintiffs, | ) | |
| v. | ) | |
| JAMES JOSEPH WAGNER, *et al.*, | ) | |
| Third-Party Defendants. | ) | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 101(2)(b), the undersigned counsel from Steptoe & Johnson LLP ("Steptoe") respectfully move to withdraw their appearances in the pending matter on behalf of Plaintiff Beyond Systems Inc. ("BSI").

In support of this motion, Steptoe states as follows:

1. BSI is currently represented in this matter by Steptoe attorneys Thomas Barba, John Duffy, and Roger Yoerges.

2. BSI was additionally represented by former Steptoe attorneys Jeffrey McFadden and Anthony Onorato. Both Messrs. McFadden and Onorato left Steptoe during the pendency of BSI's appeal in the United States Court of Appeals for the Fourth Circuit and no longer represent BSI.

3. BSI is additionally represented in this matter by Stephen H. Ring, of the Law Offices of Stephen H. Ring, and Michael S. Rothman, of The Law Office of Michael S. Rothman.  Messrs. Ring and Rothman have entered appearances in this matter.

4. Counsel from Steptoe and Messrs. Ring and Rothman have represented BSI as co-counsel since the inception of this case.

5. Following the opinion entered by the U.S. Court of Appeals for the Fourth Circuit on February 4, 2015 affirming the findings of this Court, on February 17, 2015, BSI and Steptoe agreed to the termination of Steptoe's representation of BSI.

6. BSI and Messrs. Ring and Rothman consent to the withdrawal of counsel from Steptoe in this matter as well as to the continued representation of BSI by Messrs. Ring and Rothman in this matter.

7. Steptoe will provide a copy of this motion to BSI.

## **CONCLUSION**

Good cause exists to grant the requested relief because the appearances of other counsel have already been entered on behalf of BSI, as required by Local Rules 101(2)(b)(1). Further, BSI consents to the withdrawal of counsel from Steptoe, and no prejudice will result to any party. For these reasons, counsel from Steptoe respectfully request that this Court enter an order

allowing the appearances of Steptoe attorneys Messrs. Barba, Duffy and Yoerges and former Steptoe attorneys Messrs. McFadden and Onorato to be withdrawn in this matter.

Dated:  March 16, 2015

>Respectfully submitted by:
>
>STEPTOE & JOHNSON LLP
>
>By: /s/ Thomas M. Barba
>    Thomas M. Barba
>    John J. Duffy
>    Roger W. Yoerges
>    Steptoe & Johnson LLP
>    1330 Connecticut Avenue, NW
>    Washington, D.C. 20036
>    Tel: (202) 429-3000
>    Fax: (202) 429-3902
>    Email: tbarba@steptoe.com
>           jduffy@steptoe.com
>           ryoerges@steptoe.com
>
>*Counsel for Plaintiff Beyond Systems, Inc. and Third-Party Defendants James Joseph Wagner and Hypertouch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2015, the foregoing *Motion for Withdrawal of Appearance* was filed electronically via the Court's CM/ECF system, and served electronically on the below-named parties via the Court's electronic notification system:

Stephen H. Ring
STEPHEN H. RING, PC
9901 Belward Campus Drive, Suite 175
Rockville, MD 20850

Michael S. Rothman
LAW OFFICE OF MICHAEL S. ROTHMAN
401 East Jefferson Street, Suite 201
Rockville, MD 20850-0000
*Counsel for Plaintiff Beyond Systems, Inc.*

John K. Roche
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960

Darrell J. Graham
John E. Bucheit
ROESER BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606
*Counsel for Defendants Kraft Foods Inc., Kraft Foods Global, and Vict. Th. Engwall & Co.*

J. Douglas Baldridge
Ari N. Rothman
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
*Counsel for Defendant Connexus Corp.*

                                             /s/ Jennifer M. Newton
                                             Jennifer M. Newton